EXHIBIT 4

**Juana Villa**

---

**From:** Veronica Correa <VCorrea@Amerijet.com>
**Sent:** Monday, April 28, 2014 11:37 AM
**To:** 'krader@spaceadventures.com' (krader@spaceadventures.com)
**Subject:** Feb and March 2014 Crew Scheduling
**Attachments:** Crew Scheduling INV Feb and March 2014.pdf

Good Morning Karlyn,

Hope you had a great weekend.

Please find attached the Feb and March 2014 Crew Scheduling.

*Best Regards,*

*Veronica Correa, MBA*
*Senior Accountant*
*Amerijet International,Inc*
*2800 S Andrews Avenue*
*Fort Lauderdale, FL 33316*
*Phone: (954)320-5328*
*Email:* *VCorrea@amerijet.com*



*Let's Make Excellence Happen!* 



AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

**Invoice No.** CrewSchedFeb/Mar14

# INVOICE

| **Customer** | |
|---|---|
| Name | **Zero G** |
| Address | **8000 Towers Crescent Drive  Suite 1000** |
| City | **Vienna** **State VA** **ZIP 22182** |
| Attn: | **Terese Brewster** |

| **Misc** | |
|---|---|
| Date | 4/30/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Crew Scheduling **February 2014** | $ 4,806.96 | $ 4,806.96 |
| 1 | Crew Scheduling **March 2014** | $ 15,232.52 | $ 15,232.52 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | Per Management Agreement Amerijet Services dated 11/16/06, sec. (E), 2 (n) of article 11-8.5% service charge for operation of N794AJ | | $ 1,703.36 |
| | | | $ - |
| | | | $ - |
| | | SubTotal | $ 21,742.84 |
| | | Shipping | |

| **Payment** | Select One... |
|---|---|
| Comments | Invoice Number |
| Name | |
| CC # | |
| Expires | |

Tax Rate(s)

| **TOTAL** | $ 21,742.84 |
|---|---|

Email to: krader@spaceadventures.com

| | Comments | HRS Flight Paid | Per Diem | Expense | Ticket | |
|---|---|---|---|---|---|---|
| Description | | | | | | |
| Description | Feb 1st to 3rd  JB/ ED / CL | | | | | |
| Hours | 6Hrs  X 3 | 18.0 | | | | |
| Per Diem | $124.40 X 3 | | 373.20 | | | |
| Airline | JAX-MIA  (SW airline) | | | | | |
| Description | Feb 22nd to 28th    JB/ ED/ HF | | | | | Training |
| Hours | 38.3 hrs  X 3 | 114.9 | | | | |
| Per Diem | $306 X 3 | | 918.00 | | | |
| Ticket | Fly ac to EDF after FLL flight | | | | | |
| Description | | | | | | |
| Expense | John Benisch | | | 3,005.76 | | |
| Expense | Hector Fuentes | | | 15.00 | | |
| Expense | Ticket bought and not used | | | | 495.00 | |
| TOTAL | | 132.9 | 1,291.2 | 3,020.8 | 495.0 | 0.0 |

| | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS | | NORMAL COST (Zero g is billed for 65 x 3 = 195 hrs per month) excluding training |
| | 1,291.20 3,020.76 495.00 0.00 | EXTRA CREW COST PER DIEM EXPENSE TICKET TRAINING  (hours / dollars) |
| TOTAL | $4,806.96 | |

## Detailed Expense Report          01-Feb-14 to 28-Feb-14

| Crew Name | Date | Flight | Port | Event Type | Amount Claimed |
|---|---|---|---|---|---|
| Benisch, John | 2/2/2014 | 211 | Brunswick | Crew Transportation Ground | $135.00 | 1 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $318.02 | 2 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 3 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 4 |
| | 2/2/2014 | 211 | San Jose, CA | Crew Transportation Ground | $152.29 | 5 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 6 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 7 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 8 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | Crew Transportation Air | $645.00 | 9 |
| | 2/3/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $60.00 | 10 |
| | 2/20/2014 | TVL BQK | Brunswick | Crew Transportation Ground | $135.00 | 11 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Air | $645.00 | 12 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 13 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 14 |
| | 2/22/2014 | 213/214 | FT LAUDERDALE | Crew Transportation Ground | $26.04 | 15 |
| | Crew Sub Total: | | | | $3,005.76 | |
| | | | | | | |
| Fuentes, Hector | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 16 |
| | | | | | $15.00 | |

# AIRPORT ARRIVAL REQUEST

**MAX Transport Company** 634-7749

Date of Arrival:_____

Guest Name:_____

Airport:_____

Airline:_____ Flight #_____ Arrival Time: _135^cc_____

Flight Origination:_____ # of PAX _____

Dropping off at: Hotel_____ Other _____

Vehicle Type (check one): Van _____ Chrysler 300 _____ Minivan _____ GMC Envoy _____

Charge to (check one):

   Room_____ CL_____ C.C. _____ M/A=_____

Requested by: _____ Phone/Ext. _____

Comments/Special Requests: _____ _____

_____

SAX & BQH From Transport crew



**Marriott.**
GUEST LOUIS & RESORTS

SAN JOSE MARRIOTT


GUEST FOLIO

| | | | | | |
|---|---|---|---|---|---|
| 1912 BENISCH/JOHN/MR | | 125.00 | 02/02/14 | 06:59 | 2901 |
| ROOM NAME | | RATE | DEPART | TIME | ACCT# |
| GK Room | Name | Rate | 01/30/14 | 20:02 | |
| TYPE | | | ARRIVE Arrive | TIME Time | |
| 45 | 72W NE 25TH ST | | | | |
| ROOM CLERK | WILTON MANOR FL | | VSXXXXXXXXXXXX8144 | | |
| | 333051026 | | PAYMENT | | MRW#: XXXXX7622 |
| | ADDRESS | | Payment | | |

| DATE | Address | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/31 | ROOM TN | 1912, 1 | 125.00 | | |
| 01/31 | OCC TAX | 1912, 1 | 12.50 | | |
| 01/31 | TRSM FEE | 1912, 1 | .01 | | |
| 01/31 | TBID FEE | 1912, 1 | 2.00 | | |
| 01/31 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/01 | VALET | PD2051 | 29.00 | | |
| 02/01 | ROOM TN | 1912, 1 | 125.00 | | |
| 02/01 | OCC TAX | 1912, 1 | 12.50 | | |
| 02/01 | TRSM FEE | 1912, 1 | .01 | | |
| 02/01 | TBID FEE | 1912, 1 | 2.00 | | |
| 02/01 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/02 | CCARD-VS | | | 318.02 | |
| | PAYMENT RECEIVED BY: VISA | | | XXXXXXXXXXXX8144 | |

.00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

**Marriott.**
HOTELS & RESORTS

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA 95113
408-280-1300

The statement of your account. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credit column opposite any credit card entry in the reverse column above will be charged to the credit card number set forth above. The credit card company will bill in the amount shown. If for any reason the credit card company does not make payment on the account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.
Signature

Signature X _____

To secure your next stay, go to marriott.com

GUEST FOLIO



## SAN JOSE MARRIOTT

| 1805 | LAVINA/CARLOS/MR | | 125.00 | 02/02/14 | 12:00 | 2902 |
|------|------------------|--|--------|----------|-------|------|
| Room | Name | | Rate | Depart | Time | ACCT# |
| GK | | | | 01/31/14 | 12:52 | |
| Type | | | | Arrive | Time | |
| 11 | | | | | | |

MRW#: XXXXX5987

| Room Clerk | Address | | | Payment | | |
|------|---------|--|--|---------|--|--|
| DATE | REFERENCE | | | CHARGES | CREDITS | BALANCE DUE |
| 01/31 | ROOM TN | 1805, 1 | 125.00 | | | |
| 01/31 | OCC TAX | 1805, 1 | 12.50 | | | |
| 01/31 | TRSM FEE | 1805, 1 | .01 | | | |
| 01/31 | TBID FEE | 1805, 1 | 2.00 | | | |
| 01/31 | CCFD TAX | 1805, 1 | 5.00 | | | |
| 02/01 | ROOM TN | 1805, 1 | 125.00 | | | |
| 02/01 | OCC TAX | 1805, 1 | 12.50 | | | |
| 02/01 | TRSM FEE | 1805, 1 | .01 | | | |
| 02/01 | TBID FEE | 1805, 1 | 2.00 | | | |
| 02/01 | CCFD TAX | 1805, 1 | 5.00 | | | |
| 02/02 | VS CARD | | | $289.02 | | |

TO BE SETTLED TO:    VISA              CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

```
------------------ EXP. REPORT SUMMARY ------------------
01/31 ROOM TN                  125.00
      OCC TAX                   12.50
      TRSM FEE                    .01
      TBID FEE                   2.00
      CCFD TAX                   5.00

02/01 ROOM TN                  125.00
      OCC TAX                   12.50
      TRSM FEE                    .01
      TBID FEE                   2.00
      CCFD TAX                   5.00
```

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

To secure your next stay, go to marriott.com

## SAN JOSE MARRIOTT

| 2003 DOMITROVITS/ERICH | 125.00 | 02/02/14 | 12:00 | 2900 |
| Room | Name | Rate | Depart | Time | ACCT# |
| DD | | | 01/31/14 | 12:49 | |
| Type | | | Arrive | Time | |
| 11 | | | | | |

MRW#: XXXXX4986

| Room Check | Address | REFERENCE | Payment | CHARGES | CREDITS | BALANCEDUE |
|---|---|---|---|---|---|---|
| 01/31 | ROOM TN | 2003, 1 | | 125.00 | | |
| 01/31 | OCC TAX | 2003, 1 | | 12.50 | | |
| 01/31 | TRSM FEE | 2003, 1 | | .01 | | |
| 01/31 | TBID FEE | 2003, 1 | | 2.00 | | |
| 01/31 | CCFD TAX | 2003, 1 | | 5.00 | | |
| 02/01 | ROOM TN | 2003, 1 | | 125.00 | | |
| 02/01 | OCC TAX | 2003, 1 | | 12.50 | | |
| 02/01 | TRSM FEE | 2003, 1 | | .01 | | |
| 02/01 | TBID FEE | 2003, 1 | | 2.00 | | |
| 02/01 | CCFD TAX | 2003, 1 | | 5.00 | | |
| 02/02 | VS CARD | | | | $289.02 | |

TO BE SETTLED TO:     VISA                    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

```
------------------- EXP. REPORT SUMMARY -------------------
01/31 ROOM TN              125.00
      OCC TAX               12.50
      TRSM FEE                .01
      TBID FEE              2.00
      CCFD TAX              5.00

02/01 ROOM TN              125.00
      OCC TAX               12.50
      TRSM FEE                .01
      TBID FEE              2.00
      CCFD TAX              5.00
```

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

# Hertz #1 Club Gold®

00599 / 4207379    39412   CO/    331VSJ
12 GRAY                     AVENGER PZEV N

DL # FL    B520********

RR # 592967826      01/31/14   09:01
    0720723         PF  794A   0900

## JOHN       3946.7
## BENISCH
HERTZ #1 CLUB GOLD®

1. Please review your enclosed Rental Record.

2. Estimated Charge for Rental is $ 152.29
   See Page 1 for Details.

3. Drive to the exit gate.

4. Hand this hangtag and your driver's license to the
   Hertz exit gate attendant.

 • If you need assistance, show this hangtag and your
   Rental Record to a Hertz representative.

### ** CONSIDER FUEL **

(A) FUEL PURCHASE OPTION:
You may purchase a tank of gas from Hertz now. Simply
check the box and sign below.

FPO price per gallon/tank capacity - $ 3.609/ 16.9 GAL
FPO charge (plus sales tax if applicable) - $    60.99

☐ Yes, I would like to purchase the Fuel Purchase
Option. I understand there is no refund for unused fuel.

_____
Signature

OTHER OPTIONS:
(B) Refuel on your own, or
(C) Allow Hertz to refuel at  $  9.78   /GAL or
    $  .486   /MI (Fuel & Service Charge)

152.29

CAR for
2 DAYS
in
SJC



**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

C. Lavina

Room: 317

Room Type: KSTE

Number of Guests: 1

Rate: $83.00          Clerk:

Arrive: 02Feb14  Time: 05:22PM     Depart: 03Feb14     Time:          Folio Number: 67474

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 07495C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

**Balance:       0.00**

**Rewards Account # XXXXX5987.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

E. Domitrovits

Room: 316

Room Type: KSTE

Number of Guests: 1

Rate: $83.00    Clerk:

Arrive: 02Feb14   Time: 05:21PM      Depart: 03Feb14    Time:          Folio Number: 67473

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 03974C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

**Balance:      0.00**

**Rewards Account # XXXXX4986.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
Marriott

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

J. Benisch

Room: 314

Room Type: KSTE

Number of Guests: 1

Rate: $83.00        Clerk:

Arrive: 02Feb14  Time: 05:19PM        Depart: 03Feb14    Time:        Folio Number: 67472

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | Card #: VIXXXXXXXXXXXX8144/XXXX | | |
| | Amount: 93.79 Auth: 08386C Signature on File | | |
| | This card was electronically swiped on 02Feb14 | | |

                                                              Balance:    0.00

**Rewards Account # XXXXX7622.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

**SOUTHWEST.COM**

## Thank you for your purchase!

Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL

### New Purchases in Trip

#### Air

Confirmation #ZLWY7O

Jacksonville, FL - JAX to Ft.
Lauderdale, FL - FLL
Monday, February 3, 2014

Air Total: $645.00

Amount Paid
$645.00

Trip Total
$645.00

FEB 3
MON   **BQK to FLL ZERO G SWA Ticket**

**New purchases added to your trip.**

AIR
Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL
02/03/2014

Confirmation #
**ZLWY7O**

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513815 |
| ERICH DOMITROVITS | 00020159862332 |
| CARLOS LAVINA | 00020209475790 |

Subscribe to Flight Status Messaging

| DEPART FEB 3 MON | 07:05 AM | Depart Jacksonville, FL (JAX) on Southwest Airlines | Flight #752 SOUTHWEST | Monday, February 3, 2014 |
| 08:15 AM | | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 1 h 10 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | JAX-FLL | Business Select Superior Benefits | • Fully Refundable • Same-day Standby & Confirmed Changes • No Change Fees | • Earn 12X Rapid Reward Pts • Priority Lane Check-in • Drink Coupon • Earn 1.5X Pts | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this
trip.

Subtotal    $645.00
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge    $0.00

Air Total:

$645.00

Gov't taxes & fees now included

| Purchaser Name | John Benisch | Billing Address | 72W NE 25th ST<br>Wilton Manors, FL US 33305 |

| Form of Payment | | Amount Applied |
| --- | --- | --- |
| Visa - XXXXXXXXXXXX-4980 | | $645.00 |

Amount Paid
$645.00

Trip Total
$645.00

Parking for FLT

Parking

Parking for FLT — $60



## AIRPORT ARRIVAL REQUEST

**MAX**
**Transport**
**Company**
**634-7749**

Date of Arrival: _2/20/2014_

Guest Name: _BENISH_

Airport: _____

Airline: _____ Flight # _112_ Arrival Time: _____

Flight Origination: _____ # of PAX _3_

Dropping off at: Hotel _____ Other _____

Vehicle Type (check one): Van _____ Chrysler 300 _____ Minivan _____ GMC Envoy _____

Charge to (check one):

Room _____ CL _____ C.C. _____ M/A= _$35.00_

Requested by: _____ Phone/Ext. _____

Comments/Special Requests: _____

MAX Transport
$135.00



**SOUTHWEST.COM**

# Thank you for your purchase!

Ft. Lauderdale, FL - FLL to Jacksonville, FL - JAX

New Purchases in Trip

### Air

Confirmation #ZFHLIW

Ft. Lauderdale, FL - FLL to
Jacksonville, FL - JAX
Thursday, February 20, 2014



Air Total: $645.00

Amount Paid
$645.00

Trip Total
$645.00

---

FEB 20
THU **ZERO G PICK UP IN BQK TICKET**

### New purchases added to your trip.

**AIR**

Ft. Lauderdale, FL - FLL to Jacksonville, FL - JAX
02/20/2014

Confirmation #
**ZFHLIW**

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513815 |
| ERICH DOMITROVITS | 00020159863332 |
| HECTOR FUENTES | 00020115315710 |
| Subscribe to Flight Status Messaging | |

| DEPART FEB 20 THU | 06:40 AM | Depart Ft. Lauderdale, FL (FLL) on Southwest Airlines | Flight #412 SOUTHWEST | Thursday, February 20, 2014 |
|---|---|---|---|---|
| | 08:00 AM | Arrive in Jacksonville, FL (JAX) | WiFi available | Travel Time 1 h 20 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | FLL-JAX | **Business Select** Superior Benefits | • Priority Boarding • Maximum Pts + 6 Reward Pts • Fully Refundable • Fare Is Changed | • Fly By® Security Lane • Free Same-Day Changes • Premium Drink | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this
trip.

Subtotal | $645.00
Fare Breakdown

Carry-on items: 1 bag + 1 small personal item are free, see full details
Checked items: First and second bags are free, size and weight limits apply.

Bag Charge | $0.00

Air Total:

$645.00

**Gov't taxes & fees now included**

| Purchaser Name | John Borisch | Billing Address | 72W NE 25th ST<br>Wilton Manors, FL US 33305 |
| --- | --- | --- | --- |

| Form of Payment | Amount Applied |
| --- | --- |
| Visa - XXXXXXXXXXXXX-4980 | $645.00 |

Amount Paid
**$645.00**

Trip Total
**$645.00**

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200
EXIT LANE     K121

PRO NO.  3344
ENTRY TIME: 022014
              05:39
EXIT TIME: 022014
              12:40
AMOUNT:  $ 15.00
TAX INCLUDED
VI
XXXXXXXXXXXX4228
        XXXXX 101
AUTH. CODE 054241
ENTRY 9
RATE
RC9
VAL $ 0.00

    THANK YOU
  FOR YOUR VISIT

13

14

15

$15
Parking

#15
Parking

, YELLOW CAB
CAB #        217
DRIVER ID: 00021252
TRIP: 014233 DIST:  5.20

02/22/2014
START: 15:32 END: 15:55
START LAT: 26.158338
START LON: -80.145133
END LAT:   26.081123
END LON:   -80.141952
FARE AMOUNT:      $21.70
TIP AMOUNT:       $ 4.34
          TOTAL  $26.04

CR. CARD #: ****4980
APPROVAL #:  021030

*** PASSENGER COPY ***
   THANK YOU FOR
  RIDING WITH US
  (954) 777 - 7777

CAB
26.04

SunPass Receipt



# Receipt of SunPass® Charges

HECTOR FUENTES
1075 NW 129TH CT.
MIAMI, FL 33182
ACCOUNT NUMBER: 02779312

Receipt Date: February 20, 2014

| Processed Date | Transaction Date | Transponder # | Plaza | Lane | Event Type | Charged |
|---|---|---|---|---|---|---|
| 02/20/2014 12:47:26 PM | 02/20/2014 12:47:25 PM | 053454950110 | FLL - Main Exit Plaza | 12P | PRKG | ($15.00) |



**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

*(handwritten notes)* SCHEDULE CHANGED AFTER 1 BEACH AIRLINE WAS BOUGHT — WAS 1007 USED ON AIRLINE FOR CREDIT

*(handwritten)* $165 X 3 // $495

## Electronic Invoice

**Prepared For:**
PARDO/JORGE

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886204 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | VDQGMB |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

**Flight: SOUTHWEST AIRLINES 380**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

**Others**

RETENTION
SEGMENT

## Ticket Information

| | | | | |
|---|---|---|---|---|
| Ticket Number | WN 2189762951 | Passenger | | |
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.



**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

*was not used anful per credit*

## Electronic Invoice

**Prepared For:**
## LAVINA/CARLOS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886205 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | XAXDSY |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

Flight: **SOUTHWEST AIRLINES 380**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

**Others**

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2189762952 | Passenger | | | |
|---|---|---|---|---|---|
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 165.00 |

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| | ———— |
| **Total Amount Due** | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

 **global crew logistics**
Corporate Travel Consultants II LLC

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

 *was not used for credit*

# Electronic Invoice

## Prepared For:
## THOMPSON/DOUGLAS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886206 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | BEWQHD |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

### Flight: SOUTHWEST AIRLINES 380

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

### Others

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2189763168 | Passenger Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Total base fare amount | USD | 143.26 |
| Total Taxes | USD | 21.74 |
| Net Credit Card Billing | * USD | 165.00 |
| Total Amount Due | USD | 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

| | Comments | HRS Flight Paid | Per Diem | Expense | Ticket | |
|---|---|---|---|---|---|---|
| Description | Mar 1st and 2nd JB/ED/HF | | | | | |
| Hours | 10.8 hrs X 3 | 32.4 | | | | |
| Per Diem | $87 X 3 | | 261.00 | | | |
| Larry Limo | | | | | | |
| Description | Mar 6th to 9th  Ed /JPP/ CL | | | | | |
| Hours | 18.9 hrs X 3 | 56.7 | | | | |
| Per Diem | $151 X 3 | | 453.00 | | | |
| Ticket | | | | | | |
| Ticket Fee | | | | | | |
| Description | Mar 13th to 16th   ED / JPP/ HF | | | | | |
| Hours | 19.3 hrs X 3 | 57.9 | | | | |
| Per Diem | $154 X 3 | | 462.00 | | | |
| Description | Mar 27th to 30 ED/JPP/ CL | | | | | |
| Hours | 19.2 hrs X 3 | 57.6 | | | | |
| Per Diem | $153.60 X 3 | | 460.80 | | | |
| Ticket | | | | | | |
| Ticket Fee | | | | | | |
| Description | | | | | | Training |
| Expense | John Benisch | | | 3,548.21 | | |
| Expense | Hector Fuentes | | | 207.00 | | |
| Expense | Eric Domitrovitz | | | 7,923.41 | | |
| Tickets | | | | 1,075.50 | | |
| TOTAL | | 204.6 | 1,636.8 | 12,754.1 | 0.0 | 0.0 |

| 3/1/2014 | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS<br><br>204.6-195 | 841.60 | NORMAL COST<br>(Zero g is billed for 65 x 3 = 195 hrs per month)<br>excluding training |
| 9.6<br><br>9.6 hrs/ 3 per pilot<br>3.20<br><br>$263 X 3.2<br>841.6 | 1,636.80<br>12,754.12<br>0.00<br>0.00 | EXTRA CREW COST<br>PER DIEM<br>EXPENSE<br>TICKET<br>TRAINING  (hours / dollars) |
| TOTAL | $15,232.52 | |

# Amerijet International Inc

## Detailed Expense Report     01-Mar-14 to 31-Mar-14

| Crew N: Date | Flight | Port | Event Type | Amount Claimed | |
|---|---|---|---|---|---|
| **Benisch, John** | | | | | |
| 3/1/2014 | 210 | MIAMI | Crew Transportation Air | $911.00 | 1 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 2 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 3 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 4 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $74.33 | 5 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $314.38 | 6 |
| 3/2/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $40.50 | 7 |
| Crew Sub Total: | | | | $3,548.21 | |
| | | | | | |
| **Fuentes, Hector** | | | | | |
| 3/1/2014 | 210/TVL | HOBBY - HOUSTON | Crew Transportation Air | $25.00 | 29 |
| 3/1/2014 | 210/TVL | MIAMI | Crew Transportation Ground | $20.00 | 30 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation Ground | $120.00 | 31 |
| 3/13/2014 | TVL HOU | MIAMI | Crew Transportation Ground | $22.00 | 32 |
| 3/16/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $20.00 | 33 |
| | | | | $207.00 | |


**SOUTHWEST.COM**

# Thank you for your purchase!

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL

## New Purchases in Trip

### Air

Confirmation #ZAWCUB

Houston (Hobby), TX - HOU to Ft.
Lauderdale, FL - FLL
Sunday, March 2, 2014

Air Total: $911.00



Amount Paid
$911.00

Trip Total
$911.00

---

**MAR 2**
**SUN** **ZERO G RETURN FROM HOU**

## New purchases added to your trip.

### AIR

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL
03/02/2014

Confirmation #
**ZAWCUB**

**Adult Passenger(s)**
JOHN BENISCH II
ERICH DOMITROVITS
Subscribe to Flight Status Messaging

Rapid Rewards #
00020102513815
00020159862332

| DEPART MAR 2 SUN | 10:40 AM | Depart Houston (Hobby), TX (HOU) on Southwest Airlines | Flight #3328 Southwest | Sunday, March 2, 2014 |
| | 01:55 PM | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 2 h 15 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|------|---------|-----------------------------|--------------|----------|---------|
| Depart | HOU-FLL | Business Select Superb Benefits | • Priority Boarding • Maximum Rapid Rewards Points • Fully Refundable | • Fly By® Security Lane • Free, Same-Day Standby • Premium Drink | 2 | $911.00 |

Earn at least 4979 Rapid Rewards Points per person when you take this trip.

Subtotal **$911.00**
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply

Bag Charge  $0.00

Air Total:

$911.00

**Gov't taxes & fees now included**

| Purchaser Name | John Benisch | Billing Address | 72W NE 25th ST |
| --- | --- | --- | --- |
| | | | Wilton Manors, FL US 33305 |

| Form of Payment | Amount Applied |
| --- | --- |
| Visa - XXXXXXXXXXXX-4980 | $911.00 |

Amount Paid
$911.00

Trip Total
$911.00

 

SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

H. Fuentes

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00    Clerk:

Arrive: 22Feb14   Time: 06:59PM       Depart: 02Mar14    Time:       Folio Number: 71541

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount:  736.00  Auth: 07050C  Signature on File
This card was electronically swiped on 22Feb14

Balance:     0.00

Rewards Account # XXXXX7231.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999



E. Domitrovitus

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00 · Clerk:

Arrive: 22Feb14  Time: 06:59PM     Depart: 02Mar14     Time:          Folio Number: 71542

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

*Card #: VIXXXXXXXXXXX8144/XXXX*
*Amount:  736.00  Auth: 08722C  Signature on File*
*This card was electronically swiped on 22Feb14*

Balance:     0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

John/Mr Benisch

72w Ne 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk: AMM

Arrive: 22Feb14   Time: 06:57PM     Depart: 02Mar14   Time: 08:19AM     Folio Number: 71540

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 739.01 |

736 = CC

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount: 739.01 Auth: 02515C Signature on File
This card was electronically swiped on 22Feb14

This is a partial listing of guest charges. Subtotal:          3.01

Potato Chips

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



**7**

CHARLEMEUS CHARLEUS TA
7541 NW 16TH ST APT 130
PLANTATION, FL 33313

03 02 2014                    14:42:06
Merchant ID:          000000003305172
Terminal ID:              04986680
329326618999

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXX4980
INVOICE             2610002
Batch #:            000261
Approval Code:      06217D
Entry Method:       Swiped
Mode:               Online

SALE AMOUNT         $40.50

CUSTOMER COPY

CAB
40.50

---

**5**

DEALER
WAYNE SYSTEMS
AUSTIN, TX

Sale
#VISA XXXXXXX4980
Auth. # 03167D
Inv. # DSD5914
4803946
Date 03/02/14 07:43
JACK'S GROCERY
WEBSTER TX
Pump # 3 Super +
Gallons....$    20.095
Price/Gal..$     3.699
Fuel Sale..$    74.33

THANK YOU FOR
CHOOSING MOBIL

GAS
$74.33



HOUSTON HOBBY AP
RES: G12220896F8 / LOCW8 / F

## RR 654474715                    #01

## JOHN
## BENISCH

INITIAL CHARGES
RENT RT$ 239.00 /WEEK @ 1 /WEEKS   $    239.00
EX DAYS$ 34.14 /DAY  @ 1 /DAYS     $     34.14
SUBTOTAL 1                         $    273.14
DISCOUNT -      R  4 %             $     10.93
SUBTOTAL LESS DISCOUNT            T$    262.21

CHARGES ADDED DURING RENTAL
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
PERS           DECLINED

SERVICE CHARGES/TAXES
ENERGY SURCHARGE                  T$      1.49
VEHICLE LICENSE COST RECOVERY     T$      9.68
TAX 15.000% ON     273.38          $     41.00
**TOTAL AMT DUE**                  $    314.38
PAID BY   VISA XXXXXXXXXXXX4980

GOLD PLUS REWARDS POINTS EARNED
THIS RENTAL: 262

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01698 / 7895519 14 SIRTRAVFWD7PDVN
LICENSE:TX CJH4746
FUEL: FULL   8/8 OUT 8/8 IN
MILES CHECKIN:  14618
MILES @ RENTAL: 14329
MILES DRIVEN:     289
CDP: 1392782 -HERTZ MEMBER PROGRAM

RENTED:   GULF FREEWAY  HLE
RENTAL:   02/22/14  13:00
RETURN:   03/02/14  08:53
RETURNED: HOUSTON HOBBY AP
COMPLETED BY: 7043 /TXHOB24

PLAN IN:    LOCW8    RATE CLASS: F
PLAN OUT:   LOCW8
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:     07660

THANK YOU FOR CHOOSING
## HERTZ

HERTZ
Rental
CAR

$314.38

**SUPER YELLOW Cab** Receipt
(305) 888-7777

Date: 3-13-14  Time: 10,30  Cab #
From: Crew Room
To: MIA
Driver: J. CASTILLO  Amount: 12.00
Complaint or Compliment (305) 885-0000, P.T.R.D. (305) 375-2460

**SUPER YELLOW Cab** Receipt
(305) 888-7777

Date: 3-16-14  Time:  Cab # 3244
From: MIA
To: 716 Cargo
Driver:
Complaint or Compliment (305) 885-0000, P.T.R.D. (305) 375-2460  Amount: 20.00

**YELLOW CAB**
# 6685
Fare Receipt
Date:
Received of: Nado Pkwy
The Sum of
Pick up location
Destination location
Independent Contractor Driver:
No.  Name

**YELLOW CAB 444-4444**
Date: 3/11/14  Taxicab #
Customer: Hoss & Wester
From: MIA
To: Crew & Room
Amount $ 20  Driver: Karen
Air Conditioned

**JUNGLE ISLAND**
www.jungleisland.com
$3 discount
FLU# 8553
Cannot be combined with any other offer.

| Trans Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 03/01/2014 | 03/03/2014 | Sale | AMERICAN AI 0010264183597 | $25.00 |
| | | | HOUSTON, TX 741330000 US | |
| | | | Online, Mail, or Telephone transaction | |

AA Baggage Check in JAA

# Detailed Expense Report 01-Mar-14 to 31-Mar-14

| Crew N: Date | Flight | Port | Event Type | Amount |
|---|---|---|---|---|
| Domitrovits, Erich | | | | Claimed |
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 8
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $2,767.50 | 9
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $90.73 | 10
| 3/7/2014 | 211 | AUSTIN | Crew Hotel | $790.05 | 11
| 3/7/2014 | 211 | AUSTIN | Crew Transportation (Ground) | $80.60 | 12
| 3/8/2014 | 212/213 | AUSTIN | C I | $12.00 | 13
| 3/8/2014 | 212/213 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 14
| 3/9/2014 | TVL MIA | HOBBY - HOUSTON | C I | $11.15 | 15
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 16
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $924.00 | 17
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Ground) | $94.66 | 18
| 3/14/2014 | 214 | LAS VEGAS | Crew Hotel | $460.32 | 19
| 3/15/2014 | 215/216 | LAS VEGAS | Crew Transportation (Ground) | $19.25 | 20
| 3/15/2014 | 215/216 | VAN NUYS | Crew Hotel | $288.54 | 21
| 3/15/2014 | 215/216 | VAN NUYS | Crew Transportation (Ground) | $91.85 | 22
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Hotel | $481.65 | 23
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Transportation (Ground) | $89.25 | 24
| 3/28/2014 | 217 | San Jose, CA | Crew Hotel | $476.21 | 25
| 3/28/2014 | 217 | San Jose, CA | Crew Transportation (Ground) | $83.32 | 26
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 27
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Transportation (Ground) | $49.33 | 28
| Crew Sub Total: | | | | $7,923.41 |

 

SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

E. Dombrovitus

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00     Clerk:

Arrive: 06Mar14  Time: 10:26PM     Depart: 07Mar14  Time:     Folio Number: 72750

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | (92.00) |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 00688B  Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

**Balance:     0.00**

Rewards Account # XXXXX4986.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

 **SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
(281) 332 2999

E. Domitrovius

Room: 105
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14  Time: 10:30PM    Depart: 07Mar14   Time:    Folio Number: 72748

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | (92.00) |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 006388  Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

**Balance:    0.00**

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

  

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332.2999

E. Domitrovitus

Room: 604
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14  Time: 10:29PM    Depart: 07Mar14    Time:    Folio Number: 72749

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 206868  Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

Balance:    0.00

Rewards Account # XXXXX5987. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

**AIR Itinerary**

AIR Confirmation: 7UXAAT
Confirmation Date: 02/28/2014
Passenger(s) **DOMITROVITS/ERICH**
Rapid Rewards # 20159862332
Ticket # 5262195859100
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **LAVINA/CARLOS**
Rapid Rewards # 20209475790
Ticket # 5262195859101
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **PARDO/JORGE**
Rapid Rewards #
Ticket # 5262195859102
Expiration Feb 28, 2015
Est. Points Earned 10068

Date Thu Mar 6
Flight 927
Departure/Arrival Depart FT. LAUDERDALE, FL (FLL) on Southwest Airlines at 5:25 PM
Arrive in HOUSTON (HOBBY), TX (HOU) at 7:25 PM
Travel Time 3 hrs 0 mins

Date Sun Mar 9
Flight 3225
Departure/Arrival Depart HOUSTON (HOBBY), TX (HOU) on Southwest Airlines at 10:40 AM
Arrive in FT. LAUDERDALE, FL (FLL) at 2:00 PM
Travel Time 2 hrs 20 mins

Base Fare        $    2,517.18
Excise Taxes     $     188.82
Segment Fee      $      24.00
Passenger Facility Charge     $     22.50
September 11th Security Fee      $     15.00
Total Air Cost     $    2,767.50
Payment Information
Payment Type: Mastercard XXXXXXXXXXXX7442
Date: Feb 28, 2014                                    **Payment Amount: $2,767.50**



**From:** Marcia McManus
**Sent:** Monday, April 21, 2014 12:59 PM
**To:** Eddyana T. Wilson
**Subject:** FW: Car Rental Receipt 3/6-9 Hou $90.73


)

[http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
ERICH DOMITROVITS     Contract Number:      141699513
    Receipt Date:  Mar 9, 2014
Enterprise Location:   8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
    Driver:ERICH DOMITROVITS

Start Date    End Date     Make/Model    Start Miles    End Miles     Miles Driven
Mar 6, 2014 @ 9:48 pm  Mar 9, 2014 @ 9:15 am  WRANGLER     7,505  7,955  450
Total Miles     450
Charge Description     Quantity     Per    Rate   Total
Rate   3     Day    21.94  65.82
Subtotal: USD 65.82
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY      5.19
HARRIS SPORTS VENUE TAX 5 PCT  3.94
AIRPORT CONCESSION FEE 11.11PCT 7.89
MOTOR VEH RENTAL TAX   7.89
Subtotal: USD 90.73
Total Charges:  USD 90.73
Payment Information
CREDIT CARD    MC     90.73
Subtotal: USD 90.73
Total Payment Amount    USD 90.73

DOMITROVITS, ERICH

name
address

room number: 301/NKRU
arrival date: 3/7/2014 3:38:00 PM
departure date: 3/8/2014

adult/child: 1/0
room rate: 229.00

Rate Plan: LV1
HH #: 427153051 GOLD
AL:
Car:

If the credit card you are using for check-in is attached to a line or checking account, a hold will be placed on the account for the full estimated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 62434160

3/8/2014    Page 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any moneys or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, if, or someone in my party requires special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 |
| | | WILL BE SETTLED TO MC 7442! | $263.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

263.35 X 3
= $790.05

for reservations call 800 hampton   or visit us online at hampton.com      thanks.

account no.

date of charge

folio/check no.
52475 A

card member name

authorization          initial

establishment no. and location    establishment signature to transmit to card holder for payment

purchases & services

taxes

tips & misc.

signature   of card member

X

total amount       0.00

          



Phone (512) 891-7474 • Fax (512) 891-7476

DOMITROVITS, **ERICH**

name
address

| | |
|---|---|
| room number: | 501/NKRU |
| arrival date: | 3/7/2014  3:36:00 PM |
| departure date: | 3/8/2014 |
| adult/child: | 1/0 |
| room rate: | 229.00 |

HH #
AL:
Car:

427153051 GOLD

It the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full amount dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of checkout or longer at the discretion of your financial institution.

**Confirmation Number:** 82434160

3/8/2014       **Page:** 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here    ☐

signature:

| date | reference | description | amount | |
|---|---|---|---|---|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 | |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 | |
| 3/7/2014 | 84517 | RM CITY TAX, | $20.61 | |
| | | WILL BE SETTLED TO MC 7442 | $263.35 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 .

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call 800.hampton   or visit us online at hampton.com                              thanks.

| account no: | | date of charge: | folio/checkno. |
|---|---|---|---|
| | | | 82475 A: |
| card member **name** | | authorization | initial |
| **establishment no. and location** | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes: | |
| | | tips & misc. | |
| signature of card member | | total amount | 0.00 |
| X | | | |

  CONRAD       HOMEWOOD   HILTON HHONORS

Phone (512) 891-7474 • Fax (512) 891-747

DOMITROVITS, ERICH
name
address

room number: 301/NKRU
arrival date: 3/7/2014 3:28:00 PM
departure date: 3/8/2014
adult/child: 1/0
room rate: 229.00

Rate Plan: LV1
HH #: 427153051 GOLD
AL:
Car:

If the debit/credit card you are using for check-in is attached to a check or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 82434160

3/8/2014    Page: 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 |
| | | WILL BE SETTLED TO MC 7442 | $263.35 |
| | | EFFECTIVE BALANCE OF, | $0.00 |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call 800 hampton    or visit us online at hampton.com                              thanks.

account no.

date of charge:
folio/check no.: 82675 A

card member name

authorization                      initial

establishment no. and location    establishment agrees to transmit to card holder for payment    purchases & services

taxes

tips & misc.

signature of card member
X                                   total amount        0.00

          

CONRAD    Hilton    HILTON HHONORS



**Eddyana T. Wilson**

>
>
>
> __
>
> _____
> Subject: Car Rental Receipt (duplicate)
>
> [http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
> ATLANTIC AVIATION FBO-CREW    Contract Number:    71KMPH
> ERICH DOMITROVITS      Receipt Date:  Mar 8, 2014
> Enterprise Location:   4309 EMMA BROWNING AVENUE
> AUSTIN, TX 78719-3327
> US
> Tel.: (512) 530-8117
>      Driver:ERICH DOMITROVITS
>
> Start Date    End Date      Make/Model    Start Miles   End Miles     Miles Driven
> Mar 7, 2014 @ 1:00 pm  Mar 8, 2014 @ 10:35 am  KIA OPTI    2,667  2,945  278
> Total Miles    278
> Charge Description    Quantity    Per    Rate    Total
> Rate    1    Day    55.99  55.99
> Subtotal: USD 55.99
> Taxes and Surcharges
> TEXAS REIMBURSEMENT FEE 1.73
> CITY OF AUSTIN TAX    3.50
> CONSOLIDATED FACILITY FEE    5.95
> MOTOR VEHICLE RENTAL TAX    7.01
> AIRPORT ACCESS FEE    6.42
> Subtotal: USD 80.60
> Total Charges:  USD 80.60
> Payment Information
> CREDIT CARD    CCARD   80.60
> Subtotal: USD 80.60
> Total Payment Amount   USD 80.60

1

DEALER SYSTEMS
MARKET SYSTEMS
...
XXXXXXXXXXXX5818
XXXXXXXXXX9428
...
JACKSTER...
...
07/08/2014 11:39

$11.15

THANK YOU FOR
CHOOSING NO MORE!

15

---

STREET
2404 MOUNTAIN HWY
AUSTIN
TX
...

07/08/2014 9:39:05 AM
Register #... Auth #...
Total Charge $12.00

Subtotal =
Total =

Debit

XXXXXXXXXXXX4428
INVOICE
AUTH
PIN

Charge Due
REF

$12.00

$12.00

$1200

13



1/3

SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1105 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

E Dombrovitus

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 08Mar14  Time: 06:12PM    Depart: 09Mar14    Time:

Folio Number: 72751

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00  Auth: 00844B  Signature on File: | | |
| | This card was electronically swiped on 08Mar14 | | |

**Balance:**    0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

  

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

C. Lavina

Room: 107
Room Type: K2TE
Number of Guests: 1
Rate: $80.00     Clerk:

Arrive: 08Mar14  Time: 05:18PM     Depart: 09Mar14   Time:          Folio Number: 72753

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 008748  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

Balance:     0.00

Rewards Account # XXXXX5987.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

 **SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

 

1401 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

J. Pardo

Room: 109
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 08Mar14  Time: 05:15PM    Depart: 09Mar14    Time:    Folio Number: 72752

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | -92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 20844B  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |
| | Balance: | 0.00 | |

Rewards Account # XXXXX4571. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999

1|3

Erich Domitrovitus                                    Room: 105
72w No 25th St                                        Room Type: KSTE
Wilton Manors FL 33305-1026                           Number of Guests: 1
Reduced Gravity                                       Rate: $80.00    Clerk: AMM

Arrive: 13Mar14   Time: 08:30PM   Depart: 14Mar14   Time: 07:32AM   Folio Number: 72755

| Date | Description | Charges | Credits |
|---|---|---|---|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXXX4228/XXXXI | | |
| | Amount: 92.00  Auth: 032380  Signature on File | | |
| | This card was electronically swiped on 13Mar14. | | |

                                              Balance:    0.00

Rewards Account # XXXXX4986.  Your Rewards points/miles earned on your eligible earnings will be credited to your
account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.,

92 + 3
276.00

  

**SpringHill Suites by Marriott**
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332-2999

Jorge Pardo
72w Ne 26th St
Wilton Manors FL 33305-1026
Reduced Gravity

Room: 107
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk: AMM

Arrive: 13Mar14  Time: 08:33PM    Depart: 14Mar14    Time: 07:32AM    Folio Number: 72756

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa: | | 92.00 |
| | Card # : VIXXXXXXXXXXXX4228/XXXX | | |
| | Amount:    92.00  Auth: 041305  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

**Balance:**    **0.00**

Rewards Account # XXXXX4571.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999

| | | | |
|---|---|---|---|
| Erich Domitrovitus | | Room: 104 | |
| 72w Ne 25th St | | Room Type: KSTE | |
| Wilton Manors FL 33305-1026 | | Number of Guests: 1 | |
| Reduced Gravity | | Rate: $80.00  Clerk: AMM | |

Arrive: 13Mar14  Time: 03:41PM   Depart: 14Mar14   Time: 07:32AM   Folio Number: 72754

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: VPXXXXXXXXXXXX4228/XXXX | | |
| | Amount:  92.00  Auth: 094970  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

Balance:    0.00

Rewards Account # XXXXX7231. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: HECFU53@HOTMAIL.COM. See "Internet Privacy Statement" on Marriott.com.



**AIR Itinerary**

Air Confirmation   7WWWS7

Passenger(s)   **ERICH DOMITROVITS**
                      **JORGE PARDO**

Date   Thu Mar 13

Flight   1126

Departure/Arrival   Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM
                           Arrive in Houston (Hobby) (HOU) at 07:20 PM

Date   Thu Mar 13

**Payment Amount:   $ 924.00**



**Eddyana T. Wilson**

| | |
|---|---|
| **From:** | Marcia McManus |
| **Sent:** | Monday, April 21, 2014 9:18 AM |
| **To:** | Eddyana T. Wilson |
| **Subject:** | Fwd: 3/13 $924.00 two airline tickets FLL-HOU |

```
>
>
> _____
> Account<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wze
> b21x6fG0bcG2Q8wfVaVRVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX> | View My
> Itinerary
> Online<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVSVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> [Southwest]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb2
> 0wzeb21x6fG0bcG2Q8wfVaVTVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> Check In
> Online<http://www.southwest.com/flight/retrieveCheckinDoc.html?forceNe
> wSession=yes&confirmationNumber=7WWWS7&firstName=ERICH&lastName=DOMITR
> OVITS>
>
> Check Flight
> Status<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVUVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Change
> Flight<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Special
> Offers<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVYVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Hotel
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVAVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Car
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>
```



> Pack your bags
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/ebird_img1.gif]
> Your Houston trip is just a few days away! You don't need this email to check in, but feel free to print it out and keep it on hand for your trip. Happy travels and thanks for choosing Southwest.
>
>
> [Speed through the airport on your upcoming trip with Fly By® Priority
> Check-in and Security
> Lanes]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/air_logo_lg.jpg]
> AIR Itinerary
>
>
> Air Confirmation
>
> Passenger(s)
>
>
> 7WWWS7
>
> ERICH DOMITROVITS
>
>
> JORGE PARDO
>
>
>
> Date
>
> Flight
>
> Departure/Arrival
>
>
>
> Thu Mar 13
>
> 1126
>
> Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM Arrive
> in Houston (Hobby) (HOU) at 07:20 PM
>
>

> Cost and Payment Summary
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/AirCostAndPaymentRow/air_logo_sm.jpg]
> AIR - 7WWWS7
>
>
> Base Fare
>     $    839.06
> Excise Taxes
>     $    62.94
> Segment Fee
>     $    8.00
> Passenger Facility Charge
>     $    9.00
> September 11th Security Fee
>     $    5.00
> Total Air Cost
>     $    924.00
>
> Payment Information
> Payment Type: Visa XXXXXXXXXXXX4228
> Date: Mar 9, 2014
> Payment Amount: $924.00
>
>
>
>
>
>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1a.gif]
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1b.gif]
> Flight Status
> Alerts<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVURVtpgsVOOOQkhmloOLklQJhuVGf6beVG9wfb20wzeb21x6fG0bcG
> 2Q8wfV2fb9XV0bWQ2f41STq0bWQYSUQokttulIKQURTUBDTVXLX>
>
>
>
>
> Stay on your way with flight departure or arrival status via text message or email.
>
> Subscribe
> Now<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb21x6

5



**From:** Marcia McManus
**Sent:** Friday, April 18, 2014 9:32 AM
**To:** Eddyana T. Wilson
**Subject:** 94.66 ...FW: Car Rental Receipt Houston 3/13-14

ERICH DOMITROVITS     Contract Number:     141870147
    Receipt Date: Mar 14, 2014
Enterprise Location:    8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
    Driver:ERICH DOMITROVITS

Start Date    End Date     Make/Model    Start Miles    End Miles     Miles Driven
Mar 13, 2014 @ 7:51 pm Mar 14, 2014 @ 11:00 am OPTIMA 4DR LX   6,976   7,084   108
Total Miles    108
Charge Description     Quantity     Per    Rate    Total
Rate    1     Day    72.35   72.35
Subtotal: USD 72.35
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY     1.73
HARRIS SPORTS VENUE TAX 5 PCT   4.12
AIRPORT CONCESSION FEE 11.11PCT 8.23
MOTOR VEH RENTAL TAX    8.23
Subtotal: USD 94.66
Total Charges:   USD 94.66
Payment Information
CREDIT CARD    MC     94.66
Subtotal: USD 94.66

Total Payment Amount    USD 94.66

Arrival Date:  3/14/14
Departure Date:  3/15/14





1/2

**Name:**  JORGE PARDO

**Address:**  2461 NW 84TH WAY

SUNRISE  FL 33322-3340

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:  OFGOVT4

| Casino ID: | | | Resv ID: 417075940049 | | |
|---|---|---|---|---|---|
| Room #: FV 5097 | | | Folio ID: 4171;6865793 | | Page: 1 |
| Date | Reference | Description | Charges | Credits | Balance |
| 03/14/14 | | ROOM FEES | 28.00 | | 28.00 |
| | | EARLY C/IN $25.00X | | | |
| 03/14/14 | 000158 | RESORT FEE | 22.40 | | 50.40 |
| | | RESORT FEE | | | |
| 03/14/14 | FV 5097 | ROOM CHARGE FV 5097 | 92.00 | | |
| | | TAX2 | 11.04 | | 153.44 |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | ************4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 50.40 | |
| | | ************4228 | | | |
| | | | | | .00 |

$153.44 X 3

$460.32

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

C: JAULT    3/14/14 12:53 PM
CO.

Arrival Date:    3/14/14
Departure Date:  3/15/14

**Name:**    HECTOR FUENTES

**Address:**  1076 NW 129TH CT

         MIAMI    FL 33182



3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:  QFGOVT4

Casino ID:                          Resv ID:  417075939937
Room #:  FV 5081                    Folio ID:  417116865365                  Page:  1

| Date | Reference | Description | Charges | Credits | Balance |
|------|-----------|-------------|---------|---------|---------|
| 03/14/14 | 0400IERD | RESORT FEE | 22.40 | | 22.40 |
| 03/14/14 | | RESORT FEE | | | |
| | | ROOM FEES | 28.00 | | 50.40 |
| 03/14/14 | FV 5081 | EARLY C/IN $25+TX | | | |
| | | ROOM CHARGE FV  5081 | 92.00 | | |
| | | 2242 | 11.04 | | 153.44 |
| | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | ***********4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 50.40 | |
| | | ***********4228 | | | |
| | | | | | .00 |

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino




3/3

Arrival Date:    3/14/14
Departure Date:   3/15/14

**Name:**    **ERICH DOMITROVITS**

**Address:**    2461 NW 84TH WAY

        SUNRISE     FL 33322-3340

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:   QFGOVT4

| Casino ID: | 4040869 | | Resv ID: | 417075939401 | | |
| Room #: **FV** 5080 | | | Folio ID: | 617116864848 | | Page: 1 |

| Date | Reference | Description | Charges | Credits | Balance |
|------|-----------|-------------|---------|---------|---------|
| 03/14/14 | WD00547 | RESORT FEE | 22.40 | | 22.40 |
| | | RESORT FEE | | | |
| 03/14/14 | | ROOM FEES | 28.00 | | 50.40 |
| | | EARLY C/IN $25+TX | | | |
| 03/14/14 | FV 5080 | ROOM CHARGE FV 5080 | 92.00 | | 153.44 |
| | | FXM2 | 11.04 | | |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | ******** **** 4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 50.40 | |
| | | ************* 4228 | | | |

| | | | | | .00 |

**Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino**

ACE CAB

PASSENGER RECEIPT

9.25

$9.85





# Hacienda Hotel
800-421-5900
www.haciendahotel.com



Check Out Time is  1/3

## 12:00 NOON

## GUEST FOLIO

HECTOR, FUENTES
1075 NW 129TH CT
MIAMI, FL
33182
USA

Re: **FUENTES, HECTOR**

ACCOUNT NAME FUENTES, **HECTOR**
ACCOUNT NO. IN  1218963    ARRIVAL    **05/15/14**
FOLIO TYPE    Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 03/15/14 | Room | Re: 1766/FUENTES, HECTOR | 1766 | 1 | 89.00 | N | A |
|  |  |  | Room Tax |  |  |  | 7.12 |  |  |
|  |  |  | Tourism Assess Tax |  |  |  | 0.06 |  |  |
|  | 2 | 03/16/14 | Visa | Auth: 079106/XXXX XXXX XXXX 4228 | 1766 | 1 | (96.18) | I | A |
|  |  |  |  | TOTAL |  |  | 0.00 |  |  |

**\*\*\* TAXES INCL. \*\*\***
Taxes - Room    7.18

96.18 X 3
$288.54

This bill is in currency :    American Dollar
points

Print date:    03/16/14



## Hacienda Hotel
800-421-5900
www.haciendahotel.com



Check **Out** Time is  2/3

# 12:00 NOON

## GUEST FOLIO

JORGE PARDO
308 NW 101ST TERRACE
POMPANO BEACH, FL,
33071
USA

Re: PARDO, JORGE

ACCOUNT NAME PARDO, JORGE
ACCOUNT NO. IN  1218962   ARRIVAL   03/15/14
FOLIO TYPE   Current

Fax :

| Prop. | Seq | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|-------|-----|------|------------------------|--------------|----------|---|--------|----|----|
|  | 1 | 03/15/14 | Room | Re: 1687/PARDO, JORGE | 1687 | 1 | 89.00 | N | A |
|  |  |  | Room Tax |  |  |  | 7.12 |  |  |
|  |  |  | Tourism Assess Tax |  |  |  | 0.06 |  |  |
|  | 2 | 03/16/14 | Visa | Aut#: 065785/XXXX XXXX XXXX 4228 | 1687 | 1 | (96.18) | 1 | A |
|  |  |  |  | TOTAL |  |  | 0.00 |  |  |
|  |  |  |  | *** TAXES INCL *** |  |  |  |  |  |
|  |  |  |  | Taxes - Room | 7.18 |  |  |  |  |

This bill is in currency :   American Dollar
points

Print date:   03/16/14



## Hacienda Hotel
600-421-5900
www.haciendahotel.com

Check **Out** Time is

**12:00 NOON**

## GUEST FOLIO

ERICH DOMITROVITS
2461 NW 84 WAY
FORT LAUDERDALE, FL
33322
USA

Re: DOMITROVITS, ERICH

ACCOUNT NAME DOMITROVITS, ERICH
ACCOUNT NO. IN 1218966    ARRIVAL    03/15/14
FOLIO TYPE    Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|-------|------|------|-------------------------|--------------|----------|---|--------|----|----|
|  | 1 | 03/15/14 | Room | Re: 1680/DOMITROVITS, ERICH | 1680 | 1 | 89.00 | N | A |
|  |  |  | Room Tax |  |  |  | 7.12 |  |  |
|  |  |  | Tourism Assess Tax |  |  |  | 0.06 |  |  |
|  | 2 | 03/16/14 | Visa | Amt#: C59889/XXXX XXXX XXXX 4228 | 1680 | 1 | (96.18) | T | A |
|  |  |  |  | TOTAL |  |  | 0.00 |  |  |
|  |  |  |  | **** TAXES INCL **** |  |  |  |  |  |
|  |  |  |  | Taxes - Room | 7.18 |  |  |  |  |

This bill is in currency :  **American Dollar**
points

Print date:    03/16/14





**AIRTEL PLAZA HOTEL**

Erich Domitrovits

Membership No
A/R Number
Group Code
Company Name          Best Available Rate

Cashier No.
Page No.       1 of 1
Conf No        3586453
Booking #

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | **Balance** | **0.00** |

$160.55 × 3

$481.65

Guest Signature

7277 Valjean Avenue, Van Nuys, California 91406
Phone (818) 997-7676  Fax (818) 785-8864  www.airtelplaza.com





AIRTEL
PLAZA
HOTEL

**Erich Domitrovits**

| | | |
|---|---|---|
| *Arrival* | *03-27-14* | |
| *Departure* | *03-28-14* | |
| *Room No* | *0223* | |
| *Folio No.* | | |

| | | |
|---|---|---|
| *Membership No* | *Cashier No* | |
| *A/R Number* | *Page No* | *1 of 1* |
| *Group Code* | *Conf. No.* | *3586452* |
| *Company Name* · *Best Available Rate* | *Booking #* | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 04-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | | | |
|---|---|---|---|
| | | **Balance** | **0.00** |

Guest Signature    . . . .

7277 Valjean Avenue Van Nuys California 91406
Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com





# AIRTEL PLAZA HOTEL

**Erich Domitrovits**

| | |
|---|---|
| *Arrival* | *03-27-14* |
| *Departure* | *03-28-14* |
| *Room No.* | *0236* |
| *Folio No.* | |

| | | | |
|---|---|---|---|
| *Membership No.* | : | *Cashier No.* | |
| *A/R Number* | : | *Page No.* | *1 of 1* |
| *Group Code* | : | *Conf. No.* | *3586454* |
| *Company Name* | : *Best Available Rate* | *Booking #* | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | | |
|---|---|---|
| | Balance | 0.00 |

Guest Signature...............................................................

*7277 Valjean Avenue Van Nuys, California 91406*
*Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com*



GUEST FOLIO



## SAN JOSE MARRIOTT

| 917 DOMITROVITS/ERICH | 129.00 03/29/14 12:00 | 996 |
| Room   Name | Rate   Depart   Time | ACCT# |

GK
Rate

03/28/14 14:44
Arrive   Time

38

Tonight                          Preferred              **MRW#: XXXXX4986**
Client        Address

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 03/28 PARKING | V5 | | 29.00 | | |
| 03/28 ROOM TN | 917, 1 | | 129.00 | | |
| 03/28 OCC TAX | 917, 1 | | 12.90 | | |
| 03/28 TRSM FEE | 917, 1 | | .01 | | |
| 03/28 TBID FEE | 917, 1 | | 2.00 | | |
| 03/28 CCFD TAX | 917, 1 | | 5.16 | | |
| 03/29 MC CARD | | | | $178.07 | |

TO BE SETTLED TO:   MASTERCARD        CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

178.07
149.07
149.07
$ 476.21

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

This statement is your receipt. The balance indicated hereon...



## SAN JOSE MARRIOTT



| 916 | DOMITROVITS/ERICH | | 129.00 | 03/29/14 | 12:00 | 997 |
| Room | Name | | Rate | Depart | Time | ACCT# |
| GK | LAVINA/CARLOS | | | 03/28/14 | 14:45 | |
| Type | | | | Arrive | Time | |
| 38 | | | | | | |

MRW#: XXXXX5987

| DATE | REFERENCE | | CHARGES | CREDIT | BALANCE DUE |
|------|-----------|--|---------|--------|-------------|
| 03/28 | ROOM TN | 916, 1 | 129.00 | | |
| 03/28 | OCC TAX | 916, 1 | 12.90 | | |
| 03/28 | TRSM FEE | 916, 1 | .01 | | |
| 03/28 | TBID FEE | 916, 1 | 2.00 | | |
| 03/28 | CCFD TAX | 916, 1 | 5.16 | | |
| 03/29 | AX CARD | | | $149.07 | |

TO BE SETTLED TO:  AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES, OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



## SAN JOSE MARRIOTT



918 DOMITROVITS/ERICH   129.00 03/29/14 12:00   998
Room                        Rate    Depart   Time    ACCT#

GK   BARDO/JORJE                 03/28/14 14:46
Clerk                            Arrive   Time

38

Room                           Payment              MRW#: XXXXX4571
Clerk   Address

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 03/28 | ROOM TN | 918, 1 | 129.00 | |
| 03/28 | OCC TAX | 918, 1 | 12.90 | |
| 03/28 | TRSM FEE | 918, 1 | .01 | |
| 03/28 | TBID FEE | 918, 1 | 2.00 | |
| 03/28 | CCFD TAX | 918, 1 | 5.16 | |
| 03/29 | MC CARD | | | $149.07 |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

To secure your next stay, go to marriott.com



SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999



Erich Domitrovits

72w Ne 25th St.

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk: AMM

Arrive: 29Mar14   Time: 09:39PM     Depart: 30Mar14   Time: 08:50AM     Folio Number: 73973

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXX4228/XXXX | | |
| | Amount: 92.00 Auth: 080727 Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

Balance:     0.00

Rewards Account # XXXXX4986.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.   Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92. X 3
$276.00

**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Carlos Lavina

Room: 105

72w Ne 25th St.

Room Type: KSTE

Wilton Manors FL 53305-1026

Number of Guests: 1

Reduced Gravity

Rate: $80.00     Clerk: AMM

Arrive: 29Mar14  Time: 09:39PM    Depart: 30Mar14    Time: 06:50AM     Folio Number: 73972

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXXX4228XXXXX | | |
| | Amount:  92.00  Auth: 082160  Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

**Balance:      0.00**

Rewards Account # XXXXX5997.  Your Rewards points/miles earned on your eligible earnings will be credited to your account.  Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.



 SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Jorge Pardo

72w Ne 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk: AMM

Arrive: 29Mar14   Time: 09:37PM     Depart: 30Mar14   Time: 06:50AM     Folio Number: 73971

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | $0.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXXX4228/XXXX | | |
| | Amount: 92.00 Auth: 078493 Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

**Balance:     0.00**

Rewards Account # XXXXX4571.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: CAPTNROX@AOL.COM. See "Internet Privacy Statement" on Marriott.com.



$89.25

24

26

# Hertz Rental Record# 113735241

ERICH DOMITROVITS

Vehicle: 2013 MAXIMA
License CA 6YMX324

Rental Rate's: 66 + Day @ 1/Days TB 56.11
*Includes Unlimited Mile

Additional Products

Fuel & Service 1.591 /M $ 9.89 TOTAL 20.5 GTN GAP 48

Service Charges/Taxes
CONCESSION FEE RECOVERY 28.44%
CA TOURISM ASSESSMENT 2.50%
VEHICLE LIC RECOVERY FEE
TAX 1 8.130% ON TAXABLE # 71.5
TAX 2 9.50% ON CALIFORNIA-REFUEL/CNG
TAX 3 9.50% ON CALIFORNIA REFUEL/CNG

TOTAL ESTIMATED CHARGE $ 83.32

Credit Card Authorization Amount $ 283.00

Rental by The Hertz Corporation
Vehicle Number 01199/7833124
Location System CAS/0723 0720723
Miles at Rental 3316 Gas Rate Class F
Rate Class P PREMIUM
Rental Location ATLANTIC AVIATION
Rental Time 03/29/14 at 2:22 PM
Return Location ATLANTIC AVIATION
Return Time 03/29/14 at 10:00 AM



ENTERPRISE

28



Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060



← $49.33

*1/3*

**LAVINA/CARLOS** Ref: 0000-00-0000-00
**PARDO/JORGE** Ref: 0000-00-0000-00
SALES PERSON VW
INVOICE NUMBER **0941430**
INVOICE ISSUE DATE **19 Mar 2014**
RECORD LOCATOR **FDFQZX**
CUSTOMER NUMBER **100131**
Client Address
AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316
Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 32**
From FT LAUDERDALE, FL
Departs 9:40am
To ATLANTA, GA Arrives 11:40am
Departure Terminal 1 Arrival Terminal N
Duration 02hr(s) :00min(s) Class Standard
Type 73C Meal
Stop(s) Non Stop
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 317**
From ATLANTA, GA Departs 12:20pm
To LOS ANGELES, CA Arrives 2:25pm
Departure Terminal N Arrival Terminal 1
Duration 05hr(s) :05min(s) Class Standard
Type BOEING 737-700
JET
Meal
Stop(s) Non Stop
Ticket Information
Ticket Number WN 2401041469 Passenger LAVINA C
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Ticket Number WN 2401041471 Passenger PARDO J
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Total base fare amount USD 607.00
Total Taxes USD 0.00
Net Credit Card Billing * USD 607.00

$1075.50





**CORPORATE TRAVEL CONSULTANTS II**
**Phone: 1-800-842-8763**
crew@ctc2.com

# Electronic Invoice

**Prepared For:**
DOMITROVITS/ERICH

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0941388 |
| INVOICE ISSUE DATE | 19 Mar 2014 |
| RECORD LOCATOR | FGXQVC |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Mar 27

**Flight:  SOUTHWEST AIRLINES 32**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 9:40am |
| To | ATLANTA, GA | Arrives | 11:40am |
| Departure Terminal | 1 | Arrival Terminal | N |
| Duration | 02hr(s) :00min(s) | Class | Standard |
| Type | 73C | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Thu, Mar 27

**Flight:  SOUTHWEST AIRLINES 317**

| | | | |
|---|---|---|---|
| From | ATLANTA, GA | Departs | 12:20pm |
| To | LOS ANGELES, CA | Arrives | 2:25pm |
| Departure Terminal | N | Arrival Terminal | 1 |
| Duration | 05hr(s) :05min(s) | Class | Standard |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sun, Mar 30

**Flight:  SOUTHWEST AIRLINES 3225**

| | | | |
|---|---|---|---|
| From | HOUSTON HOBBY, TX | Departs | 10:40am |
| To | FT LAUDERDALE, FL | Arrives | 2:00pm |
| | | Arrival Terminal | 1 |
| Duration | 02hr(s) :20min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sat, Jun 28

RETENTION
SEGMENT

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | WN 2401044507 | **Passenger** | | | |
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 468.50 |

|  |  |
|---|---|
| **Total base fare amount** | USD 406.51 |
| **Total Taxes** | USD 61.99 |
| **Net Credit Card Billing** | * USD 468.50 |
| **Total Amount Due** | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.
*
ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.
*
PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY
*
VALID GOVERNMENT ISSUED ID OR PASSPORT IS REQUIRED
*
VALID PASSPORTS REQUIRED FOR ALL INTERNATIONAL TRAVEL
*
VISAS MAY BE REQUIRED FOR SOME INTERNATIONAL
DESTINATIONS.
*
BAGGAGE RULES AND APPLICABLE FEES VARY BY AIRLINE.
TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 468.50 SLA7PNRO SLA7PNRO QLN7PNR-19MAR-F5
OR-DONALD PHONE
L-468.50ALF
U6-3587
N-468.50
U5-FGXQVC-72XIIE
DS-

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.