# EXHIBIT 8

| | |
|---|---|
| **From:** | Veronica Correa <VCorrea@Amerijet.com> |
| **Sent:** | Tuesday, July 8, 2014 3:53 PM |
| **To:** | Karlyn Rader |
| **Subject:** | RE: Disputed Amerijet charges |
| **Attachments:** | N794CREW-xxx08 MAY14CORRECTED.PDF; XXX08-MNGMT MAY14 CORRECTED.PDF; XXX08-ENGLEASE MAY14CORRECTED.PDF; CrewSchedFebMar14.pdf |

Good Afternoon Karlyn,

Hope you had a great 4th of July weekend!

In response to your email from June 25, I have been informed that Amerijet will agree, in the interest of obtaining prompt payment of the past due invoices, to accept Zero G's calculation of the pro rata amounts for the management services and crew invoices for May. Please see the attached revised invoices showing the updated amounts, and let us know when we will be receiving payment of these invoices. I also am attaching another copy of the invoice that was not disputed at all in your June 25 email that is also long past due. Please let us know when we will be receiving payment of this invoice.

For the engines, I was informed that the engine lease payments should have been pro rated through May 9, which is the earliest that Amerijet was allowed to remove the engines. Please see the attached corrected engine lease invoice showing the correct amount due. We would appreciate prompt payment of this invoice as well.

Please let me know if you have any questions.

*Warmest Wishes,*
*Veronica Correa, MBA*





---

**From:** Karlyn Rader [mailto:krader@spaceadventures.com]
**Sent:** Wednesday, June 25, 2014 8:19 PM
**To:** Veronica Correa
**Subject:** Disputed Amerijet charges

Hello Veronica,

Please see the attached spreadsheet which outlines disputed charges on the invoices included in this email.

Let me know if you have any questions or need additional detail.

Thank you,
Karlyn

**From:** Veronica Correa [mailto:VCorrea@Amerijet.com]
**Sent:** Friday, May 30, 2014 4:54 PM
**To:** Karlyn Rader
**Subject:** Zero G Invoices

Good Evening Karlyn,

Happy Friday! Hope all is well.

Please find attached the Zero G invoices.

Please do not hesitate to contact me with any questions or concerns.


*Best Regards,*

*Veronica Correa, MBA*
*Senior Accountant*
*Amerijet International, Inc*
*2800 S Andrews Avenue*
*Fort Lauderdale, FL 33316*
*Phone: (954)320-5328*
*Email: VCorrea@amerijet.com*





*Let's Make Excellence Happen!*



AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

Invoice No.  CrewSchedFeb/Mar14

# INVOICE

| Customer | |
|---|---|
| Name | **Zero G** |
| Address | **8000 Towers Crescent Drive   Suite 1000** |
| City | **Vienna**          **State VA**          **ZIP 22182** |
| Attn: | **Terese Brewster** |

| Misc | |
|---|---|
| Date | 4/30/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Crew Scheduling **February 2014** | $  4,806.96 | $      4,806.96 |
| 1 | Crew Scheduling **March 2014** | $ 15,232.52 | $    15,232.52 |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | |
| | Per Management Agreement Amerijet Services dated 11/16/06, sec. (E), 2 (n) of article 11-8.5% service charge for operation of N794AJ | | $      1,703.36 |
| | | | $          - |
| | | | $          - |
| | | SubTotal | $    21,742.84 |
| | | Shipping | |

| Payment | Select One... |
|---|---|

Tax Rate(s)

**TOTAL**    $    21,742.84

Comments Invoice Number
Name
CC #
Expires

Email to: krader@spaceadventures.com

| | Comments | HRS Flight Paid | Per Diem | Expense | Ticket | |
|---|---|---|---|---|---|---|
| Description | | | | | | |
| Description | Feb 1st to 3rd  JB/ ED / CL | | | | | |
| Hours | 6Hrs  X 3 | 18.0 | | | | |
| Per Diem | $124.40 X 3 | | 373.20 | | | |
| Airline | JAX-MIA  (SW airline) | | | | | |
| Description | Feb 22nd to 28th    JB/ ED/ HF | | | | | Training |
| Hours | 38.3 hrs  X 3 | 114.9 | | | | |
| Per Diem | $306 X 3 | | 918.00 | | | |
| Ticket | Fly ac to EDF after FLL flight | | | | | |
| Description | | | | | | |
| Expense | John Benisch | | | 3,005.76 | | |
| Expense | Hector Fuentes | | | 15.00 | | |
| Expense | Ticket bought and not used | | | | 495.00 | |
| TOTAL | | 132.9 | 1,291.2 | 3,020.8 | 495.0 | 0.0 |

| | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS | | NORMAL COST <br> (Zero g is billed for 65 x 3 = 195 hrs per month) <br> excluding training |
| | 1,291.20 <br> 3,020.76 <br> 495.00 <br> 0.00 | EXTRA CREW COST <br> PER DIEM <br> EXPENSE <br> TICKET <br> TRAINING  (hours / dollars) |
| TOTAL | $4,806.96 | |

# Ameriiet International Inc

# Geneva Report Manaqer

## Detailed Expense Report

## 01-Feb-14 to 28-Feb-14

| Crew Name | Date | Flight | Port | Event Type | Amount Claimed | |
|-----------|------|--------|------|------------|---------|---|
| Benisch, John | 2/2/2014 | 211 | Brunswick | Crew Transportation Ground | $135.00 | 1 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $318.02 | 2 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 3 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 4 |
| | 2/2/2014 | 211 | San Jose, CA | Crew Transportation Ground | $152.29 | 5 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 6 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 7 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 8 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | Crew Transportation Air | $645.00 | 9 |
| | 2/3/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $60.00 | 10 |
| | 2/20/2014 | TVL BQK | Brunswick | Crew Transportation Ground | $135.00 | 11 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Air | $645.00 | 12 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 13 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 14 |
| | 2/22/2014 | 213/214 | FT LAUDERDALE | Crew Transportation Ground | $26.04 | 15 |
| | Crew Sub Total: | | | | $3,005.76 | |
| | | | | | | |
| Fuentes, Hector | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 16 |
| | | | | | $15.00 | |

AIRPORT ARRIVAL REQUEST

MAX
Transport
Company
634-7749

Date of Arrival:_____

Guest Name:_____

Airport:_____

Airline:_____ Flight #_____ Arrival Time: 135ᶜᶜ

Flight Origination:_____ # of PAX _____

Dropping off at: Hotel_____ Other_____

Vehicle Type (check one): Van _____ Chrysler 300 _____ Minivan _____ GMC Envoy _____

Charge to (check one):

    Room_____ CL_____ C.C._____ M/A=_____

Requested by:_____ Phone/Ext._____

Comments/Special Requests:_____ AM_____

JAX + BQK From Transport Crew



**Marriott.**
GUEST LEDGER & RESORTS

SAN JOSE MARRIOTT

GUEST FOLIO

| | | | | | | |
|---|---|---|---|---|---|---|
| ROOM | 1912 BENTSCH/JOHN/MR | | 125.00 | 02/02/14 06:59 | | 2901 |
| | NAME | | RATE | DEPART | TIME | ACCT# |
| GK room | Name | | Rate | 01/30/14 20:02 | | |
| TYPE | | | | ARRIVE | TIME | |
| 45 | 72W NE 25TH ST | | | Arrive | Time | |
| ROOM | WILTON MANOR FL | | VSXXXXXXXXXXXX8144 | | | |
| CLERK | 333051026 | | PAYMENT | | | MRW#: XXXXX7622 |
| | ADDRESS | | Payment | | | |

| DATE | ADDRESS | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/31 | ROOM TN | 1912, 1 | 125.00 | | |
| 01/31 | OCC TAX | 1912, 1 | 12.50 | | |
| 01/31 | TRSM FEE | 1912, 1 | .01 | | |
| 01/31 | TBID FEE | 1912, 1 | 2.00 | | |
| 01/31 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/01 | VALET | PD2051 | 29.00 | | |
| 02/01 | ROOM TN | 1912, 1 | 125.00 | | |
| 02/01 | OCC TAX | 1912, 1 | 12.50 | | |
| 02/01 | TRSM FEE | 1912, 1 | .01 | | |
| 02/01 | TBID FEE | 1912, 1 | 2.00 | | |
| 02/01 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/02 | CCARD-VS | | | 318.02 | |
| | PAYMENT RECEIVED BY: VISA | | | XXXXXXXXXXXX8144 | |

.00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.



SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credit column opposite any credit card entry is the maximum column above will be charged to the credit card number set forth above. The credit card company will bill in the usual manner. If for any reason the credit card company does not have payment on the account, you will owe us such amount. If you are direct billed, in the event payment is not made within 15 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.
Signature X



## SAN JOSE MARRIOTT

| 1805 LAVINA/CARLOS/MR | | 125.00 02/02/14 12:00 | 2902 |
|---|---|---|---|
| Room | Name | Rate | Depart | Time | ACCT# |
| GK | | | 01/31/14 12:52 | |
| Type | | | Arrive | Time |
| 11 | | | | |

MRW#: XXXXX5987

| Room Clerk | Address | Payment | Charges | ID # | Credits | ID # | Balance Due |
|---|---|---|---|---|---|---|---|
| 01/31 | ROOM TN | 1805, 1 | 125.00 | | |
| 01/31 | OCC TAX | 1805, 1 | 12.50 | | |
| 01/31 | TRSM FEE | 1805, 1 | .01 | | |
| 01/31 | TBID FEE | 1805, 1 | 2.00 | | |
| 01/31 | CCFD TAX | 1805, 1 | 5.00 | | |
| 02/01 | ROOM TN | 1805, 1 | 125.00 | | |
| 02/01 | OCC TAX | 1805, 1 | 12.50 | | |
| 02/01 | TRSM FEE | 1805, 1 | .01 | | |
| 02/01 | TBID FEE | 1805, 1 | 2.00 | | |
| 02/01 | CCFD TAX | 1805, 1 | 5.00 | | |
| 02/02 | VS CARD | | | | $289.02 |

TO BE SETTLED TO:     VISA          CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------

| 01/31 | ROOM TN | 125.00 |
|---|---|---|
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |
| 02/01 | ROOM TN | 125.00 |
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



## SAN JOSE MARRIOTT

| 2003 | DOMITROVITS/ERICH | | 125.00 | 02/02/14 12:00 | 2900 |
|------|-------------------|--|--------|----------------|------|
| Room | Name | | Rate | Depart Time | ACCT# |
| DD | | | | 01/31/14 12:49 | |
| Type | | | | Arrive Time | |
| 11 | | | | | |

MRW#: XXXXX4986

| Date | Description | | Charges | | Credits/Balance Due |
|------|-------------|--|---------|--|---------------------|
| 01/31 | ROOM TN | 2003, 1 | 125.00 | | |
| 01/31 | OCC TAX | 2003, 1 | 12.50 | | |
| 01/31 | TRSM FEE | 2003, 1 | .01 | | |
| 01/31 | TBID FEE | 2003, 1 | 2.00 | | |
| 01/31 | CCFD TAX | 2003, 1 | 5.00 | | |
| 02/01 | ROOM TN | 2003, 1 | 125.00 | | |
| 02/01 | OCC TAX | 2003, 1 | 12.50 | | |
| 02/01 | TRSM FEE | 2003, 1 | .01 | | |
| 02/01 | TBID FEE | 2003, 1 | 2.00 | | |
| 02/01 | CCFD TAX | 2003, 1 | 5.00 | | |
| 02/02 | VS CARD | | | | $289.02 |

TO BE SETTLED TO:   VISA          CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------ EXP. REPORT SUMMARY ------------------

| 01/31 | ROOM TN | 125.00 |
|-------|---------|--------|
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |

| 02/01 | ROOM TN | 125.00 |
|-------|---------|--------|
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



# Hertz #1 Club Gold®

```
00599/4207379   39412   CO/   331VSJ      10:60
12 GRAY                  AVENGER PZEV N
```

DL # FL   B520*********

```
RR # 592967826      01/31/14   09:01
     0720723        PF  794A   0900
```

## JOHN
3946.7

## BENISCH
HERTZ #1 CLUB GOLD®

1. Please review your enclosed Rental Record.

2. Estimated Charge for Rental is $  152.29
   See Page 1 for Details.

3. Drive to the exit gate.

4. Hand this hangtag and your driver's license to the
   Hertz exit gate attendant.
   
* If you need assistance, show this hangtag and your
  Rental Record to a Hertz representative.

## ** CONSIDER FUEL **

(A) FUEL PURCHASE OPTION:
You may purchase a tank of gas from Hertz now. Simply
check the box and sign below.

FPO price per gallon/tank capacity - $ 3.609/ 16.9 GAL
FPO charge (plus sales tax if applicable) - $    60.99

☐ Yes, I would like to purchase the Fuel Purchase
Option. I understand there is no refund for unused fuel.



Signature

OTHER OPTIONS:
(B) Refuel on your own, or
(C) Allow Hertz to refuel at  $ 9.78   /GAL or
    $ .466  /MI (Fuel & Service Charge)

152.29

CAR FEE

2 DAYS

IN

SJC



**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

C. Lavina

Room: 317

Room Type: KSTE

Number of Guests: 1

Rate: $83.00          Clerk:

Arrive: 02Feb14   Time: 05:22PM          Depart: 03Feb14   Time:          Folio Number: 67474

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 07495C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

                                              **Balance:          0.00**

**Rewards Account # XXXXX5987.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
*Marriott*

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

E. Domitrovits

Room: 318

Room Type: KSTE

Number of Guests: 1

Rate: $83.00    Clerk:

Arrive: 02Feb14  Time: 05:21PM    Depart: 03Feb14    Time:    Folio Number: 67473

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount: 93.79 Auth: 03974C Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

Balance:    0.00

**Rewards Account # XXXXX4986.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
Marriott

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

J. Benisch

Room: 314

Room Type: KSTE

Number of Guests: 1

Rate: $83.00          Clerk:

Arrive: 02Feb14   Time: 05:19PM        Depart: 03Feb14      Time:          Folio Number: 67472

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 08386C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

                                                          Balance:      0.00

**Rewards Account # XXXXX7622.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

**SOUTHWEST.COM**

## Thank you for your purchase!

Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL

New Purchases in Trip

### Air

Confirmation #ZLWY7O

Jacksonville, FL - JAX to Ft.
Lauderdale, FL - FLL
Monday, February 3, 2014

Air Total: $645.00

*[handwritten: FEB's 3 crew from airfare JAX 2 FLL]*

Amount Paid
$645.00

Trip Total
$645.00

*[handwritten: 645]*

**FEB 3**
**MON**   **BQK to FLL ZERO G SWA Ticket**

**New purchases added to your trip.**

### AIR

Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL
02/03/2014

Confirmation #
**ZLWY7O**

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513815 |
| ERICH DOMITROVITS | 00020159862332 |
| CARLOS LAVINA | 00020209475790 |

Subscribe to Flight Status Messaging

| | | | |
|---|---|---|---|
| DEPART FEB 3 | 07:05 AM | Depart Jacksonville, FL (JAX) on Southwest Airlines | Flight #752 southwest | Monday, February 3, 2014 |
| MON | 08:15 AM | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 1 h 10 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | JAX-FLL | Business Select Superior benefits | | | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this trip.

| | | |
|---|---|---|
| | Subtotal | $645.00 Fare Breakdown |
| Carry-on items: 1 bag + 1 small personal item are free, see full details. Checked items: First and second bags are free, size and weight limits apply. | Bag Charge | $0.00 |
| | Air Total: | |

$645.00

Gov't taxes & fees now included

| Purchaser Name | John Bienisch | Billing Address | 72W NE 25th ST
Wilten Manors, FL US 33305 | |
| --- | --- | --- | --- | --- |
| Form of Payment | | | | Amount Applied |
| Visa - XXXXXXXXXXXX-4950 | | | | $645.00 |

Amount Paid
$645.00

Trip Total
$645.00

Parking
For
FL
$60

Parking

Parking $60



## AIRPORT ARRIVAL REQUEST

**MAX Transport Company**
○ ○
**634-7749**

Date of Arrival: _____ 2/20/2014

Guest Name: _____ BENISH

Airport: _____

Airline: _____ Flight # _____ Arrival Time: _____

Flight Origination: _____ # of PAX _____ 3

Dropping off at:  Hotel _____ Other _____

Vehicle Type (check one):  Van _____  Chrysler 300 _____  Minivan _____  GMC Envoy _____

Charge to (check one):

Room _____ CL _____ C.C. _____ M/A= _____ $135

Requested by: _____ Phone/Ext. _____

Comments/Special Requests: _____

MAX Transport
$135—00


SOUTHWEST.COM

## Thank you for your purchase!

Ft. Lauderdale, FL - FLL to Jacksonville, FL - JAX

New Purchases in Trip

### Air

Confirmation #ZFHLIW

Ft. Lauderdale, FL - FLL to
Jacksonville, FL - JAX
Thursday, February 20, 2014

*[Handwritten: FEB 20]*

*[Handwritten: Air Fare Crew 3 From FLL → Jax]*

Air Total: $645.00

Amount Paid
$645.00

Trip Total
$645.00

---

FEB 20
THU  **ZERO G PICK UP IN BQK TICKET**

### New purchases added to your trip.

#### AIR

Ft. Lauderdale, FL - FLL to Jacksonville, FL - JAX
02/20/2014

Confirmation #
ZFHLIW

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513815 |
| ERICH DOMITROVITS | 00020155862332 |
| HECTOR FUENTES | 00020115315730 |

Subscribe to Flight Status Messaging

| | | | | |
|---|---|---|---|---|
| DEPART FEB 20 THU | 06:40 AM | Depart Ft. Lauderdale, FL (FLL) on Southwest Airlines | Flight #412 SOUTHWEST | Thursday, February 20, 2014 |
| | 08:00 AM | Arrive in Jacksonville, FL (JAX) | Wifi available | Travel Time 1 h 20 m (Nonstop) Business Select |

#### What you need to know to travel:

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | FLL-JAX | Business Select Superior Benefits | · Refund Boarding · No cancel fee - Free Inf $230 · Fare Flexible | Fly any Southwest Flight Same Day Changes Service Fee | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this
trip.

Subtotal | $645.00
Fare Breakdown

Carry-on items: 1 bag + 1 small personal item are free, see full details
Checked items: First and second bags are free, size and weight limits apply.

Bag Charge | $0.00

Air Total:

$645.00

Gov't taxes & fees now included

| Purchaser Name  John Bonisch | Billing Address | 72W NE 25th ST<br>Wilton Manors, FL US 33305 | |
|---|---|---|---|
| Form of Payment | | | Amount Applied |
| Visa - XXXXXXXXXXXX-4980 | | | $645.00 |

Amount Paid
$645.00

Trip Total
$645.00

(13)

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200
EXIT LANE    K121

PRQ NO.   3344
ENTRY TIME: 022014
           05:39
EXIT TIME: 022014
           12:40
AMOUNT:  $ 15.00
TAX INCLUDED
VI
XXXXXXXXXXXX4228
        XXXXX 101
AUTH. CODE 054211
ENTRY 9
RATE
RC9
VAL $ 0.00

    THANK YOU
FOR YOUR VISIT

15⁰⁰
Parking

#15⁰⁰
Parking

(14)

(15)

. YELLOW CAB .

CAB #      217
DRIVER ID: 00021252
TRIP: 014233 DIST:  6.20

02/22/2014
START: 15:32 END: 15:55
START LAT: 26.158338
START LON: -80.145133
END LAT:   26.081123
END LON:   -80.141952

FARE AMOUNT:       $21.70
TIP AMOUNT:        $ 4.34

        TOTAL   $26.04

CR. CARD #: ***#4980
APPROVAL #:   021030

*** PASSENGER COPY ***

  . THANK YOU FOR.
  . RIDING WITH US.
  (954) 777 - 7777

CAB
26.04

HF



# Receipt of SunPass® Charges

HECTOR FUENTES
1075 NW 129TH CT.
MIAMI, FL 33182
ACCOUNT NUMBER: 02779312

Receipt Date: February 20, 2014

| Processed Date | Transaction Date | Transponder # | Plaza | Lane | Event Type | Charged |
|---|---|---|---|---|---|---|
| 02/20/2014 12:47:26 PM | 02/20/2014 12:47:25 PM | 053454950110 | FLL - Main Exit Plaza | 12P | PRKG | ($15.00) |

 CORPORATE TRAVEL CONSULTANTS II
Phone: 1-800-842-8763
crew@ctc2.com

SCHEDULE CHANGED 1 EARLIER AFTER WAS BOUGHT / WAS NOT USED OR CREDIT

$165 x 3 = $495

## Electronic Invoice

**Prepared For:**
PARDO/JORGE

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886204 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | VDQGMB |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

**DATE: Thu, Feb 13**

**Flight: SOUTHWEST AIRLINES 380**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

**DATE: Wed, May 14**

**Others**

RETENTION SEGMENT

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | WN 2189762951 | **Passenger** | | | |
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 165.00 |
| | | | | **Total base fare amount** | USD 143.26 |
| | | | | **Total Taxes** | USD 21.74 |
| | | | | **Net Credit Card Billing** | * USD 165.00 |
| | | | | **Total Amount Due** | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN AND 2-3 HOURS FOR INTERNATIONAL TRAVEL. PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com



# Electronic Invoice

## Prepared For:
## LAVINA/CARLOS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886205 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | XAXDSY |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

**Flight: SOUTHWEST AIRLINES 380**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

Others

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2189762952 | Passenger Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com



# Electronic Invoice

## Prepared For:
## THOMPSON/DOUGLAS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886206 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | BEWQHD |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

### Flight: SOUTHWEST AIRLINES 380

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

Others

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2189763168 | Passenger | | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

|  | Comments | HRS Flight Paid | Per Diem | Expense | Ticket |
|---|---|---|---|---|---|
| Description | Mar 1st and 2nd JB/ED/HF | | | | |
| Hours | 10.8 hrs X 3 | 32.4 | | | |
| Per Diem | $87 X 3 | | 261.00 | | |
| Larry Limo | | | | | |
| Description | Mar 6th to 9th Ed /JPP/ CL | | | | |
| Hours | 18.9 hrs X 3 | 56.7 | | | |
| Per Diem | $151 X 3 | | 453.00 | | |
| Ticket | | | | | |
| Ticket Fee | | | | | |
| Description | Mar 13th to 16th ED / JPP/ HF | | | | |
| Hours | 19.3 hrs X 3 | 57.9 | | | |
| Per Diem | $154 X 3 | | 462.00 | | |
| Description | Mar 27th to 30 ED/JPP/ CL | | | | |
| Hours | 19.2 hrs X 3 | 57.6 | | | |
| Per Diem | $153.60 X 3 | | 460.80 | | |
| Ticket | | | | | |
| Ticket Fee | | | | | |
| Description | | | | | Training |
| Expense | John Benisch | | | 3,548.21 | |
| Expense | Hector Fuentes | | | 207.00 | |
| Expense | Eric Domitrovitz | | | 7,923.41 | |
| Tickets | | | | 1,075.50 | |
| TOTAL | | 204.6 | 1,636.8 | 12,754.1 | 0.0 | 0.0 |

| 3/1/2014 | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS<br><br>204.6-195 | 841.60 | NORMAL COST<br>(Zero g is billed for 65 x 3 = 195 hrs per month)<br>excluding training |
| 9.6<br><br>9.6 hrs/ 3 per pilot<br>3.20<br><br>$263 X 3.2<br>841.6 | 1,636.80<br>12,754.12<br>0.00<br>0.00 | EXTRA CREW COST<br>PER DIEM<br>EXPENSE<br>TICKET<br>TRAINING (hours / dollars) |
| TOTAL | $15,232.52 | |

# Amerijet International Inc

## Detailed Expense Report      01-Mar-14 to 31-Mar-14

| Crew N: Date | Flight | Port | Event Type | Amount Claimed | |
|---|---|---|---|---|---|
| **Benisch, John** | | | | | |
| 3/1/2014 | 210 | MIAMI | Crew Transportation Air | $911.00 | 1 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 2 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 3 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 4 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $74.33 | 5 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $314.38 | 6 |
| 3/2/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $40.50 | 7 |
| Crew Sub Total: | | | | $3,548.21 | |

| **Fuentes, Hector** | | | | | |
|---|---|---|---|---|---|
| 3/1/2014 | 210/TVL | HOBBY - HOUSTON | Crew Transportation Air | $25.00 | 29 |
| 3/1/2014 | 210/TVL | MIAMI | Crew Transportation Ground | $20.00 | 30 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation Ground | $120.00 | 31 |
| 3/13/2014 | TVL HOU | MIAMI | Crew Transportation Ground | $22.00 | 32 |
| 3/16/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $20.00 | 33 |
| | | | | $207.00 | |



Southwest Airlines - Purchase Confirmation                                        Page 1 of 2


**SOUTHWEST.COM**

# Thank you for your purchase!

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL

New Purchases in Trip

### Air

Confirmation #ZAWCUB

Houston (Hobby), TX - HOU to Ft.
Lauderdale, FL - FLL
Sunday, March 2, 2014

Air Total: $911.00



**Amount Paid**
$911.00

**Trip Total**
$911.00

---

**MAR 2**
**SUN**  ## ZERO G RETURN FROM HOU

**New purchases added to your trip.**

### AIR

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL          Confirmation #
03/02/2014                                                      **ZAWCUB**

Adult Passenger(s)                                             Rapid Rewards #
JOHN BENISCH II                                               00020102513615
ERICH DOMITROVITS                                             00020159852332
Subscribe to Flight Status Messaging

| DEPART MAR 2 SUN | 10:40 AM | Depart Houston (Hobby), TX (HOU) on Southwest Airlines | Flight #3328 | Sunday, March 2, 2014 |
| | 01:55 PM | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 2 h 15 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | HOU-FLL | Business Select Superior Benefits | | | 2 | $911.00 |

Earn at least 4979 Rapid Rewards Points per person when you take this trip.

Subtotal  $911.00
Fare Breakdown

Carry-on items: 1 bag + 1 small personal item are free, see full details.
Checked items: First and second bags are free, size and weight limits apply.

Bag Charge  $0.00

Air Total:

https://www.southwest.com/reservations/confirm-reservations.html?disc=pdc%3A139284...   2/19/2014

$911.00

**Gov't taxes & fees now included**

| Purchaser Name | John Benisch | Billing Address | 72W NE 25th ST<br>Wilton Manors, FL US 33305 | |
|---|---|---|---|---|
| Form of Payment | | | | Amount Applied |
| Visa - XXXXXXXXXXXX-4980 | | | | $911.00 |

Amount Paid
$911.00

Trip Total
$911.00



SPRINGHILL SUITES
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999



H. Fuentes

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00        Clerk:

Arrive: 22Feb14   Time: 06:59PM        Depart: 02Mar14     Time:          Folio Number: 71541

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

Card #: VIXXXXXXXXXXXXX8144/XXXX
Amount:  736.00  Auth: 07050C  Signature on File
This card was electronically swiped on 22Feb14

Balance:     0.00

Rewards Account # XXXXX7231. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

 SPRINGHILL SUITES
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999



E. Domitrovitus

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00    Clerk:

Arrive: 22Feb14   Time: 06:59PM    Depart: 02Mar14    Time:    Folio Number: 71542

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount: 736.00 Auth: 08722C Signature on File
This card was electronically swiped on 22Feb14

Balance:    0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



**SPRINGHILL SUITES**
*Marriott*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

John/Mr Benisch

72w Ne 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk: AMM

Arrive: 22Feb14   Time: 06:57PM     Depart: 02Mar14     Time: 08:19AM     Folio Number: 71540

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 739.01 |

Card #: VIXXXXXXXXXXXXX8144/XXXX
Amount: 739.01  Auth: 02515C  Signature on File
This card was electronically swiped on 22Feb14

This is a partial listing of guest charges. Subtotal:            3.01

*736 OC*

*739.01*

*Potato Chips*

Rewards Account # XXXXX7622.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



(7)

CHARLEMEUS CHARLEUS TA
7541 NW 16TH ST APT 130
PLANTATION, FL 33313

03 02 2014                     14:42:06
Merchant ID:           000000003305172
Terminal ID:                 04986680
329326618999

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXXXX4980
INVOICE                       2610002
Batch #:                       000261
Approval Code:                 06217D
Entry Method:                  Swiped
Mode:                          Online

SALE AMOUNT          $40.50

CUSTOMER COPY

CAB 40.50

---

(5)

DEALER
WAYNE SYSTEMS
AUSTIN, TX

Sale
#VISA XXXXXXX4980
Auth. # 03167D
Inv. # 0SD5914
4803946
Date 03/02/14 07:43
JACK'S GROCERY
WEBSTER  TX
Pump # 3 Super +
Gallons....:  20.095
Price/Gal..:$  3.699
Fuel Sale.:$  74.33

THANK YOU FOR
CHOOSING MOBIL

GAS
$74.33



HOUSTON HOBBY AP
RES: G12220896F8 / LOCW8 / F

# RR 654474715 #01
# JOHN
# BENISCH

INITIAL CHARGES
RENT RT$ 239.00 /WEEK @ 1 /WEEKS    $    239.00
EX DAYS$ 34.14 /DAY   @ 1 /DAYS     $     34.14
SUBTOTAL 1                          $    273.14
DISCOUNT -         R  4%            $     10.93
SUBTOTAL LESS DISCOUNT             T$    262.21

CHARGES ADDED DURING RENTAL
LDW              DECLINED
LIS              DECLINED
PAI, PEC         DECLINED
PERS             DECLINED

SERVICE CHARGES/TAXES
ENERGY SURCHARGE                    T$     1.49
VEHICLE LICENSE COST RECOVERY       T$     9.68
TAX 15.000% ON       273.38          $    41.00
TOTAL AMT DUE                        $   314.38
PAID BY   VISA XXXXXXXXXXXX4980

GOLD PLUS REWARDS POINTS EARNED
THIS RENTAL: 262

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01608 / 7895519 14 SIRTRAVFWD7PDVN
LICENSE:TX CJH4746
FUEL: FULL   8/8 OUT 8/8 IN
MILES CHECKIN:  14618
MILES @ RENTAL: 14329
MILES DRIVEN:     289
COP: 1392782 -HERTZ MEMBER PROGRAM

RENTED:   GULF FREEWAY HLE
RENTAL:   02/22 / 14  13:00
RETURN:   03/02 / 14  08:53
RETURNED: HOUSTON HOBBY AP
COMPLETED BY: 7043 / TXHOB24

PLAN IN:   LOCW8    RATE CLASS: F
PLAN OUT:  LOCW8
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:    07660

THANK YOU FOR CHOOSING
HERTZ

**SUPER YELLOW Cab**
(305) 888-7777 Receipt

Date: 3-13-14   Time: 10.30   Cab #
From: Crew Room
To: MIA
Driver: J. CASTILLO   Amount: $22.00
Complaint or Compliment (305) 883-0600, P.T.R.D. (305) 375-2460

**SUPER YELLOW Cab**
(305) 888-7777 Receipt

Date: 3-16-14   Time:   Cab # 3244
From: MIA
To: 716 Cargo
Driver:
Complaint or Compliment (305) 883-0600, P.T.R.D. (305) 375-2460
Amount: 20.00

**YELLOW CAB**   # 6688

Fare Receipt
Date:
Received of   Nada Pkway
The Sum of
Pick up location
Destination location
Independent Contractor Driver:
No.   Name

**YELLOW CAB 444-4444**
Date 3-11-14   Taxicab #
Customer Heoryh Fuentes
From MIA
To Crew Room
Amount $20   Driver Karen
Air Conditioned

**JUNGLE ISLAND**
www.jungleisland.com
$3 discount
PLU# 8353
Cannot be combined with any other offer.

| Trans-Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 03/01/2014 | 03/03/2014 | Sale | AMERICAN AI 0010264183597 | $25.00 |
| | | | HOUSTON, TX 741330000 US Online, Mail, or Telephone transaction | |

AA BAGGAGE CHECK IN IAH

# Detailed Expense Report                    01-Mar-14 to 31-Mar-14

| Crew N: Date | Flight | Port | Event Type | Amount |
|---|---|---|---|---|
| Domitrovits, Erich | | | | Claimed |
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 8 |
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $2,767.50 | 9 |
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $90.73 | 10 |
| 3/7/2014 | 211 | AUSTIN | Crew Hotel | $790.05 | 11 |
| 3/7/2014 | 211 | AUSTIN | Crew Transportation (Ground) | $80.60 | 12 |
| 3/8/2014 | 212/213 | AUSTIN | C I | $12.00 | 13 |
| 3/8/2014 | 212/213 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 14 |
| 3/9/2014 | TVL MIA | HOBBY - HOUSTON | C I | $11.15 | 15 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 16 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $924.00 | 17 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Ground) | $94.66 | 18 |
| 3/14/2014 | 214 | LAS VEGAS | Crew Hotel | $460.32 | 19 |
| 3/15/2014 | 215/216 | LAS VEGAS | Crew Transportation (Ground) | $19.25 | 20 |
| 3/15/2014 | 215/216 | VAN NUYS | Crew Hotel | $288.54 | 21 |
| 3/15/2014 | 215/216 | VAN NUYS | Crew Transportation (Ground) | $91.85 | 22 |
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Hotel | $481.65 | 23 |
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Transportation (Ground) | $89.25 | 24 |
| 3/28/2014 | 217 | San Jose, CA | Crew Hotel | $476.21 | 25 |
| 3/28/2014 | 217 | San Jose, CA | Crew Transportation (Ground) | $83.32 | 26 |
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 27 |
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Transportation (Ground) | $49.33 | 28 |
| Crew Sub Total: | | | | $7,923.41 |

 **SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
t (281) 332 2999

E. Dommovitus

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14  Time: 10:26PM    Depart: 07Mar14    Time:    Folio Number: 72750

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00 Auth: 006888 Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

**Balance:**    **0.00**

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92 x 3
$276.00

 **SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
t 281/332 2999

E. Domitrovius

Room: 106

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk:

| Arrive: 06Mar14 | Time: 10:30PM | Depart: 07Mar14 | Time: | Folio Number: 72748 | |
|---|---|---|---|---|---|

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06Mar14 | Room Charge | | 80.00 | |
| 06Mar14 | State Occupancy Tax | | 4.80 | |
| 06Mar14 | City Tax | | 4.00 | |
| 06Mar14 | County Occupancy Tax | | 3.20 | |
| 07Mar14 | Master Card | | | 92.00) |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | | |
| | Amount: 92.00 Auth: 00638B Signature on File | | | |
| | This card was electronically swiped on 06Mar14 | | | |

**Balance:     0.00**

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings **will be credited to your** account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at JOHN.BENISCH@YAHOO.COM. See **"Internet Privacy Statement"** on Marriott.com

  

**SPRINGHILL SUITES®**
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2990

E. Dombrowilus

Room: 604
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14   Time: 10:29PM    Depart: 07Mar14   Time:    Folio Number: 72749

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MC/XXXXXXXXXXXXX7442/XXXXX | | |
| | Amount: 92.00  Auth: 206868  Signature on File | | |
| | This card was electronically swiped on: 06Mar14 | | |

**Balance:**      0.00

Rewards Account # XXXXX5987.  Your Rewards points/miles earned on your eligible earnings **will be credited to your account**. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

**AIR Itinerary**

AIR Confirmation: 7UXAAT
Confirmation Date: 02/28/2014
Passenger(s) **DOMITROVITS/ERICH**
Rapid Rewards # 20159862332
Ticket # 5262195859100
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **LAVINA/CARLOS**
Rapid Rewards # 20209475790
Ticket # 5262195859101
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **PARDO/JORGE**
Rapid Rewards #
Ticket # 5262195859102
Expiration Feb 28, 2015
Est. Points Earned 10068

Date Thu Mar 6
Flight 927
Departure/Arrival Depart FT. LAUDERDALE, FL (FLL) on Southwest Airlines at 5:25 PM
Arrive in HOUSTON (HOBBY), TX (HOU) at 7:25 PM
Travel Time 3 hrs 0 mins

Date Sun Mar 9
Flight 3225
Departure/Arrival Depart HOUSTON (HOBBY), TX (HOU) on Southwest Airlines at 10:40 AM
Arrive in FT. LAUDERDALE, FL (FLL) at 2:00 PM
Travel Time 2 hrs 20 mins

Base Fare          $   2,517.18
Excise Taxes       $    188.82
Segment Fee        $     24.00
Passenger Facility Charge    $    22.50
September 11th Security Fee    $    15.00
Total Air Cost     $   2,767.50
Payment Information
Payment Type: Mastercard XXXXXXXXXXXX7442
Date: Feb 28, 2014                          **Payment Amount: $2,767.50**

## Eddyana T. Wilson



)

[http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
ERICH DOMITROVITS    Contract Number:    141699513
     Receipt Date:  Mar 9, 2014
Enterprise Location:  8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
     Driver:ERICH DOMITROVITS


Start Date    End Date    Make/Model    Start Miles    End Miles    Miles Driven
Mar 6, 2014 @ 9:48 pm    Mar 9, 2014 @ 9:15 am    WRANGLER    7,505    7,955    450
Total Miles    450
Charge Description    Quantity    Per    Rate    Total
Rate  3    Day    21.94    65.82
Subtotal: USD 65.82
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY    5.19
HARRIS SPORTS VENUE TAX 5 PCT    3.94
AIRPORT CONCESSION FEE 11.11PCT 7.89
MOTOR VEH RENTAL TAX    7.89
Subtotal: USD 90.73
Total Charges:  USD 90.73
Payment Information
CREDIT CARD    MC    90.73
Subtotal: USD 90.73
Total Payment Amount    USD 90.73

Hampton

Phone (512) 891-7474 • Fax (512) 891-7476

DOMITROVITS, ERICH

name
address

| room number: | 301/NKRU |
| arrival date | 3/7/2014 3:58:00 PM |
| departure date: | 3/8/2014 |
| adult/child | 1/0 |
| room rate | 229.00 |

Rate Plan LV5
HH # 427153051 GOLD
AL
Car

If the credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the amount in the full estimated dollar amount to be owed to the hotel, including estimated incidentals. Please your date of check-out and such funds will not be released for 72 business hours from the date of check-out, or longer at the discretion of your financial institution

Confirmation Number: 82434160

3/8/2014 Page 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any monies or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here. ☐

signature:

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 |
| | | WILL BE SETTLED TO MC 7442 | $263.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

263.35 X 3
= $790.05

for reservations call 800.hampton or visit us online at hampton.com thanks

| account no. | | date of charge | folio/check.no. |
| | | | 82475 A |
| card member name | | authorization | initial |
| establishment no. and location | establishment signature to represent to card holder for payment | purchases & services: |
| | | taxes: |
| | | tips & misc. |
| signature of card member | | total amount | 0.00 |
| X | | | |

          

Hampton

Phone (512) 891-7474 • Fax (512) 891-7476



2/3

DOMITROVITS, ERICH

name
address

room number: 301/NK/RU
arrival date: 3/7/2014  3:38:00 PM
departure date: 3/8/2014

adult/child: 1/0
room rate: 229.00

Rate Plan — LV5
HH #: 427153051 GOLD
AL
Car

If the establishment card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full estimated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-in and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 82434160

3/8/2014    Page: 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here. ☐

signature

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 |
| 3/7/2014 | 84517 | RM CITY TAX. | $20.61 |
| | | WILL BE SETTLED TO BMC 7442 | $263.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call 800.hampton  or visit us online athampton.com                          thanks.

| account no. | | date of charge: | folio/check no. |
| | | | 82476 A |
| card member name | | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes: | |
| | tips & misc. | |
| signature of card member | total amount | 0.00 |
| X | | |

         

DOMITROVITS, ERICH

name
address

room number: 301/NKRU
arrival date: 3/7/2014 3:38:00 PM
departure date: 3/8/2014

adult/child: 1/0
room rate: 229.00

Rate Plan: LV1
HH #: 427153051 GOLD
AL:
Car:

If the credit card you are using for check-in is attached to a bank or checking account, a hold will be placed in the amount for the full estimated dollar amount to be owed to the hotel, including estimated incidentals, though your date of check-out and sun funds will not be released for 72 business hours from the date of checkout or longer at the discretion of your financial institution.

**Confirmation Number:** 82434160

3/8/2014   Page 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency I, or someone in my party requires special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 |
| | | WILL BE SETTLED TO MC 7442 | $263.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

You have earned approximately 2882 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

| account no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| | | | 52875 A | |
| card member name | | authorization | | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| signature of card member | | | | |
| X | | total amount | 0.00 | |

          



**Eddyana T. Wilson**

| | |
|---|---|
| **From:** | Marcia McManus |
| **Sent:** | Monday, April 21, 2014 9:16 AM |
| **To:** | Eddyana T. Wilson |
| **Subject:** | Fwd: Car Rental Receipt 3/7-8 Austin TX $80.60 |

```
>
>
>
> __
>
> _____
> Subject: Car Rental Receipt (duplicate)
>
> [http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
> ATLANTIC AVIATION FBO-CREW    Contract Number:    71KMPH
> ERICH DOMITROVITS    Receipt Date:  Mar 8, 2014
> Enterprise Location:   4309 EMMA BROWNING AVENUE
> AUSTIN, TX 78719-3327
> US
> Tel.: (512) 530-8117
>     Driver:ERICH DOMITROVITS
>
> Start Date    End Date    Make/Model    Start Miles    End Miles    Miles Driven
> Mar 7, 2014 @ 1:00 pm  Mar 8, 2014 @ 10:35 am  KIA OPTI    2,667  2,945  278
> Total Miles    278
> Charge Description    Quantity    Per    Rate    Total
> Rate    1    Day    55.99  55.99
> Subtotal: USD 55.99
> Taxes and Surcharges
> TEXAS REIMBURSEMENT FEE 1.73
> CITY OF AUSTIN TAX    3.50
> CONSOLIDATED FACILITY FEE    5.95
> MOTOR VEHICLE RENTAL TAX    7.01
> AIRPORT ACCESS FEE    6.42
> Subtotal: USD 80.60
> Total Charges:  USD 80.60
> Payment Information
> CREDIT CARD    CCARD    80.60
> Subtotal: USD 80.60
> Total Payment Amount    USD 80.60
```



$11.15

THANK YOU FOR
CHOOSING HOUR

(15)

$12.00

↓
$1200



(13)

113



SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

F Dombrovius

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 08Mar14  Time: 05:12PM    Depart: 08Mar14  Time:    Folio Number: 72751

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card # MCXXXXXXXXXXXXX7442XXXX | | |
| | Amount  92.00  Auth: 008448  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

**Balance:**    0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92 x 3
$276.00

  

SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

C. Lavina

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00      Clerk:

Arrive: 08Mar14   Time: 05.18PM      Depart: 09Mar14   Time:      Folio Number: 72753

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 008740  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

Balance:      0.00

Rewards Account # XXXXX5987.  Your Rewards points/miles earned on your eligible earnings will be credited to **your** account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk **to** email your bill for **this stay** See "Internet Privacy Statement" on Marriott.com.

 **SPRINGHILL SUITES** Marriott

Springhill Suites by Marriott
Clear Lake Webster



1401 Magnolia Ave
Webster Tx 77598
(281) 332 2499



J. Pardo

Room: 109
Room Type: KSTE
Number of Guests: 1
Rate: $60.00    Clerk:

Arrive: 08Mar14  Time: 05:15PM    Depart: 09Mar14   Time:     Folio Number: 72752

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 60.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00  Auth: 20844B  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

Balance:    0.00

Rewards Account # XXXXX4571. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.



SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999

---

Erich Domitrovitus                                Room: 105

72w Ne 25th St                                    Room Type: KSTE

Wilton Manors FL 33305-1026                       Number of Guests: 1

Reduced Gravity                                   Rate: $80.00        Clerk: AMM

Arrive: 13Mar14   Time: 06:30PM    Depart: 14Mar14   Time: 07:32AM   Folio Number: 72755

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: V/XXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00  Auth: 032380  Signature on File | | |
| | This card was electronically swiped on 13Mar14. | | |

                                                  Balance:    0.00

Rewards Account # XXXXX4886.  Your Rewards points/miles earned on your eligible earnings will be credited to your
account.  Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

92 + 3
$276.00

  

**SPRINGHILL SUITES**
Marriott.

Springhill Suites by Marriott
Clear Lake Webster

1121 Magnolia Ave
Webster Tx 77598
1(281) 332-2999

| | |
|---|---|
| Jorge Pardo | Room: 107 |
| 72w Ne 26th St | Room Type: KSTE |
| Wilton Manors FL 33305-1026 | Number of Guests: 1 |
| Reduced Gravey | Rate: $80.00    Clerk: AMM |

Arrive: 13Mar14   Time: 08:33PM   Depart: 14Mar14   Time: 07:32AM   Folio Number: 72756

| Date | Description | Charges | Credits |
|---|---|---|---|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card # VIXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00  Auth: 041305  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

**Balance:**   **0.00**

Rewards Account # XXXXX4571.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

**SPRINGHILL SUITES**
*Marriott*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
(281) 332-2999

| | | |
|---|---|---|
| Erich Domitrovitus | | Room: 104 |
| 72w Ne 25th St | | Room Type: KSTE |
| Wilton Manors FL 33305-1026 | | Number of Guests: 1 |
| Reduced Gravity | | Rate: $80.00   Clerk: AMM |

Arrive: 13Mar14  Time: 03:41PM    Depart: 14Mar14    Time: 07:32AM    Folio Number: 72754

| Date | Description | Charges | Credits |
|---|---|---|---|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: VPXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00  Auth: 094970  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

Balance:    **0.00**

Rewards Account # XXXXX7231. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: HECFU53@HOTMAIL.COM. See "Internet Privacy Statement" on Marriott.com.



**AIR Itinerary**

Air Confirmation   7WWWS7

Passenger(s)   **ERICH DOMITROVITS**
                **JORGE PARDO**

Date   Thu Mar 13

Flight   1126

Departure/Arrival   Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM
                     Arrive in Houston (Hobby) (HOU) at 07:20 PM

Date   Thu Mar 13

**Payment Amount:  $ 924.00**



# Eddyana T. Wilson

| | |
|---|---|
| **From:** | Marcia McManus |
| **Sent:** | Monday, April 21, 2014 9:18 AM |
| **To:** | Eddyana T. Wilson |
| **Subject:** | Fwd: 3/13 $924.00 two airline tickets FLL-HOU |

>
>
> _____
> Account<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wze
> b21x6fG0bcG2Q8wfVaVRVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX> | View My
> Itinerary
> Online<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVSVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> [Southwest]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb2
> 0wzeb21x6fG0bcG2Q8wfVaVTVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> Check In
> Online<http://www.southwest.com/flight/retrieveCheckinDoc.html?forceNe
> wSession=yes&confirmationNumber=7WWWS7&firstName=ERICH&lastName=DOMITR
> OVITS>
>
> Check Flight
> Status<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVUVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Change
> Flight<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Special
> Offers<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVYVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Hotel
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVAVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Car
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>

$ 924.00

1

> Pack your bags
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/ebird_img1.gif]
> Your Houston trip is just a few days away! You don't need this email to check in, but feel free to print it out and keep it
on hand for your trip. Happy travels and thanks for choosing Southwest.
>
>
> [Speed through the airport on your upcoming trip with Fly By® Priority
> Check-in and Security
> Lanes]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/air_logo_lg.jpg]
> AIR Itinerary
>
>
> Air Confirmation
>
> Passenger(s)
>
>
> 7WWWS7
>
> ERICH DOMITROVITS
>
>
> JORGE PARDO
>
>
>
> Date
>
> Flight
>
> Departure/Arrival
>
>
>
> Thu Mar 13
>
> 1126
>
> Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM Arrive
> in Houston (Hobby) (HOU) at 07:20 PM
>
>

2

> Cost and Payment Summary
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/AirCostAndPaymentRow/air_logo_sm.jpg]
> AIR - 7WWWS7
>
>
> Base Fare
>     $    839.06
> Excise Taxes
>     $    62.94
> Segment Fee
>     $    8.00
> Passenger Facility Charge
>     $    9.00
> September 11th Security Fee
>     $    5.00
> Total Air Cost
>     $    924.00
>
> Payment Information
> Payment Type: Visa XXXXXXXXXXXX4228
> Date: Mar 9, 2014
> Payment Amount: $924.00
>
>
>
>
>
>
>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1a.gif]
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1b.gif]
> Flight Status
> Alerts<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVURVtpgsVOOOQkhmloOLklQJhuVGf6beVG9wfb20wzeb21x6fG0bcG
> 2Q8wfV2fb9XV0bWQ2f41STq0bWQYSUQokttulIKQURTUBDTVXLX>
>
>
>
>
> Stay on your way with flight departure or arrival status via text message or email.
>
> Subscribe
> Now<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb21x6



**Eddyana T. Wilson**

From:           Marcia McManus
Sent:           Friday, April 18, 2014 9:32 AM
To:             Eddyana T. Wilson
Subject:        94.66 ...FW: Car Rental Receipt Houston 3/13-14

ERICH DOMITROVITS      Contract Number:      141870147
    Receipt Date:  Mar 14, 2014
Enterprise Location:   8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
    Driver:ERICH DOMITROVITS

Start Date    End Date     Make/Model    Start Miles    End Miles    Miles Driven
Mar 13, 2014 @ 7:51 pm  Mar 14, 2014 @ 11:00 am OPTIMA 4DR LX  6,976  7,084  108
Total Miles    108
Charge Description    Quantity    Per    Rate    Total
Rate    1     Day    72.35    72.35
Subtotal: USD 72.35
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY       1.73
HARRIS SPORTS VENUE TAX 5 PCT    4.12
AIRPORT CONCESSION FEE 11.11PCT 8.23
MOTOR VEH RENTAL TAX    8.23
Subtotal: USD 94.66
Total Charges:  USD 94.66
Payment Information
CREDIT CARD    MC     94.66
Subtotal: USD 94.66

Total Payment Amount    USD 94.66



**Name:**   JORGE PARDO

**Address:**   2481 NW 84TH WAY

SUNRISE   FL 33322-3340

3555 Las Vegas Blvd. South Las Vegas, NV 80109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:   QFGOVT4

Casino ID:
Room #: FV 5097

Resv ID   417075940049
Folio ID   417116865793

Page:   1

| Date | Reference | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 03/14/14 | | ROOM FEES | 28.00 | | 28.00 |
| | | EARLY C IN $26.00X | | | |
| 03/14/14 | 000158 | RESORT FEE | 20.40 | | 30.40 |
| | | RESORT FEE | | | |
| 03/14/14 | FV 5097 | ROOM CHARGE FV 5097 | 92.00 | | 152.44 |
| | | TAX2 | 11.04 | | |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | ********4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 50.40 | |
| | | ********4228 | | | |

$153.44 x3
$460.32

.00

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino





**Name:**    HECTOR FUENTES

**Address:**   1076 NW 129TH CT

          MIAMI     FL 33182

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code   QPGOVT4

Casino ID:                                      Resv. ID: 417075939937
Room #: FV 5081                                 Folio ID: 417116865365          Page:  1

| Date | Reference | Description | Charges | Credits | Balance |
|------|-----------|-------------|---------|---------|---------|
| 03/14/14 | 04004080 | RESORT FEE | 22.40 | | 22.40 |
| | | RESORT FEE | | | |
| 03/14/14 | | ROOM FEES | 28.00 | | 50.40 |
| | | EARLY C/IN $25+1X | | | |
| 03/14/14 | FV 5081 | ROOM CHARGE FV 5081 | 92.00 | | 193.44 |
| | | AMR | 11.04 | | |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 90.40 |
| | | ***********4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 90.40 | |
| | | ***********4228 | | | |

.00

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

CI: JAULT    3/14/14 12:51 PM
CO:

Arrival Date:    3/14/14
Departure Date:  3/15/14

**Flamingo**
LAS VEGAS

Name:     ERICH DOMITROVITS

Address:  2461 NW 84TH WAY

          SUNRISE    FL 33322-3340

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:  QFGOVT4

| Casino ID: | 4040869 | | Resv ID | 417075939401 | | |
|---|---|---|---|---|---|---|
| Room #: FV | 5080 | | Folio ID: | 617116864848 | | Page: 1 |

| Date | Reference | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 03/16/14 | 000547 | RESORT FEE | 22.40 | | 22.40 |
| | | RESORT FEE | | | |
| 03/14/14 | | ROOM FEES | 28.00 | | 50.40 |
| | | EARLY C/IN $25+TX | | | |
| 03/14/14 | FV 5080 | ROOM CHARGE FV 5080 | 92.00 | | 153.44 |
| | | TAX2 | 11.04 | | |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | *************1228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/14/14 | | VISA-LODGING | | 50.40 | |
| | | *************4228 | | | |
| | | | | | .00 |

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

ACE CAB

PASSENGER RECEIPT

WWW.YELLOWCABLA.COM

19.25

$91.85

20

22



## Hacienda Hotel
800-421-5900
www.haciendahotel.com



Check Out Time is  1/3

## 12:00 NOON

## GUEST FOLIO

HECTOR FUENTES
1075 NW 129TH CT
MIAMI, FL
33182
USA

Re: FUENTES, HECTOR

ACCOUNT NAME FUENTES, HECTOR
ACCOUNT NO. IN 1218963    ARRIVAL    03/15/14
FOLIO TYPE   Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|-------|------|------|-------------------------|--------------|----------|---|--------|----|----|
| | 1 | 03/15/14 | Room | Re: 1766/FUENTES, HECTOR | 1766 | 1 | 89.00 | N | A |
| | | | Room Tax | | | | 7.12 | | |
| | | | Tourism Assess Tax | | | | 0.06 | | |
| | 2 | 03/16/14 | Visa | Auth#079106/XXXX XXXX XXXX #228 | 1766 | 1 | (96.18) | I | A |
| | | | | TOTAL | | | 0.00 | | |

\*\*\* TAXES INCL \*\*\*
Taxes - Room     7.18

$96.18 \times 3$
$288.54$

This bill is in currency :    American Dollar
prints

Print date:   03/16/14

Page 1



## Hacienda Hotel
800-421-5900
www.haciendahotel.com



Check Out Time is  2/3
## 12:00 NOON

## GUEST FOLIO

JORGE PARDO
308 NW 101ST TERRACE
POMPANO BEACH, FL.
33071
USA

Fax :

Re: PARDO, JORGE

ACCOUNT NAME PARDO, JORGE
ACCOUNT NO. IN  1218962    ARRIVAL      03/15/14
FOLIO TYPE   Current

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/E |
|-------|------|------|------------------------|--------------|----------|---|--------|----|----|
|  | 1 | 03/15/14 | Room | Re: 1687/PARDO, JORGE | 1687 | 1 | 89.00 | N | A |
|  |  |  | Room Tax |  |  |  | 7.12 |  |  |
|  |  |  | Tourism Assess Tax |  |  |  | 0.06 |  |  |
|  | 2 | 03/16/14 | Visa | Auth: 665785/XXXX XXXX XXXX 4228 | 1687 | 1 | (96.18) | I | A |
|  |  |  |  | TOTAL |  |  | 0.00 |  |  |

*** TAXES INCL ***
Taxes - Room        7.18

This bill is in currency :     American Dollar
points

Print date    03/16/14



**Hacienda Hotel**
800-421-5900
www.haciendahotel.com



Check **Out** Time is    2/3

# 12:00 NOON

## GUEST FOLIO

ERICH DOMITROVITS
2461 NW 84 WAY
FORT LAUDERDALE, FL
33322
USA

Re: DOMITROVITS, ERICH

ACCOUNT NAME DOMITROVITS, ERICH
ACCOUNT NO. IN 1218966    ARRIVAL    03/15/14
FOLIO TYPE    Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|-------|------|------|-------------------------|--------------|----------|---|--------|----|----|
| | 1 | 03/15/14 | Room | Re: 1680/DOMITROVITS, ERICH | 1680 | 2 | 89.00 | N | A |
| | | | Room Tax | | | | 7.12 | | |
| | | | Tourism Assess Tax | | | | 0.06 | | |
| | 2 | 03/16/14 | Visa | Amt#: C59889/XXXX XXXX XXXX 4228 | 1680 | 1 | (96.18) | I | A |
| | | | | TOTAL | | | 0.00 | | |

\*\*\* TAXES INCL. \*\*\*
Taxes - Room    ~7.18

This bill is in currency :    **American Dollar**
points

Print date:    03/16/14




**AIRTEL PLAZA HOTEL**

Erich Domitrovits

| | |
|---|---|
| *Arrival* | *03-27-14* |
| *Departure* | *03-28-14* |
| *Room No.* | *0225* |
| *Folio No.* | |

*Membership No*
*A/R Number*
*Group Code*
*Company Name*    *Best Available Rate*

*Cashier No.*
*Page No.*    *1 of 1*
*Conf No*    *3586453*
*Booking #*

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

       **Balance**     **0.00**

$160.55 × 3
$481.65

Guest Signature

7277 Valjean Avenue, Van Nuys, California 91406
Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com



Erich Domitrovits



AIRTEL
PLAZA
HOTEL

| | |
|---|---|
| Arrival | 03-27-14 |
| Departure | 03-28-14 |
| Room No. | 0223 |
| Folio No. | |
| Cashier No | |
| Page No | 1 of 1 |
| Conf. No. | 3586482 |
| Booking # | |

Membership No
A/R Number
Group Code
Company Name    Best Available Rate

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 04-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | | |
|---|---|---|
| | **Balance** | **0.00** |

Guest Signature  . . . .

1255 Valcon Avenue Van Nuys California 91406
Phone (818) 997 7676 Fax (818) 785 8864 www.airtelplaza.com





**AIRTEL PLAZA HOTEL**

Erich Domitrovits

| | | |
|---|---|---|
| *Arrival* | 03-27-14 |
| *Departure* | 03-28-14 |
| *Room No.* | 0236 |
| *Folio No.* | |

*Membership No.* :
*A/R Number* :
*Group Code* :
*Company Name* : *Best Available Rate*

| | | |
|---|---|---|
| *Cashier No.* | |
| *Page No.* | 1 of 1 |
| *Conf. No.* | 3586456 |
| *Booking #* | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | |
|---|---|
| Balance | **0.00** |

Guest Signature_____

7277 Valjean Avenue Van Nuys, California 91406
Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com



SAN JOSE MARRIOTT 

917 DOMITROVITS/ERICH    129.00 03/29/14 12:00    996
Room     Name              Rate                    ACCT#
GK                                03/28/14 14:44

38

                                    Profile        MRW#: XXXXX4986

| CATEGORY | | | | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 03/28 | PARKING | V5 | | 29.00 | | |
| 03/28 | ROOM TN | 917, 1 | | 129.00 | | |
| 03/28 | OCC TAX | 917, 1 | | 12.90 | | |
| 03/28 | TRSM FEE | 917, 1 | | .01 | | |
| 03/28 | TBID FEE | 917, 1 | | 2.00 | | |
| 03/28 | CCFD TAX | 917, 1 | | 5.16 | | |
| 03/29 | MC CARD | | | | $178.07 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

178.07
149.07
149.07
───────
$476.21

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

To secure your hotel stay, go to marriott.com



GUEST FOLIO



SAN JOSE MARRIOTT

| 916 | DOMITROVITS/ERICH | 129.00 | 03/29/14 | 12:00 | 997 |
| GK | LAVINA/CARLOS | | 03/28/14 | 14:45 | ACCT# |
| 38 | | | | | |

MRW#: XXXXX5987

| Date | Description | | | Charges | Credits | Balance Due |
|---|---|---|---|---|---|---|
| 03/28 | ROOM TN | 916, | 1 | 129.00 | | |
| 03/28 | OCC TAX | 916, | 1 | 12.90 | | |
| 03/28 | TRSM FEE | 916, | 1 | .01 | | |
| 03/28 | TBID FEE | 916, | 1 | 2.00 | | |
| 03/28 | CCFD TAX | 916, | 1 | 5.16 | | |
| 03/29 | AX CARD | | | | $149.07 | |

TO BE SETTLED TO:  AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

The supermarket volume marked by a sign is not valid. The amount shown of this is required to be paid and is not a receipt. All purchases and all us here. Base material of the is a required to credit card company as a result of and returns of these products which may require a special authorization per se. Please so made the retail check. If the card is for a joint payment, then each may also select an individual to be liable upon the card. These cards when returned are not resolvable against the charges indicated.

Our stay ■_____

To accrue your next stay, go to marriott.com



## SAN JOSE MARRIOTT



918 DOMITROVITS/ERICH  129.00 03/29/14 12:00  998
    Room                                        ACCT#

GK  BARDO/JORJE              03/28/14 14:46

38

MRW#: XXXXX4571

| 03/28 | ROOM TN   | 918, 1 | 129.00 | |
|-------|-----------|--------|--------|--|
| 03/28 | OCC TAX   | 918, 1 | 12.90  | |
| 03/28 | TRSM FEE  | 918, 1 | .01    | |
| 03/28 | TBID FEE  | 918, 1 | 2.00   | |
| 03/28 | CCFD TAX  | 918, 1 | 5.16   | |
| 03/29 | MC CARD   |        |        | $149.07 |

TO BE SETTLED TO:   MASTERCARD   CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

**SPRINGHILL SUITES**
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
(281) 332 2999



Erich Dombrowski

72w No 25th St.

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk: AMM

Arrive: 29Mar14   Time: 09:38PM      Depart: 30Mar14    Time: 08:50AM    Folio Number: 73973

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIX XXXXXXXXXXXX4228XXXXX | | |
| | Amount: 92.00 Auth: 080727 Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

Balance:      0.00

**Rewards** Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your **Rewards** Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92 x 3
———————
$276.00



**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Carlos Lavina

Room: 105

72w No 25th St

Room Type: KSTE

Wilton Manors FL 33305-1020

Number of Guests: 1

Reduced Gravity

Rate: $80.00    Clerk: AMM

Arrive: 29Mar14  Time: 09:39PM    Depart: 30Mar14    Time: 06:50AM    Folio Number: 73972

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXXX4228XXXX | | |
| | Amount:  92.00  Auth: 082150  Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

**Balance:**    **0.00**

Rewards Account # XXXXX5987.  Your Rewards points/miles earned on your eligible earnings will be credited to your
account.  Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Jorge Pardo

72w No 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk: AMM

Arrive: 29Mar14   Time: 09:37PM     Depart: 30Mar14     Time: 08:50AM     Folio Number: 73971

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIX0000000000000X4228XXXX | | |
| | Amount: 92.00  Auth: 078493  Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

**Balance:     0.00**

Rewards Account # XXXXX4671. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: CAPTNROX@AOL.COM. See "Internet Privacy Statement" on Marriott.com.



# Hertz   Rental Record# 113735241

**ERICH DOMITROVITS**
Vehicle: 2013 MAXIMA
License: CA 6YMX324



Rental Rate's  66 + 1 Day @   1 7 Days   T$   55.17
Includes Unlimited Mini

### Additional Products

Fuel & Service   3.521 Mi  $3.83 /GAL  20.5 /TK CAP F$

### Service Charges/Taxes

| | | | | |
|---|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 14.68 |
| CA TOURISM ASSESSMENT | 2.50% | $ | 4.43 |
| TRANSPORTATION FEE | | $ | 6.00 |
| UCAR/ABR/VEH LIC RECOVERY FEE | | T$ | .00 |
| TAX 1  8.750%  ON TAXABLE TTL $ | 49.75 | $ | 6.10 |
| TAX 2  2.500%  ON CALIFORNIA REFUELING | | $ | |

## TOTAL ESTIMATED CHARGE   $   83.32

Credit Card Authorization Amount $   283.00

**Rented by The Hertz Corporation**
Vehicle Number  01199 · 8331241
Location Number  CASJC23 · G720723
Mileage at Rental  33'6
Rate Plan  MOLE         Res. Rate Class  F
Veh Class  B  · PREMIUM
Rental Location  ATLANTIC AVIATION
Rental Time  03/28/14 at  2:22 PM
Return Location  ATLANTIC AVIATION
Return Time  03/29/14 at  10.00 AM

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060
For Explanation of Charges WWW.HERTZ.COM/CHARGESEXPLAINED

This will only ensures you off rent and return of the vehicle and rates
indicated, and then you will not exceed any mileage limitations.
Charges indicated as *** will be calculated at return.
Taxable charges are preceded by a "T".

113735241                              PB 1 OF 1 3274F



BEVERLY HILLS CA
03-27-2014
TIME:  15:29
VEHICLE:2246
BADGE#: 704

PARK   36.25
TOTAL: 70.4

TAX:
+1417/xxxxxx12x6
MA.KI
AUTHORIZATION:
067415
01.17E

CUSTOMER COPY



(24)

89.25

(26)

---

### ENTERPRISE

RA 142265398          B' 0
Rental  29-MAR-2014 09 14 PM
HOUSTON HOBBY ARPT
Return  30-MAR-2014 09:29 AM
HOUSTON HOBBY ARPT

ERICH DOMITROVITS
Vehicle # DH688310
Model:  SONATA
Class Driven *CCAR*   Class Charged FCAR*
License  US 0000     State Of Issue  TX
MaKes Driven  30
MaKes Out  27500
MaKes In  27530

Billing Ref 1990262636T

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| RAP | 1 Days | 4.22 | 4.59* |
| T & H | 1 Days | 31.88 | 31.89* |
| DELIV MOD:  0 MiKes | | | 0.00* |
| TX REIMBURSEMENT | | | 1.73* |
| SPORTS VENUE TAX 5.0 % | | | 2.14* |
| AIRPORT CONCESSION FEE | | | 4.29* |
| VEH RENTAL TAX @ 0.000 % | | | 0.00 |

Total Charges          $50 40.33

Deposit  MC   7442

Amount Due             USD 49.33

* Taxable Item
Subject to And Earns Credit to $
Frequent Flyer
For Reservations 1-800-RENT-A-CAR

(28)

$49.33

1/3

LAVINA/CARLOS Ref: 0000-00-0000-00
PARDO/JORGE Ref: 0000-00-0000-00
SALES PERSON VW
INVOICE NUMBER **0941430**
INVOICE ISSUE DATE **19 Mar 2014**
RECORD LOCATOR **FDFQZX**
CUSTOMER NUMBER **100131**
Client Address
AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316
Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 32**
From FT LAUDERDALE, FL
Departs 9:40am
To ATLANTA, GA Arrives 11:40am
Departure Terminal 1 Arrival Terminal N
Duration 02hr(s) :00min(s) Class Standard
Type 73C Meal
Stop(s) Non Stop
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 317**
From ATLANTA, GA Departs 12:20pm
To LOS ANGELES, CA Arrives 2:25pm
Departure Terminal N Arrival Terminal 1
Duration 05hr(s) :05min(s) Class Standard
Type BOEING 737-700
JET
Meal
Stop(s) Non Stop
Ticket Information
Ticket Number WN 2401041469 Passenger LAVINA C
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Ticket Number WN 2401041471 Passenger PARDO J
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Total base fare amount USD 607.00
Total Taxes USD 0.00
Net Credit Card Billing * **USD 607.00**

$ 1075.50

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com



# Electronic Invoice

## Prepared For:
## DOMITROVITS/ERICH

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0941388 |
| INVOICE ISSUE DATE | 19 Mar 2014 |
| RECORD LOCATOR | FGXQVC |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Mar 27

**Flight: SOUTHWEST AIRLINES 32**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 9:40am |
| To | ATLANTA, GA | Arrives | 11:40am |
| Departure Terminal | 1 | Arrival Terminal | N |
| Duration | 02hr(s) :00min(s) | Class | Standard |
| Type | 73C | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Thu, Mar 27

**Flight: SOUTHWEST AIRLINES 317**

| | | | |
|---|---|---|---|
| From | ATLANTA, GA | Departs | 12:20pm |
| To | LOS ANGELES, CA | Arrives | 2:25pm |
| Departure Terminal | N | Arrival Terminal | 1 |
| Duration | 05hr(s) :05min(s) | Class | Standard |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sun, Mar 30

**Flight: SOUTHWEST AIRLINES 3225**

| | | | |
|---|---|---|---|
| From | HOUSTON HOBBY, TX | Departs | 10:40am |
| To | FT LAUDERDALE, FL | Arrives | 2:00pm |
| | | Arrival Terminal | 1 |
| Duration | 02hr(s) :20min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sat, Jun 28

RETENTION
SEGMENT

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | WN 2401044507 | **Passenger** | | | |
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 468.50 |

| | | |
|---|---|---|
| | Total base fare amount | USD 406.51 |
| | Total Taxes | USD 61.99 |
| | Net Credit Card Billing | * USD 468.50 |
| | Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY

VALID GOVERNMENT ISSUED ID OR PASSPORT IS REQUIRED

VALID PASSPORTS REQUIRED FOR ALL INTERNATIONAL TRAVEL

VISAS MAY BE REQUIRED FOR SOME INTERNATIONAL
DESTINATIONS.

BAGGAGE RULES AND APPLICABLE FEES VARY BY AIRLINE.
TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 468.50 SLA7PNRO SLA7PNRO QLN7PNR-19MAR-F5
OR-DONALD PHONE
L-468.50ALF
U6-3587
N-468.50
U5-FGXQVC-72XIIE
DS-

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

*Amerijet International*
*2800 South Andrews Avenue*
*Fort Lauderdale, FL 33126*

**Invoice No.** N794CREW-MAY14
CORRECTED

# INVOICE

| **Customer** | |
|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader |
| Address | 8000 Towers Crescent Drive Suite 1000 |
| City | Vienna          State VA        ZIP 22182 |
| Phone | (703) 894-2189 |

| **Misc** | |
|---|---|
| Date | 5/1/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | CORRECTED Recurring Monthly Crew Guarantee Salaries (one crew) (21,157.50/31)*3 days May 1,2014-May 3,2014<br><br>Does not include per diem, travel, hotels, misc expenses, or charges for second crew (if applicable). Any additional charges will be submitted at month end. | $  2,047.50 | $        2,047.50 |
| | | SubTotal | $        2,047.50 |
| | | Shipping | |

| **Payment** | Select One… |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Tax Rate(s)

| **TOTAL** | $        2,047.50 |
|---|---|

krader@spaceadventures.com

*Monthly Crew Guarantee-INVOICE DUE UPON RECEIPT*

AMERIJET INTERNATIONAL

**Invoice No.** MAY14ENGLEASE
CORRECTED

# INVOICE

| Customer | |
|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader |
| Address | 8000 Towers Crescent Drive Suite 1000 |
| City | Vienna          State VA       ZIP 22182 |
| Phone | (703) 894-2189 |

| Misc | |
|---|---|
| Date | 5/1/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | CORRECTED Boeing 727-200 Aircraft Engine Lease - 3 Pratt Whitney JT8D Engines  for use on Boeing 727-200 N794 AJ; SN 21243 (36,000/31 days)*9 days  May 1 to May 9, 2014 | $ 10,451.61 | $    10,451.61 |

| | | |
|---|---|---|
| | SubTotal | $    10,451.61 |
| | Shipping | |
| | Tax Rate(s) | |
| | TOTAL | $    10,451.61 |

| Payment | Select One… |
|---|---|
| | 5501-20-0000-00 |
| Comments | |
| Name | |
| CC # | |
| Expires | |

krader@
spacead
ventures
.com

*Invoice due upon Receipt*

*AMERIJET INTERNATIONAL*

**Invoice No.** <span style="color:red">**MAY14-MNGMT CORRECTED**</span>

# INVOICE

| **Customer** | | **Misc** | |
|---|---|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader | Date | 5/1/2014 |
| Address | 8000 Towers Crescent Drive Suite 1000 | Order No. | |
| City | Vienna          State VA      ZIP 22182 | Rep | |
| Phone | (703) 894-2189 | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | CORRECTED Boeing 727-200 Aircraft Management Services<br>May 1 to May 3, 2014<br>(50,000/31 days)*3 days | $  4,838.71 | $      4,838.71 |
| | | SubTotal | $      4,838.71 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | TOTAL | $   4,838.71 |

**Payment**
Select One…
5501-20-0000-00

Comments
Name _____

CC # _____
Expires _____

krader@
spacead
ventures
.com

*Invoice due upon Receipt*