# EXHIBIT 14

| | |
|---|---|
| **From:** | Veronica Correa <VCorrea@Amerijet.com> |
| **Sent:** | Friday, May 30, 2014 4:54 PM |
| **To:** | 'krader@spaceadventures.com' (krader@spaceadventures.com) |
| **Subject:** | Zero G Invoices |
| **Attachments:** | CrewSchedFebMar14.pdf; Zero G April Invoice.pdf; N794CREW-xxx08 MAY14.pdf; XXX08-ENGLEASE MAY14.pdf; XXX08-MNGMT MAY14.pdf; Zero G May 2014 Final Invoice.pdf; Zero G May 2014 Liquidation Invoice.pdf |

Good Evening Karlyn,

Happy Friday! Hope all is well.

Please find attached the Zero G invoices.

Please do not hesitate to contact me with any questions or concerns.

*Best Regards,*

*Veronica Correa, MBA*
*Senior Accountant*
*Amerijet International,Inc*
*2800 S Andrews Avenue*
*Fort Lauderdale, FL 33316*
*Phone: (954)320-5328*
*Email: VCorrea@amerijet.com*



*Let's Make Excellence Happen!* 



AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

**Invoice No.** CrewSchedFeb/Mar14

# INVOICE

| Customer | |
|---|---|
| Name | **Zero G** |
| Address | **8000 Towers Crescent Drive   Suite 1000** |
| City | **Vienna**          **State VA**          **ZIP 22182** |
| Attn: | **Terese Brewster** |

| Misc | |
|---|---|
| Date | 4/30/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Crew Scheduling **February 2014** | $  4,806.96 | $      4,806.96 |
| 1 | Crew Scheduling **March 2014** | $ 15,232.52 | $    15,232.52 |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | | | $          - |
| | Per Management Agreement Amerijet Services dated 11/16/06, sec. (E), 2 (n) of article 11-8.5% service charge for operation of N794AJ | | $      1,703.36 |
| | | | $          - |
| | | | $          - |
| | | SubTotal | $    21,742.84 |
| | | Shipping | |

| Payment | Select One... |
|---|---|

Tax Rate(s)

| | TOTAL | $    21,742.84 |
|---|---|---|

Comments  Invoice Number
 Name
 CC #
 Expires

Email to: krader@spaceadventures.com

|  | Comments | HRS Flight Paid | Per Diem | Expense | Ticket | |
|---|---|---|---|---|---|---|
| Description |  |  |  |  |  | |
| Description | Feb 1st to 3rd  JB/ ED / CL |  |  |  |  | |
| Hours | 6Hrs  X 3 | 18.0 |  |  |  | |
| Per Diem | $124.40 X 3 |  | 373.20 |  |  | |
| Airline | JAX-MIA  (SW airline) |  |  |  |  | |
| Description | Feb 22nd to 28th    JB/ ED/ HF |  |  |  |  | Training |
| Hours | 38.3 hrs  X 3 | 114.9 |  |  |  | |
| Per Diem | $306 X 3 |  | 918.00 |  |  | |
| Ticket | Fly ac to EDF after FLL flight |  |  |  |  | |
| Description |  |  |  |  |  | |
| Expense | John Benisch |  |  | 3,005.76 |  | |
| Expense | Hector Fuentes |  |  | 15.00 |  | |
| Expense | Ticket bought and not used |  |  |  | 495.00 | |
| TOTAL |  | 132.9 | 1,291.2 | 3,020.8 | 495.0 | 0.0 |

|  | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS |  | NORMAL COST<br>(Zero g is billed for 65 x 3 = 195 hrs per month)<br>excluding training |
|  | 1,291.20<br>3,020.76<br>495.00<br>0.00 | EXTRA CREW COST<br>PER DIEM<br>EXPENSE<br>TICKET<br>TRAINING  (hours / dollars) |
| TOTAL | $4,806.96 |  |

# Ameriiet International Inc

## Detailed Expense Report

# Geneva Report Manager

## 01-Feb-14 to 28-Feb-14

| Crew Name | Date | Flight | Port | Event Type | Amount Claimed | |
|-----------|------|--------|------|-----------|---------------:|---|
| Benisch, John | 2/2/2014 | 211 | Brunswick | Crew Transportation Ground | $135.00 | 1 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $318.02 | 2 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 3 |
| | 2/2/2014 | 211 | San Jose, CA | CI | $289.02 | 4 |
| | 2/2/2014 | 211 | San Jose, CA | Crew Transportation Ground | $152.29 | 5 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 6 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 7 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | CI | $93.79 | 8 |
| | 2/3/2014 | TVL MIA | JACKSONVILLE | Crew Transportation Air | $645.00 | 9 |
| | 2/3/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $60.00 | 10 |
| | 2/20/2014 | TVL BQK | Brunswick | Crew Transportation Ground | $135.00 | 11 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Air | $645.00 | 12 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 13 |
| | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 14 |
| | 2/22/2014 | 213/214 | FT LAUDERDALE | Crew Transportation Ground | $26.04 | 15 |
| | Crew Sub Total: | | | | $3,005.76 | |
| | | | | | | |
| Fuentes, Hector | 2/20/2014 | TVL BQK | FT LAUDERDALE | Crew Transportation Ground | $15.00 | 16 |
| | | | | | $15.00 | |

AIRPORT ARRIVAL REQUEST

MAX
Transport
Company
634-7749

Date of Arrival: _____

Guest Name: _____

Airport: _____

Airline: _____ Flight # _____ Arrival Time: $135^{cc}$

Flight Origination: _____ # of PAX _____

Dropping off at: Hotel_____ _____ Other _____

Vehicle Type (check one): Van _____ Chrysler 300 _____ Minivan _____ GMC Envoy _____

Charge to (check one):

　　　Room_____ CL_____ C.C. _____ M/A= _____

Requested by: _____ Phone/Ext. _____

Comments/Special Requests: _____

_____

JAX + BQ4 From Transport Crew



**Marriott.**

GUEST FOLIO & RESORTS

SAN JOSE MARRIOTT

GUEST FOLIO

| ROOM | 1912 BENTSCH/JOHN/MR NAME | | 125.00 02/02/14 06:59 RATE DEPART TIME | 2901 ACCT# |
|------|------|------|------|------|
| GK room | Name | | 01/30/14 20:02 Date | |
| TYPE | | | ARRIVE TIME | |
| 45 | 72W NE 25TH ST | | Arrive Time | |
| ROOM CLERK | WILTON MANOR FL | | VSXXXXXXXXXXXX8144 | |
| | 333051026 | | PAYMENT | MRW#: XXXXX7622 |
| | ADDRESS | | Payment | |

| DATE | ADDRESS | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|------|------|------|------|------|
| 01/31 | ROOM TN | 1912, 1 | 125.00 | | |
| 01/31 | OCC TAX | 1912, 1 | 12.50 | | |
| 01/31 | TRSM FEE | 1912, 1 | .01 | | |
| 01/31 | TBID FEE | 1912, 1 | 2.00 | | |
| 01/31 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/01 | VALET | PD2051 | 29.00 | | |
| 02/01 | ROOM TN | 1912, 1 | 125.00 | | |
| 02/01 | OCC TAX | 1912, 1 | 12.50 | | |
| 02/01 | TRSM FEE | 1912, 1 | .01 | | |
| 02/01 | TBID FEE | 1912, 1 | 2.00 | | |
| 02/01 | CCFD TAX | 1912, 1 | 5.00 | | |
| 02/02 | CCARD-VS | | | 318.02 | |
| | PAYMENT RECEIVED BY: VISA | | | XXXXXXXXXXXX8144 | |

.00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.



**Marriott.**

HOTELS & RESORTS

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA 95113
408-280-1300

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____                    To secure your next stay, go to marriott.com

GUEST FOLIO



## SAN JOSE MARRIOTT

| 1805 LAVINA/CARLOS/MR | | 125.00 | 02/02/14 | 12:00 | 2902 |
|---|---|---|---|---|---|
| Room GK | Name | Rate | Depart 01/31/14 | Time 12:52 | ACCT# |
| Type 11 | | | Arrive | Time | |

MRW#: XXXXX5987

| Room Clerk | Address | | | Payment | CHARGES | FORWARD | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 01/31 | ROOM TN | 1805, 1 | | 125.00 | | | |
| 01/31 | OCC TAX | 1805, 1 | | 12.50 | | | |
| 01/31 | TRSM FEE | 1805, 1 | | .01 | | | |
| 01/31 | TBID FEE | 1805, 1 | | 2.00 | | | |
| 01/31 | CCFD TAX | 1805, 1 | | 5.00 | | | |
| 02/01 | ROOM TN | 1805, 1 | | 125.00 | | | |
| 02/01 | OCC TAX | 1805, 1 | | 12.50 | | | |
| 02/01 | TRSM FEE | 1805, 1 | | .01 | | | |
| 02/01 | TBID FEE | 1805, 1 | | 2.00 | | | |
| 02/01 | CCFD TAX | 1805, 1 | | 5.00 | | | |
| 02/02 | VS CARD | | | | $289.02 | | |

TO BE SETTLED TO:     VISA          CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------

| 01/31 | ROOM TN | 125.00 |
|---|---|---|
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |

| 02/01 | ROOM TN | 125.00 |
|---|---|---|
| | OCC TAX | 12.50 |
| | TRSM FEE | .01 |
| | TBID FEE | 2.00 |
| | CCFD TAX | 5.00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JOHN.BENISCH@YAHOO.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



## SAN JOSE MARRIOTT

| 2003 DOMITROVITS/ERICH | 125.00 | 02/02/14 12:00 | 2900 |
|---|---|---|---|
| Room Name | Rate | Depart Time | ACCT# |
| DD | | 01/31/14 12:49 | |
| Type | | Arrive Time | |
| 11 | | | |

MRW#: XXXXX4986

| Room Clerk | Address | Payment | Charges | Credits | Balance Due |
|---|---|---|---|---|---|
| 01/31 ROOM TN | 2003, 1 | 125.00 | | | |
| 01/31 OCC TAX | 2003, 1 | 12.50 | | | |
| 01/31 TRSM FEE | 2003, 1 | .01 | | | |
| 01/31 TBID FEE | 2003, 1 | 2.00 | | | |
| 01/31 CCFD TAX | 2003, 1 | 5.00 | | | |
| 02/01 ROOM TN | 2003, 1 | 125.00 | | | |
| 02/01 OCC TAX | 2003, 1 | 12.50 | | | |
| 02/01 TRSM FEE | 2003, 1 | .01 | | | |
| 02/01 TBID FEE | 2003, 1 | 2.00 | | | |
| 02/01 CCFD TAX | 2003, 1 | 5.00 | | | |
| 02/02 VS CARD | | | $289.02 | | |

TO BE SETTLED TO:    VISA              CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------

| 01/31 ROOM TN | 125.00 |
|---|---|
| OCC TAX | 12.50 |
| TRSM FEE | .01 |
| TBID FEE | 2.00 |
| CCFD TAX | 5.00 |

| 02/01 ROOM TN | 125.00 |
|---|---|
| OCC TAX | 12.50 |
| TRSM FEE | .01 |
| TBID FEE | 2.00 |
| CCFD TAX | 5.00 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



# Hertz #1 Club Gold®

```
00599 / 4207379   39412   CO/   331VSJ     10:60
12 GRAY                    AVENGER PZEV N
```

DL # FL   B520**********

```
RR # 592967826      01/31/14   09:01
      0720723        PF  794A   0900
```

**JOHN**                 3946.7

**BENISCH**
HERTZ #1 CLUB GOLD ®

1. Please review your enclosed Rental Record.

2. Estimated Charge for Rental is $   152.29
   See Page 1 for Details.

3. Drive to the exit gate.

4. Hand this hangtag and your driver's license to the
   Hertz exit gate attendant.

- If you need assistance, show this hangtag and your
  Rental Record to a Hertz representative.

## * * CONSIDER FUEL * *

(A) FUEL PURCHASE OPTION:
You may purchase a tank of gas from Hertz now. Simply
check the box and sign below.

FPO price per gallon/tank capacity - $ 3.609/ 16.9 GAL
FPO charge (plus sales tax if applicable) - $     60.99

☐ Yes, I would like to purchase the Fuel Purchase
Option. I understand there is no refund for unused fuel.



Signature

OTHER OPTIONS:
(B) Refuel on your own, or
(C) Allow Hertz to refuel at  $ 9.78  /GAL or
    $ .466  /MI (Fuel & Service Charge)

152.29

CAR FEE

2 DAYS

IN

SJC



**SPRINGHILL SUITES**
Marriott

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

C. Lavina

Room: 317

Room Type: KSTE

Number of Guests: 1

Rate: $83.00     Clerk:

Arrive: 02Feb14   Time: 05:22PM       Depart: 03Feb14     Time:        Folio Number: 67474

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 07495C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

|  | **Balance:** | **0.00** |

**Rewards Account # XXXXX5987.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

E. Domitrovits

Room: 316

Room Type: KSTE

Number of Guests: 1

Rate: $83.00    Clerk:

Arrive: 02Feb14  Time: 05:21PM    Depart: 03Feb14    Time:    Folio Number: 67473

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: VIXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount: 93.79 Auth: 03974C Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

|  | | Balance: | 0.00 | |

**Rewards Account # XXXXX4986.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
*Marriott*

SpringHill Suites by Marriott
Jacksonville Airport

13550 Airport Ct
Jacksonville, Fl 32218
t(904) 741 8002

J. Benisch

Room: 314

Room Type: KSTE

Number of Guests: 1

Rate: $83.00     Clerk:

Arrive: 02Feb14  Time: 05:19PM     Depart: 03Feb14     Time:     Folio Number: 67472

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 83.00 | |
| 02Feb14 | Occupancy Sales Tax | 4.98 | |
| 02Feb14 | State Occupancy Tax | 5.81 | |
| 03Feb14 | Visa | | 93.79 |
| | *Card #: V/XXXXXXXXXXXXX8144/XXXX* | | |
| | *Amount:   93.79  Auth: 08386C  Signature on File* | | |
| | *This card was electronically swiped on 02Feb14* | | |

Balance:     0.00

**Rewards Account # XXXXX7622.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.

**SOUTHWEST.COM**

## Thank you for your purchase!

Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL

New Purchases in Trip

### Air

Confirmation #ZLWY7O

Jacksonville, FL - JAX to Ft.
Lauderdale, FL - FLL
Monday, February 3, 2014

Air Total: $645.00

*[handwritten: FEB 3 3 crew from air fare JAX 2 FLL]*

Amount Paid
$645.00

Trip Total
$645.00

*[handwritten: 645]*

FEB 3
MON  **BQK to FLL ZERO G SWA Ticket**

## New purchases added to your trip.

### AIR

Jacksonville, FL - JAX to Ft. Lauderdale, FL - FLL
02/03/2014

Confirmation #
**ZLWY7O**

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513815 |
| ERICH DOMITROVITS | 00020159862332 |
| CARLOS LAVINA | 00020209475790 |

Subscribe to Flight Status Messaging

| DEPART FEB 3 MON | 07:05 AM | Depart Jacksonville, FL (JAX) on Southwest Airlines | Flight #752 | Monday, February 3, 2014 |
|---|---|---|---|---|
| | 08:15 AM | Arrive in Ft. Lauderdale, FL (FLL) | Wifi available | Travel Time 1 h 10 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | JAX-FLL | Business Select Superfare benefits | | | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this
trip.

Subtotal $645.00
Fare Breakdown

Carry-on items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge $0.00

Air Total:

$645.00

Gov't taxes & fees now included

| Purchaser Name | John Bienisch | Billing Address | 72W NE 25th ST<br>Wilten Manors, FL US 33305 | |
|---|---|---|---|---|

| Form of Payment | | | | Amount Applied |
|---|---|---|---|---|
| Visa - XXXXXXXXXXXXX-4950 | | | | $645.00 |

Amount Paid
$645.00

Trip Total
$645.00

Parking
For
FL
$60

Parking

Parking $60



# AIRPORT ARRIVAL REQUEST

**MAX**
Transport
Company
○ ○
**634-7749**

Date of Arrival: _____ 2/20/2014 _____

Guest Name: _____ BENISH _____

Airport: _____

Airline: _____ Flight # _____ 112 _____ Arrival Time: _____

Flight Origination: _____ # of PAX _____ 3 _____

Dropping off at: Hotel _____ Other _____

Vehicle Type (check one): Van _____ Chrysler 300 _____ Minivan _____ GMC Envoy _____

Charge to (check one):

    Room _____ CL _____ C.C. _____ M/A= _____ #35 _____

Requested by: _____ Phone/Ext. _____

Comments/Special Requests: _____

MAX Transport
$135-00


**SOUTHWEST.COM**

## Thank you for your purchase!

Ft. Lauderdale, FL to Jacksonville, FL - JAX

New Purchases in Trip

### Air

Confirmation #ZFHLIW

Ft. Lauderdale, FL - FLL to
Jacksonville, FL - JAX
Thursday, February 20, 2014

*(handwritten)* FEB 20
*(handwritten)* Air Fare 3 crew From FLL → Jax

Air Total: $645.00

Amount Paid
**$645.00**

Trip Total
**$645.00**

---

FEB 20
THU   **ZERO G PICK UP IN BQK TICKET**

### New purchases added to your trip.

#### AIR

Ft. Lauderdale, FL - FLL to Jacksonville, FL - JAX
02/20/2014

Confirmation #
**ZFHLIW**

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00020102513015 |
| ERICH DOMITROVITS | 00020155862332 |
| HECTOR FUENTES | 00020115315730 |

Subscribe to Flight Status Messaging

| | | | |
|---|---|---|---|
| DEPART FEB 20 THU | 06:40 AM | Depart Ft. Lauderdale, FL (FLL) on Southwest Airlines | Flight #412 SOUTHWEST | Thursday, February 20, 2014 |
| | 08:00 AM | Arrive in Jacksonville, FL (JAX) | Wifi available | Travel Time 1 h 20 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | FLL-JAX | **Business Select** Superior Benefits | • Anytime Boarding • No cancellation or change fee • Refundable | Fly every time you fly. Free same-day Changes Refundable fare | 3 | $645.00 |

Earn at least 2277 Rapid Rewards Points per person when you take this
trip.

| | | |
|---|---|---|
| | Subtotal | **$645.00** Fare Breakdown |

Carry-on items: 1 bag + 1 small personal item are free, see full details
Checked items: First and second bags are free, size and weight limits apply.

| | |
|---|---|
| Bag Charge | $0.00 |

Air Total:

$645.00

Gov't taxes & fees now included

| Purchaser Name | John Bonisch | Billing Address | 72W NE 25th ST |
|---|---|---|---|

Wilton Manors, FL US 33305

| Form of Payment | Amount Applied |
|---|---|
| Visa - XXXXXXXXXXXXX-4980 | $645.00 |

Amount Paid
$645.00

Trip Total
$645.00

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200
EXIT LANE    K121

PRQ NO.  3344
ENTRY TIME: 022014
                05:39
EXIT TIME: 022014
                12:40
AMOUNT:  $ 15.00
TAX INCLUDED
VI
XXXXXXXXXXXX4228
        XXXXX 101
AUTH. CODE 054211
ENTRY 9
RATE
RC9
VAL $ 0.00

    THANK YOU
FOR YOUR VISIT

15°°
Parking

#15°°
Parking

YELLOW CAB
CAB #       217
DRIVER ID: 00021252
TRIP: 014233 DIST:  5.20

02/22/2014
START: 15:32 END: 15:55
START LAT: 26.158338
START LON: -80.145133
END LAT:  26.091123
END LON:  -80.141952
FARE AMOUNT:        $21.70
TIP AMOUNT:         $ 4.34
        TOTAL  $26.04
CR. CARD #: ***#4980
APPROVAL #:   021030
*** PASSENGER COPY ***
    THANK YOU FOR
    RIDING WITH US
    (954) 777 - 7777

CAB
26.04

H F  Page 1 of 1



# Receipt of SunPass® Charges

HECTOR FUENTES
1075 NW 129TH CT.
MIAMI, FL 33182
ACCOUNT NUMBER: 02779312

Receipt Date: February 20, 2014

| Processed Date | Transaction Date | Transponder # | Plaza | Lane | Event Type | Charged |
|---|---|---|---|---|---|---|
| 02/20/2014 12:47:26 PM | 02/20/2014 12:47:25 PM | 053454950110 | FLL - Main Exit Plaza | 12P | PRKG | ($15.00) |



global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

*[handwritten annotations across top right: SCHEDULED, CHANGED, 7 PEOPLE, WAS, CALL, $165 X3, $495]*

## Electronic Invoice

### Prepared For:
PARDO/JORGE

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886204 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | VDQGMB |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

### DATE: Thu, Feb 13

**Flight: SOUTHWEST AIRLINES 380**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

### DATE: Wed, May 14

Others

RETENTION
SEGMENT

## Ticket Information

| **Ticket Number** | WN 2189762951 | **Passenger** | | | |
|---|---|---|---|---|---|
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 165.00 |

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| **Total Amount Due** | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com



# Electronic Invoice

## Prepared For:
LAVINA/CARLOS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886205 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | XAXDSY |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

Flight: SOUTHWEST AIRLINES 380

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

Others

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2189762952 | Passenger Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

 was not used for credit or billing

# Electronic Invoice

## Prepared For:
## THOMPSON/DOUGLAS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0886206 |
| INVOICE ISSUE DATE | 05 Feb 2014 |
| RECORD LOCATOR | BEWQHD |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Feb 13

### Flight: SOUTHWEST AIRLINES 380

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 11:00am |
| To | JACKSONVILLE FL, FL | Arrives | 12:25pm |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, May 14

Others

RETENTION
SEGMENT

# Ticket Information

| Ticket Number | WN 2189763168 | Passenger | | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 165.00 |

| | |
|---|---|
| Total base fare amount | USD 143.26 |
| Total Taxes | USD 21.74 |
| Net Credit Card Billing | * USD 165.00 |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.

| | Comments | HRS Flight Paid | Per Diem | Expense | Ticket | |
|---|---|---|---|---|---|---|
| Description | Mar 1st and 2nd JB/ED/HF | | | | | |
| Hours | 10.8 hrs X 3 | 32.4 | | | | |
| Per Diem | $87 X 3 | | 261.00 | | | |
| Larry Limo | | | | | | |
| Description | Mar 6th to 9th Ed /JPP/ CL | | | | | |
| Hours | 18.9 hrs X 3 | 56.7 | | | | |
| Per Diem | $151 X 3 | | 453.00 | | | |
| Ticket | | | | | | |
| Ticket Fee | | | | | | |
| Description | Mar 13th to 16th ED / JPP/ HF | | | | | |
| Hours | 19.3 hrs X 3 | 57.9 | | | | |
| Per Diem | $154 X 3 | | 462.00 | | | |
| Description | Mar 27th to 30 ED/JPP/ CL | | | | | |
| Hours | 19.2 hrs X 3 | 57.6 | | | | |
| Per Diem | $153.60 X 3 | | 460.80 | | | |
| Ticket | | | | | | |
| Ticket Fee | | | | | | |
| Description | | | | | | Training |
| Expense | John Benisch | | | 3,548.21 | | |
| Expense | Hector Fuentes | | | 207.00 | | |
| Expense | Eric Domitrovitz | | | 7,923.41 | | |
| Tickets | | | | 1,075.50 | | |
| TOTAL | | 204.6 | 1,636.8 | 12,754.1 | 0.0 | 0.0 |

| 3/1/2014 | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS<br><br>204.6-195 | 841.60 | NORMAL COST<br>(Zero g is billed for 65 x 3 = 195 hrs per month)<br>excluding training |
| 9.6<br><br>9.6 hrs/ 3 per pilot<br>3.20<br><br>$263 X 3.2<br>841.6 | 1,636.80<br>12,754.12<br>0.00<br>0.00 | EXTRA CREW COST<br>PER DIEM<br>EXPENSE<br>TICKET<br>TRAINING (hours / dollars) |
| TOTAL | $15,232.52 | |

# Amerijet International Inc

## Detailed Expense Report       01-Mar-14 to 31-Mar-14

| Crew N; Date | Flight | Port | Event Type | Amount Claimed | |
|---|---|---|---|---|---|
| **Benisch, John** | | | | | |
| 3/1/2014 | 210 | MIAMI | Crew Transportation Air | $911.00 | 1 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 2 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 3 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | CI | $736.00 | 4 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $74.33 | 5 |
| 3/2/2014 | TVL MIA | HOBBY - HOUSTON | Crew Transportation Ground | $314.38 | 6 |
| 3/2/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $40.50 | 7 |
| Crew Sub Total: | | | | $3,548.21 | |

| **Fuentes, Hector** | | | | | |
|---|---|---|---|---|---|
| 3/1/2014 | 210/TVL | HOBBY - HOUSTON | Crew Transportation Air | $25.00 | 29 |
| 3/1/2014 | 210/TVL | MIAMI | Crew Transportation Ground | $20.00 | 30 |
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation Ground | $120.00 | 31 |
| 3/13/2014 | TVL HOU | MIAMI | Crew Transportation Ground | $22.00 | 32 |
| 3/16/2014 | TVL MIA | MIAMI | Crew Transportation Ground | $20.00 | 33 |
| | | | | $207.00 | |





# Thank you for your purchase!

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL

New Purchases in Trip

### Air

Confirmation #ZAWCUB

Houston (Hobby), TX - HOU to Ft.
Lauderdale, FL - FLL
Sunday, March 2, 2014

Air Total: $911.00



**Amount Paid**
$911.00

**Trip Total**
$911.00

## MAR 2 SUN  ZERO G RETURN FROM HOU

### New purchases added to your trip.

### AIR

Houston (Hobby), TX - HOU to Ft. Lauderdale, FL - FLL
03/02/2014

Confirmation #
**ZAWCUB**

Adult Passenger(s)
JOHN BENISCH II
ERICH DOMITROVITS
Subscribe to Flight Status Messaging

Rapid Rewards #
00020102513615
00020159852332

| | | | | |
|---|---|---|---|---|
| DEPART MAR 2 SUN | 10:40 AM | Depart Houston (Hobby), TX (HOU) on Southwest Airlines | Flight #3328 Southwest | Sunday, March 2, 2014 |
| | 01:55 PM | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 2 h 15 m (Nonstop) Business Select |

### What you need to know to travel:

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type [ View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|
| Depart | HOU-FLL | Business Select Superx Benefits | • Anytime Boarding • Standard Rapid Rewards • 2 / Checked | • Fully Refundable • No Change Fee • Priority • Boarding | 2 | $911.00 |

Earn at least 4979 Rapid Rewards Points per person when you take this trip.

Subtotal
**$911.00**
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge
$0.00

Air Total:

$911.00

**Gov't taxes & fees now included**

| Purchaser Name | John Benisch | Billing Address | 72W NE 25th ST Wilton Manors, FL US 33305 |
| --- | --- | --- | --- |

| Form of Payment | Amount Applied |
| --- | --- |
| Visa - XXXXXXXXXXXX-4980 | $911.00 |

Amount Paid
$911.00

Trip Total
$911.00



 SPRINGHILL SUITES
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999

H. Fuentes

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00      Clerk:

Arrive: 22Feb14   Time: 06:59PM      Depart: 02Mar14      Time:      Folio Number: 71541

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount:  736.00  Auth: 07050C  Signature on File
This card was electronically swiped on 22Feb14

Balance:    0.00

Rewards Account # XXXXX7231. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999



E. Domitrovitus

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00        Clerk:

Arrive: 22Feb14   Time: 06:59PM        Depart: 02Mar14       Time:         Folio Number: 71542

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount:  736.00  Auth: 08722C  Signature on File
This card was electronically swiped on 22Feb14

Balance:      0.00

Rewards Account # XXXXX4986.  Your Rewards points/miles earned on your eligible earnings will be credited to your
account. Check your Rewards Account Statement or your online Statement for updated activity.



**SPRINGHILL SUITES**
*Marriott*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

John/Mr Benisch

72w Ne 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk: AMM

Arrive: 22Feb14   Time: 06:57PM      Depart: 02Mar14     Time: 08:19AM     Folio Number: 71540

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Feb14 | Room Charge | 80.00 | |
| 22Feb14 | State Occupancy Tax | 4.80 | |
| 22Feb14 | City Tax | 4.00 | |
| 22Feb14 | County Occupancy Tax | 3.20 | |
| 23Feb14 | Room Charge | 80.00 | |
| 23Feb14 | State Occupancy Tax | 4.80 | |
| 23Feb14 | City Tax | 4.00 | |
| 23Feb14 | County Occupancy Tax | 3.20 | |
| 24Feb14 | Room Charge | 80.00 | |
| 24Feb14 | State Occupancy Tax | 4.80 | |
| 24Feb14 | City Tax | 4.00 | |
| 24Feb14 | County Occupancy Tax | 3.20 | |
| 25Feb14 | Room Charge | 80.00 | |
| 25Feb14 | State Occupancy Tax | 4.80 | |
| 25Feb14 | City Tax | 4.00 | |
| 25Feb14 | County Occupancy Tax | 3.20 | |
| 26Feb14 | Room Charge | 80.00 | |
| 26Feb14 | State Occupancy Tax | 4.80 | |
| 26Feb14 | City Tax | 4.00 | |
| 26Feb14 | County Occupancy Tax | 3.20 | |
| 27Feb14 | Room Charge | 80.00 | |
| 27Feb14 | State Occupancy Tax | 4.80 | |
| 27Feb14 | City Tax | 4.00 | |
| 27Feb14 | County Occupancy Tax | 3.20 | |
| 28Feb14 | Room Charge | 80.00 | |
| 28Feb14 | State Occupancy Tax | 4.80 | |
| 28Feb14 | City Tax | 4.00 | |
| 28Feb14 | County Occupancy Tax | 3.20 | |
| 01Mar14 | Room Charge | 80.00 | |
| 01Mar14 | State Occupancy Tax | 4.80 | |
| 01Mar14 | City Tax | 4.00 | |
| 01Mar14 | County Occupancy Tax | 3.20 | |
| 02Mar14 | Visa | | 739.01 |

Card #: VIXXXXXXXXXXXXX8144/XXXX
Amount: 739.01 Auth: 02515C Signature on File
This card was electronically swiped on 22Feb14

This is a partial listing of guest charges. Subtotal: 3.01

*Potato Chips*

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



⑦

CHARLEMEUS CHARLEUS TA
7541 NW 16TH ST APT 130
PLANTATION, FL 33313

03 02 2014                    14:42:06
Merchant ID:          000000003305172
Terminal ID:                 04986680
329326618999

CREDIT CARD

VISA SALE

CARD #                 XXXXXXXXXXXX4980
INVOICE:                       2610002
Batch #:                        000261
Approval Code:                  06217D
Entry Method:                   Swiped
Mode:                           Online

SALE AMOUNT               $40.50

CUSTOMER COPY

CAB
40.50

⑤

DEALER
WAYNE SYSTEMS
AUSTIN, TX

Sale
#VISA XXXXXXX4980
Auth. # 03167D
Inv. # 0SD5914
4803946
Date 03/02/14 07:43
JACK'S GROCERY
WEBSTER   TX
Pump # 3 Super +
Gallons....:      20.095
Price/Gal..:$      3.699
Fuel Sale..:$     74.33

THANK YOU FOR
CHOOSING MOBIL

GAS
$74.33



HOUSTON HOBBY AP
RES: G12220896F8 / LOCW8 / F

RR 654474715                          #01
JOHN
BENISCH

INITIAL CHARGES
RENT RT$ 239.00 /WEEK @ 1 /WEEKS   $   239.00
EX DAYS$ 34.14 /DAY  @ 1 /DAYS     $    34.14
SUBTOTAL 1                         $   273.14
DISCOUNT -        R  4%            $    10.93
SUBTOTAL LESS DISCOUNT            T$   262.21

CHARGES ADDED DURING RENTAL
LDW              DECLINED
LIS             DECLINED
PAI, PEC        DECLINED
PERS            DECLINED

SERVICE CHARGES/TAXES
ENERGY SURCHARGE                 T$     1.49
VEHICLE LICENSE COST RECOVERY    T$     9.68
TAX 15.000% ON      273.38        $    41.09
TOTAL AMT DUE                     $  314.38
PAID BY   VISA XXXXXXXXXXXX4980

GOLD PLUS REWARDS POINTS EARNED
THIS RENTAL: 262

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01698 / 7895519 14 SIRTRAVFWD7PDVN
LICENSE:TX CJH4746
FUEL:  FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  14618
MILES @ RENTAL: 14329
MILES DRIVEN:     289
COP: 1392782 -HERTZ MEMBER PROGRAM

RENTED:   GULF FREEWAY HLE
RENTAL:   02/22 /14  13:00
RETURN:   03/02 /14  08:53
RETURNED: HOUSTON HOBBY AP
COMPLETED BY: 7043 /TXHOB24

PLAN IN:   LOCW8    RATE CLASS: F
PLAN OUT:  LOCW8
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
      by taking a brief survey:

        hertzsurvey.com

        or 1-800-278-1595

Enter access code:     07660

      THANK YOU FOR CHOOSING
           HERTZ

**SUPER YELLOW Cab** Receipt
(305) 888-7777

Date: 3-13-14  Time: 10,30  Cab #
From: Criw Resm
To: MIA
Driver: J CASTILLO  Amount: 22.00
Complaint or Compliment (305) 885-0600. P.T.R.D. (305) 375-2460

**SUPER YELLOW Cab** Receipt
(305) 888-7777

Date: 3-16-14  Time:  Cab # 3246A
From: MIA
To: 716 Cargo
Driver:
Complaint or Compliment (305) 885-0600. P.T.R.D. (305) 375-2460  Amount: 20.0

**YELLOW CAB**  # 6688

Fare Receipt
Date: 3
Received of  Nada Pkwa
The Sum of
Pick up location  120.0
Destination location
Independent Contractor Driver:
No.  Name

**YELLOW CAB 444-4444**
Date: 31 14  Taxicab #
Customer Hcorph Fuentes
From: MIA
To: Crew a Resm
Amount $20  Driver Karen
Air Conditioned

JUNGLE ISLAND  $3 discount
www.jungleisland.com  PLU# 8353
Cannot be combined with any other offer.

| Trans Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 03/01/2014 | 03/03/2014 | Sale | AMERICAN AI 0010254183597 | $25.00 |
| | | | HOUSTON, TX 741330000 US Online, Mail, or Telephone transaction | |

AA BAGGAGE CHECK IN IAH

# Detailed Expense Report                01-Mar-14 to 31-Mar-14

| Crew N: Date | Flight | Port | Event Type | Amount |
|---|---|---|---|---|
| Domitrovits, Erich | | | | Claimed |
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 8
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $2,767.50 | 9
| 3/6/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $90.73 | 10
| 3/7/2014 | 211 | AUSTIN | Crew Hotel | $790.05 | 11
| 3/7/2014 | 211 | AUSTIN | Crew Transportation (Ground) | $80.60 | 12
| 3/8/2014 | 212/213 | AUSTIN | C I | $12.00 | 13
| 3/8/2014 | 212/213 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 14
| 3/9/2014 | TVL MIA | HOBBY - HOUSTON | C I | $11.15 | 15
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Hotel | $276.00 | 16
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Air) | $924.00 | 17
| 3/13/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation (Ground) | $94.66 | 18
| 3/14/2014 | 214 | LAS VEGAS | Crew Hotel | $460.32 | 19
| 3/15/2014 | 215/216 | LAS VEGAS | Crew Transportation (Ground) | $19.25 | 20
| 3/15/2014 | 215/216 | VAN NUYS | Crew Hotel | $288.54 | 21
| 3/15/2014 | 215/216 | VAN NUYS | Crew Transportation (Ground) | $91.85 | 22
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Hotel | $481.65 | 23
| 3/27/2014 | TVL VNY | VAN NUYS | Crew Transportation (Ground) | $89.25 | 24
| 3/28/2014 | 217 | San Jose, CA | Crew Hotel | $476.21 | 25
| 3/28/2014 | 217 | San Jose, CA | Crew Transportation (Ground) | $83.32 | 26
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Hotel | $276.00 | 27
| 3/29/2014 | 218/219 | HOBBY - HOUSTON | Crew Transportation (Ground) | $49.33 | 28
| Crew Sub Total: | | | | $7,923.41 |

 **SPRINGHILL SUITES**
Marriott.

SpringHill Suites by **Marriott**
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
t:(281) 332 2999

E. Dominovitus

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14   Time: 10:26PM   Depart: 07Mar14   Time:     Folio Number: 72750

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00 Auth: 006888 Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

**Balance:**     **0.00**

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$ 92 x 3
$ 276.00



**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
t 281/332 2999

E. Domitrovius

Room: 106
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk

Arrive: 06Mar14   Time: 10:30PM   Depart: 07Mar14   Time:   Folio Number: 72748

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00 Auth: 00638B Signature on File | | |
| | This card was electronically swiped on 06Mar14 | | |

**Balance:    0.00**

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings **will be credited to your** account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at JOHN.BENISCH@YAHOO.COM. See **"Internet** Privacy **Statement"** on Marriott.com

  

**SPRINGHILL SUITES®**
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332-2990

E. Dombrowius

Room: 604
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 06Mar14   Time: 10:29PM    Depart: 07Mar14   Time:    Folio Number: 72749

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06Mar14 | Room Charge | 80.00 | |
| 06Mar14 | State Occupancy Tax | 4.80 | |
| 06Mar14 | City Tax | 4.00 | |
| 06Mar14 | County Occupancy Tax | 3.20 | |
| 07Mar14 | Master Card | | 92.00 |
| | Card #: MC/XXXXXXXXXXXXX7442/XXXXX | | |
| | Amount: 92.00 Auth: 20688B Signature on File | | |
| | This card was electronically swiped on: 06Mar14 | | |

**Balance:    0.00**

Rewards Account # XXXXX5987. Your Rewards points/miles earned on your eligible earnings **will be credited to your account.** Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JOHN.BENISCH@YAHOO.COM. See "Internet Privacy Statement" on Marriott.com.



**AIR Itinerary**
AIR Confirmation: 7UXAAT
Confirmation Date: 02/28/2014
Passenger(s) **DOMITROVITS/ERICH**
Rapid Rewards # 20159862332
Ticket # 5262195859100
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **LAVINA/CARLOS**
Rapid Rewards # 20209475790
Ticket # 5262195859101
Expiration Feb 28, 2015
Est. Points Earned 10068

Passenger(s) **PARDO/JORGE**
Rapid Rewards #
Ticket # 5262195859102
Expiration Feb 28, 2015
Est. Points Earned 10068

Date Thu Mar 6
Flight 927
Departure/Arrival Depart FT. LAUDERDALE, FL (FLL) on Southwest Airlines at 5:25 PM
Arrive in HOUSTON (HOBBY), TX (HOU) at 7:25 PM
Travel Time 3 hrs 0 mins

Date Sun Mar 9
Flight 3225
Departure/Arrival Depart HOUSTON (HOBBY), TX (HOU) on Southwest Airlines at 10:40 AM
Arrive in FT. LAUDERDALE, FL (FLL) at 2:00 PM
Travel Time 2 hrs 20 mins

Base Fare        $    2,517.18
Excise Taxes     $     188.82
Segment Fee      $      24.00
Passenger Facility Charge    $    22.50
September 11th Security Fee    $    15.00
Total Air Cost    $    2,767.50
Payment Information
Payment Type: Mastercard XXXXXXXXXXXX7442
Date: Feb 28, 2014                    **Payment Amount: $2,767.50**

**Eddyana T. Wilson**



)

[http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
ERICH DOMITROVITS    Contract Number:    141699513
    Receipt Date:  Mar 9, 2014
Enterprise Location:   8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
    Driver:ERICH DOMITROVITS


Start Date    End Date     Make/Model    Start Miles   End Miles    Miles Driven
Mar 6, 2014 @ 9:48 pm   Mar 9, 2014 @ 9:15 am   WRANGLER    7,505  7,955  450
Total Miles    450
Charge Description    Quantity    Per    Rate   Total
Rate   3    Day   21.94  65.82
Subtotal: USD 65.82
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY     5.19
HARRIS SPORTS VENUE TAX 5 PCT  3.94
AIRPORT CONCESSION FEE 11.11PCT 7.89
MOTOR VEH RENTAL TAX   7.89
Subtotal: USD 90.73
Total Charges:  USD 90.73
Payment Information
CREDIT CARD    MC     90.73
Subtotal: USD 90.73
Total Payment Amount    USD 90.73

1

*Hampton*

Phone (512) 891-7474 • Fax (512) 891-7476

DOMITROVITS, ERICH

name
address

room number: 301/NKRU
arrival date: 3/7/2014 3:58:00 PM
departure date: 3/8/2014
adult/child: 1/0
room rate: 229.00

Rate Plan: LV5
HH #: 427153051 GOLD
AL:
Car:

If your credit card you are using for check in is attached to a bank or checking account, a hold will be placed for the amount on the full estimated dollar amount to be owed to the hotel, including estimated incidentals. Please your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 82434160

3/8/2014    Page 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any monies or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency I, or someone in my party requires special evacuation assistance due to a physical disability. Please indicate yes by checking here. ☐

signature:

| date | reference | description | amount | |
|------|-----------|-------------|--------|---|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 | |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 | |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 | |
| | | WILL BE SETTLED TO MC 7442 | $263.35 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

263.35 X 3
= $790.05

for reservations call 800.hampton   or visit us online athampton.com

thanks

| account no. | | date of charge | folio/check.no. |
|-------------|--|----------------|-----------------|
| | | | 82475 A |
| card member name | | authorization | initial |
| establishment no. and location | establishment signature to complete to card holder for payment | purchases & services: | |
| | | taxes: | |
| | | tips & misc. | |
| signature  of card member | | total  amount | 0.00 |
| X | | | |

          

CONRAD   Hilton   HOME2   HILTON HHONORS

**Hampton**

Phone (512) 891-7474 • Fax (512) 891-7476

DOMITROVITS, ERICH

name
address

| | |
|---|---|
| room number: | 301/NK/RU |
| arrival date | 3/7/2014 3 38:00 PM |
| departure date: | 3/8/2014 |
| adult/child | 1/0 |
| room rate | 229.00 |

| Rate Plan | LV5 |
|---|---|
| HH # | 427153051 GOLD |
| AL | |
| Car | |

If the establishment card you are using for check in is attached to a bank or checking account, a hold will be placed on the account for the full estimated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-in and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 82434160

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here ☐

3/8/2014    Page: 1

signature

| date | reference | description | amount | |
|---|---|---|---|---|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 | |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 | |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 | |
| | | WILL BE SETTLED TO BC 7442 | $263.35 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

You have earned approximately 2862 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call 800.hampton   or visit us online at hampton.com    thanks

| | | |
|---|---|---|
| account no. | date of charge: | folio/check no. |
| | | 82476 A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature of card member | total amount | |
| X | | 0 00 |

          

WK  CONRAD  Hilton  Hampton  Embassy Suites  Hampton  HGI  HOMES  Hilton  HILTON HHONORS

DOMITROVITS, ERICH

name
address

| room number | 301/NKRU |
| arrival date | 3/7/2014 3:38:00 PM |
| departure date | 3/8/2014 |
| adult/child | 1/0 |
| room rate | 229.00 |
| Rate Plan | LV1 |
| HH # | 427153051 GOLD |
| AL | |
| Car | |

If the credit/debit card you are using for check-in is attached to a bank or checking account, a hold will be placed in the amount for the full estimated dollar amount to be owed to the hotel, including estimated incidentals, though your date of check out and such funds will not be released for 72 business hours from the date of checkout or longer at the discretion of your financial institution.

Confirmation Number: 82434160

3/8/2014  Page 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not store any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here. ☐

signature:

| date | reference | description | amount | |
|------|-----------|-------------|--------|---|
| 3/7/2014 | 84517 | GUEST ROOM | $229.00 | |
| 3/7/2014 | 84517 | RM STATE TAX | $13.74 | |
| 3/7/2014 | 84517 | RM CITY TAX | $20.61 | |
| | | WILL BE SETTLED TO MC 7442 | $263.35 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

You have earned approximately 2882 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call 800.hampton  or visit us online at hampton.com                                        thanks.

| account no. | | date of charge | folio/check no. |
| | | | 52875 A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| signature  of card member | | total amount | 0.00 |
| X | | | |

          



# Eddyana T. Wilson

**From:** Marcia McManus
**Sent:** Monday, April 21, 2014 9:16 AM
**To:** Eddyana T. Wilson
**Subject:** Fwd: Car Rental Receipt 3/7-8 Austin TX $80.60

>
>
>
> __
>
> _____
> Subject: Car Rental Receipt (duplicate)
>
> [http://www.enterprise.com/content/car_rental/images/ban_enterpriseLogo.jpg]
> ATLANTIC AVIATION FBO-CREW    Contract Number:    71KMPH
> ERICH DOMITROVITS    Receipt Date:  Mar 8, 2014
> Enterprise Location:   4309 EMMA BROWNING AVENUE
> AUSTIN, TX 78719-3327
> US
> Tel.: (512) 530-8117
>     Driver:ERICH DOMITROVITS
>
> Start Date    End Date    Make/Model    Start Miles    End Miles    Miles Driven
> Mar 7, 2014 @ 1:00 pm  Mar 8, 2014 @ 10:35 am  KIA OPTI    2,667  2,945  278
> Total Miles    278
> Charge Description    Quantity    Per    Rate    Total
> Rate    1    Day    55.99  55.99
> Subtotal: USD 55.99
> Taxes and Surcharges
> TEXAS REIMBURSEMENT FEE 1.73
> CITY OF AUSTIN TAX    3.50
> CONSOLIDATED FACILITY FEE    5.95
> MOTOR VEHICLE RENTAL TAX    7.01
> AIRPORT ACCESS FEE    6.42
> Subtotal: USD 80.60
> Total Charges:  USD 80.60
> Payment Information
> CREDIT CARD    CCARD  80.60
> Subtotal: USD 80.60
> Total Payment Amount    USD 80.60

1



$11.15

THANK YOU FOR
CHOOSING MOOR

(15)

(13)

$12.00

→ $1200



**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1105 Magnolia Ave
Webster Tx 77598
t(285) 332 5900

E Dombrowius

Room: 104
Room Type: KSTE
Number of Guests: 1
Rate: $80.00     Clerk:

Arrive: 08Mar14  Time: 05:12PM     Depart: 08Mar14   Time:          Folio Number: 72751

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card # MCXXXXXXXXXXXXX7442XXXX | | |
| | Amount   92.00  Auth: 008448  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

**Balance:**     0.00

Rewards Account # XXXXX4986.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92 x 3
$276.00

  

**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

C. Lavina

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk:

Arrive: 08Mar14  Time: 05:18PM     Depart: 09Mar14  Time:     Folio Number: 72753

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXX7442/XXXX | | |
| | Amount:  92.00  Auth: 008740  Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

Balance:     0.00

Rewards Account # XXXXX5987.  Your Rewards points/miles earned on your eligible earnings will be credited to **your** account.  Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences,  Or, ask the Front Desk **to** email your bill **for this stay.**
See "Internet Privacy Statement" on Marriott.com.

  

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2499

J. Pardo

Room: 109
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk:

Arrive: 08Mar14  Time: 05.15PM    Depart: 09Mar14   Time:    Folio Number: 72752

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08Mar14 | Room Charge | 80.00 | |
| 08Mar14 | State Occupancy Tax | 4.80 | |
| 08Mar14 | City Tax | 4.00 | |
| 08Mar14 | County Occupancy Tax | 3.20 | |
| 09Mar14 | Master Card | | 92.00 |
| | Card #: MCXXXXXXXXXXXXXX7442/XXXX | | |
| | Amount: 92.00 Auth: 20844B Signature on File | | |
| | This card was electronically swiped on 08Mar14 | | |

Balance:    0.00

Rewards Account # XXXXX4571. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or ask the Front Desk to email your bill for this stay. /See "Internet Privacy Statement" on Marriott.com.



SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster



1101 Magnolia Ave
Webster Tx 77598
1(281) 332-2999

1/3

Erich Donahovitus
72w Ne 25th St
Wilton Manors FL 33305-1026
Reduced Gravity

Room: 105
Room Type: KSTE
Number of Guests: 1
Rate: $80.00    Clerk: AMM

Arrive: 13Mar14  Time: 06:30PM    Depart: 14Mar14   Time: 07:32AM    Folio Number: 72755

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card#: VIXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00  Auth: 032380  Signature on File | | |
| | This card was electronically swiped on 13Mar14. | | |

Balance:    0.00

Rewards Account # XXXXX4886.  Your Rewards points/miles earned on your eligible earnings will be credited to your account.  Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

92+3
$276.00

  
**SPRINGHILL SUITES**
Marriott.

Springhill Suites by Marriott
Clear Lake Webster

1121 Magnolia Ave
Webster Tx 77598
t(281) 332-2999

| | |
|---|---|
| Jorge Pardo | Room: 107 |
| 72w Ne 26th St | Room Type: KSTE |
| Wilton Manors FL 33305-1026 | Number of Guests: 1 |
| Reduced Gravey | Rate: $80.00    Clerk: AMM |

Arrive: 13Mar14   Time: 08:33PM    Depart: 14Mar14    Time: 07:32AM    Folio Number: 72756

| Date | Description | Charges | Credits |
|---|---|---|---|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00  Auth: 041305  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

**Balance:**     0.00

Rewards Account # XXXXX4571. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
(281) 332 2999

Erich Domitrovius

Room: 104

72w Ne 25th St

Room Type: KSTE

Wilton Manors FL 33305-1026

Number of Guests: 1

Reduced Gravity

Rate: $80.00    Clerk: AMM

Arrive: 13Mar14   Time: 03:41PM      Depart: 14Mar14    Time: 07 32AM     Folio Number: 72754

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 13Mar14 | Room Charge | 80.00 | |
| 13Mar14 | State Occupancy Tax | 4.80 | |
| 13Mar14 | City Tax | 4.00 | |
| 13Mar14 | County Occupancy Tax | 3.20 | |
| 14Mar14 | Visa | | 92.00 |
| | Card #: VPXXXXXXXXXXXXX4228/XXXX | | |
| | Amount   92.00 Auth  094970  Signature on File | | |
| | This card was electronically swiped on 13Mar14 | | |

Balance:    **0.00**

Rewards Account # XXXXX7231.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: HECFU53@HOTMAIL.COM. See "Internet Privacy Statement" on Marriott.com.



**AIR Itinerary**

Air Confirmation   7WWWS7

Passenger(s)  **ERICH DOMITROVITS**
              **JORGE PARDO**

Date   Thu Mar 13

Flight   1126

Departure/Arrival   Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM
                    Arrive in Houston (Hobby) (HOU) at 07:20 PM

Date   Thu Mar 13

**Payment Amount:  $ 924.00**