

# Eddyana T. Wilson

| | |
|---|---|
| **From:** | Marcia McManus |
| **Sent:** | Monday, April 21, 2014 9:18 AM |
| **To:** | Eddyana T. Wilson |
| **Subject:** | Fwd: 3/13 $924.00 two airline tickets FLL-HOU |

>
>
> _____
> Account<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wze
> b21x6fG0bcG2Q8wfVaVRVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX> | View My
> Itinerary
> Online<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVSVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> [Southwest]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb2
> 0wzeb21x6fG0bcG2Q8wfVaVTVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
> Check In
> Online<http://www.southwest.com/flight/retrieveCheckinDoc.html?forceNe
> wSession=yes&confirmationNumber=7WWWS7&firstName=ERICH&lastName=DOMITR
> OVITS>
>
> Check Flight
> Status<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVUVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Change
> Flight<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Special
> Offers<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVYVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Hotel
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVAVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
> Car
> Deals<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>

$924.00

> Pack your bags
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/ebird_img1.gif]
> Your Houston trip is just a few days away! You don't need this email to check in, but feel free to print it out and keep it on hand for your trip. Happy travels and thanks for choosing Southwest.
>
>
> [Speed through the airport on your upcoming trip with Fly By® Priority
> Check-in and Security
> Lanes]<http://luv.southwest.com/servlet/cc6?kOHpjQYBCCQTDSVG9wfb20wzeb
> 21x6fG0bcG2Q8wfVaVWBVLuHptVG9wfb20wzeb21x6fG0bcG2Q8wfVXLX>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_4DAY_PRETRI
> P_ORBITZ/Checkin_Email_Template/air_logo_lg.jpg]
> AIR Itinerary
>
>
> Air Confirmation
>
> Passenger(s)
>
>
> 7WWWS7
>
> ERICH DOMITROVITS
>
>
> JORGE PARDO
>
>
>
> Date
>
> Flight
>
> Departure/Arrival
>
>
>
> Thu Mar 13
>
> 1126
>
> Depart Ft. Lauderdale (FLL) on Southwest Airlines at 05:15 PM Arrive
> in Houston (Hobby) (HOU) at 07:20 PM
>
>

> Cost and Payment Summary
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/AirCostAndPaymentRow/air_logo_sm.jpg]
> AIR - 7WWWS7
>
>
> Base Fare
>     $     839.06
> Excise Taxes
>     $     62.94
> Segment Fee
>     $     8.00
> Passenger Facility Charge
>     $     9.00
> September 11th Security Fee
>     $     5.00
> Total Air Cost
>     $     924.00
>
> Payment Information
> Payment Type: Visa XXXXXXXXXXXX4228
> Date: Mar 9, 2014
> Payment Amount: $924.00
>
>
>
>
>
>
>
>
>
>
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1a.gif]
> [http://ig.cdn.responsys.net/i4/responsysimages/swair/PROD_RTM_Purchas
> e_V6/PurchaseMiscModule/box1_img1b.gif]
> Flight Status
> Alerts<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb2
> 1x6fG0bcG2Q8wfVaVURVtpgsVOOOQkhmIoOLkIQJhuVGf6beVG9wfb20wzeb21x6fG0bcG
> 2Q8wfV2fb9XV0bWQ2f41STq0bWQYSUQokttulIKQURTUBDTVXLX>
>
>
>
>
> Stay on your way with flight departure or arrival status via text message or email.
>
> Subscribe
> Now<http://luv.southwest.com/servlet/cc6?kOHpjQBSWTQqAVG9wfb20wzeb21x6



**Eddyana T. Wilson**

| | |
|---|---|
| **From:** | Marcia McManus |
| **Sent:** | Friday, April 18, 2014 9:32 AM |
| **To:** | Eddyana T. Wilson |
| **Subject:** | 94.66 ...FW: Car Rental Receipt Houston 3/13-14 |

ERICH DOMITROVITS   Contract Number:   141870147
   Receipt Date: Mar 14, 2014
Enterprise Location:  8601 Panair St
Houston, TX 77061-4142
US
Tel.: 6457222
   Driver:ERICH DOMITROVITS

Start Date   End Date   Make/Model   Start Miles  End Miles   Miles Driven
Mar 13, 2014 @ 7:51 pm Mar 14, 2014 @ 11:00 am OPTIMA 4DR LX  6,976  7,084  108
Total Miles   108
Charge Description   Quantity   Per   Rate   Total
Rate   1     Day   72.35  72.35
Subtotal: USD 72.35
Taxes and Surcharges
TEXAS REIMBURSEMENT FEE 1.73/DAY    1.73
HARRIS SPORTS VENUE TAX 5 PCT  4.12
AIRPORT CONCESSION FEE 11.11PCT 8.23
MOTOR VEH RENTAL TAX   8.23
Subtotal: USD 94.66
Total Charges:  USD 94.66
Payment Information
CREDIT CARD   MC    94.66
Subtotal: USD 94.66

Total Payment Amount   USD 94.66



Cl: JAULT    3/14/14 12:55 PM
CO

Arrival Date:   3/14/14
Departure Date:  3/15/14

1/2

**Name:**  JORGE PARDO

**Address:**  2481 NW 84TH WAY

  SUNRISE    FL 33322-3340

3555 Las Vegas Blvd. South Las Vegas, NV 80109
FOR RESERVATIONS CALL 1-800-732-2111
  702-733-3111

Group Code:  QFGOVT4

Casino ID:                                         Resv ID  417075940049
Room #: FV  5097                                   Folio ID  417116865793                     Page:  1

| Date | Reference | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 03/14/14 | | ROOM FEES EARLY C/IN $26.00X | 28.00 | | 28.00 |
| 03/14/14 | 000158 | RESORT FEE RESORT FEE | 20.40 | | 50.40 |
| 03/14/14 | FV 5097 | ROOM CHARGE FV  5097 TAX2 | 92.00 11.04 | | 153.44 |
| 03/14/14 | | APPLIED DEPOSIT ***********4228 | | 103.04 | 50.40 |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING ***********4228 | | 50.40 | |

$153.44
×3
$460.32

                                                                                   .00

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

Ct: JAULT    3/14/14 12:53 PM
CO.

Arrival Date:     3/14/14
Departure Date:   3/15/14



**Name:**    HECTOR FUENTES

**Address:**   1076 NW 129TH CT

         MIAMI      FL 33182

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
                      702-733-3111

Group Code   QPGOVT4

Casino ID:                                    Resv. ID: 417075939937
Room #: FV 5081                               Folio ID  417116865365                        Page:  1

| Date | Reference | Description | Charges | Credits | Balance |
|------|-----------|-------------|---------|---------|---------|
| 03/14/14 | 00000RD | RESORT FEE | 22.40 | | 22.40 |
| | | RESORT FEE | | | |
| 03/14/14 | | ROOM FEES | 28.00 | | 50.40 |
| | | EARLY C/IN $25+1X | | | |
| 03/14/14 | FV 5081 | ROOM CHARGE FV 5081 | 92.00 | | 193.44 |
| | | A+R | 11.04 | | 50.40 |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | |
| | | ***********4228 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/15/14 | | VISA-LODGING | | 50.40 | |
| | | ***********4228 | | | |

.00

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

CI: JAULT  3/14/14 12:51 PM
CO:

Arrival Date:  3/14/14
Departure Date:  3/15/14

**Name:**  ERICH DOMITROVITS

**Address:**  2461 NW 84TH WAY

SUNRISE  FL 33322-3340

## Flamingo
### LAS VEGAS

3555 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-732-2111
702-733-3111

Group Code:  QFGOVT4

Casino ID:  4040869
Room #: FV  5080

Resv ID  417075939401
Folio ID  617116864848

Page:  1

| Date | Reference | Description | Charges | Credits | Balance |
|------|-----------|-------------|---------|---------|---------|
| 03/14/14 | 0000547 | RESORT FEE | 22.40 | | 22.40 |
| 03/14/14 | | RESORT FEE ROOM FEES | 28.00 | | 50.40 |
| | | EARLY CKIN $25+TX | | | |
| 03/14/14 | FV 5080 | ROOM CHARGE FV  5080 | 92.00 | | |
| | | TAX | 11.04 | | 153.44 |
| 03/14/14 | | APPLIED DEPOSIT | | 103.04 | 50.40 |
| | | ************4226 | | | |
| 03/14/14 | | RESORT FEE $20 PER NIGHT | | | |
| 03/14/14 | | VISA-LODGING | | 50.40 | |
| | | ************4226 | | | |
| | | | | | .00 |

Thank You for Staying at the Flamingo Las Vegas Resort Hotel & Casino

CUSTOMER'S COPY

ACE CAB

PASSENGER RECEIPT

www.yellowcabflw.com

19.25

$91.85





**Hacienda Hotel**
800-421-5900
www.haciendahotel.com



Check Out Time is 1/3
**12:00 NOON**

## GUEST FOLIO

HECTOR FUENTES
1075 NW 129TH CT
MIAMI, FL
33182
USA

Re: **FUENTES, HECTOR**

ACCOUNT NAME FUENTES, HECTOR
ACCOUNT NO. IN 1218963   ARRIVAL   03/15/14
FOLIO TYPE   Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|-------|------|------|------------------------|--------------|----------|---|--------|----|----|
| | 1 | 03/15/14 | Room | Re: 1766/FUENTES, HECTOR | 1766 | 1 | 89.00 | N | A |
| | | | Room Tax | | | | 7.12 | | |
| | | | Tourism Assess Tax | | | | 0.06 | | |
| | 2 | 03/16/14 | Visa | Auth: 079106/XXXX XXXX XXXX #228 | 1766 | 1 | (96.18) | I | A |
| | | | | TOTAL | | | 0.00 | | |

**\*\*\* TAXES INCL \*\*\***
Taxes - Room     7.18

$96.18 \times 3$
$288.54$

This bill is in currency :     American Dollar
prints

Print date:   03/16/14



**Hacienda Hotel**
800-421-5900
www.haciendahotel.com



Check Out Time is  2/3
## 12:00 NOON

## GUEST FOLIO

JORGE PARDO
308 NW 101ST TERRACE
POMPANO BEACH, FL.
33071
USA

Re: PARDO, JORGE

ACCOUNT NAME PARDO, JORGE
ACCOUNT NO. IN 1218962    ARRIVAL    03/15/14
FOLIO TYPE   Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/E |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 03/15/14 | Room | Re: 1687/PARDO, JORGE | 1687 | 1 | 89.00 | N | A |
| | | | Room Tax | | | | 7.12 | | |
| | | | Tourism Assess Tax | | | | 0.06 | | |
| | 2 | 03/16/14 | Visa | Auth: 665785/XXXX XXXX XXXX 4228 | 1687 | 1 | (96.18) | I | A |
| | | | | TOTAL | | | 0.00 | | |

*** TAXES INCL ***
Taxes - Room        7.18

This bill is in currency :     American Dollar
points

Print date    03/16/14



## Hacienda Hotel
800-421-5900
www.haciendahotel.com



Check **Out** Time is  2/3

# 12:00 NOON

## GUEST FOLIO

ERICH DOMITROVITS
2461 NW 84 WAY
FORT LAUDERDALE, FL
33322
USA

Re: DOMITROVITS, ERICH

ACCOUNT NAME DOMITROVITS, ERICH
ACCOUNT NO. IN 1218966   ARRIVAL   03/15/14
FOLIO TYPE   Current

Fax :

| Prop. | Seq. | Date | Transaction Description | Ref/Comments | Room No. | Q | Amount | TX | S/F |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 03/15/14 | Room | Re: 1680/DOMITROVITS, ERICH | 1680 | 2 | 89.00 | N | A |
| | | | Room Tax | | | | 7.12 | | |
| | | | Tourism Assess Tax | | | | 0.06 | | |
| | 2 | 03/16/14 | Visa | Amt#: C59889/XXXX XXXX;XXXX 4228 | 1680 | 1 | (96.18) | I | A |
| | | | | TOTAL | | | 0.00 | | |

*** TAXES INCL. ***
Taxes - Room   7.18

This bill is in currency :   **American Dollar**
points

Print date:   03/16/14





**AIRTEL PLAZA HOTEL**

Erich Domitrovits

| | |
|---|---|
| Arrival | 03-27-14 |
| Departure | 03-28-14 |
| Room No. | 0225 |
| Foho No. | |

| | | | |
|---|---|---|---|
| Membership No | | Cashier No | |
| A/R Number | | Page No. | 1 of 1 |
| Group Code | | Conf No | 3586453 |
| Company Name | Best Available Rate | Booking # | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

| | |
|---|---|
| Balance | 0.00 |

$160.55 × 3
$481.65

Guest Signature

2277 Valley Avenue, Van Nuys, California 91406
Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com





**AIRTEL PLAZA HOTEL**

Erich Domitrovits

| | |
|---|---|
| *Arrival* | *03-27-14* |
| *Departure* | *03-28-14* |
| *Room No.* | *0223* |
| *Folio No.* | |

| | | | |
|---|---|---|---|
| *Membership No* | | *Cashier No* | |
| *A/R Number* | | *Page No* | *1 of 1* |
| *Group Code* | | *Conf. No.* | *3586452* |
| *Company Name* | *Best Available Rate* | *Booking #* | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |
| | **Balance** | | **0.00** |

Guest Signature . . . .

7277 Valjean Avenue Van Nuys California 91406
Phone (818) 997 7676 Fax (818) 785 8864 www.airtelplaza.com





AIRTEL
PLAZA
HOTEL

Erich Domitrovits

| | |
|---|---|
| Arrival | 03-27-14 |
| Departure | 03-28-14 |
| Room No. | 0236 |
| Folio No. | |

Membership No. :
A/R Number :
Group Code :
Company Name : Best Available Rate

| | |
|---|---|
| Cashier No. | |
| Page No. | 1 of 1 |
| Conf. No. | 356645¢ |
| Booking # | |

**INFORMATION INVOICE**

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-27-14 | Room | 139.00 | |
| 03-27-14 | Room Tax | 21.55 | |
| 03-28-14 | Visa | | 160.55 |

Balance     0.00

Guest Signature_____

7277 Valjean Avenue Van Nuys, California 91406
Phone (818) 997-7676 Fax (818) 785-8864 www.airtelplaza.com

(25)

GUEST FOLIO



## SAN JOSE MARRIOTT

917 DOMITROVITS/ERICH     129.00 03/29/14 12:00     996
Room    Notes                 Rate        Departed  Time  ACCT#
GK                                   03/28/14 14:44
                                     Arrive
38

Folio                              Profile              MRW#: XXXXX4986
Date    Address

| CAT    | DESCRIPTION | REF    | CHARGES | CREDIT | BALANCE |
|--------|-------------|--------|---------|--------|---------|
| 03/28  | PARKING     | V5     | 29.00   |        |         |
| 03/28  | ROOM TN     | 917, 1 | 129.00  |        |         |
| 03/28  | OCC TAX     | 917, 1 | 12.90   |        |         |
| 03/28  | TRSM FEE    | 917, 1 | .01     |        |         |
| 03/28  | TBID FEE    | 917, 1 | 2.00    |        |         |
| 03/28  | CCFD TAX    | 917, 1 | 5.16    |        |         |
| 03/29  | MC CARD     |        |         | $178.07|         |

TO BE SETTLED TO:   MASTERCARD      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

178.07
149.07
149.07
─────
$476.21

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300



GUEST FOLIO

SAN JOSE MARRIOTT



| 916 | DOMITROVITS/ERICH | 129.00 03/29/14 12:00 | 997 ACCT# |
| GK | LAVINA/CARLOS | 03/28/14 14:45 | |
| 38 | | | |

MRW#: XXXXX5987

| 03/28 ROOM TN | 916, 1 | 129.00 | |
| 03/28 OCC TAX | 916, 1 | 12.90 | |
| 03/28 TRSM FEE | 916, 1 | .01 | |
| 03/28 TBID FEE | 916, 1 | 2.00 | |
| 03/28 CCFD TAX | 916, 1 | 5.16 | |
| 03/29 AX CARD | | | $149.07 |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300





GUEST FOLIO

## SAN JOSE MARRIOTT

918 DOMITROVITS/ERICH    129.00 03/29/14 12:00    998
GK   BARDO/JORJE                   03/28/14 14:46    ACCT#

38

MRW#: XXXXX4571

| DATE | REF | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|-----|-----------|---------|---------|---------|
| 03/28 | ROOM TN | 918, 1 | 129.00 | | |
| 03/28 | OCC TAX | 918, 1 | 12.90 | | |
| 03/28 | TRSM FEE | 918, 1 | .01 | | |
| 03/28 | TBID FEE | 918, 1 | 2.00 | | |
| 03/28 | CCFD TAX | 918, 1 | 5.16 | | |
| 03/29 | MC CARD | | | $149.07 | |

TO BE SETTLED TO:    MASTERCARD    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

SAN JOSE MARRIOTT
301 S MARKET STREET
SAN JOSE, CA  95113
408-280-1300

To secure your next stay, go to marriott.com

1/3



(27)

**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
(281) 332 2999

Erich Dombrowski

72w No 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00    Clerk: AMM

Arrive: 29Mar14  Time: 09:38PM  Depart: 30Mar14  Time: 08:50AM  Folio Number: 73973

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIX XXXXXXXXXXXXX4228XXXXX | | |
| | Amount: 92.00 Auth: 080727 Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |

**Balance:    0.00**

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

$92 x 3
$276.00

SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Carlos Lavina

72w No 25th St.

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00    Clerk: AMM

Arrive: 29Mar14  Time: 09:39PM    Depart: 30Mar14    Time: 06:50AM    Folio Number: 73972

| Date | Description | Charges | Credits |
|---|---|---|---|
| 29Mar14 | Room Charge | 80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIXXXXXXXXXXXXX4228XXXXX | | |
| | Amount: 92.00  Auth: 082150  Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |
| | **Balance:** | 0.00 | |

Rewards Account # XXXXX5987. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

Jorge Pardo

72w No 25th St

Wilton Manors FL 33305-1026

Reduced Gravity

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00   Clerk: AMM

Arrive: 29Mar14  Time: 09:37PM     Depart: 30Mar14   Time: 08:50AM     Folio Number: 73971

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 29Mar14 | Room Charge | $80.00 | |
| 29Mar14 | State Occupancy Tax | 4.80 | |
| 29Mar14 | City Tax | 4.00 | |
| 29Mar14 | County Occupancy Tax | 3.20 | |
| 30Mar14 | Visa | | 92.00 |
| | Card #: VIX000000000000X4228/XXXX* | | |
| | Amount: 92.00 Auth: 078493 Signature on File | | |
| | This card was electronically swiped on 29Mar14 | | |
| | | **Balance:** | 0.00 |

Rewards Account # XXXXX4671. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: CAPTNROX@AOL.COM. See "Internet Privacy Statement" on Marriott.com.



# Hertz  Rental Record# 113735241

**ERICH DOMITROVITS**
Vehicle: 2013 MAXIMA
License: CA 6YMX324


(26)

Rental Rate's   $66 +1 Day @      1 7Days      T$   55.15
Includes Unlimited Miles

### Additional Products

Fuel & Service   3.521 /Mi  $3.88 /GAL  20.5 /TK CAP FS      45.73

### Service Charges/Taxes

| | | |
|---|---|---|
| CONCESSION FEE RECOVERY | 11.94% | T$ 14.68 |
| CA TOURISM ASSESSMENT | 2.50% | $ 4.43 |
| TRANSPORTATION FEE | | $ 6.00 |
| CUSTOMER FACILITY CHARGE RECOVERY FEE | | T$ .00 |
| TAX 1  8.750% ON TAXABLE FEE $ | 49.75 | $ 6.10 |
| TAX 2  2.500% ON CALIFORNIA REFUELING | | $ |

**TOTAL ESTIMATED CHARGE**   $  **83.32**

Credit Card Authorization Amount $   283.00

Rented by The Hertz Corporation
Vehicle Number  01196 - 8331241
Location Number  CASJC023 - C720723
Mileage at Rental  33'6
Rate Plan  MDLE       Res. Rate Class  F
Veh Class  B  - PREMIUM
Rental Location  ATLANTIC AVIATION
Rental Time  03/28/14 at   2:22 PM
Return Location  ATLANTIC AVIATION
Return Time  03/29/14 at  10:00 AM

---

BEVERLY HILLS CA
03-27-2015
TIME:  05:09
VEHICLE:1200
CHARGE#: 704

PRICE   89.25
TOTAL: 704



**89.25**

(24)

VISA
XXXXXXXXXXXX1234
04.00
AUTHORIZATION:
067415
04.00

CUSTOMER'S COPY

---

ENTERPRISE

(28)

RA 142265398       RET  0
Rental   29-MAR-2014 09:14 PM
HOUSTON HOBBY ARPT
Return   30-MAR-2014 20:25 AM
HOUSTON HOBBY ARPT

ERICH DOMITROVITS
Vehicle # DH668379
Model  SONATA
Class Driven  FCAR      Class Charged  FCAR
License  BS 6008      State of Licence  TX
Miles Driven  30
Miles Out   27500
Miles In   27530

Billing Ref 1800265393M
| Charges | No unit | Price | Amount |
|---|---|---|---|
| RAP | 1 Days | 4.22 | 4.50* |
| T & H | 1 Days | 31.89 | 31.89* |
| VEH LIC MDR  0 MiKes | | | 0.00* |
| TX REIMBURSEMENT | | | 1.73* |
| SPORTS VENUE TAX 3.70% | | | 2.14 |
| AIRPORT CONCESSION FEE | | | 4.28* |
| VEH RENTAL TAX 10.000 % | | | 4.00 |

Total Charges           $49.40.33

Deposit   MC  7442

Amount Due         USD 49.33

* Taxable Fees
Subject to Audit
Frequent Flyer Bonus Credit to 8
For Reservations 1-800-RENT-A-CAR





**$49.33**

---

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060
For Explanation of Charges, WWW.HERTZ.COM/CHARGESEXPLAINED

This will only show the you rent and return of the vehicle and fees
indicated, and then you will not exceed any mileage limitations.
Charges indicated as *** will be calculated at return.
Taxable charges are preceded by a "T".

113735241                           PG 1 OF 1 21741

1/3

LAVINA/CARLOS Ref: 0000-00-0000-00
PARDO/JORGE Ref: 0000-00-0000-00
SALES PERSON VW
INVOICE NUMBER 0941430
INVOICE ISSUE DATE 19 Mar 2014
RECORD LOCATOR FDFQZX
CUSTOMER NUMBER 100131
Client Address
AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316
Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 32**
From FT LAUDERDALE, FL
Departs 9:40am
To ATLANTA, GA Arrives 11:40am
Departure Terminal 1 Arrival Terminal N
Duration 02hr(s) :00min(s) Class Standard
Type 73C Meal
Stop(s) Non Stop
**DATE: Thu, Mar 27**
**Flight: SOUTHWEST AIRLINES 317**
From ATLANTA, GA Departs 12:20pm
To LOS ANGELES, CA Arrives 2:25pm
Departure Terminal N Arrival Terminal 1
Duration 05hr(s) :05min(s) Class Standard
Type BOEING 737-700
JET
Meal
Stop(s) Non Stop
Ticket Information
Ticket Number WN 2401041469 Passenger LAVINA C
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Ticket Number WN 2401041471 Passenger PARDO J
Billed to: AX XXXXXXXXXXX3012 USD * 303.50
Total base fare amount USD 607.00
Total Taxes USD 0.00
Net Credit Card Billing * **USD 607.00**

$ 1075.50



 **global**
**crew logistics**
Corporate Travel Consultants II LLC

**CORPORATE TRAVEL CONSULTANTS II**
**Phone: 1-800-842-8763**
**crew@ctc2.com**

# Electronic Invoice

## Prepared For:
## DOMITROVITS/ERICH

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0941388 |
| INVOICE ISSUE DATE | 19 Mar 2014 |
| RECORD LOCATOR | FGXQVC |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, Mar 27

**Flight: SOUTHWEST AIRLINES 32**

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 9:40am |
| To | ATLANTA, GA | Arrives | 11:40am |
| Departure Terminal | 1 | Arrival Terminal | N |
| Duration | 02hr(s) :00min(s) | Class | Standard |
| Type | 73C | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Thu, Mar 27

**Flight: SOUTHWEST AIRLINES 317**

| | | | |
|---|---|---|---|
| From | ATLANTA, GA | Departs | 12:20pm |
| To | LOS ANGELES, CA | Arrives | 2:25pm |
| Departure Terminal | N | Arrival Terminal | 1 |
| Duration | 05hr(s) :05min(s) | Class | Standard |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sun, Mar 30

**Flight: SOUTHWEST AIRLINES 3225**

| | | | |
|---|---|---|---|
| From | HOUSTON HOBBY, TX | Departs | 10:40am |
| To | FT LAUDERDALE, FL | Arrives | 2:00pm |
| | | Arrival Terminal | 1 |
| Duration | 02hr(s) :20min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Sat, Jun 28

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | WN 2401044507 | Passenger | | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 468.50 |

| | | |
|---|---|---|
| | Total base fare amount | USD 406.51 |
| | Total Taxes | USD 61.99 |
| | Net Credit Card Billing | * USD 468.50 |
| | Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.
*
ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.
*
PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY
*
VALID GOVERNMENT ISSUED ID OR PASSPORT IS REQUIRED
*
VALID PASSPORTS REQUIRED FOR ALL INTERNATIONAL TRAVEL
*
VISAS MAY BE REQUIRED FOR SOME INTERNATIONAL
DESTINATIONS.
*
BAGGAGE RULES AND APPLICABLE FEES VARY BY AIRLINE.
TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 468.50 SLA7PNRO SLA7PNRO QLN7PNR-19MAR-F5
OR-DONALD PHONE
L-468.50ALF
U6-3587
N-468.50
U5-FGXQVC-72XIIE
DS-

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

*Amerijet International*
*2800 South Andrews Avenue*
*Fort Lauderdale, FL 33126*

**Invoice No.** <span style="color:red">N794CREW-MAY14</span>

# INVOICE

| Customer | |
|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader |
| Address | 8000 Towers Crescent Drive Suite 1000 |
| City | Vienna          State VA          ZIP 22182 |
| Phone | (703) 894-2189 |

| Misc | |
|---|---|
| Date | 5/1/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Recurring Monthly Crew Guarantee Salaries (one crew) (21,157.50/30)*4 days May 1,2014-May 4,2014  Does not include per diem, travel, hotels, misc expenses, or charges for second crew (if applicable). Any additional charges will be submitted at month end. | $  2,821.00 | $        2,821.00 |

|  | | | |
|---|---|---|---|
| | | SubTotal | $        2,821.00 |
| | | Shipping | |

| Payment | Select One… |
|---|---|
| Comments | 7237-10-0000-40 $2,600 |
| Name | 5501-20-0000-00 $221 |
| CC # | |
| Expires | |

| Tax Rate(s) | |
|---|---|
| | |
| | |
| **TOTAL** | $        2,821.00 |

krader@spaceadventures.com

*Monthly Crew Guarantee-INVOICE DUE UPON RECEIPT*

AMERIJET INTERNATIONAL

Invoice No. **MAY14ENGLEASE**

# INVOICE

| Customer | |
|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader |
| Address | 8000 Towers Crescent Drive Suite 1000 |
| City | Vienna          State VA        ZIP 22182 |
| Phone | (703) 894-2189 |

| Misc | |
|---|---|
| Date | 5/1/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Boeing 727-200 Aircraft Engine Lease - 3 Pratt WhitneyJT8D Engines for use on Boeing 727-200 N794 AJ; SN 21243 (36,000/30 days)*4 days May 1 to May 4, 2014 | $  4,800.00 | $       4,800.00 |
| | | SubTotal | $       4,800.00 |
| | | Shipping | |
| | Tax Rate(s) | | |
| | | | |
| | | **TOTAL** | $       4,800.00 |

| Payment | Select One… |
|---|---|
| | 5501-20-0000-00 |
| Comments | |
| Name | |
| CC # | |
| Expires | |

krader
@space
adventu
res.com

*Invoice due upon Receipt*

AMERIJET INTERNATIONAL                    Invoice No. **MAY14-MNGMT**

# INVOICE

| Customer | |
|---|---|
| Name | Zero G Corporation   Attn: Karlyn Rader |
| Address | 8000 Towers Crescent Drive Suite 1000 |
| City | Vienna          State VA          ZIP 22182 |
| Phone | (703) 894-2189 |

| Misc | |
|---|---|
| Date | 5/1/2014 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Boeing 727-200 Aircraft Management Services May 1 to May 4, 2014 (50,000/30 days)*4 days | $  6,666.67 | $      6,666.67 |
| | | SubTotal | $      6,666.67 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | | |
| | | TOTAL | $      6,666.67 |

| Payment | Select One… |
|---|---|
| | 5501-20-0000-00 |
| Comments | |
| Name | |
| CC # | |
| Expires | |

krader
@space
adventu
res.com

*Invoice due upon Receipt*



AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Zero G | Date | 4/30/2014 |
| Address | 8000 Towers Crescent Drive  Suite 1000 | Order No. | |
| City | Vienna        State VA        ZIP 22182 | Rep | |
| Attn: | Terese Brewster | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | JARSI AJ414 / PO# 134201 | $  3,848.00 | $      3,848.00 |
| 1 | JARSI AJ415 / PO# 134207 | $  5,376.00 | $      5,376.00 |
| 1 | JARSI AJ416 / PO# 134219 | $  1,312.00 | $      1,312.00 |
| 1 | JARSI AJ417 / PO# 134229 | $  5,736.00 | $      5,736.00 |
| | | | $            - |
| 1 | Hussam Sadek Expense Account 4/3/14 - 4/12/14 | $  1,026.78 | $      1,026.78 |
| 1 | Hussam Sadek Expense Account 4/17/14 - 4/18/14 | $     386.49 | $        386.49 |
| 1 | Hussam Sadek Expense Account 4/19/14 - 4/26/14 | $     645.71 | $        645.71 |
| | | | $            - |
| | | | $            - |
| 1 | Rich Carpenter Management Hours and Expenses | $  7,243.10 | $      7,243.10 |
| 1 | QC Laboratories Inc. (Inspection of mounts) | $  3,480.00 | $      3,480.00 |
| 1 | Global Business Travel (American Express) | $     465.00 | $        465.00 |
| | | | $            - |
| | | | $            - |
| | | | $            - |
| | Continue on Page 2 | | $            - |
| | | SubTotal | $    29,519.08 |
| | | Shipping | |

| Payment | Select One... | | Tax Rate(s) | | |
|---|---|---|---|---|---|
| | | | | TOTAL | $   29,519.08 |

Comments Invoice Number

Name

CC #

Expires

Email to: krader@spaceadventures.com



AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

Invoice No. ZEROG APR14(B)

**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Zero G | Date | 4/30/2014 |
| Address | 8000 Towers Crescent Drive  Suite 1000 | Order No. | |
| City | Vienna    State VA    ZIP 22182 | Rep | |
| Attn: | Terese Brewster | FOB | |

| Qty | Description | Unit Price | | TOTAL |
|---|---|---|---|---|
| 1 | Balance brought from page 1 | $ 29,519.08 | $ | 29,519.08 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| 1 | Amerijet Representative | $   4,833.44 | $ | 4,833.44 |
| 13 | PBH (Tires, Wheels and Brakes) | $      104.24 | $ | 1,355.12 |
| 1 | PMI Part issues (Work Order 1690) | $      188.00 | $ | 188.00 |
| 1 | Crew Scheduling APRIL 2014 | $ 18,714.36 | $ | 18,714.36 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | Per Management Agreement Amerijet Services dated 11/16/06, sec. (E), 2 (n) of article 11-8.5% service charge for operation of N794AJ | | $ | 4,641.85 |
| 1 | Inflight Payroll | $   6,087.88 | $ | 6,087.88 |
| 1 | inflight Expenses | $   3,506.70 | $ | 3,506.70 |
| | | SubTotal | $ | 68,846.43 |
| | | Shipping | | |

| Payment | Select One... | Tax Rate(s) | | |
|---|---|---|---|---|
| | | | TOTAL | $  68,846.43 |

Comments Invoice Number
Name
CC #
Expires

Email to: krader@spaceadventures.com



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

**JARSI**

APRIL 7, 2014

INVOICE #AJ414
PAGE 1 OF 2

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

AIRCRAFT #N794AJ:                PO#134201             **ZERO-G**
ATTN: MR. CLAPPER

**WORK PERIOD:**        APRIL 3, TO 6, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT. PERFORMED
THE FOLLOWING SERVICES ON AIRCRAFT #N794AJ:

**DATE OF WORK:**        APRIL 3, 2014

1. TRAVELED FROM FLL BY DELTA AIRLINES TO HOU.
2. ARRIVED AT HOU, C/W SECURITY INSPECTION OF AIRCRAFT.
3. REMOVED AIRCRAFT FROM STROAGE.
4. C/W SERVICE CHECK.
5. C/W REPAIRES AND OPS CHECK OF MAIN CARGO DOOR.
6. ACCOMPLISHED ENGINE RUN OF #1, 2, AND 3 ENGINES AND SYSTEMS.
7. CONTINUED WORK ON INVENTORY AND ORGANIZED BOXES IN CARGO BAY.
8. SECURED AIRCRAFT.

**DATE OF WORK:**        APRIL 4, 2014

1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. PREPPED AIRCRAFT TO BE CLEANED.
3. OFFLOADED FLYAWAY KIT, TOOLS AND ZERO-G ITEMS.
4. REMOVED AND REPLACED #3 MAIN WHEEL.
5. SERVICED #2 MAIN WHEEL.
6. CONTINUED ON INVENTORY OF ITEM ON AIRCRAFT.
7. CLEANED AND TREATED NOSE STEERING CABLES.
8. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY OPERATION.

**DATE OF WORK:**        APRIL 5, 2014

1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W SERVICE CHECK.
3. C/W TRANSIT CHECK.
4. PREPPED AND DEPARTED AIRCRAFT ON PARABOLIC FLIGHT.
5. RECEIVED AIRCRAFT FROM PARABOLIC FLIGHT.

AMERIJET INTERNATIONAL, INC.                      INVOICE #AJ414
                                                  PAGE 2 OF 2

   6. C/W POST FLIGHT INSPECTION.
   7. C/W TRANSIT CHECK.
   8. PREPPED AND DEPARTED AIRCRAFT FROM HOU TO EFD.
   9. DROVED CREW AND COMPANY EQUIPMENT FROM HOU TO EFD.
   10. ARRIVED AT EFD, C/W POST FLIGHT INSPECTION.
   11. STARTED CONVERSION OF AIRCRAFT TO NASA PUBLIC USE.
   12. PREPPED AND SECURED AIRCRAFT.

**DATE OF WORK:**    APRIL 6, 2014
   1. TO AIRCRAFT, C/W SECURITY INSPECTION.
   2. CONTINUED CONVERSION OF AIRCRAFT TO NASA PUBLIC USE.
   3. CONTINUED INVENTORY OF ITEMS IN FLYAWAY KIT BOXES.
   4. CHECKED AND SECURED ALL EQUIPMENT BLACK BOXES IN E&E COMPARTMENT.
   5. ASSISTED IN PREPING ITEMS FROM AIRCRAFT TO STORAGE PLACE.
   6. SECURED LOOSE SEATS IN FLYERS CABIN.
   7. ASSISTED TEST AND OPS CHECK OF FLIGHT DISPLAY SYSTEM.
   8. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY OPERATION.

ALL MAN HOURS WORKED ACCONTED FOR AS FOLLOWS:

| | | | |
|---|---|---|---|
| APRIL 3, 2014 | MAN HOURS WORKED: | = | 26:00 HRS. |
| APRIL 4, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 5, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 6, 2014 | MAN HOURS WORKED: | = | 24:00 HRFS. |
| **TOTAL MAN HOURS WORKED:** | | = | **98:00 HRS.** |
| 98:00 HRS  @ $36.00 PER HR. | | = | $3,528.00 |
| PER DEIM @ $40.00 PER DAY EACH: | | = | $ 320.00 |
| **AMOUNT DUE THIS INVOICE:** | | = | **$3,848.00** |

ZERO-G

$3,848.00

AMERIJET INTERNATIONAL, INC.
2800 S ANDREWS AVE
FT. LAUDERDALE    FL 33316

P U R C H A S E    O R D E R

P/O NO:         134201
P/O DATE : 04/07/14
BUYER :    TBR

VENDOR:

JARSI (DBA)
AMJ AVIATION CORP
1170 LEE WAGENER BLVD STE #109
FT LAUDERDALE FL   33315

SHIP TO:

MIA - MIAMI AIRLINE DIVISION
AMERIJET INTERNATIONAL, INC.
6145 NW 18TH STREET BLDG 716B
MIAMI FL   33126

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|---|---|---|---|
| THEIR SERVICE | | COD | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 7305-10-0794-20<br>R & M - 794AJ<br>N794AJ INVOICE AJ414 ZERO-G<br>MAINT APRIL 3, TO APRIL 6 | EA | ASAP | 3848.000 | 3,848.00 |

OK # 20896

ZERO-G

PURCHASE ORDER TOTAL                        3,848.00

AMERIJET INTERNATIONAL, INC.
AMERIJET STORES PETTY CASH
2600 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316

20896

83-6303/fl
939

PAY TO THE
ORDER OF _JARS I_

DATE _4/7/14_

$ 3,848.00

_THREE-THOUSAND EIGHT-HUNDRED-FORTY-EIGHT_ DOLLARS

Bank of America

FOR _13420_

⑈0 20896⑈ ⑆063000047⑆ 00558190 ⑈650⑈



AIRCRAFT MAINTENANCE
AND SERVICES CONTRACTOR
PARTS AND A.O.G. SERVICE

# JARSI

APRIL 14, 2014

INVOICE #AJ415
PAGE 1 OF 3

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

AIRCRAFT #N794AJ:                      PO#134207
ATTN: MR. CLAPPER

WORK PERIOD:    APRIL 7, TO 12, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARRMENT. PERFORMED
THE FOLLOWING SERVICES ON AIRCRAFT #N794AJ:

DATE OF WORK:    APRIL 7, 2044
1. TO AIRCRAFT C/W SECURITY INSPECTION.
2. ASSISTED NASA Q/C INSPECTORS ON SPOT CHECK INSPECTION OF AIRCRAFT.
3. PREPPED AIRCRAFT FOR NASA RESEARCH ITEMS.
4. LOADED, INSTALLED AND SECURED RESEARCH EXPERIMENTS IN AIRCRAFT.
5. SECURED WIRE LOOM IN E&E BAY.
6. REPOSITIONED AND SECURED HYDRAULIC LINES IN L/H WHEEL WELL.
7. STARTED SERVICE CHECK.
8. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY SERVICE.

DATE OF WORK:    APRIL 8, 2014

ZERO-G

1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W SERVICE CHECK.
3. C/W TRANSIT CHECK.
4. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
5. RECEIVED AIRCRAFT FROM SHORT FLIGHT DUE TO SEVERE TURBULENCE.
6. C/W POST FLIGHT INSPECTION.
7. AWAITED DECISSION ON SECOND FLIGHT ATTEMPT.
8. RECEIVED, SERVICED AND PLACED NEW MWA IN FLYAWAY KIT.
9. STARTED TRANSIT CHECK.
10. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY FLIGHT.

DATE OF WORK:    APRIL 9, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W TRANSIT CHECK.
3. PERPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
4. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.

AMERIJET INTERNATIONAL, INC.

INVOICE #AJ415
PAGE 2 OF 3

5. C/W POST FLIGHT INSPECTION.
6. C/W TRANSIT CHECK.
7. RELAMPED #3 CSD LOW PRESSURESLIGHT.
8. PREPPED AND DEPARTED AIRCRAFT ON SECOND RESEARCH FLIGHT.
9. RECEIVED AIRCRAFT FROM SECOND RESEARCH FLIGHT.
10. C/W POST FLIGHT INSPECTION.
11. REMOVED AND RELOADED ALL RESEARCH EXPERIMENTS AND EQUIPMENTS.
12. PREPPED AIRCRAFT TO BE LOADED WITH NEW RESEARCH EQUIPMENT AND EXPERIMENT.
13. STARTED TRANSIT CHECK.
14. PREPPED AND SECURED AIRCRAFT FOR LOADING AND FLIGHT.

DATE OF WORK:    APRIL 10, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. PREPPED AIRCRAFT FOR LOADING OF RESEARCH EXPERIMENTS.
3. LOADED AND SECURED RESEARCH EXPERIMENTS ON AIRCRAFT.
4. C/W TRANSIT CHECK.
5. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
6. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.
7. C/W POST FLIGHT INSPECTION.
8. REMOVED SOME RESEARCH EXPERIMENTS FROM AIRCRAFT FOR SERVICE.
9. ASSISTED RESEARCHERS ON SOME PROJECTS.
10. STARTED SERVICE CHECK.
11. PREPPED ANS SECURED AIRCRAFT FOR NEXT DAY FLIGHT.

DATE OF WORK:    APRIL 11, 204
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. LOADED AND SECURED RESEARCH EXPERIMENTS ON AIRCRAFT.
3. C/W SERVICE CHECK.
4. C/W TRANSIT CHECK.
5. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
6. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.
7. C/W POST FLIGHT INSPECTION.
8. REMOVED AND OFFLOADED ALL RESEARCH EXPERIMENTS FROM AIRCRAFT.
9. TRTORQUED ALL SCREWS IN UPPER WING T/E PANEL.
10. RELOCATED AIRCRAFT TO SOUTHWEST FBO RAMP.
11. OPENED, INSPECTED AND INSTALLED L/H &R/H ENGINES PYLON PANELS FOR NDT WORK.
12. PLACED AIRCRAFT IN SHORT TREM STORAGE.
13. SECURED AIRCRAFT.



AMERIJET INTERNATONAL, INC.

DATE OF WORK:    APRIL 12, 2014
    1.  TO AIRPORT HOU, DEPARTED BY DELTA AIRLINES TO ATLANTA.
    2.  DEPARTED ATLANTA BY DELTA AIRLINES TO FLL.
    3.  ARRIVED AT FLL.

ALL MAN HOURS WORKED ACCONTED FOR AS FOLLOWS:

| | | | |
|---|---|---|---|
| APRIL 7, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 8, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 9, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 10, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 11, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 12, 2014 | MAN HOURS WORKED: | = | 16:00 HRS. |
| TOTAL MAN HOURS WORKED: | | = | 136:00 HRS. |
| 136:00 HRS.    @36.00 PER HR. | | = | $4,896.00 |
| PER DEIM @ $40.00 PER DAY EACH: | | = | $ 480.00 |
| AMOUNT DUE THIS INVOICE: | | = | $5,376.00 |

$5,376.00

ZERO-

AMERIJET INTERNATIONAL, INC.
2800 S ANDREWS AVE
FT. LAUDERDALE    FL 33316

PURCHASE ORDER

P/O NO:        134207
P/O DATE : 04/14/14
BUYER :    TBR

VENDOR:

SHIP TO:

JARSI (DBA)
AMJ AVIATION CORP
1170 LEE WAGENER BLVD STE #109
FT LAUDERDALE FL  33315

MIA - MIAMI AIRLINE DIVISION
AMERIJET INTERNATIONAL, INC.
6145 NW 18TH STREET BLDG 716B
MIAMI FL  33126

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|---|---|---|---|
| THEIR SERVICE | | COD | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 7305-10-0794-20 | EA | ASAP | 5376.000 | 5,376.00 |
|   | R & M - 794AJ | | | | |
|   | N794AJ INVOICE AJ415 ZERO-G | | | | |
|   | MAINT APRIL 7 TO APRIL 12,2014 | | | | |

CK# 20926

ZERO-G

PURCHASE ORDER TOTAL                                    5,376.00

AMERIJET INTERNATIONAL, INC.
AMERIJET STORES PETTY CASH

2100 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316

20926

634-6265
194

PAY
TO THE
ORDER OF _J. ACST_

DATE _4/14/14_

Five-Thousand-Three-Hundred-Seventy-Six $\frac{00}{100}$ _____ $ 5,376.00 DOLLARS

Bank of America

ACH W/ GROVERLY
137207

⑈00209926⑈ ⑈063000047⑈ 0055619011465⑈



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

# JARSI

APRIL 21, 2014

INVOICE #AJ416

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRCRAFT #N794AJ:**          PO#134219
**ATTN:** MR. CLAPPER

**WORK PERIOD:**      APRIL 19, TO 20, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT. PERFORMED
THE FOLLOWING SERVICES ON AIRCRAFT #N794AJ:

**DATE OF WORK:**      APRIL 19, 2014
1. TRAVELED FROM FLL TO HOU BY SOUTH WEST AIRLINES.
2. ARRIVED AT HOU, AND TRAVELED TO EFD BY RENTAL CAR.
3. AWAITED ACCESS TO AIRCRAFT.
4. NO ACCESS GRANTED.

**DATE OF WORK:**      APRIL 20, 2014
1. PREPARED FOR WORK.
2. WAITED PERMISSION TO ACCESS AIRCRAFT.
3. NO ACCESS TO AIRCRAFT GRANTED.
4. REASON UNKNOWN.

**MAN HOURS WORKED ACCOUNTED FOR AS FOLLOWS:**

| | | | |
|---|---|---|---|
| APRIL 19, 2014 | MAN HOURS WORKED: | = | 16:00 HRS. |
| APRIL 20, 2014 | MAN HOURS WORKED: | = | 16:00 HRS. |
| **TOTAL MAN HOURS WORKED:** | | = | **32:00 HRS.** |
| 32:00 HRS.      @ $36.00 PER HR. | | = | $1,152.00 |
| PER DEIM @ $40.00 PER HR. | | = | $ 160.00 |
| **AMOUNT DUE THIS INVOICE:** | | = | **$1,312.00** |

**$1,312.00**

```
        P U R C H A S E   O R D E R                    P/O NO:        134219
                                                       P/O DATE : 04/21/14
                                                       BUYER :    TBR
VENDOR:                                      SHIP TO:
        JARSI (DBA)                                  MIA - MIAMI AIRLINE DIVISION
        AMJ AVIATION CORP                            AMERIJET INTERNATIONAL, INC.
        1170 LEE WAGENER BLVD STE #109               6145 NW 18TH STREET BLDG 716B
        FT LAUDERDALE FL  33315                      MIAMI FL  33126
```

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|----------|---------|-------|--------------|
|          |         | COD   |              |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|----------|-------------|-----|-----------|------------|------------|
| 1 | 7305-10-0794-20<br>R & M - 794AJ<br>N794AJ INV AJ416 ZERO-G<br>MAINT APRIL 19 TO 20, 2014 | EA | ASAP | 1312.000 | 1,312.00 |

                    PURCHASE ORDER TOTAL                              1,312.00

AMERIJET INTERNATIONAL, INC.
AMERIJET STORES PETTY CASH
2800 S. ANDREWS AVE
FT. LAUDERDALE, FL 33316

20956

63-483/FL
634

PAY TO THE ORDER OF ___JARST___

DATE ___4/21/19___

ONE-THOUSAND-THREE-HUNDRED-TWELVE $\frac{00}{00}$ —     $ 1,312.00

DOLLARS

**Bank of America** 

ACCT NO. ___134 219___

⑆020956⑆ ⑉063000047⑉ 00556190146⑈

FOR _____



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

**JARSI**

APRIL 28, 2014

INVOICE #AJ417
PAGE 1 OF 3

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

ATTN: MR. CLAPPER

**WORK PERIOD:** APRIL 21, TO 26, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT. PERFORMED THE
FOLLOWING SERVICES ON AIRCRAFT #N794AJ:

**DATE OF WORK:** APRIL 21, 2014
1. TO NASA OFFICE AT EFD FOR MEETING AND INSTRUCTIONS TO AIRCRAFT.
2. AWAITED ACCESS TO AIRCRAFT.
3. WENT TO AIRCRAFT, C/W SECURITY INSPECTION.
4. REMOVED AIRCRAFT FROM SHORT TERM STORAGE.
5. RELOCATED AIRCRAFT TO NASA 990 RAMP FOR LOADING.
6. C/W SERVICE CHECK.
7. TRANSPORTED RESEARCH EXPERIMENTS AND LOADED AIRCRAFT.
8. SECURED SOME OF THE RESEARCH EXPERIMENTS IN AIRCRAFT.
9. PREPPED AND SECURED AIRCRAFT.



**DATE OF WORK:** APRIL 22, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. CONTINUED TO LOAD AND SECURED RESEARCH EXPERIMENTS ON AIRCRAFT.
3. C/W TRANSIT CHECK.
4. PREPPED AIRCRAFT FOR DEPARTURE.
5. DEPARTURE OF AIRCRAFT DELAYED DUE TO RESEARCH EQUIPMENT FAULT.
6. TROUBLESHOOTING AND REPAIRED OF EQUIPMENT ACCOMPLISHED.
7. FLIGHT CANCELED DUE TO LATE TIME.
8. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY FLIGHT.

**DATE OF WORK:** APRIL 23, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W TRANSIT CHECK.
3. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
4. AIRCRAFT ABORTED TAKE OFF DUE TO FAULT ON CAPTAIN'S AIRSPEED.
5. TROUBLESHOOTED FAULT ON CAPTAIN'S A.S.I.
6. CORRECTED FAULT ON CAPTAIN'S A.S.I.
7. ACCOMPLISHED TEST OF PITOT AND STATIC SYSTEM PER WORK CARD #34-020-50-01
8. DEFERED CAPTAIN'S PITOT HEATER.
9. C/W TRANSIT CHECK.

AMERIJET INTERNATIONAL, INC.                                    INVOICE #AJ437
                                                                PAGE 2 OF 3

10. DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
11. RECEIVED AIRCRAFT FROM SHORT FLIGHT DUE TO A MECHANCIAL FAULT.
12. TROUBLESHOOTED FAULT ON ELEVATOR FEELS SYSTEM.
13. CORRECTED FAULT ON ELEVATOR FEELS SYSTEM.
14. C/W REQUIRED PAPER WORK.
15. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY FLIGHT.
**DATE OF WORK:**    APRIL 24, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.

3. PREPPED AND DEPARTED AIRCRAFT ON TEST FLIGHT.
4. RECEIVED AIRCRAFT FROM TEST FLIGHT.
5. C/W POST FLIGHT INSPECTION.
6. C/W TRANSIT CHECK.
7. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
8. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.
9. C/W POST FLIGHT INSPECTION.
10. REPAIRED CAPTAIN'S PITOT HEAT FAULT AND REMOVED DMI.
11. C/W TRANSIT CHECK.
12. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
13. RECEIVED AIRCRAFT FROM FLIGHT.
14. C/W POST FLIGHT INSPECTION.
15. PREPPED AND LOADED MORE RESEARCH EXPERIMENTS ON AIRCRAFT.
16. STARTED TRANSIT CHECK.
17. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY FLIGHT.
**DATE OF WORK:**    APRIL 25, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W TRANSIT CHECK.                                        
3. PREPPED AND DEPARTED AIRCRAFT ON RESEARCH FLIGHT.
4. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.
5. C/W POST FLIGHT INSPECTION.
6. C/W TRANSIT CHECK.
7. PREPPED AND DEPARTED AIRCRFT ON RESEARCH FLIGHT.
8. RECEIVED AIRCRAFT FROM RESEARCH FLIGHT.
9. C/W POST FLIGHT INSPECTION.
10. REMOVED AND OFFLOADED ALL RESEARCH EXPERIMENTS FROM AIRCRAFT.
11. LOADED FLYAWAY KIT, TOOLS AND ZERO-G ITEMS ONRTO AIRCRAFT.
12. CONVERTED AIRCRAFT FROM NASA PUBLIC USE TO FAA 121 OPERATION.
13. RELOCATED AIRCRAFT FROMNASA 990 TO SOUTH WEST AVIATION FBO RAMP.
14. PLACED AIRCRAFT IN SHORT TREM STORAGE.
15. PREPPED AND SECURED AIRCRAFT.
**DATE OF WORK:**    APRIL 26, 2014
1. TO AIRPORT HOU AND DEPARTED BY DELTA AIRLINES TO ATL.
2. ARRIVED AT ATL, THEN DEPARTED ATL TO FLL.
3. ARRIVED AT FLL.

AMERIJET INTERNATIONAL, INC.                                    INVOICE #AJ417
                                                                PAGE 3 OF 3

ALL MAN HOURS WORKED ACCOUNTED FOR AS FOLLOWS:

| APRIL 21, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 22, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 23, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| APRIL 24, 2014 | MAN HOURS WORKED: | = | 26:00 HRS. |
| APRIL 25, 2014 | MAN HOURS WORKED: | = | 32:00 HRS |

| TOTAL MAN HOURS WORKED: | = | 146:00 HRS. |
| 146:00 HRS @ $36.00 PER HR. | = | $5,256.00 |
| PER DEIM @ $40.00 PER HR EACH: | = | $ 480.00 |
| AMOUNT DUE THIS INVOICE: | = | $5,736.00 |

$5,736.00

ZERO-G

P U R C H A S E   O R D E R

```
                                            P/O NO:        134229
                                            P/O DATE : 04/28/14
                                            BUYER :     TBR
```

VENDOR:                                 SHIP TO:

```
        JARSI (DBA)                             MIA - MIAMI AIRLINE DIVISION
        AMJ AVIATION CORP                       AMERIJET INTERNATIONAL, INC.
        1170 LEE WAGENER BLVD STE #109          6145 NW 18TH STREET BLDG 716B
        FT LAUDERDALE FL   33315                MIAMI FL   33126
```

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|----------|---------|-------|--------------|
| THEIR SERVICE | | COD | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|----------|-------------|-----|-----------|------------|------------|
| 1 | 7305-10-0794-20 | EA | ASAP | 5736.000 | 5,736.00 |
| | R & M - 794AJ | | | | |
| | N794AJ INVOICE AJ417 ZERO-G | | | | |
| | MAINTENANCE 04/31 TO 04/26/14 | | | | |

**ZERO-G**

CK# 20974

PURCHASE ORDER TOTAL                                        5,736.00

AMERIJET INTERNATIONAL, INC.
AMERIJET STORES PETTY CASH
2800 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316

20974

PAY
TO THE
ORDER OF: _JARSI_

DATE _4/28/14_

$ 5,736.00

_FIVE-THOUSAND - SEVEN-HUNDRED -THIRTY-SIX 00/100_ _____ DOLLARS

Bank of America ≋

FOR _____

_134229_

⑆20974⑆ ⑆063000047⑆ 0055⑈90⑈65⑆

# EMPLOYEE EXPENSE REPORT



CARGO IS OUR BUSINESS

FROM: 4/3/2014

TO: 4/12/2014

THE COMPANY REIMBURSES EMPLOYEES FOR
REASONABLE AND NECESSARY EXPENSES INCURRED
ON THE COMPANY'S BEHALF'S WHILE ENGAGED ON
AUTHORIZED COMPANY BUSINESS, SUBJECT TO IRS
RULES AND REGULATIONS.

THE FOLLOWING DOCUMENTS NEED TO BE ATTACH TO THIS FORM: 1-RECEIPTS, BILL'S FOR HOTEL
2-PASSENGER COUPONS
3-RECEIPS OF TRANSPORTATION
4-BILLS FOR CHARGES TO THE
COMPANY

| DATE | DESCRIPTION OF WORK ASSIGNMENT Travel To FLL, HOU, EFD, FLL | Transportation | Lodging | Meals | Miscellaneous Detail | Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| 4/3 4/12 | per diem 10 days | | | $400.00 | | | $400.00 | 7305-10-0794-20 |
| 4/3/2014 | Cab from FBO to terminal | | | | $20.00 | | $20.00 | 7305-10-0794-20 |
| 4/3 4/12 | Car rental in HOU | $490.91 | | | | | $490.91 | 7305-10-0794-20 |
| 4/11/2014 | Gas in HOU | | | | $66.75 | | $66.75 | 7305-10-0794-20 |
| 4/12/2014 | Cab from terminal to FBO | | | | $20.00 | | $20.00 | 7305-10-0794-20 |
| 4/14/2014 | From page 2 | | | | $29.12 | | $29.12 | 7305-10-0794-20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | ZERO-G | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL EXPENCE FOR PERIOD** | | | | | | | $1,026.78 | |
| LESS ADVANCES RECEIVED (DETAIL ON REVERSE) | | | | | | Petty cash | 0.00 | |
| REIMBURSEMENT REQUESTED (IF ADVANCE EXCEEDS EXPENCE AMOUNT DUE AMERIJET) | | | | | | | $1,026.78 | |

NAME: Hussam Sadek
EMPLOYEE

SIGNED: _____     DATE: _____  4/14/2014
EMPLOYEE

APPROVED BY: _____     DATE: _____  4/14/2014
IMMEDIATE SUP:

## ALLOWANCE FOR USE OF PERSONAL AUTO

| DATE | DESCRIPTION<br>includes miles to and from home | MILES | DATE | DESCRIPTION<br>includes miles to and from home | MILES |
|------|------------------------------------------------|-------|------|------------------------------------------------|-------|
| 4/3/2014 | To FLL airport | 26 | | | |
| 4/12/2014 | From FLL airport | 26 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL MILEAGE | 52 |
| | | | AT CURRENT APPROVE RATE OF .565 CTS A MILE | | 0.56 |
| | | | TOTAL ALLOWANCE | | $29.12 |
| | | | | | |
| | | | | | |

## DETAIL OF RENTED AUTO USAGE

| DATE | DETAIL RE, COMPACT ECT | MAKE & MODEL | DAYS | MILES | CHARGES |
|------|------------------------|--------------|------|-------|---------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ZERO-G

## ADVANCES RECEIVED

| DATE | RECIVED FROM | DESCRIPTION | CK # | AMOUNT |
|------|--------------|-------------|------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

## RECEIPT

ental Agreement Number: 186232760
ehicle Number: 61637192

### OUR INFORMATION

**ADEK,HUSSAM**
IZARD NUMBER:      2EU74M
VIS DISC:          AVIS CRM LEVEL 1
AYMENT METHOD:     CASH XX7127

### OUR RENTAL

icked up:        HOU
ate/Time:        APR 03, 2014@09:54AM
eturned:         HOU
ate/Time:        APR 12, 2014@09:48AM
eh Group:        Standard SUV-5 Pass
eh Charged:      Full-Size
ehicle:          MAZDA CX-9 FWD
dometer Out:     34731
dometer In:      35031
uel Reading:     Full

### OUR VEHICLE CHARGES

| | | |
|---|---|---|
| 2 DY@ 38.67 | | 77.34 |
| 1 WK@ 270.68 | | 270.68 |
| OUR TIME AND MILEAGE: | | 348.02 |

### OUR TAXABLE FEES

| | | | |
|---|---|---|---|
| '11.11% FEE | | | 42.68 |
| TP SRS  1.00DY | | | 9.00 |
| EH LIC RECOUP | 2.25/DY | | 20.25 |
| NERGY RECOVERY | 0.77/DY | | 6.93 |

OUR SUBTOTAL
AXABLE SUBTOT                     426.88
AX 15.000%                        64.03

### OUR NON TAXABLE ITEMS

OTAL CHARGES                     490.91
REPAYMENTS                     - 490.91
ET CHARGES                          .00
OUR TOTAL DUE:                     0.00

AID ON    CASH XX7127
'CONCESSION RECOVERY FEE
: MLS/PNTS EARNED     600

### THANK YOU FOR RENTING WITH AVIS

Toll Pass inquiries,
visit www.e-tolls.com
or call HTA at 1-866-642-2000
Other inquiries or e-receipt visit
www.avis.com

or call 713-641-9300

---

JUG-A: NAGA KD-1
WEBSTER, TX
STN 00384407

04/11/14          19:47:54

E/DISCOVER
XXXXXXXXXXXXX7127
Invoice#         079571#
Auth#            81141R

PumpM:    7
  18.755G @ * 3.559/G
Unle/Self        $ 66.75

Total            $ 66.75

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
FOR YOUR BUSINESS

---

CAB#                DATE 4/13
DRIVER
CELL #
**CAB FARE $** 20.00
PICK UP SHELT AIR
DROP OFF DELTA

CAB#                DATE 4/12
DRIVER
CELL #
**CAB FARE $** 20
PICK UP DELTA
DROP OFF SHELTAIR

ZERO-6



**EMPLOYEE EXPENSE REPORT**

FROM: 4/17/2014

TO: 4/18/2014

THE COMPANY REIMBURSES EMPLOYEES FOR REASONABLE AND NECESSARY EXPENSES INCURRED ON THE COMPANY'S BEHALF'S WHILE ENGAGED ON AUTHORIZED COMPANY BUSINESS, SUBJECT TO IRS RULES AND REGULATIONS.

THE FOLLOWING DOCUMENTS NEED TO BE ATTACH TO THIS FORM: 1-RECEIPTS, BILL'S FOR HOTEL
2-PASSENGER COUPONS
3-RECEIPS OF TRANSPORTATION
4-BILLS FOR CHARGES TO THE
COMPANY

| DATE | DESCRIPTION OF WORK ASSIGNMENT Travel To MIA, HOU, EFD | Transportation | Lodging | Meals | Miscellaneous Detail | Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 4/17 4/18 | per diem 2 days | | | $80.00 | | | $80.00 | 7305-10-8794-20 |
| 4/17 4/19 | Car rental in HOU | $105.93 | | | | | $105.93 | 7305-10-0794-20 |
| 4/19/2014 | Gas in HOU | | | | $16.56 | | $16.56 | 7305-10-0794-20 |
| 4/17 4/19 | Hotel | | $184.00 | | | | $184.00 | 7305-10-0794-20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL EXPENCE FOR PERIOD | | | | | | | $386.49 | |
| LESS ADVANCES RECEIVED (DETAIL ON REVERSE) | | | | | Petty cash | | 0.00 | |
| REIMBURSEMENT REQUESTED (IF ADVANCE EXCEEDS EXPENCE AMOUNT DUE AMERIJET) | | | | | | | $386.49 | |

NAME: Hussam Sadek
EMPLOYEE

SIGNED: _____
EMPLOYEE

DATE: _____ 4/28/2014

APPROVED BY: _____
IMMEDIATE SUP:

DATE: _____ 4/28/2014

**Hertz** #01 MR **RR 124808014**
RES 0900000099

**HUSSAM SADEK**

INITIAL CHARGES

| | | | |
|---|---|---|---|
| RENT RT $ 33.89 /DAY @ 2 /DAYS | | $ | 67.78 |
| SUBTOTAL | | T$ | 67.78 |

CHARGES ADDED DURING RENTAL

LDW DECLINED
LIS DECLINED
PAI PEC DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 7.70 |
| VLC*KCFC/BUS | | T$ | 15.14 |
| ENERGY SURCHARGE | | T$ | 1.49 |
| TAX 15.000% ON TAXABLE TTL OF $ | 92.11 | $ | 13.82 |
| TOTAL AMOUNT DUE | | $ | 105.93 |

CHARGED ON DISC XXXXXXXXXXXX7127

Gold Plus Rewards Points Earned This Rental: 75

FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01680 / 3280930 13 CHARGER 3.6 N
LICENSE: OK 101KCC
FUEL: FULL 8/8 OUT 8/8 IN
MILEAGE IN: 19115 TR-X MILES:
MILEAGE OUT: 19013 MILES ALLOWED:
MILES DRIVEN: 102 MILES CHARGED:
CDP: 1392782 - HERTZ MEMBER PROGRAM

RENTED: GEORGE BUSH INTRCNTL AP
RENTAL: 04/17/14 14:30
RETURN: 04/19/14 11:57
RETURNED: HOUSTON HOBBY AP
COMPLETED BY: 7043/TXHOB24

PLAN IN: WE02 RATE CLASS: F
PLAN OUT: WE02

---

WEBSTER, TX
STN 00304407

04/19/14 11:33:17

E/DISCOVER
xxxxxxxxxxxx7127
Invoice# 0797469
Auth# 01966R

Pump#: 7
4.652G @ $ 3.559/G
Unle/Self $ 16.56

Total $ 16.56

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
FOR YOUR BUSINESS

ZERO-G


SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

S. Sadek

Room: 619

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk:

**Arrive:** 17Apr14   **Time:** 06:56PM   **Depart:** 19Apr14   **Time:**          **Folio Number:** 75649

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 17Apr14 | Room Charge | 80.00 | |
| 17Apr14 | State Occupancy Tax | 4.80 | |
| 17Apr14 | City Tax | 4.00 | |
| 17Apr14 | County Occupancy Tax | 3.20 | |
| 18Apr14 | Room Charge | 80.00 | |
| 18Apr14 | State Occupancy Tax | 4.80 | |
| 18Apr14 | City Tax | 4.00 | |
| 18Apr14 | County Occupancy Tax | 3.20 | |
| 19Apr14 | Discover | | 184.00 |
| | Card #: DSXXXXXXXXXXXXX7127/XXXX | | |
| | Amount: 184.00 Auth: 01709R Signature on File | | |
| | This card was electronically swiped on 17Apr14 | | |

**Balance:** 0.00

Rewards Account # XXXXX9257. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: HSADEK@AMERIJET.COM. See "Internet Privacy Statement" on Marriott.com.

ZERO-G

# EMPLOYEE EXPENSE REPORT



CARGO IS OUR BUSINESS

FROM: __4/19/2014__

TO: __4/26/2014__

THE COMPANY REIMBURSES EMPLOYEES FOR
REASONABLE AND NECESSARY EXPENSES INCURRED
ON THE COMPANY'S BEHALF'S WHILE ENGAGED ON
AUTHORIZED COMPANY BUSINESS, SUBJECT TO IRS
RULES AND REGULATIONS.

THE FOLLOWING DOCUMENTS NEED TO BE ATTACH TO THIS FORM: 1-RECEIPTS, BILL'S FOR HOTEL
2-PASSENGER COUPONS
3-RECEIPS OF TRANSPORTATION
4-BILLS FOR CHARGES TO THE
COMPANY

| DATE | DESCRIPTION OF WORK ASSIGNMENT Travel To FLL, HOU, EFD, FLL | Transportation | Lodging | Meals | Miscellaneous Detail | Miscellaneous Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| 4/19 4/26 | per diem 8 days | | | $320.00 | | | $320.00 | 7305-10-0794-20 |
| 4/19 4/26 | Car rental in HOU | $254.40 | | | | | $254.40 | 7305-10-0794-20 |
| 4/26/2014 | Gas in HOU | | | | $42.19 | | $42.19 | 7305-10-0794-20 |
| 4/26/2014 | From page 2 | | | | $29.12 | | $29.12 | 7305-10-0794-20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | ZERO-G | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL EXPENCE FOR PERIOD | | | | | | | $645.71 | |
| LESS ADVANCES RECEIVED (DETAIL ON REVERSE) | | | | | Petty cash | | 0.00 | |
| REIMBURSEMENT REQUESTED (IF ADVANCE EXCEEDS EXPENCE AMOUNT DUE AMERIJET) | | | | | | | $645.71 | |

NAME: Hussam Sadek
EMPLOYEE

SIGNED: _____          DATE: _____   4/28/2014
EMPLOYEE

APPROVED BY: _____     DATE: _____   4/28/2014
IMMEDIATE SUP: