## ALLOWANCE FOR USE OF PERSONAL AUTO

| DATE | DESCRIPTION includes miles to and from home | MILES | DATE | DESCRIPTION includes miles to and from home | MILES |
|---|---|---|---|---|---|
| 4/19/2014 | To FLL airport | 26 | | | |
| 4/26/2014 | From FLL airport | 26 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL MILEAGE | 52 |
| | | | | AT CURRENT APPROVE RATE OF .565 CTS A MILE | 0.56 |
| | | | | TOTAL ALLOWANCE | $29.12 |
| | | | | | |
| | | | | | |

## DETAIL OF RENTED AUTO USAGE

| DATE | DETAIL RE, COMPACT ECT | MAKE & MODEL | DAYS | MILES | CHARGES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ADVANCES RECEIVED

| DATE | RECIVED FROM | DESCRIPTION | CK # | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

**THE HERTZ CORPORATION**
Phone:  800-654-4173
Fax:
Web:  www.hertz.com

**Hertz**

**REPRINT**

Rental Agreement No: 125769254
Invoice Date:  04/26/2014
Document:  914000821088

Renter:  HUSSEIN SADEK HUSSAM
Account No.:  ***********7127 DIS
CDP No.:  1392782
CDP Name:  HERTZ MEMBER PROGRAM

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

HUSSEIN SADEK HUSSAM
AMERIJET INTERNATIONAL
6145 NW 18TH ST BLDG A
MIAMI, FL 33126-7341

**RENTAL REFERENCE**
Rental Agreement No: 125769254
Reservation ID:

**RENTAL DETAILS**

| | | |
|---|---|---|
| Rate Plan: | IN: WW02    OUT: WW02 | |
| Rented On: | 04/19/2014 12:01 | LOC# 160724 |
| | HOUSTON HOBBY, TX | |
| Returned On: | 04/26/2014 06:30 | LOC# 160724 |
| | HOUSTON HOBBY, TX | |
| Car Description: | SIR CRUZE 4D SN  CLW6334 | |
| Veh. No.: | 7904717 | |
| CAR CLASS Charged:  C | MILEAGE | In: 9,755 |
| Rented:  C4 | | Out: 9,489 |
| Reserved: 99 | | Driven:  266 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  S1973R  DATE: 2014/04/19  AMT:  $11.90

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 185.89 | 185.09 |
| SUBTOTAL | | | 185.09 |
| | | | |
| CONCESSION FEE RECOVERY | | | 26.17 |
| VEHICLE LICENSE FEE | | | 8.47 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 15.00% | 33.18 |

**Gold Plus Rewards Points**
Earned this rental:  257

AMOUNT DUE                    254.40 USD

ZERO-G

THANK YOU FOR RENTING FROM HERTZ

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Phone:  800-654-4173
Web:  www.hertz.com

AMOUNT BILLED TO ACCOUNT:         254.40 USD

950 W. NASA RD 1
WEBSTER, TX
STN 00304407

04/25/14      22:26:07

E/DISCOVER
xxxxxxxxxxxxx7127
Invoice#      0799112
Auth#         02508R

Pump#: 10
  11.724G @ $ 3.599/G
Unle/Self     $ 42.19

Total         $ 42.19

  Learn how to
  EARN REWARDS
  with a Chevron
  or Texaco
  Credit Card
  See application
  for details


THANK YOU
FOR YOUR BUSINESS

ZERO-G

# RICH SCOTT

| SS DATE | INVOICE/PO | VENDOR/ DETAILS OF | QUANTITY | DOLLARS EACH | TOTAL |
|---|---|---|---|---|---|
| 4/7/2014 | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/8/2014 | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/9/2014 | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/10/2014 | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/11/2014 | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/15/2014 | | Expenses - Food, Rental Car | 1 | $487.06 | $ 487.06 |
| | | | | | $ - |
| 21-Apr | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 22-Apr | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 23-Apr | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 24-Apr | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 25-Apr | | Management Hours - Carpenter | 8 | $ 80.00 | $ 640.00 |
| 4/26/2014 | | Expenses - Food/Auto | 1 | $356.04 | $ 356.04 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ 7,243.10 |

## Amerijet Airline Division Employee Expense Report

For Time Period Beginning: 04/06/14 _____ Ending: 04/12/14 _____

The Company reimburses employees for reasonable and necessary expenses incurred on the company's behalf while engaged on authorized company business, subject to IRS rules and regulations. Be sure to attach: Receipts and/or Bills (copies only, retain originals for your records). Use this form for all reimbursable expenses including AmEx. Submit to Crew Scheduling for approval.

| Date | Base / Flight # | Contract-Scheduled Service-Charter | Description of Expense (hotel, ground travel, airline ticket) | Amount | General Ledger # (To be completed by company) |
|---|---|---|---|---|---|
| 04/06/14 | MIA | Contract | Dinner | $32.06 | 7175-10-0000-40 |
| 04/06/14 | MIA | Scheduled | Dinner | $7.51 | 7175-10-0000-40 |
| 04/07/14 | | Scheduled | Lunch | $9.89 | 7175-10-0000-40 |
| 04/07/14 | | Scheduled | Dinner | $15.94 | 7175-10-0000-40 |
| 04/08/14 | | Scheduled | Lunch Flight Crew | $37.57 | 7175-10-0000-40 |
| 04/08/14 | | Scheduled | Dinner | $25.03 | 7175-10-0000-40 |
| 04/09/14 | | Scheduled | Dinner | $7.51 | 7175-10-0000-40 |
| 04/10/14 | | Scheduled | Lunch | $11.20 | 7175-10-0000-40 |
| 04/10/14 | | Scheduled | Dinner | $16.34 | 7175-10-0000-40 |
| 04/11/14 | | Scheduled | Lunch | $14.38 | 7175-10-0000-40 |
| 04/11/14 | | Scheduled | Dinner | $8.50 | 7175-10-0000-40 |
| 04/12/14 | | Scheduled | Auto Rental | $250.13 | 7585-10-0000-40 |
| 04/11/14 | | Scheduled | Auto Fuel | $51.00 | 7585-10-0000-40 |
| | | Scheduled | | | |

Total Expense for Period: $487.06

Less Credits/Advances: _____

Total Reimbursement: $487.06

| Department: | 47 | Print Name: Richard Carpenter | Emp #: 2191 |
|---|---|---|---|
| | | Signature: | Date: 04/15/14 |
| | | Supervisor Approval: | Date: |

Additional Notes: Food, rental car for NASA support for flight week - 4/6 - 4/12.

Michiru
20911 Gulf Freeway, #A
Webster, TX 77598
Tel: (281) 338-9988

# Dine In #2036

Table: F1 Gst: 1
Date: 04/06/14 08:57 PM
Server: 4Jenny T

| Qt Description | Price |
|---|---|
| 1 Tempura Appet | $8.00 |
| 1 Sesame Crust Salmon-D | $14.00 |
| 1 Add House Salad | $3.00 |
| Subtotal: | $25.00 |
| Tax: | $2.06 |
| Total: | $27.06 |

SONARY DINNER

== Customer Copy ==

Michiru
20911 Gulf Freeway, #A
Webster, TX 77598
(281) 338-9988

Date: 4/6/2014 9:31:12 PM
Card Type: Visa
Acct #: ************2065
*** CARD PRESENTED ***
Auth Code: 245541
Ref: F1 2036
TroutD: 105279
Server Name: 4Jenny T #2

Subtotal: $27.06
Tips: 5.00
Total: 32.06

18%=4.87 20%=5.41 25%=6.77

***** DUPLICATE COPY *****
SIGNATURE ON MERCHANT COPY

CARDHOLDER WILL PAY CARD
ISSUER ABOVE AMOUNT PURSUANT
TO CARDHOLDER AGREEMENT SIGNED
COPY TO SERVER OR CASHIER.

Marble Slab Creamery 706
20911 Gulf Freeway Suite C
Webster TX 77598
281-332-0600

| Check 63 | |
|---|---|
| P S. | 4/6/2014 |
| Guests 1 | 9:38 PM |
| Fudge Brownie Delight | 5.75 |
| Dipped W8/Cones | 1.19 |
| Subtotal | 6.94 |
| Tax | 0.57 |

# TOTAL 7.51

| Cash | -20.00 |
|---|---|
| CHANGE DUE | 12.49 |

Get $3 off any Large or 1/4 Sheet Cake
Valid only at this location.
Must present this receipt.
Exp : 12/31/2014

Mowopp Lower
SALAD EXPRESS
595 W BAY AREA BLVD
WEBSTER TX 77598
281-338-2791

Terminal ID: #1121550          1200
4/7/14
                               2:36 PM
SERVER #: 6

VISA
ACCT #: ************2065
CREDIT SALE

UID: 409738089786    REF #: 3552
BATCH #: 133         AUTH #: 624253

AMOUNT                      $7.89

TIP                    $ 2.00

TOTAL                  $ 78.7

APPROVED

CUSTOMER COPY

---

MONDAY DINNER
EAST STAR
1025 EAST NASA ROAD
HOUSTON      TX 77058
281-280-0022

TERMINAL I.A.:
MERCHANT # :                  5555

04/07/14        9:54 PM

VISA
************2065      CHB: 0
SWIPED

SALE
BATCH: 000236
INV:000131

AUTH: 251306

BASE                       $12.94

TIP              $    3.00

TOTAL            $  13.94

TIP GUIDE
10% = $1.29 15% = $1.94 20% = $2.58

RICHARD CARPENTER

CUSTOMER COPY

---

SALAD EXPRESS
595 W BAY AREA BLVD
WEBSTER TX 77598
281-338-2791

Terminal ID: 01121550          1200
4/8/14
                               1:16 PM
SERVER #: 6

VISA
ACCT #: ************2065
CREDIT SALE

UID: 403045144440    REF #: 3671
BATCH #: 134         AUTH #: 043726

AMOUNT                     $31.57

TIP               $   6.00

TOTAL            $ 37.57

APPROVED

CUSTOMER COPY

---

SALAD EXPRESS
595 W BAY AREA BLVD
WEBSTER TX 77598
(281) 338-2791

DATE 04 07 '14     NOW

BUFFET 11          $7.29
BUFFET 41          $7.29
BUFFET 31          $7.29
BUFFET 31          $7.29
SUBTOTAL           $29.16
7891 GRT           $2.61
TOTAL              $31.57
CASH               $31.57
TIP X :            $0.00/0.00
TIP ADDED          0.00

---

TUES DINNER
****************
* CLOSED CHECK *
****************

Mario's Flying Pizza
818 West Nasa Parkway
Webster, Texas 77598
Phone# (281) 332-2202

Register#: 99       Check#: 12/347
Check Name:CARPENTER, RIC
Date: 04/08/14      Time: 07:40pm

Server: , Derek
Driver ID:    0

TABLE#: 129

---[Seat 1]---
1 Lg Hawaiian Pizza            $18.50

          Subtotal:        $18.50
          Tax::             $1.53
          Sub w/Tax:       $20.03
          Amt Due:         $20.03

Visa                         $20.03
                         5.00
        GRAZIE!!  TIP

                        $25.03

*DINNER WEDNESDAY*

Marble Slab Creamery 706
20911 Gulf Freeway Suite C
Webster TX 77598
281-332-0600

---

Check 33
Dinesh R.
Guests 1

4/9/2014
8:23 PM

---

Fudge Brownie Delight      5.75
Dipped W6/Cones      1.19

---

Subtotal      6.94
Tax      0.57

---

# TOTAL      7.51

Cash
CHANGE DUE      -10.00
     2.49

Get $3 off any Large or 1/4 Sheet Cake
Valid only at this location.
Must present this receipt.
Exp : 12/31/2014

---

*THURSDAY DINNER*

Twin Peaks Restaurant
20931 Gulf Freeway
Webster, TX 77598
281-338-7325

Server:
Togo Chris/1      04/10/2014
Guests: 1      10:35 PM
     50383

12 Buffalo Wings      13.25

Subtotal      13.25
Tax      1.09

Total      14.34

Balance Due      14.34

Tell us about your experience
and receive free chips & queso
Go online and take our survey:
www.telltwinpeaks.com

---

*THURSDAY LUNCH*

RYAN'S SMOKEHOUSE
103 HENERIETTA STREET
281-554-9331
DATE 04/10/2014 THU    TIME 11:33

BEEF PLATE T1      $8.45
LARGE DRINK T1      $1.50
TAX1      $0.85
TOTAL      $11.20
CASH      $20.00
CHANGE      $8.80
CLERK 1    152683    00000

---

*THURSDAY DINNER*

Twin Peaks Restaurant
20931 Gulf Freeway
Webster, TX 77598
281-338-7325

Server:
10:35 PM      DOB: 04/10/2014
Togo Chris/1      04/10/2014
     5/50383

SALE

VISA      5242992
Card #XXXXXXXXXXXXX2065
Magnetic card present: CARPENTER RICHARD
Card Entry Method: S

Approval: 341220

Amount:      $ 14.34

+ Tip:      2.00

= Total:      16.34

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Tell us about your experience
and receive free chips & queso
Go online and take our survey:
www.telltwinpeaks.com

Customer Copy

| UPC | Description | Qty | Unit Pr | F/T |
|---|---|---|---|---|
| 071921008291 | Digiorno Pepperoni | 1 | 5.54 | 6.00 |
| 050000235001 | Toll House Ice Cream Cook. | 1 | 2.91 | 2.30 |

FRIDAY DINNER

FRIDAY LUNCH

Tax:          .65 — Total          8.50
                    Amount         8.50
          F4=End/No Update     F10=End/Update

## "COUNTRY STORE"
### AND BAR-B-Q®
Rudy's BAR-B-Q
21361 Gulf Freeway
Webster, TX 77598
(281) 338-0462

### 479

| | | |
|---|---|---|
| Host: Bridgette | 04/11/2014 | |
| 479 | 1:01 PM | |
| | 40080 | |

| | |
|---|---|
| Cole Slaw-SM | 1.99 |
| Cream Corn-SM | 2.19 |
| 20oz Fountain | 1.69 |
| Moist Brisket | |
| 0.53 lb    @ 13.98 per lb | 7.41 |
| Subtotal | 13.28 |
| Tax | 1.10 |
| Dine-In Total | 14.38 |
| VISA #XXXXXXXXXXXX2065 | 14.38 |
| Auth:205109 | |

Check us out online.
Your comments matter to us.
www.rudys.com

--- Check Closed ---

Aero
Rewrrte

DOLLAR RENT A CAR
 HOUSTON HOBBY
RENTAL RECORD:          K227B4232
CARPENTER,RICHARD
COMPLETED BY:           EACLNA
RENTED:         HOUSTON HOBBY
RENTAL:         04-06-14  1954
RETURN:         04-12-14  0636
VEH NUMBER:             0/80600
MILES IN: 26483        OUT:26145
MILES DRIVEN:              338
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:            R2803
CLS:                     SFAR
 6 DAYS @   $30.83    $184.98
SUBTOT               $184.98
TAXABLE TOT:         $184.98
TIME                 $184.98
LTRPPI
 6 DAYS @   $1.35     $8.10
ERF
 6 DAYS @   $0.58     $3.48
CONCRECFEE           $20.94
CNTY-NTL             $16.88
RENTALTAX            $21.75
TOTAL CHARGE        $250.13
NET DUE                $0.83
PAYMENTS           -$250.13
PAID BY:  VI
CREDIT CARD#: ***********5166
FT # RR 0100452404


Save 10% by telling us about your rental

1) Visit www.dollarrentalsurvey.com
2) Enter Access Code HDU
3) Complete a brief survey about your rental
   experience

Auto Fuel

DEALER
WAYNE SYSTEMS
AUSTIN, TX

Debit/ATH Sale
#XXXXXXXXXXXX2065
Auth. # 179663
Inv. # BSD4490
#B03946
Date 04/11/14 22:25
JACK'S GROCERY
WEBSTER  TX
Pump # 1 Regular
Gallons..:     14.658
Price/Gal.:  $  3.475
Fuel Sale..: $  51.00

THANK YOU FOR
CHOOSING MOBIL

## Amerijet Airline Division Employee Expense Report

For Time Period Beginning: 04/20/14    Ending: 04/26/14

The Company reimburses employees for reasonable and necessary expenses incurred on the company's behalf while engaged on authorized company business, subject to IRS rules and regulations. Be sure to attach: Receipts and/or Bills (copies only, retain originals for your records). Use this form for **all reimbursable expenses including AmEx. Submit to Crew Scheduling for approval.**

| Date | Base / Flight # | Contract-Scheduled Service-Charter | Description of Expense (hotel, ground travel, airline ticket) | Amount | General Ledger # (To be completed by company) |
|------|------|------|------|------|------|
| 04/20/14 | | Contract | Dinner | $13.60 | 7175-10-0000-40 |
| 04/21/14 | | Scheduled | Lunch | $12.76 | 7175-10-0000-40 |
| 04/21/14 | | Scheduled | Dinner | $13.62 | 7175-10-0000-40 |
| 04/22/14 | | Scheduled | Lunch | $10.23 | 7175-10-0000-40 |
| 04/22/14 | | Scheduled | Dinner | $8.93 | 7175-10-0000-40 |
| 04/23/14 | | Scheduled | Lunch - Flight Crew | $31.83 | 7175-10-0000-40 |
| 04/24/14 | | Scheduled | Dinner | $18.66 | 7175-10-0000-40 |
| 04/25/14 | | Scheduled | Lunch | $16.45 | 7175-10-0000-40 |
| 04/25/14 | | Scheduled | Dinner | $3.55 | 7175-10-0000-40 |
| 04/25/14 | | Scheduled | Auto Fuel | $34.43 | 7585-10-0000-40 |
| 04/25/14 | | Scheduled | Auto Rental | $175.64 | 7585-10-0000-40 |
| 04/23/14 | | Scheduled | Dinner | $16.34 | 7175-10-0000-40 |
| | | Scheduled | | | |
| | | Scheduled | | | |

Total Expense for Period: $356.04

Less Credits/Advances: 

Total Reimbursement: $356.04

| Department: | 47 | Print Name: Richard Carpenter | Emp #: 2191 |
|---|---|---|---|
| | | Signature: | Date: 05/07/14 |
| | | Supervisor Approval: | Date: |

Additional Notes: Zero G Support Meals/Rental Car only

SONDAY DINNER

Twin Peaks Restaurant
20931 Gulf Freeway
Webster, TX 77598
281-338-7325

Server:                      DOB: 04/20/2014
10:36 PM                         04/20/2014
10/1                              5/50390

               SALE

VISA                         5242979
Card #XXXXXXXXXXX2065
Magnetic card present: CARPENTER  RICHARD
Card Entry Method:  S

Approval: 182678

        Amount:       $ 11.10

        + Tip:    _____ 2 50

        = Total:  _____ 13.60

     I agree to pay the above
     total amount according to the
        card issuer agreement.

X _____

     Tell us about your experience
     and receive free chips & queso
     so online and take our survey:
        www.telltwinpeaks.com

         Customer Copy

*Monday Lunch*



# "COUNTRY STORE"
## AND BAR-B-Q®
Rudy's BAR-B-Q
21361 Gulf Freeway
Webster, TX 77598
(281) 338-0462

### 634

| | |
|---|---|
| Host: Austin | 04/21/2014 |
| 634 | 1:05 PM |
| | 60035 |

| | |
|---|---|
| Potato Salad-SM | 1.99 |
| Cream Corn-SM | 2.19 |
| Pulled Pork | |
| 0.47 lb @ 8.58 per lb | 4.03 |
| Hot Link-1/2 | 1.89 |
| 20oz Fountain | 1.69 |

| | |
|---|---|
| Subtotal | 11.79 |
| Tax | 0.97 |

| | |
|---|---|
| Dine-In Total | 12.76 |

| | |
|---|---|
| VISA #XXXXXXXXXXXX2065 | 12.76 |
| Auth:B12371 | |

Check us out online.
Your comments matter to us.
www.rudys.com

--- Check Closed ---

CHUY'S WEBSTER

20975 GULF FREEWAY
WEBSTER, TX 77598
281-554-2489

| | | 552728 |
|---|---|---|
| ZZ TO GO T | Table | 602 |
| Mon 04/21/14 8:36 PM | Guests | O |
| Guest Num: 1 | | TO GO |

| | | | |
|---|---|---|---|
| 1 [FRONT | 0.00 | |
| 1 CHANGA | 9.69 | |
| Packaging Fee | 0.58 | |
| *** Guest 1 Tax/Tot | 0.85 | 11.12 |

| | |
|---|---|
| SubTotal | 9.69 |
| Packaging Fee | 0.58 |
| Sales Tax | 0.85 |

Please pay this amount
**Total 11.12**

*Monday Dinner*

CHUY'S WEBSTER

20975 GULF FREEWAY
WEBSTER, TX 77598
281-554-2489

| | |
|---|---|
| EMP: ZZ TO GO T | VISA |
| Date 04/21/14 | Time 20:45 |
| Table 602 | TO GO |
| 552728 | |

Card Holder  CARPENTER,RICHARD
Card Number  ############2065    ##/##
Auth-Code..  317976            Ctrl: 28522

| | |
|---|---|
| Amount.. | 11.12 |
| Tip.... | 2.50 |
| Total | 13.62 |

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*TUESDAY Lunch*

RYAN'S SMOKEHOUSE
103 HENRIETTA STREET
281-554-9331
DATE 04/22/2014 TUE    TIME 10:23

| BEEF PLATE T1 | | $8.45 |
|---|---|---|
| WATER T1 | | $1.00 |
| TAXT | | $0.78 |
| TOTAL | | $10.23 |
| CASH | | $20.00 |
| CHANGE | | $9.77 |
| CLERK 1 | 153760 | 00000 |

*DINNER TUESDAY*

RANCHOS TAQUERIA
9333 GULF FREEWAY, HOUSTON, TX 77017
       PH:   713-946-3335
********REGRESE PRONTO********

                              HC #01
REG  C10      04-22-2014 15:21    020323
CHECK No.9

| 1 | B - FAJITA | | $4.50 |
|---|---|---|---|
| 1 | GUACAMOLE | | $3.75 |
| | | 2 No | |
| | TX1 | | $0.68 |
| | TL | | $8.93 |
| | LIST | | $10.00 |
| | CG | | $1.07 |

WEN LUNCH FIT CREW

Customer Receipt (Customer Copy)
**********************************
Lenny's Subshop #269
16830 N Hwy 3
Webster, Texas 77598
Phone: (281) 338-5000
Fax : (281) 338-5044
**********************************
Comments? Visit www.lennys.com/comments

Printed: Wed 04/23/2014 11:38 AM

# Ticket # 20

Employee: Francisco

**********************************
Here
| 3 | BLT 7.5" Wheat | $22.50 |
| 1 | #2 Itl 5" White | $5.25 |
| 1 | Any Ftn Drink Reg | $1.65 |
**********************************
| Sub Total: | $29.40 |
| Discounts: | $0.00 |
| Taxes: | $2.43 |
| Up Charges: | $0.00 |
| Total: | $31.83 |
**********************************

Charge Sale
Payment Amount:                $31.83
Card Type: VISA
Card Num : ****-****-****-2065
Auth Num : 930469

---

WED. NIGHT DINNER

Store Copy

Mario's Pizza Webster

Date 04/23/14      Time 09:01pm
Reg. 99  Tbl  101
Chk  128283 ✓
Derek

Card Type:      Visa
Card Number     ************2065
Expiration Date ##/##

Reference Number 735412

Amount              $3.24

Tip: _____

Total: 3.24

I agree to pay the above total amount
according to card issuer agreement

Wed Dinner

Customer Copy

Mario's Pizza Webster
www.ilovemariosflyingpizza.com
Date 04/23/14      Time 09:01pm
Reg. 99  Tbl  101
Chk  128282 ✓
Derek

Card Type:      Visa
Card Number     ************2065
Expiration Date ##/##

Reference Number 650947

Amount              $11.10

Tip: 2.00

Total: 13.10

I agree to pay the above total amount
according to card issuer agreement

x_____
CARPENTER, RICHARD

THURSDAY DINNER

RED RIVER BAR-B-QUE
Date: 4/24/2014    Time: 7:22:28 PM

Status:             Approved
Card Type:          Visa
Card Number:        XXXXXXXXXXXX2005
Swipe/Manual:       Swipe
Server ID/Name:     439 / Jessica .
Check Number:       68592 / 1
Tab Number:         1581
Card Owner:         CARPENTER/ RICHARD

    Amount    15.66

    Tip       3.00

    Total     18.66

    Change                    0.00

THURS DINNER

        RED RIVER BAR-B-QUE
        1911 E. MAIN ST.- FM 518)
            (281)332-8086
            Table Sales

Check No 68592/1
Tab  1581    Server  439    Guests  1
------------------------------------------
1    Brisket Plate              11.25
1    Side Salad                  3.25
                              ---------
     Food Sub-Total             14.50


     SUB TOTAL                  14.50
     Sales Tax                   1.16
                              ---------

     TOTAL:         15.66


     Thank You,
     Jessica .

7:22:28 PM                   4/24/2014

Thank you for visiting.
www.redriverbbq.com

FRIDAY LUNCH

SAVANNAH CAFE AND BAKERY
14020 GALVESTON RD
WEBSTER TX 77598
Phone # 281-218-6744

401 COUNTER
---
Chk 2836          5 #              Gst  0
              Apr25'14 01:55PM
---
DINE IN
1 BOWL SOUP  Tort Soup            4.25
1 LG SPIN SALAD  Rasp             9.45
    Vinaigrette ADD CHICKEN
1 BTL WATER                       1.50
XXXXXXXXXXXX2065
VISA                             16.45

Subtotal                         15.20
Tax Total                         1.25
Payment Made                     16.45

THANK YOU!!

FRIDAY DINNER



Dunkin' Donuts & Baskin Robbins
Houston Hobby Airport
Store# 349238
7800 Airport Blvd, Houston, TX 77061

1016
RENE R      SvrCk:106  18:54 04/25/14
DINE IN

1 Hot Tea Large                   1.79
1 Single Fancy                    1.49

               Sub Total:   3.28
                    Tax:    0.27
04/25 18:55 TOTAL :         3.55

****************************
HEY AMERICA!
WANT A FREE DONUT WHEN YOU PURCHASE A
MEDIUM OR LARGER BEVERAGE?
Go to www.telldunkin.com on your
computer or mobile device in the next
3 days and tell us about your visit.

Enter Validation Code _____
Bring receipt with code to redeem offer.
Visit DunkinDonuts.com for
redemption restrictions.

Thank You Come Back Again

ORDER # :        16

              AMT-TEND  CHANGE  TALLY
Cash              5.00    0.00

CASH/PAIDOUT              1.45    3.55
                                -------
                                 3.55
04/25/14 18:55

RENE R

Auto Four

BAY AREA PHILLIPS 66
0010058725
16910 HWY 3
WEBSTER      . TX
04/25/2014 686488746
01:29:12 PM

2065
VISA

INVOICE 132245
AUTH 80-494490
REF 53824042514132 2

PUMP# 8
REGULAR       10.012G
PRICE/GAL      3.439

FUEL TOTAL  $  34.43

CREDIT      $  34.43

Batch: 53 Seq Num: 24
Trm Id: 8
ZIP ENTERED
Workstation Id: 00
WWW FREE BEST
REGISTER IN WIN AT
WW.QURBEST.COM

---

Auto Rewt\c

DOLLAR RENT A CAR
  HOUSTON HOBBY
RENTAL RECORD:       VG2805555
CARPENTER,RICHARD
COMPLETED BY:         SJONIO
RENTED:           HOUSTON HOBBY
RENTAL:         04-20-14  2155
RETURN:         04-25-14  1420
VEH NUMBER:           K306316
MILES IN: 44569    OUT:44351
MILES DRIVEN:             218
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:            R49SS
CLS.                     IDAZ
  1 WEEK @ $128.48     $128.48
SUBTOT                $128.48
TAXABLE TOT:          $128.48
TIME                  $128.48
LTRRPT
  5 DAYS @   $1.35      $6.75
ERF
  6 DAYS @   $0.58      $2.90
CONCRECFEE            $14.60
CNTYHNGL               $7.64
RENTAL TAX            $15.27
TOTAL CHARGE         $175.64
NET DUE                $0.00
PAYMENTS            -$175.64
PAID BY:  VI
CREDIT CARD:*********5166
FT # RR 0100452494

Save 10% by telling us about your rental

1) Visit www.dollarrentalsurvey.com
2) Enter Access Code:HOU
3) Complete a brief survey about your rental
   experience



QC Laboratories, Inc.
2870 Stirling Rd.
Hollywood, FL 33020
Ph. 954-925-0499
Fax. 954-925-5851

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/17/2014 | A139608 |

## QC Laboratories, Inc. *FAA CRS #CD4RO98M*

**Bill To**

AMERIJET INTERNATIONAL
2800 S ANDREWS AVE
FT. LAUDERDALE FL 33316
ATTN.: ACCOUNTS PAYABLE

**Ship To**

AMERIJET INTERNATIONAL
3401-C N.W. 72nd AVENUE
MIAMI, FL 33122
ATTN.: ACCOUNTS PAYABLE

| | | W.O No. | Customer P.O # | | Terms | Inspector's I... | Ship Via |
|---|---|---|---|---|---|---|---|
| | | A14D-0797 | 134190 | | Net 30 | JA | |

| Item Code | Quantity | Description | Part No. | Unit Price | Class | Amount |
|-----------|----------|-------------|----------|------------|-------|--------|
| ETFA | 1 | A/C: N794AJ<br>Side Fwd Mounts<br><br>Location: Hobby, Texas | | 3,480.00 | Hollywood | 3,480.00 |
| PAST DUE | | CHARGE OF 1.5% MONTHLY WILL BE ASSESSED FOR ANY PAST DUE INVOICE | | | | |

**ZERO-G**

ET per AD 2005-19-24 t/A/W Pt 1 of S/B 727-54A0010 R6 item C4. Sheet 5, Step14

| Total | $3,480.00 |
|-------|-----------|

| Phone # | Fax # |
|---------|-------|
| 954-925-0499 | 954-925-5851 |

# CERTIFICATE OF INSPECTION

**QC Laboratories, Inc**

HOME OFFICE
2870 Stirling Road · Hollywood, Fl 33020-1199
Ph 954 925-0499 · Miami 305 949-3166 · Fax 954 925-5851

| | |
|---|---|
| | MAGNETIC PARTICLE |
| | ULTRASONIC |
| | PENETRANT |
| | X-RAY |
| **X** | EDDY CURRENT |
| | WELDING |

| DATE | 04-11-14 |
|---|---|
| COMPANY NAME | Amerijet International |
| ADDRESS | 6145 NW 18th St Bldg 716B |
| | Miami, FL 33126 |

| PARTS LISTED BELOW APPLY ON YOUR P.O. | 134190 | QCL INV. No. | A139605 | IDENTIFIED BY | JA | JOB No | A14D-0797 |
|---|---|---|---|---|---|---|---|

| QUANTITY | PART NUMBER | DESCRIPTION | PART ACCEPTED | PARTS REJECTED |
|---|---|---|---|---|
| 1 | N/A | A/C: N794AJ | 1 | 0 |
| | | Side Fwd Mounts | | |
| | | | | |
| | | | | |
| | | | | |
| | | Accomplished a HFEC inspection to detect | | |
| | | cracking of the aft side of the lower horizontal | | |
| | | flange at the firewall of the forward support | | |
| | | fittings of the #1 and #3 engines as specified in | | |
| | | Paragraph (3)(4) of AD 2005-19-24, IAW the | | |
| | | following sections of Part 1 of the accomplishment | | |
| | | instructions of Boeing SB 727-54A0010 R6, C4, | | |
| | | Sheet 5 step 14. No crack indications noted. | | |
| | | Satisfactory. | | |
| | | | | |
| | | | | |
| | | | | |

| THE ABOVE LISTED PARTS HAVE BEEN INSPECTED AS PER: | ET per AD 2005-19-24 IAW Pt 1 of SB 727-54A0010 R6, C4, sheet 5, step 14. |
|---|---|

Q.C. Laboratories, Inc. Maximum Liability for loss(es) of any kind due to interpretation, is invoice charges

**Q.C. LABORATORIES, INC**
CERTIFICATE FAA REPAIR STATION #CD4R098M

Inspector _____
John Ahow Level III

FORM 200 REV 04/10

ZER(

ZERO-G

AMERIJET INTERNATIONAL., INC.
2800 S ANDREWS AVE
FT. LAUDERDALE    FL 33316

P U R C H A S E   O R D E R

P/O NO:         134190
P/O DATE : 03/31/14
BUYER :    TBR

VENDOR:

Q C LABORATORIES INC
2870 STIRLING ROAD
HOLLYWOOD FL  33020-1199

SHIP TO:

MIA - MIAMI AIRLINE DIVISION
AMERIJET INTERNATIONAL, INC.
6145 NW 18TH STREET BLDG 716B
MIAMI FL  33126

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|---|---|---|---|
| THEIR SERVICE | | 10 DAYS | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 7305-10-0794-20 R & M - 794AJ N794AJ ACCOMPLISH SIDE FWD MOUNTS NDT INSPECTION. INVOICE A139608 | EA | ASAP | 3480.000 | 3,480.00 |

**ZERO-G**

PURCHASE ORDER TOTAL                          3,480.00

 **GLOBAL BUSINESS TRAVEL**

Generated: 17 April 2014 14:49 GMT

Invoice Booking Reference **NKWHPS**

Trip ID -

**Passenger Name(s)**

| SADEK/HUSSAM | Agent LY |
|---|---|

| AMERIJET | American Express Global Business Travel |
| HUSSAM SADEK | 64 Pratt St. |
| AMERIJET | 3rd floor |
| | Hartford, CT, 6103 |
| | Phone: (800) 327-2737 |
| | Fax: (313) 203-3822 |

BILLING CODE :     QCDPT

**Invoice Information**

| Invoice Date | 17 April 2014 |
|---|---|
| Invoice | 0348240 |
| Dossier / Booking Number | NKWHPS-1S |

**Invoice Details**

| Ticket Number | 0167444902947 |
|---|---|
| Airline Name | UNITED AIRLINES |
| Passenger Name | SADEK/HUSSAM |
| Flight Details | 17 Apr 2014 UNITED AIRLINES |
| | 1123 U Class |
| | FT LAUDERDALE,FL/HOUSTON/INTL,TX |

**Charges**

| Ticket Base Fare | 401.86 |
|---|---|
| Ticket Tax Fare | 41.14 |
| Total (USD) Ticket Amount | 443.00 |
| Air Rail Transaction or Booking Fee | 22.00 |
| Total | 465.00 |

**Credit Card Information**

| Charged to Card | AX XXXXXXXXXXX3012 | 22.00 |
|---|---|---|
| Charged to Card | AX XXXXXXXXXXX3012 | 443.00 |

**Payment Details**

| Charged by American Express Global Business Travel | | 22.00 |
|---|---|---|
| Charged by Airline | | 443.00 |
| Total Invoice Charge | USD | 465.00 |

**ZERO-G**

## Thursday 17 April 2014

✈ 11:30 AM | **Ft Lauderdale (FLL) to Houston (IAH)**

**Airline Booking Ref:** D38Q7B

**Carrier:** United Airlines      **Flight:** UA 1123   **Status:** Confirmed

**Operated By:** United Airlines

**Origin:** Ft Lauderdale, Ft Lauderdale Hollywood Intl Arpt (FLL)

**Departing:** Thursday 17 April 2014 at 11:30 AM     **Departure Terminal:** TERMINAL 1

**Destination:** Houston, George Bush Intercontinental (IAH)

**Arriving:** Thursday 17 April 2014 at 01:20 PM     **Arrival Terminal:** TERMINAL C

**Additional Information**

| | | |
|---|---|---|
| **Class:** Economy | **Distance:** 959 Miles | **Estimated Time:** 02 hours 50 minutes |
| **Aircraft Type:** Boeing 737-900 | **Seat:** Not Applicable | |
| **Meal Service:** Food and drinks to purchase | | |
| **Frequent Flyer Number:** Not Applicable | | |
| **Number of Stops:** 0 | | |

ZERO-G

## Additional Messages

For Travel Reservations/Assistance 8a-8pet M-F Please Call
800-327-2737. FOR Emergencies While Traveling Overseas
Please Call 336-291-0107 Code S-4pva.

A photo ID is required at check-in.
If multiple tickets have been issued, you must show all tickets at check in. Airlines are not required to check your luggage beyond the point of final destination on each ticket. You may need to pick up and recheck your luggage.
Please be sure to advise your travel office for changes, cancellations, or if any portion of your ticket is unused. Tickets carry many restrictions depending on type of fares including but not inclusive of nonrefundable, non-endorsable, valid only same carrier, non-changeable subject to change or cancel penalties up to 100 percent plus difference in airfare, and other require changes be made prior to scheduled departure date and time or ticket will have no future exchange value.
If passenger receipts are needed for expense report processing request one at check-in.

Please check in 90 minutes prior to departure.

Please review this itinerary/invoice. Changes or cancellations must be reported to American Express within 24 hours to minimize/avoid penalties.

### IMPORTANT INFORMATION

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express Global Business Travel and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions. **Hotel Charges:** In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please see https://www.aexalrweb.com/intslimages/TICKET_TANOC_AND_OTHER_IMPORTANT_NOTICES.pdf for more information.

**Liability Statement.** GBT US LLC d/b/a American Express Global Business Travel, a wholly owned subsidiary of American Express Travel Related Services Company, Inc. and their respective parents, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We

consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

**CALIFORNIA**: This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

**WASHINGTON**: If transportation or other services are cancelled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**

### RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

California CST# 2115816, Washington UBI# 603-357-494, Iowa TA#1164,Hawaii TAR-7005 .



INTERNATIONAL, INC.
LAND, SEA, AIR - WE GET IT THERE !

April 17, 2014

**HONEYWELL**
Customer Support Manager, Wheels, Brakes, Engines & Systems
**Via Fax: 574-231-2780**

**Re: April 1-15, 2014 – Amerijet Cycles**

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **$7,634**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn: Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, Fl. 33316
> -or-
> Email: apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

# HONEYWELL WHEELS AND BRAKES
## *April 1-15, 2014*

## R & M - WHEELS AND BRAKES (HONEYWELL)

| AIRCRAFT | CYCLES | $ RATE | TOTAL: |
|---|---|---|---|
| N199AJ | 0 | 76.34 | $0.00 |
| N395AJ | 26 | 76.34 | $1,984.84 |
| N495AJ | 12 | 76.34 | $916.08 |
| N598AJ | 34 | 76.34 | $2,595.56 |
| N794AJ | 7 | 76.34 | $534.38 |
| N905AJ | 21 | 76.34 | $1,603.14 |
| **TOTAL:** | **100** | | **$7,634.00** |

GRAND TOTAL: **$7,634.00**



INTERNATIONAL, INC.

LAND, SEA, AIR - *WE GET IT THERE!*

May 5, 2014

**HONEYWELL**
Customer Support Manager, Wheels, Brakes, Engines & Systems
**Via Fax: 574-231-2780**

**Re: April 16-30, 2014 -- Amerijet Cycles**

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **\$7,634**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn: Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, FL 33316
> -or-
> Email: apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

# HONEYWELL WHEELS AND BRAKES
## APRIL 16-30, 2014

### R & M - WHEELS AND BRAKES (HONEYWELL)

| AIRCRAFT | CYCLES | $ RATE | TOTAL: |
|----------|--------|--------|--------|
| N199AJ | 0 | 76.34 | $0.00 |
| N395AJ | 24 | 76.34 | $1,832.16 |
| N495AJ | 7 | 76.34 | $534.38 |
| N598AJ | 35 | 76.34 | $2,671.90 |
| N794AJ | 6 | 76.34 | $458.04 |
| N905AJ | 28 | 76.34 | $2,137.52 |
| TOTAL: | 100 | | $7,634.00 |

GRAND TOTAL: $7,634.00



INTERNATIONAL, INC.

LAND, SEA, AIR - WE GET IT THERE !

April 17, 2014

Mr. Yasunori Tsuyuhara
Exec. VP Sales/Mrktg/Finance
**BRIDGESTONE**
**Via Fax: 336-548-7436**

**Re: April 1-15, 2014 – Amerijet Cycles**

Dear Mr. Tsuyuhara:

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **$2,790**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn: Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, FL 33316
> -or-
> Email: apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

# BRIDGESTONE TIRES
## *APRIL 1-15, 2014*

### R & M - TIRES (BRIDGESTONE)

| AIRCRAFT | CYCLES | $ RATE | TOTAL |
|----------|--------|--------|-------|
| N199AJ | 0 | 27.90 | $0.00 |
| N395AJ | 26 | 27.90 | $725.40 |
| N495AJ | 12 | 27.90 | $334.80 |
| N598AJ | 34 | 27.90 | $948.60 |
| N794AJ | 7 | 27.90 | $195.30 |
| N905AJ | 21 | 27.90 | $585.90 |
| **TOTAL:** | **100** | | **$2,790.00** |

| | GRAND TOTAL: | $2,790.00 |
|---|---|---|



INTERNATIONAL, INC.
LAND, SEA, AIR - *WE GET IT THERE!*

May 5, 2014

Mr. Yasunori Tsuyuhara
Exec. VP Sales/Mrktg/Finance
**BRIDGESTONE**
**Via Fax: 336-548-7436**

**Re: April 16-30, 2014 – Amerijet Cycles**

Dear Mr. Tsuyuhara:

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **$2,790**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn: Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, FL 33316
> -or-
> Email: apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

## BRIDGESTONE TIRES
### *APRIL 16-30, 2014*

## R & M - TIRES (BRIDGESTONE)

| AIRCRAFT | CYCLES | $ RATE | TOTAL |
|---|---|---|---|
| N199AJ | 0 | 27.90 | $0.00 |
| N395AJ | 24 | 27.90 | $669.60 |
| N495AJ | 7 | 27.90 | $195.30 |
| N598AJ | 35 | 27.90 | $976.50 |
| N794AJ | 6 | 27.90 | $167.40 |
| N905AJ | 28 | 27.90 | $781.20 |
| **TOTAL:** | **100** | | **$2,790.00** |

GRAND TOTAL: **$2,790.00**

DATE 14-04-30
TIME 9:57:49

AMERIJET INTERNATIONAL AIRLINES
STORE ISSUES NET REPORT

PGM: FORP90A
User: DRCNKIQUSE2
Page: 1

| Work Order | Part Code | Description | S/N | Date | Qty | Unit Price | Extended Cost |
|---|---|---|---|---|---|---|---|
| 1690 | 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 | CABLE VENDOR P/N: BACC13ACX631IZ1528 | A/C: N794AJ | 04/10/2014 PART TYPE: E | 1 | 35.1000 | 35.1000 |
| 1690 | 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 | PLUG RIG VENDOR P/N: AN3115-1 | A/C: N794AJ | 04/29/2014 PART TYPE: E | 1 | 50.0000 | 50.0000 |
| 1690 | 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 | WASHER VENDOR P/N: AN960-416L | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | .0500 | .1000 |
| 1690 | 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 | WASHER VENDOR P/N: AN960-416L | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | .0500 | .1000 |
| 1690 | 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 | NUT, SELF LOCKING VENDOR P/N: MS21042-4 | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | .0500 | .1000 |
| 1690 | 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 | SCREW VENDOR P/N: NAS517-3-11 | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | .2007 | .4014 |
| 1690 | 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 | NUTPLATE VENDOR P/N: MS21059-3 | A/C: N794AJ | 04/02/2014 PART TYPE: E | 2 | .5379 | 1.0758 |
| 1690 | 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 | SCREW VENDOR P/N: NAS517-3-7 | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | .1100 | .2200 |
| 1690 | 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 | ROLLER VENDOR P/N: YCR8I2 | A/C: N794AJ | 04/01/2014 PART TYPE: E | 2 | 50.0000 | 100.0000 |
| 1690 | 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 | CONTROL UNIT, GEN CONT PWR IGC VENDOR P/N: 902P243-5 | RE7694 A/C: N794AJ | 04/03/2014 PART TYPE: E | 1 | .0000 | .0000 |
| 1690 | 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 | CONTROL UNIT, GEN CONT PWR IGC VENDOR P/N: 902P242-5 | 7M2437 A/C: N794AJ | 04/09/2014 PART TYPE: E | 1 | .0000 | .0000 |
| 1690 | 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 | WHEEL ASSY, MLG WIDE TIRE VENDOR P/N: 2604561-1 | B2617-B82067 A/C: N794AJ | 04/10/2014 PART TYPE: E | 1 | .0000 | .0000 |

W/O TOTAL: 19 167.9972

END OF REPORT

GRAND TOTAL: 19 167.9972

## Apr 2014

| | Comments | HRS Flight Paid | Per Diem | HOTEL | Ticket | Expense | |
|---|---|---|---|---|---|---|---|
| Description | Apr 4 to 12th JB/ EDr CL | | | | | | |
| Hours | 49.5 X 3 | 148.5 | | | | | |
| Per Diem | $396 X 3 | | 1,188.00 | | | | |
| Ticket | | | | | | | |
| Ticket fee | | | | | | | |
| Description | Apr 19th to 26th Ed /DBT/ HF | | | | | | |
| Hours | 40.5 hrs x 3 | 121.5 | | | | | |
| Per Diem | $323.60 X 3 | | 970.50 | | | | |
| Ticket | | | | | | | |
| Ticket fee | | | | | | | |
| Description | | | | | | | |
| EXPENSE | John Benisch | | | | | 7,021.15 | |
| EXPENSE | Eric Demitrovitz | | | | | 2,591.42 | |
| EXPENSE | Hector Fuentes | | | | | 257.65 | |
| TOTAL | | 270.0 | 2,158.5 | 0.0 | 0.0 | 9,880.6 | 0.0 |

| Apr-2014 | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| **EXTRA HRS OVER 195 HRS**<br>270 hrs -195 hrs<br>75 | 6,575.00 | NORMAL COST<br>(Zero g is billed for 65 x 3 = 195 hrs per month)<br>excluding training |
| 75 hrs / 3 pilots<br>25.0<br><br>25 hrs X $263<br>$6,575.00 | 2,158.80<br>0.00<br>0.00<br>9,980.56<br>0.00 | EXTRA CREW COST<br>PER DIEM<br>HOTEL<br>TICKET<br>Expense<br>TRAINING (hours / dollars) |
| **TOTAL** | $18,714.36 | |

# Amerijet International Inc

# Geneva Report Manager

## Detailed Expense Report

## 01-Apr-14 to 30-Apr-14

| Status | Crew Name | Date | Flight | Port | Event Type | Number of Claims | Amount Claimed |
|---|---|---|---|---|---|---|---|
| Submitted | | | | | | | |
| | Benisch, John | | | | | | |
| | | 4/4/2014 | TVL HOU | HOBBY - HOUSTON | Crew Transportation Air | | $2,767.50 |
| | | 4/12/2014 | TVL MIA | ELLINGTON | CI | | $736.00 |
| | | 4/12/2014 | TVL MIA | ELLINGTON | CI | | $736.00 |
| | | 4/12/2014 | TVL MIA | ELLINGTON | CI | | $736.00 |
| | | 4/12/2014 | TVL MIA | ELLINGTON | Crew Transportation Ground | | $48.66 |
| | | 4/12/2014 | TVL MIA | ELLINGTON | Crew Transportation Ground | | $394.84 |
| | | 4/12/2014 | TVL MIA | MIAMI | CI | | $67.15 |
| | | 4/13/2014 | D/O | MIAMI | Crew Transportation Air | | $1,845.00 |
| | | Crew Sub Total: | | | | 8 | $7331.15 |
| | Domitrovits, Erich | | | | | | |
| | | 4/19/2014 | TVL EFD | ELLINGTON | Crew Transportation (Ground) | | $432.87 |
| | | 4/26/2014 | TVL MIA | ELLINGTON | Crew Hotel | | $1,932.00 |
| | | 4/26/2014 | TVL MIA | ELLINGTON | Crew Transportation (Ground) | | $26.55 |
| | | Crew Sub Total: | | | | 3 | $2391.42 |
| | Fuentes, Hector | | | | | | |
| | | 4/19/2014 | TVL EFD | ELLINGTON | Crew Transportation Air | | $116.04 |
| | | 4/25/2014 | 524 | ELLINGTON | Crew Transportation Ground | | $121.95 |
| | | 4/26/2014 | TVL MIA | MIAMI | Crew Transportation Ground | | $20.00 |
| | | | | | | 3 | $257.99 |

Sub Total:                                                                         25 $ 9,980.56

**Grand Total:**                                                                   25 $ 9,980.56

This report was generated using Geneva - Optimum Airline Performance Software.



## Thank you for your purchase!

Ft. Lauderdale, FL - FLL to Houston (Hobby), TX - HOU

### New Purchases in Trip

**Air**

Confirmation #7Z54Y6

Ft. Lauderdale, FL - FLL to Houston
(Hobby), TX - HOU
Friday, April 4, 2014 - Saturday, April 12,
2014

Air Total: **$2767.50**

*(handwritten)* Benisch. Zero-G

*(handwritten)* 3 R.T. airfare FLL ⇒ HOU ⇒ FLL NASA

Amount Paid
$2767.50

Trip Total
$2767.50

---



### APR 4 FRI — ZERO G AIR TRAVEL APRIL 4th

New purchases added to your trip.

**AIR**

Ft. Lauderdale, FL - FLL to Houston (Hobby), TX - HOU
04/04/2014 - 04/12/2014

Confirmation #
**7Z54Y6**

**Adult Passenger(s)**

| | Rapid Rewards # |
|---|---|
| JOHN BENISCH II | 00030102513815 |
| ERICH DOMITROVITS | 00020159862332 |
| CARLOS LAVINA | 60020209475798 |

Subscribe to Flight Status Messaging

| DEPART APR 4 FRI | 06:05 AM | Depart Ft. Lauderdale, FL (FLL) on Southwest Airlines | Flight #523 | Friday, April 4, 2014 |
|---|---|---|---|---|
| | 08:05 AM | Arrive in Houston (Hobby), TX (HOU) | Wifi available | Travel Time 3 h 00 m (Nonstop) Business Select |

| RETURN APR 12 SAT | 08:40 AM | Depart Houston (Hobby), TX (HOU) on Southwest Airlines | Flight #1625 | Saturday, April 12, 2014 |
|---|---|---|---|---|
| | 12:00 PM | Arrive in Ft. Lauderdale, FL (FLL) | Wifi available | Travel Time 2 h 20 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | FLL-HOU | Business Select Superior benefits | • Priority Boarding • Maximum Rapid Rewards® Points • Fully Refundable | • Fly Myst Security Lane • Free Same Day Changes • Premium Drink | 3 | $1386.00 |
| Return | HOU-FLL | Business Select Superior benefits | • Priority Boarding • Maximum Rapid Rewards® Points • Fully Refundable | • Fly Myst Security Lane • Free Same Day Changes • Premium Drink | 3 | $1381.50 |



**SPRINGHILL SUITES**
Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

J. Benisch

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00    Clerk:

Arrive: 04Apr14    Time: 08:50AM    Depart: 12Apr14    Time:    Folio Number: 73595

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 04Apr14 | Room Charge | 80.00 | |
| 04Apr14 | State Occupancy Tax | 4.80 | |
| 04Apr14 | City Tax | 4.00 | |
| 04Apr14 | County Occupancy Tax | 3.20 | |
| 05Apr14 | Room Charge | 80.00 | |
| 05Apr14 | State Occupancy Tax | 4.80 | |
| 05Apr14 | City Tax | 4.00 | |
| 05Apr14 | County Occupancy Tax | 3.20 | |
| 06Apr14 | Room Charge | 80.00 | |
| 06Apr14 | State Occupancy Tax | 4.80 | |
| 06Apr14 | City Tax | 4.00 | |
| 06Apr14 | County Occupancy Tax | 3.20 | |
| 07Apr14 | Room Charge | 80.00 | |
| 07Apr14 | State Occupancy Tax | 4.80 | |
| 07Apr14 | City Tax | 4.00 | |
| 07Apr14 | County Occupancy Tax | 3.20 | |
| 08Apr14 | Room Charge | 80.00 | |
| 08Apr14 | State Occupancy Tax | 4.80 | |
| 08Apr14 | City Tax | 4.00 | |
| 08Apr14 | County Occupancy Tax | 3.20 | |
| 09Apr14 | Market Sundries | 2.78 | |
| 09Apr14 | Sales Tax | 0.23 | |
| 09Apr14 | Room Charge | 80.00 | |
| 09Apr14 | State Occupancy Tax | 4.80 | |
| 09Apr14 | City Tax | 4.00 | |
| 09Apr14 | County Occupancy Tax | 3.20 | |
| 10Apr14 | Room Charge | 80.00 | |
| 10Apr14 | State Occupancy Tax | 4.80 | |
| 10Apr14 | City Tax | 4.00 | |
| 10Apr14 | County Occupancy Tax | 3.20 | |
| 11Apr14 | Room Charge | 80.00 | |
| 11Apr14 | State Occupancy Tax | 4.80 | |
| 11Apr14 | City Tax | 4.00 | |
| 11Apr14 | County Occupancy Tax | 3.20 | |
| 12Apr14 | Visa | | 739.01 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount: 739.01 Auth: 00141D Signature on File
This card was electronically swiped on 04Apr14

Balance:    0.00

Rewards Account # XXXXX7622. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.



**SPRINGHILL SUITES**
**Marriott.**

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
1(281) 332 2999

E. Dornitrovis

Room: 107

Room Type: KSTE

Number of Guests: 1

Rate: $80.00        Clerk:

| Arrive: 04Apr14 | Time: 08:02PM | Depart: 12Apr14 | Time: | Folio Number: 73596 | |
|---|---|---|---|---|---|
| Date | Description | | | Charges | Credits |
| 04Apr14 | Room Charge | | | 80.00 | |
| 04Apr14 | State Occupancy Tax | | | 4.80 | |
| 04Apr14 | City Tax | | | 4.00 | |
| 04Apr14 | County Occupancy Tax | | | 3.20 | |
| 05Apr14 | Room Charge | | | 80.00 | |
| 05Apr14 | State Occupancy Tax | | | 4.80 | |
| 05Apr14 | City Tax | | | 4.00 | |
| 05Apr14 | County Occupancy Tax | | | 3.20 | |
| 06Apr14 | Room Charge | | | 80.00 | |
| 06Apr14 | State Occupancy Tax | | | 4.80 | |
| 06Apr14 | City Tax | | | 4.00 | |
| 06Apr14 | County Occupancy Tax | | | 3.20 | |
| 07Apr14 | Room Charge | | | 80.00 | |
| 07Apr14 | State Occupancy Tax | | | 4.80 | |
| 07Apr14 | City Tax | | | 4.00 | |
| 07Apr14 | County Occupancy Tax | | | 3.20 | |
| 08Apr14 | Room Charge | | | 80.00 | |
| 08Apr14 | State Occupancy Tax | | | 4.80 | |
| 08Apr14 | City Tax | | | 4.00 | |
| 08Apr14 | County Occupancy Tax | | | 3.20 | |
| 09Apr14 | Room Charge | | | 80.00 | |
| 09Apr14 | State Occupancy Tax | | | 4.80 | |
| 09Apr14 | City Tax | | | 4.00 | |
| 09Apr14 | County Occupancy Tax | | | 3.20 | |
| 10Apr14 | Room Charge | | | 80.00 | |
| 10Apr14 | State Occupancy Tax | | | 4.80 | |
| 10Apr14 | City Tax | | | 4.00 | |
| 10Apr14 | County Occupancy Tax | | | 3.20 | |
| 11Apr14 | Room Charge | | | 80.00 | |
| 11Apr14 | State Occupancy Tax | | | 4.80 | |
| 11Apr14 | City Tax | | | 4.00 | |
| 11Apr14 | County Occupancy Tax | | | 3.20 | |
| 12Apr14 | Visa | | | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount: 736.00 Auth: 07125D Signature on File
This card was electronically swiped on 04Apr14

Balance:        0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your
account. Check your Rewards Account Statement or your online Statement for updated activity.



**SPRINGHILL SUITES**
**Marriott.**

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
t(281) 332 2999

C. Lavina

Room: 109

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk:

| Arrive: 04Apr14 | Time: 06:00PM | Depart: 12Apr14 | Time: | Folio Number: 73594 | |
|---|---|---|---|---|---|

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04Apr14 | Room Charge | | 80.00 | |
| 04Apr14 | State Occupancy Tax | | 4.80 | |
| 04Apr14 | City Tax | | 4.00 | |
| 04Apr14 | County Occupancy Tax | | 3.20 | |
| 05Apr14 | Room Charge | | 80.00 | |
| 05Apr14 | State Occupancy Tax | | 4.80 | |
| 05Apr14 | City Tax | | 4.00 | |
| 05Apr14 | County Occupancy Tax | | 3.20 | |
| 06Apr14 | Room Charge | | 80.00 | |
| 06Apr14 | State Occupancy Tax | | 4.80 | |
| 06Apr14 | City Tax | | 4.00 | |
| 06Apr14 | County Occupancy Tax | | 3.20 | |
| 07Apr14 | Room Charge | | 80.00 | |
| 07Apr14 | State Occupancy Tax | | 4.80 | |
| 07Apr14 | City Tax | | 4.00 | |
| 07Apr14 | County Occupancy Tax | | 3.20 | |
| 08Apr14 | Room Charge | | 80.00 | |
| 08Apr14 | State Occupancy Tax | | 4.80 | |
| 08Apr14 | City Tax | | 4.00 | |
| 08Apr14 | County Occupancy Tax | | 3.20 | |
| 09Apr14 | Room Charge | | 80.00 | |
| 09Apr14 | State Occupancy Tax | | 4.80 | |
| 09Apr14 | City Tax | | 4.00 | |
| 09Apr14 | County Occupancy Tax | | 3.20 | |
| 10Apr14 | Room Charge | | 80.00 | |
| 10Apr14 | State Occupancy Tax | | 4.80 | |
| 10Apr14 | City Tax | | 4.00 | |
| 10Apr14 | County Occupancy Tax | | 3.20 | |
| 11Apr14 | Room Charge | | 80.00 | |
| 11Apr14 | State Occupancy Tax | | 4.80 | |
| 11Apr14 | City Tax | | 4.00 | |
| 11Apr14 | County Occupancy Tax | | 3.20 | |
| 12Apr14 | Visa | | | 736.00 |

Card #: VIXXXXXXXXXXXX8144/XXXX
Amount:  736.00  Auth: 01390D  Signature on File
This card was electronically swiped on 04Apr14

Balance:     0.00

Rewards Account # XXXXX5987. Your Rewards points/miles earned on your eligible earnings will be credited to your
account. Check your Rewards Account Statement or your online Statement for updated activity.

```
W
DEALER
WAYNE SYSTEMS
AUSTIN, TX

Sale
#VISA XXXXXX4990
Auth. # 014690
Inv. # 0V01471
4803946
Date 04/12/14 06:00
JACK'S GROCERY
WEBSTER, TX
Pump # 6 Super +
Gallons...    12.167
Price/Gal..$   3.999
Fuel Sale..$  48.66

THANK YOU FOR
CHOOSING MOBIL
```

# Hertz

#01 MR  RR  117143762
RES  G1631487114
CC

**JOHN BENISCH**

**INITIAL CHARGES**

| | | | | | |
|---|---|---|---|---|---|
| RENT RT | $ 287.00 / WEEK | @ 1 | / WEEKS | $ | 287.00 |
| RENT RT | $ 41.00 / DAY | @ 1 | / DAYS | $ | 41.00 |
| PROMOTIONAL COUPON | 150062 1 | | | | |
| SUBTOTAL 1 | | | | $ | 328.01 |
| DISCOUNT - R  10% | | | | $ | 32.80 |
| SUBTOTAL LESS DISCOUNT | | | | TS | 295.20 |

**CHARGES ADDED DURING RENTAL**

LDW          DECLINED
US           DECLINED
PAI, PEC     DECLINED
PREM RD SVC  DECLINED
* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**

| | | | | |
|---|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | TS | | 32.97 |
| FF SURCHARGE | | TS | | 4.00 |
| ENERGY SURCHARGE | | TS | | 1.49 |
| VEHICLE LICENSE COST RECOVERY | | TS | | 9.68 |
| TAX  15.060% CN TAXABLE TTL OF $ | 342.34 | $ | | 51.50 |
| TOTAL AMOUNT DUE | | $ | | 394.84 |
| CHARGED ON  VISA | XXXXXXXXXXXX4990 | | | |

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01899 / 2400343   12 SIRESCAPE 4W 4S
LICENSE: FL BPHD11
FUEL:    FULL      E/E OUT  8/8 IN
MILEAGE IN:     36536     TR-X MILES:
MILEAGE OUT:    36306     MILES ALLOWED:
MILES DRIVEN:     230     MILES CHARGED:
CDP:  205410  - SOUTHWEST FF DISCOUNT #

RENTED:    HOUSTON HOBBY AP
RENTAL:    04/04/14  08:15
RETURN:    04/12/14  06:50
RETURNED:  HOUSTON HOBBY AP
COMPLETED BY:   7043/TX0HOB24

PLAN IN:   PSET8      RATE CLASS:  F
PLAN OUT:  PSFT8
FF:   WN 00026102513619

485

# 1162

1 (US 1)
32216

9-8769

17:12
southparking.com
indfparking.com

RESEV. INITIAL _____

ATTENDANT INITIAL _____

CLAIM
CHECK # _1162_

THIS CONTRACT LIMITS OUR LIABILITY - READ IT
We regret we assumes no liability for theft, fire damage or loss of use to any car, equipment or vehicles left in our or liability for cars left after closing. In no event will we assume liability for damage or injury sustained through faulty covers or other mechanical failure. No employee has authority to vary or increase our liability. Failure to make claim before leaving premises and condition action within 90 days constitutes waiver of claim. Cars will not be removed without this check, possession of which conclusively constitutes evidence of ownership. We reserve right to move cars and refuse service.

**WE CLOSE AS POSTED**

www.travelersport.com - To re-order ticket call (877) 577-9733

TIME: _____
☒ AM   ☐ PM

|  | @ | 6 | $ | 54.00 |
| DAYS | | RATE | | |

CUSTOMER NAME: _John Benisch_

CELL PHONE #: _404 324 6435_

ARRIVAL AIRLINE _S.W._

ARRIVAL DATE: _4/12_                    TIME: _Noon_
                                        ☐ AM   ☐ PM

SPECIAL NOTE: _Ret_          _POR_  ☑ PAID  ☐ CASH  ☐ C.C.

CAR CARE

☐ _____  $ _____

FUEL SURCHARGE  $ _2.75_

10% TAX = $ _5.40_

EXTRA = $ _____

TOTAL $ _62.15_
        _67.15_

SOLD COAST CAR RENTAL INC
3009 S. FEDERAL HWY
FT. LAUDERDALE, FL 33316
954-522-6605
## Sale

TID: 1815
Merchant: 000645129
04:12/14                          12:11:30
VISA

XXXXXXXXXX4900

Appr Code: 011650      Invoice#:    23

Total:                      $ 67.15

Customer Copy
THANK YOU

7331.15


SOUTHWEST.COM

## Thank you for your purchase!

Ft. Lauderdale, FL - FLL to Houston (Hobby), TX - HOU

### Air

Confirmation #MWKF6J

Ft. Lauderdale, FL - FLL to Houston
(Hobby), TX - HOU
Saturday, April 19, 2014 - Saturday, April
26, 2014

Air Total: $1845.00

Amount Paid
$1845.00

Trip Total
$1845.00

---

[APR 19]
SAT   **04/19/14 - Houston**

**AIR**

Ft. Lauderdale, FL - FLL to Houston (Hobby), TX - HOU
04/19/2014 - 04/26/2014

Confirmation #
MWKF6J

Adult Passenger(s)
ERICH DOMITROVITS

DOUGLAS THOMPSON
Subscribe to Flight Status messaging

Rapid Rewards #
0002019862332

Add Rapid Rewards Number

| DEPART APR 19 SAT | 05:20 PM | Depart Ft. Lauderdale, FL (FLL) on Southwest Airlines | Flight #1107 Southwest | Saturday, April 19, 2014 |
| | 07:10 PM | Arrive in Houston (Hobby), TX (HOU) | WiFi available | Travel Time 2 h 50 m (Nonstop) Business Select |
| RETURN APR 26 SAT | 08:40 AM | Depart Houston (Hobby), TX (HOU) on Southwest Airlines | Flight #1025 Southwest | Saturday, April 26, 2014 |
| | 12:00 PM | Arrive in Ft. Lauderdale, FL (FLL) | WiFi available | Travel Time 2 h 20 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | FLL-HOU | Business Select Superior Benefits | • Priority Boarding • Maximum Rapid Rewards Points • Fully Refundable | • Fly by 6 Security Lane • Free Same-Day Changes • Premium Drink | 2 | $924.00 |
| Return | HOU-FLL | Business Select Superior Benefits | • Priority Boarding • Maximum Rapid Rewards Points • Fully Refundable | • Fly by 6 Security Lane • Free Same-Day Changes • Premium Drink | 2 | $921.00 |

Earn at least 10048 Rapid Rewards Points per person when you take this
trip.

Subtotal    $1845.00
Fare Breakdown

---

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge          $0.00

                    Air Total:
                    $1845.00

Gov't taxes & fees now included

Purchaser Name   John Bonisch          Billing Address          72W 512 25th ST
                                                                Wilton Manors, FL US 32335

Form of Payment                                                 Amount Applied

Visa - XXXXXXXXXXXX-4980                                        $1845.00

                                                               Amount Paid
                                                               $1845.00

                                                               Trip Total
                                                               $1845.00



SPRINGHILL SUITES
Marriott.

Springhill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
(281) 332 2999

E. Dimitrovits

Room: 109

Room Type: KSTC

Number of Guests: 1

Rate: $80.00    Clerk

Arrive: 19Apr14    Time: 08:17PM    Depart: 26Apr14    Time:    Folio Number: 75084

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 19Apr14 | Room Charge | 80.00 | |
| 19Apr14 | State Occupancy Tax | 4.80 | |
| 19Apr14 | City Tax | 4.00 | |
| 19Apr14 | County Occupancy Tax | 3.20 | |
| 20Apr14 | Room Charge | 80.00 | |
| 20Apr14 | State Occupancy Tax | 4.80 | |
| 20Apr14 | City Tax | 4.00 | |
| 20Apr14 | County Occupancy Tax | 3.20 | |
| 21Apr14 | Room Charge | 80.00 | |
| 21Apr14 | State Occupancy Tax | 4.80 | |
| 21Apr14 | City Tax | 4.00 | |
| 21Apr14 | County Occupancy Tax | 3.20 | |
| 22Apr14 | Room Charge | 80.00 | |
| 22Apr14 | State Occupancy Tax | 4.80 | |
| 22Apr14 | City Tax | 4.00 | |
| 22Apr14 | County Occupancy Tax | 3.20 | |
| 23Apr14 | Room Charge | 80.00 | |
| 23Apr14 | State Occupancy Tax | 4.80 | |
| 23Apr14 | City Tax | 4.00 | |
| 23Apr14 | County Occupancy Tax | 3.20 | |
| 24Apr14 | Room Charge | 80.00 | |
| 24Apr14 | State Occupancy Tax | 4.80 | |
| 24Apr14 | City Tax | 4.00 | |
| 24Apr14 | County Occupancy Tax | 3.20 | |
| 25Apr14 | Room Charge | 80.00 | |
| 25Apr14 | State Occupancy Tax | 4.80 | |
| 25Apr14 | City Tax | 4.00 | |
| 25Apr14 | County Occupancy Tax | 3.20 | |
| 26Apr14 | Master Card | | 644.00 |

Card # MCXXXXXXXXXXXXX7442XXXX
Amount: 644.00 Auth: 019628 Signature on File
This card was electronically swiped on 19Apr14

Balance:    0.00

Rewards Account # XXXXX4986. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

SPRINGHILL SUITES
Marriott

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster, Tx 77598
t.281.332.2999

G. Thompson

Room: 104

Room Type: KSTE

Number of Guests: 1

Rate: $80.00          Clerk:

Arrive: 19Apr14    Time: 08:18PM        Depart: 26Apr14    Time:        Folio Number: 75083

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 19Apr14 | Room Charge | 60.00 | |
| 19Apr14 | State Occupancy Tax | 4.80 | |
| 19Apr14 | City Tax | 4.00 | |
| 19Apr14 | Country Occupancy Tax | 3.20 | |
| 20Apr14 | Room Charge | 80.00 | |
| 20Apr14 | State Occupancy Tax | 4.80 | |
| 20Apr14 | City Tax | 4.00 | |
| 20Apr14 | County Occupancy Tax | 3.20 | |
| 21Apr14 | Room Charge | 80.00 | |
| 21Apr14 | State Occupancy Tax | 4.80 | |
| 21Apr14 | City Tax | 4.00 | |
| 21Apr14 | County Occupancy Tax | 3.20 | |
| 22Apr14 | Room Charge | 80.00 | |
| 22Apr14 | State Occupancy Tax | 4.80 | |
| 22Apr14 | City Tax | 4.00 | |
| 22Apr14 | County Occupancy Tax | 3.20 | |
| 23Apr14 | Room Charge | 80.00 | |
| 23Apr14 | State Occupancy Tax | 4.80 | |
| 23Apr14 | City Tax | 4.00 | |
| 23Apr14 | County Occupancy Tax | 3.20 | |
| 24Apr14 | Room Charge | 80.00 | |
| 24Apr14 | State Occupancy Tax | 4.80 | |
| 24Apr14 | City Tax | 4.00 | |
| 24Apr14 | County Occupancy Tax | 3.20 | |
| 25Apr14 | Room Charge | 80.00 | |
| 25Apr14 | State Occupancy Tax | 4.80 | |
| 25Apr14 | City Tax | 4.00 | |
| 25Apr14 | County Occupancy Tax | 3.20 | |
| 26Apr14 | Master Card | | 644.00 |

Card # MCXXXXXXXXXXXXX7442XXXX
Amount: 644.00 Auth: 21962B Signature on File
This card was electronically swiped on 19Apr14

**Balance:**          **0.00**

Rewards Account # XXXXX5448. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

 SPRINGHILL SUITES
.Marriott.

SpringHill Suites by Marriott
Clear Lake Webster

1101 Magnolia Ave
Webster Tx 77598
6281 332.2999



H. Fuentes

Room: 105

Room Type: KSTE

Number of Guests: 1

Rate: $80.00     Clerk:

Arrive 19Apr14   Time: 07:57PM     Depart: 26Apr14     Time:     Folio Number: 78082

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 19Apr14 | Room Charge | 80.00 | |
| 19Apr14 | State Occupancy Tax | 4.80 | |
| 19Apr14 | City Tax | 4.00 | |
| 19Apr14 | County Occupancy Tax | 3.20 | |
| 20Apr14 | Room Charge | 80.00 | |
| 20Apr14 | State Occupancy Tax | 4.80 | |
| 20Apr14 | City Tax | 4.00 | |
| 20Apr14 | County Occupancy Tax | 3.20 | |
| 21Apr14 | Room Charge | 80.00 | |
| 21Apr14 | State Occupancy Tax | 4.80 | |
| 21Apr14 | City Tax | 4.00 | |
| 21Apr14 | County Occupancy Tax | 3.20 | |
| 22Apr14 | Room Charge | 80.00 | |
| 22Apr14 | State Occupancy Tax | 4.80 | |
| 22Apr14 | City Tax | 4.00 | |
| 22Apr14 | County Occupancy Tax | 3.20 | |
| 23Apr14 | Room Charge | 80.00 | |
| 23Apr14 | State Occupancy Tax | 4.80 | |
| 23Apr14 | City Tax | 4.00 | |
| 23Apr14 | County Occupancy Tax | 3.20 | |
| 24Apr14 | Room Charge | 80.00 | |
| 24Apr14 | State Occupancy Tax | 4.80 | |
| 24Apr14 | City Tax | 4.00 | |
| 24Apr14 | County Occupancy Tax | 3.20 | |
| 25Apr14 | Room Charge | 80.00 | |
| 25Apr14 | State Occupancy Tax | 4.80 | |
| 25Apr14 | City Tax | 4.00 | |
| 25Apr14 | County Occupancy Tax | 3.20 | |
| 26Apr14 | Master Card | | 644.00 |

Card #: MCXXXXXXXXXXXXXX7442XXXXX
Amount: 644.00 Auth: 01979B Signature on File
This card was electronically swiped on 19Apr14

**Balance:     0.00**

Rewards Account # XXXXX7231. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: HECFU53@HOTMAIL.COM See "Internet Privacy Statement" on Marriott.com.



HF



HOUSTON TRANSPORTATION
SERVICES, LLC
Cab #1339

HTS, LLC
5625 Kelley St.
Houston, TX 77026
7134444444

Date: 04/19/14
Time: 19:54:45

Distance    42.20mi

FARE...........$  53.55
EXTRAS.........   2.75
TIP............
TOTAL..........

Master Card
xxxx xxxx xxxx 7466
Auth 365712

Signature

RECEIPT
SUPER YELLOW Cab
(305) 888-7777

P.T.R.D. (305) 375-2469

Complaint or Compliment (305) 885-0050

Cust Name
Time
Cash #
Amount $

| Last Name | First Name | P.E. 3/30/2014 | P.E. 4/6/2014 | P.E. 4/13/2014 | P.E. 4/20/2014 | Total |
|---|---|---|---|---|---|---|
| Bailey | Timothy | 250.00 | | | | 250.00 |
| Brady | Fernmarie | | | | | - |
| Ennella | Camille | 250.00 | | | | 250.00 |
| Granese | Andrea | 1,153.85 | 1,153.85 | 1,153.85 | 1,153.85 | 4,615.40 |
| Knohl | James | | 250.00 | | | 250.00 |
| Scheuermann | Authur | | | | | - |
| Sierpinski | Paul | | 250.00 | | | 250.00 |
| Steiner | Stephen | | | | | - |
| Ward | Robert | | | | | - |
| Whitesides | Loretta | | | | | - |
| | | | | | | - |
| TAXES - Social Security - ER | | 102.54 | 102.54 | 71.54 | 71.54 | 348.16 |
| TAXES - Medicare - ER | | 23.98 | 23.98 | 16.73 | 16.73 | 81.42 |
| TAXES - FL SUI - ER | | 21.45 | 21.45 | | | 42.90 |
| | | 1,801.82 | 1,801.82 | 1,242.12 | 1,242.12 | 6,087.88 |

| DEPARTMENT | HOURS Reg / O/T | Hours 3 & 4 | EARNINGS Reg / O/T | Earn 3 & 4 | Earn 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOL. DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|

ANALYSIS DEPT: 760921     NO. PAYS:   2   NET CASH:   448.67

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| FL | | | 13.60 |
| Total | | | 13.20 |

**Deduction Analysis**
V CHECK   448.67
Total   448.67

**Federal Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 500.00 | | 13.08 |
| FUTA | 500.00 | .60 | 3.00 |
| Social Security-EE | 500.00 | 6.20 | 31.00 |
| Social Security-ER | 500.00 | 6.20 | 31.00 |
| Medicare-EE | 500.00 | 1.45 | 7.25 |
| Medicare-ER | 500.00 | 1.45 | 7.25 |
| Medicare Surtax-EE | | .90 | |

**State Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| FL SUI | 500.00 | 4.2900 | 21.45 |
| Total | 500.00 | | 21.45 |

| 750922 ADMIN ZERO G | 40.00 | | 1,153.85 | | | 1,153.85 of CO | 119.86 FIT 71.54 SS 16.73 MED | STATE SUI/DI LOCAL | 945.73 | PAYS |
|---|---|---|---|---|---|---|---|---|---|---|

ANALYSIS DEPT: 720922     NO. PAYS:   1   NET CASH:   945.73

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| FL | | | 119.86 |
| Total | | | 119.86 |

**Deduction Analysis**
V CHECK   945.73
Total   945.73

**Federal Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 1,153.85 | | 119.86 |
| FUTA | | .60 | |
| Social Security-EE | 1,153.85 | 6.20 | 71.54 |
| Social Security-ER | 1,153.85 | 6.20 | 71.54 |
| Medicare-EE | 1,153.85 | 1.45 | 16.73 |
| Medicare-ER | 1,153.85 | 1.45 | 16.73 |
| Medicare Surtax-EE | | .90 | |

| | | | | | | of CO | FIT SS MED | STATE SUI/DI LOCAL | | PAYS |
|---|---|---|---|---|---|---|---|---|---|---|

© ADP Avenue Data Processing, Inc.

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

| | | |
|---|---|---|
| **WEEK ENDING:** | 03/30/2014 | |
| **EMPLOYEE:** | TIMOTHY BAILEY | |
| **DEPARTMENT:** | 750021 | |

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|---|---|---|---|---|
| 03/24/2014 | MONDAY | | | |
| 03/25/2014 | TUESDAY | | | |
| 03/26/2014 | WEDNESDAY | | | |
| 03/27/2014 | THURSDAY | | | |
| 03/28/2014 | FRIDAY | | | |
| 03/29/2014 | SATURDAY | 1 | ZG #355 | SJC |
| 03/30/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 1 | | |
| AT A RATE OF | $500/$750*IP $50.00 $250/$375 | $ $ $ 250.00 | | |
| AMOUNT DUE | | $ 250.00 | | |

APP BY:

ANDREA GRANESE/DIRECTOR IN-FLIGHT

DATE:     03/30/2014

*IP = Approved Incentive Pay for weekday flights/duty day.
Part time employees @ 100% override.

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

| | |
|---|---|
| WEEK ENDING: | 03/30/2014 |
| EMPLOYEE: | CAMILLE ENNELLA |
| DEPARTMENT: | 750021 |

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|---|---|---|---|---|
| 03/24/2014 | MONDAY | | | |
| 03/25/2014 | TUESDAY | | | |
| 03/26/2014 | WEDNESDAY | | | |
| 03/27/2014 | THURSDAY | | | |
| 03/28/2014 | FRIDAY | | | |
| 03/29/2014 | SATURDAY | 1 | ZG #355 | SJC |
| 03/30/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 1 | | |
| AT A RATE OF | $500/$750*IP $50.00 $250/$375 | $ $ $ 250.00 | | |
| AMOUNT DUE | | $ 250.00 | | |

APP BY:

**ANDREA GRANESE/DIRECTOR IN-FLIGHT**

DATE:     03/30/2014

**\*IP = Approved Incentive Pay for weekday flights/duty day.**
**Part time employees @ 100% override.**

# EMPLOYEE TIME SHEET

**BILL TO ZERO-G**

| | |
|---|---|
| **WEEK ENDING:** | 03/30/2014 |
| **EMPLOYEE:** | ANDREA GRANESE |
| **DEPARTMENT:** | 750022 |

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|---|---|---|---|---|
| 03/24/2014 | MONDAY | 8 | | |
| 03/25/2014 | TUESDAY | 8 | | |
| 03/26/2014 | WEDNESDAY | 8 | | |
| 03/27/2014 | THURSDAY | 8 | | |
| 03/28/2014 | FRIDAY | 8 | | |
| 03/29/2014 | SATURDAY | | | |
| 03/30/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

**APP BY:**
**SIGNATURE**     Robert L Mencel

**DATE:**     03/30/2014



| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | | VOL. DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | FICA | State/Local | | | |
| 750020 | | | | | | 60 | FIT | STATE | | | PAY |
| Maintenance Contract | | | | | | | SS | SUI/DI | | | |
| | | | | | | of CO | MED | LOCAL | | | |

ANALYSIS DEPT: 750020      NO. PAYS:    NET CASH:

| State | STATE | STATE | FIT |
|---|---|---|---|
| Analysis: | TAX | WAGES | BY STATE |
| FL | | | |
| Total | | | |

Deduction Analysis
H STAT Q
V CHECK
X CHECK
Total

| Federal Taxable Analysis and Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | | | |
| FUTA | | .60 | |
| Social Security-EE | | 6.20 | |
| Social Security-ER | | 6.20 | |
| Medicare-EE | | 1.45 | |
| Medicare-ER | | 1.45 | |
| Medicare Surtax-EE | | .90 | |

| State Taxable Analysis and Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| FL SUI | | | |
| Total | | | |

| 750021 | | | 500.00 | | | 500.00 | FIT | STATE | 481.76 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CREW ZERO G | | | | | | | 31.00 SS | SUI/DI | - | PAYS | 2 |
| | | | | | | of CO | 7.24 MED | LOCAL | | | |

ANALYSIS DEPT: 750021      NO. PAYS:   2   NET CASH:    481.76

Deduction Analysis
V CHECK    230.88
X CHECK    230.88
Total    481.76

| Federal Taxable Analysis and Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 500.00 | | |
| FUTA | 500.00 | .60 | 3.00 |
| Social Security-EE | 500.00 | 6.20 | 31.00 |
| Social Security-ER | 500.00 | 6.20 | 31.00 |
| Medicare-EE | 500.00 | 1.45 | 7.24 |
| Medicare-ER | 500.00 | 1.45 | 7.25 |
| Medicare Surtax-EE | | .90 | |

| State Taxable Analysis and Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| FL SUI | 500.00 | 4.2900 | 21.45 |
| Total | 500.00 | | 21.45 |

| 750022 | 40.00 | | 1,153.85 | | | 1,153.85 | 119.85 FIT | STATE | 945.73 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMIN ZERO G | | | | | | | 71.54 SS | SUI/DI | | PAYS | 1 |
| | | | | | | of CO | 16.73 MED | LOCAL | | | |



| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL. DEDS. | NET PAY |
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |

ANALYSIS DEPT: 750023      NO. PAYS:   1   NET CASH:   945.73

**Deduction Analysis**
| | | |
|---|---|---|
| V | CHECK | 945.73 |
| Total | | 945.73 |

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| FL | | | 119.85 |
| Total | | | 119.85 |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 1,153.65 | | 119.85 |
| FUTA | | .90 | |
| Social Security-EE | 1,153.65 | 6.20 | 71.54 |
| Social Security-ER | 1,153.65 | 6.20 | 71.54 |
| Medicare-EE | 1,153.65 | 1.45 | 16.73 |
| Medicare-ER | 1,153.65 | 1.45 | 16.73 |
| Medicare Surtax-EE | | .90 | |

| 750023 787 Training | | | | | | | FIT SS MED | STATE SUI/DI LOCAL | PAYS |

ANALYSIS DEPT: 750023      NO. PAYS:   1   NET CASH:

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| FL | | | |
| Total | | | |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | | | |
| FUTA | | .90 | |
| Social Security-EE | | 6.20 | |
| Social Security-ER | | 6.20 | |
| Medicare-EE | | 1.45 | |
| Medicare-ER | | 1.45 | |
| Medicare Surtax-EE | | .90 | |

| 750024 | | | | | | | FIT SS MED | STATE SUI/DI LOCAL | PAYS |

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

WEEK ENDING:    04/06/2014
EMPLOYEE:    JAMES KNOHL
DEPARTMENT:    750021

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|------|-----|---------------|-------------|---------|
| 03/31/2014 | MONDAY | | | |
| 04/01/2014 | TUESDAY | | | |
| 04/02/2014 | WEDNESDAY | | | |
| 04/03/2014 | THURSDAY | | | |
| 04/04/2014 | FRIDAY | | | |
| 04/05/2014 | SATURDAY | 1 | ZG #356 | HOU |
| 04/06/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 1 · | | |
| AT A RATE OF | $500/$750*IP $50.00 $250/$375 | $ $ $ 250.00 | | |
| AMOUNT DUE | | $ 250.00 | | |

APP BY:

ANDREA GRANESE/DIRECTOR IN-FLIGHT

DATE:    04/06/2014

*IP = Approved Incentive Pay for weekday flights/duty day.
Part time employees @ 100% override.

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

WEEK ENDING:       04/06/2014
EMPLOYEE:          ARTHUR SCHEUERMANN
DEPARTMENT:        750021

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|------|-----|---------------|-------------|---------|
| 03/31/2014 | MONDAY | | | |
| 04/01/2014 | TUESDAY | | | |
| 04/02/2014 | WEDNESDAY | | | |
| 04/03/2014 | THURSDAY | | | |
| 04/04/2014 | FRIDAY | | | |
| 04/05/2014 | SATURDAY | 1 | ZG #356 | HOU |
| 04/06/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 1 | | |
| AT A RATE OF | $500/$750*IP $50.00 $250/$375 | $ $ $   250.00 | | |
| AMOUNT DUE | | $ 250.00 | | |

APP BY:

   ANDREA GRANESE/DIRECTOR IN-FLIGHT

DATE:     04/06/2014

## *IP = Approved Incentive Pay for weekday flights/duty day.
## Part time employees @ 100% override.

# EMPLOYEE TIME SHEET

**BILL TO ZERO-G**

| | |
|---|---|
| **WEEK ENDING:** | 04/06/2014 |
| **EMPLOYEE:** | ANDREA GRANESE |
| **DEPARTMENT:** | 750022 |

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|---|---|---|---|---|
| 03/31/2014 | MONDAY | 8 | | |
| 04/01/2014 | TUESDAY | 8 | | |
| 04/02/2014 | WEDNESDAY | 8 | | |
| 04/03/2014 | THURSDAY | 8 | | |
| 04/04/2014 | FRIDAY | 8 | | |
| 04/05/2014 | SATURDAY | | | |
| 04/06/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

**APP BY:**
**SIGNATURE**          Robert L Mencel

**DATE:**          04/06/2014



| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL. DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |

ANALYSIS DEPT: 750022

NO. PAYS: 1    NET CASH: 945.73

**Deduction Analysis**
V  CHECK        945.73
Total              945.73

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE | | | |
|---|---|---|---|---|---|---|
| FL | | | 119.85 | | | |
| Total | | | 119.85 | | | |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 1,153.45 | | 119.85 |
| FUTA | | .60 | |
| Social Security-EE | 1,153.45 | 6.20 | 71.54 |
| Social Security-ER | 1,153.45 | 6.20 | 71.51 |
| Medicare-EE | 1,153.45 | 1.45 | 16.73 |
| Medicare-ER | 1,153.45 | 1.45 | 16.73 |
| Medicare Surtax-EE | | .90 | |

| | | | | | | | FIT SS MED | STATE SUI/DI LOCAL | | PAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | of CO | | | | | |

ANALYSIS DEPT:

NO. PAYS: 1    NET CASH:

| State Analysis: | STATE TAX | STATE WAGES | FIT BY STATE | | | |
|---|---|---|---|---|---|---|
| FL | | | | | | |
| Total | | | | | | |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | | | |
| FUTA | | .60 | |
| Social Security-EE | | 6.20 | |
| Social Security-ER | | 6.20 | |
| Medicare-EE | | 1.45 | |
| Medicare-ER | | 1.45 | |
| Medicare Surtax-EE | | .90 | |

750024
O.C. Temps

| | | | | | | | FIT SS MED | STATE SUI/DI LOCAL | | PAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | of CO | | | | | |



**ADP Payroll Summary**

AMERIJET INTL.
Company Code:  HNC

Batch: 6495-036  Period Ending: 04/13/2014  Week  16
Service Center: 036     Pay Date: 04/18/2014  Page  2

# EMPLOYEE TIME SHEET

*BILL TO ZERO-G*

WEEK ENDING:    04/13/2014
EMPLOYEE:    ANDREA GRANESE
DEPARTMENT:    750022

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|------|-----|--------------|-------------|--|
| 04/07/2014 | MONDAY | 8 | | |
| 04/08/2014 | TUESDAY | 8 | | |
| 04/09/2014 | WEDNESDAY | 8 | | |
| 04/10/2014 | THURSDAY | 8 | | |
| 04/11/2014 | FRIDAY | 8 | | |
| 04/12/2014 | SATURDAY | | | |
| 04/13/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

APP BY:
SIGNATURE    Robert L Mencel

DATE:    04/13/2014

| DEPARTMENT | HOURS Reg / O/T | Hours 3 & 4 | EARNINGS Reg / O/T | Earn 3 & 4 | Earn 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOL DEDS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|

ANALYSIS DEPT: 750023     NO. PAYS:   1   NET CASH   945.75

| State Analysis: FL Total | STATE TAX | STATE WAGES | FIT BY STATE 119.85 119.85 |
|---|---|---|---|

**Deduction Analysis**

| | | |
|---|---|---|
| V CHECK | | 945.73 |
| Total | | 945.73 |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 1,153.85 | | 119.85 |
| FUTA | | .60 | |
| Social Security-EE | 1,153.85 | 6.20 | 71.54 |
| Social Security-ER | 1,153.85 | 6.20 | 71.54 |
| Medicare-EE | 1,153.85 | 1.45 | 16.73 |
| Medicare-ER | 1,153.85 | 1.45 | 16.73 |
| Medicare Surtax-EE | | .90 | |

| 750023 767 Training | | | 825.00 | | | 825.00 6.48% of CO | 97.14 FIT 51.15 SS 11.96 MED | STATE SUI/DI LOCAL | PAYS | 664.75 |
|---|---|---|---|---|---|---|---|---|---|---|

ANALYSIS DEPT: 750023     NO. PAYS:   2   NET CASH:   664.75

| State Analysis: FL Total | STATE TAX | STATE WAGES | FIT BY STATE 97.14 97.14 |
|---|---|---|---|

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 825.00 | | 97.14 |
| FUTA | | .60 | |
| Social Security-EE | 825.00 | 6.20 | 51.15 |
| Social Security-ER | 825.00 | 6.20 | 51.15 |
| Medicare-EE | 825.00 | 1.45 | 11.96 |
| Medicare-ER | 825.00 | 1.45 | 11.96 |
| Medicare Surtax-EE | | .90 | |

| 750024 Q.C. Temps | 78.00 | | 1,900.00 | | | 1,900.00 14.84% of CO | 193.60 FIT 117.80 SS 27.55 MED | STATE SUI/DI LOCAL | 1,561.05 | PAYS 3 |
|---|---|---|---|---|---|---|---|---|---|---|

# EMPLOYEE TIME SHEET

*BILL TO ZERO-G*

WEEK ENDING:        04/20/2014
EMPLOYEE:           ANDREA GRANESE
DEPARTMENT:         750022

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|------|-----|--------------|-------------|---|
| 04/14/2014 | MONDAY | 8 | | |
| 04/15/2014 | TUESDAY | 8 | | |
| 04/16/2014 | WEDNESDAY | 8 | | |
| 04/17/2014 | THURSDAY | 8 | | |
| 04/18/2014 | FRIDAY | 8 | | |
| 04/19/2014 | SATURDAY | | | |
| 04/20/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

APP BY:
SIGNATURE          Robert L Mencel

DATE:              04/20/2014

## In-flight Department

| Date | FLT | Detail of service | Amount | Total |
|------|-----|-------------------|--------|-------|
| 4/3/2014 | MIA | Sierpinski exp report w/recpts Recurrent Training | | $ 319.55 |
| 4/3/2014 | LAS #354 | Sierpinski exp report w/recpts | | $ 580.79 |
| 4/14/2014 | HOU #356 | Knohl exp report w/recpts | | $ 160.86 |
| 4/14/2014 | HOU #356 | Scheuermann exp report w/recpts | | $ 258.31 |
| 4/22/2014 | MIA | Brady exp report w/recpts | | $ 265.28 |
| 4/22/2014 | SJC#350 | Brady exp report w/recpts | | $ 603.18 |
| 4/22/2014 | SJC#355 | Ennella exp report w/recpts | | $ 305.83 |
| 4/23/2014 | EWR#357 | Corp travel Steiner EWR | | $ 366.90 |
| 4/24/2014 | DOT | Lauth Consulting DOT/FAA D&A April | | $ 100.00 |
| 4/24/2014 | EWR#357 | Bailey Corp Travel EWR | | $ 546.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | | **$3,506.70** |

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

Purpose: MIA F/A RECURRENT      F/A EXPENSES

| Employee Information | | | | Period | |
|---|---|---|---|---|---|
| Name | PAUL SIERPINSKI | Department | INFLIGHT | From 2/15/14 | |
| | | Position | FLIGHT ATTENDANT | To 2/17/14 | |
| Employee ID 9802 | | Manager | ANDREA GRANESE | | |

Per Mile Reimbursement    $0.560

GL#     | 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 | | | 7584-40-0794-40 |

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2/15/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/16/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/17/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/17/2014 | 0.00 | Rental Car MIA | | | 168.69 | | | 0.00 | $ 168.69 |
| 2/17/2014 | 0.00 | Gas for Rental car | | | 8.46 | | | 0.00 | $ 8.46 |
| 2/17/2014 | 40.00 | RT home- Airport | | | | | | 22.40 | $ 22.40 |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | | | $ - | $ - | $ 297.15 | $ - | $ - | $ 22.40 | |
| | | | | | | | | Subtotal | $ 319.55 |
| Advances | From | | | Description | | | | Advances Amount | $ - |
| | | | | | | | | TOTAL | $ 319.55 |
| Comments: | | | | | | | | | due: employee |

Signature Employee: _____

Date 3/29/14

Approved Supervisor: Andrea Granese

Date 4-3-2014

Miscellaneous GL Detail

1

Sierpinski
MIA

MIA

WELCOME
00308898

DATE 02/17/14  15:30
PUMP # 07
PRODUCT: REGUNL
GALLONS:        2.418
PRICE/G:    $   3.499
FUEL  SALE  $   8.46
XXXXXXXXXXXXX2533
Stn# 00308898
VISA
Invo  9828458
Auth# 03363C

8.46

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
HAVE A NICE DAY

RENTAL AGREEMENT NUMBER 913682232

YOUR INFORMATION
Customer Name      : SIERPINSKI,PAUL
Loyalty Level      : PREFERRED
Wizard Number      : ***538
Avis Worldwide Disc : US GOVERNMENT
Methods Of Payment : VISA    XX2575

YOUR VEHICLE INFORMATION
Avis Car Number : 6 4 3 6 2 5 8 1
Plate Number    : FL 519HGM
Veh Grp Charged : Compact
Veh Grp Rented  : Full-Size
Veh Description : SIL KIA OPTIMA
Total Driven    :      MIs      Odometer In:  6425 MIs
Fuel Gauge Reading:

YOUR RENTAL
Pickup Date/Time : FEB 15,2014@02:30 PM
Pickup Location : 3900 NW 25TH STREET, STE 402
                  MIAMI,FL,33142,US

Return Date/Time : FEB 17,2014@03:30 PM
Return Location : 3900 NW 25TH STREET, STE 402
                  MIAMI,FL,33142,US

YOUR VEHICLE CHARGES:

| MIN  1 DAY Rate not Valid after MON 23:59 | | | |
|---|---|---|---|
| RATE CHART | TIME AND MILEAGE | | |
| MIs : Unlimited | | | |
| HRLY : 25.51 | 1 HR@ | 25.51= | 25.51 |
| DAILY: 34.00 | 2DY@ | 34.00= | 68.00 |
| AD DY: 64.90 | | | |
| MNTLY: 1020.00 | | | |
| Time & Mileage: | | | 93.51 |
| TAXABLE FEES | | | |
| CUSTOMER FACILITY CHG 4.60 /D | | + | 11.80 |
| ENERGY RECOVERY FEE  .60 /DY | | + | 1.80 |
| GARS 5.00 /DY | | + | 15.00 |
| STATE SURCHARGE 2.00 /DY | | + | 6.00 |
| TIRE BATTERY FEE  .02 /DY | | + | .06 |
| VEH LICENSE RECOUP  .78 /DY | | + | 2.34 |
| Under  75 MI flat fee | | + | 13.99 |
| 9.85%  Concession Recovery Fee | | + | 13.15 |
| Subtotal Charges: | | | 157.65 |
| Sales Tax  7.000% | | + | 11.04 |
| NON TAXABLE ITEMS | | | |
| Your Total Charges Paid: | | | 168.69 |
| Prepay:Voucher  153.72 | | - | 153.72 |
| NET CHARGES: | | USD | 14.97 |
| Your Total Due: | | | 0.00 |
| Fuel service:  .4039/MI  9.290/Gal | | | |

YOUR OPTIONAL PRODUCTS/SERVICES

$168.69

I agree to the rental charges above. I acknowledge additional charges could be added based on tolls, tickets,
fines administrative charges and other fees which may be applicable.X_____
Thank you for renting with Avis.
If you have questions regarding this rental, call us at 305-876-1800
This vehicle was rented to you by FRANCISCO          This vehicle was checked in for you by 12051

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

Purpose: LAS ZG#354                 F/A EXPENSES

### Employee Information

| | | | | |
|---|---|---|---|---|
| Name | PAUL SIERPINSKI | Department | INFLIGHT | |
| | | Position | FLIGHT ATTENDANT | |
| Employee ID | 9802 | Manager | ANDREA GRANESE | |

**Period**
From 3/14/14
To 3/16/14

Per Mile Reimbursement    $0.560

GL#    | 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 | | | 7584-40-0794-40 |

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/15/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/16/2014 | 0.00 | PER DIEM | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/14/2014 | 0.00 | Rental Car LAS | | 68.82 | | | | 0.00 | $ 68.82 |
| 3/16/2014 | 0.00 | Gas for Rental car | | 11.57 | | | | 0.00 | $ 11.57 |
| 3/16/2014 | 40.00 | RT home- Airport | | | | | | 22.40 | $ 22.40 |
| 3/14/2014 | 0.00 | AIRFARE TO LAS | | 144.00 | | | | 0.00 | $ 144.00 |
| 3/16/2014 | 0.00 | AIRFARE FROM LAS | | 214.00 | | | | 0.00 | $ 214.00 |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | | | $ - | $ 438.39 | $ 120.00 | $ - | $ - | $ 22.40 | |

|  |  |
|---|---|
| | Subtotal $ 580.79 |
| Advances: From: | Advances Amount $ - |
| Description: | TOTAL $ 580.79 |
| | due: employee |

Comments:

Signature
Employee:

Date: 3/29/14

Approved
Supervisor

Date: 4-3-2014

Miscellaneous GL Detail

LAS
Sierpinski

LAS

7600 WESTCLIFF
LV, NV 89128

STOP N SHO      3

STATION NUMBER
32683112001

03/16/14          09:20
PAUL SIERPINSKI
VISA CREDIT

PUMP# 3        UNLEADED
GALLONS          3.260
     @ $3.549/GAL
FUEL             $11.57

TOTAL            $11.57

SEQ NUM          13547
AUTH#           01008C

THANK YOU!!!


$11.57



**SOUTHWEST.COM**

FROM LAS
26#354
$ 214-

# Las Vegas, NV - LAS to Los Angeles, CA - LAX

Book This Trip

 **Air**

earned     PTS

Passenger: PAUL SIERPINSKI

### AIR ITINERARY

Anytime Fare

**Las Vegas, NV - LAS to Los Angeles, CA - LAX**

**SUN**   03/16/2014

---

PRICING

🖶 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | LAS-LAX | | $188.84 |
| | | | $25.16 |
| | | Dollar Total: | $214.00 |
| | | Total Points Earned: | 2,360 |



SOUTHWEST.COM

Book This Trip

*TO*
*LAS 26# 354*
*$144.00*

## ⭐Air

earned **928 PTS**

Passenger: PAUL SIERPINSKI

### AIR ITINERARY

Wanna Get Away Fare
**San Diego, CA - SAN to Las Vegas, NV - LAS**
FRI  03/14/2014

### PRICING

🖨 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SAN-LAS | Wanna Get Away | $123.72 |
| | | | $20.28 |
| | | | Dollar Total: |
| | | Total Points Earned: | $144.00 |
| | | | 928 |

RECEIPT

YOUR INFORMATION

| | |
|---|---|
| Customer Name | : CHERRY HUNT (MR) |
| Loyalty Level | : PREFERRED |
| Wizard Number | : 144539 |
| Avis Worldwide Disc | : SOUTHWEST RAPID PWRD? |
| Methods Of Payment | : CASH |
| Travel Partner No | : WN/000008P214 |

YOUR VEHICLE INFORMATION

| | |
|---|---|
| Avis Car Number | : 6 4 7 4 7 7 9 c |
| Plate Number | : MD A811EC |
| Veh Grp Charged | : Standard |
| Veh Grp Rented | : Full-Size |
| Veh Description | : BLK CHEVROLET IMPALA LTD 40699 |
| Total Driven | : 61 Mls    Odometer In: 914 Mls |
| Fuel Gauge Reading: Full |

YOUR RENTAL

Pickup Date/Time : Feb 14 20:48:11:26 AM
Pickup Location : 7185 GILLESPIE STREET
                  LAS VEGAS,NV,89119,US

Return Date/Time : Feb 14 2014 10:47 AM
Return Location : /120 Gillespie Street
                  LAS VEGAS,NV,89119,US

YOUR VEHICLE CHARGES:
MIN   1 DAY  Rate not valid after MON 09:59
      RATE CHART—       TIME AND MILEAGE
Mls  : Unlimited
HRLY :  15.76
DAILY:  21.00          29Y8   21.00+    42.00
AD DY:  21.00
MNTLY:  440.10
              Less 5.00% Discount  =     2.10
Time & Mileage:                          39.90
TAXABLE FEES
VEH LICENSE RECOUP  $.15 /DY          =   4.58
10.00% Concession Fee Recoupment      =   4.64
VTP Sur $ 1.50/Day                    +   2.00
Subtotal Charges:                        51.06
Sales Tax  10.100%                    =   5.16
NON TAXABLE ITEMS
CUSTOMER FACILITY CHG  3.75 /D        +   7.50
STATE SURCHARGE $10.00                +   5.10
Your Total Charges Paid:                 68.88
Prepayment :                              .00
NET CHARGES:                   (USD)     0.00
Your Total Cost                          5.00
Fuel service:   .5161/M1  4.2406/Gal

YOUR OPTIONAL PRODUCTS/SERVICES

Estimate Travel Partner Points Earned: 0600



----------NOTICES-----------AVIS-----------NOTICES-----------AVIS-----------NOTICES-----------AVIS-----------NOTICES
I agree to the rental charges above. I acknowledge additional charges could be added based on tolls, tickets,
fines administrative charges and other fees which may be applicable. _____
Thank you for renting with Avis.
If you have questions regarding this rental, call us at 702-531-1500
This vehicle was rented to you by 99996          This vehicle was checked in for you by OLIVIA

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

Purpose: Flight Attendant Reimbursement for HOU Flight (ZG-356)

### Employee Information

| | | | | | Period | |
|---|---|---|---|---|---|---|
| Name | James F Knohl | Department | In-Flight | | From | 4/4/2014 |
| | | Position | Flight Attendant/Director | | To | 4/5/2014 |
| Employee ID | 7406 | Manager | Andrea Granese | | | |

Per Mile Reimbursement $0.560

GL#

| 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 | | | 7584-40-0794-40 |
|---|---|---|---|---|---|

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 4/4/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $ 40.00 |
| 4/5/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $ 40.00 |
| 4/5/2014 | 0.00 | Gas for Rental Car | | 7.72 | | | | 0.00 | $ 7.72 |
| 4/5/2014 | 0.00 | Rental Car | | 53.14 | | | | 0.00 | $ 53.14 |
| 4/5/2014 | 0.00 | Parking at HSV | | 20.00 | | | | 0.00 | $ 20.00 |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | | | $ - | $ 80.86 | $ 80.00 | $ - | $ - | $ - | |

| | | | Subtotal | $ 160.86 |
|---|---|---|---|---|

Advances: From: _____ Description: _____

Advances Amount $ -

TOTAL $ 160.86

Comments: due: employee

| Signature Employee: | James I Knohl | | Approved Supervisor: | Andrea Granese |
|---|---|---|---|---|
| Date: | 4-7-2014 | | Date: | 4-14.59 |

Miscellaneous GL Detail

## Receipt 1 (Avis Rental)

```
            RECEIPT

Rental Agreement Number: 185121543
Vehicle Number:          65316484

    YOUR INFORMATION

KNOHL,,JAMES
LOYALTY LEVEL:      BOEING
WIZARD NUMBER:      4VL16C
AVIS DISC:          BOEING COMPANY
PAYMENT METHOD:     VISA XX3029

    YOUR RENTAL

Picked Up:      IAH
Date/Time:      APR 04, 2014@8:47PM
Returned:       IAH
Date/Time:      APR 05, 2014@3:23PM
Veh Group:      Full-Size
Veh Charged:    Full-Size
Vehicle:        KIA OPTIMA
Odometer Out:   2080
Odometer In:    2125
Fuel Reading:   Full

    YOUR VEHICLE CHARGES

MINIMUM CHARGE                  33.00
DISCOUNT    5.0                  1.65
YOUR TIME AND MILEAGE:          31.35

    YOUR TAXABLE FEES

**11.11% FEE                     3.77
CUST FAC CHARGE   4.00/DY        4.00
TRANSP FEE    4.49/RNTL          4.49
VEH LIC RECOUP    2.00/DY        2.00
ENERGY RECOVERY   0.60/DY         .60

YOUR SUBTOTAL
TAXABLE SUBTOT                  46.21
TAX 15.000%                      6.93

    YOUR NON TAXABLE ITEMS

TOTAL CHARGES                   53.14
NET CHARGES                     53.14
YOUR TOTAL DUE:                  0.00

PAID ON VISA XX3029
TAX INCL 5% STADIUM TAX
```

Knohl
HOU

## Receipt 2 (Airport parking)

```
        INSERT
       THIS END UP

    HUNTSVILLE
    INT'L AIRPORT
RECEIPT       A24
ENTRY TIME:
04/04/14      17:31
EXIT TIME:
04/05/14      22:04
AMOUNT:
             $ 20.00
KIND OF PAYMENT:
VISA
XXXXXXXXXXXX3029
AUTH. CODE 01527C
THANK YOU FOR YOUR
    VISIT
```

## Receipt 3 (Exxon)

```
Exxon #1, 9901 JFK Blvd.
Houston, Tx
Thanks for your business

EXXON EXPRESS PAY

TIME WISE # 81
4794327

HOUSTON , TX
04/05/2014 774489156
08:15:23 PM

VISA XXXXXXX3029
VISA
KNOHL/JAMES
INVOICE DA59142
AUTH 031/6C

PUMP# 3
Regular         2.2706
PRICE/GAL        3.399

FUEL TOTAL      $ 7.72

CREDIT          $ 7.72

Credit
VISA

      Shop Tonfulls
   To Earn Rewards and
    Save at the Pump
```

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

Purpose:     F/A EXPENSES    HOU

### Employee Information

| | | | | | Period |
|---|---|---|---|---|---|
| Name | Arthur L Scheuermann | Department | INFLIGHT | | From 04/04/2014 |
| | | Position | FLIGHT ATTENDANT | | To 04/06/2014 |
| Employee ID | 2181 | Manager | ANDREA GRANESE | | |

Per Mile Reimbursement    $0.560

GL#       | 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 |       | 7584-40-0794-40 |

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2014 | 0.00 | per diem $40 pd | | | 40.00 | | | 0.00 | $ | 40.00 |
| 4/5/2014 | 0.00 | per diem $40 pd | | | 40.00 | | | 0.00 | $ | 40.00 |
| | 0.00 | | | | | | | 0.00 | $ | - |
| 4/6/2014 | 0.00 | gas for rental car | | 20.36 | | | | 0.00 | $ | 20.36 |
| 4/6/2014 | 0.00 | rental car | | 59.39 | | | | 0.00 | $ | 59.39 |
| 4/6/2014 | 0.00 | airport parking | | 56.00 | | | | 0.00 | $ | 56.00 |
| | 0.00 | round trip miles, Snohomish to SEA | | | | | | 0.00 | $ | - |
| 4/6/2014 | 76.00 | airport | | | | | | 42.56 | $ | 42.56 |
| | 0.00 | | | | | | | 0.00 | $ | - |
| | 0.00 | | | | | | | 0.00 | $ | - |
| | | | $   - | $   135.75 | $   80.00 | $   - | $   - | $   42.56 | | |
| | | | | | | | | Subtotal | $ | 258.31 |

Advances:    From: _____     Description: _____      Advances Amount $   -

TOTAL $   258.31    due: employee

Comments:   ✱ Rental car claimed is one of two days on receipt, second day was a personal day.

Airport parking has 3 days on receipt, 2 days claimed for business and one day was a personal day.

Signature Employee: _____

Date:   4/ 7/2014

Approved Supervisor _____

Date:   4-14. 9

Miscellaneous GL Detail

$20.36

$Scheserman
HOU

* $59.39



SHELL
9100256382G
6355 WILL CLAYTON PKWY.
HOUSTON , TX
77032
04/06/2014 6624917?
12:38:07 PM

XXXX XXXX XXXX 3478
VISA
INVOICE 192888
AUTH 054168

PUMP# 10
REGULAR
PRICE/GAL          5.996G
FUEL TOTAL    $   3.399
                  20.36
CREDIT        $   28.36

                     $
                  20.36

Save $1041 thru EB w/ Penzoil Platinum
Purchase all change oil 30% refill purch

Efic reds 3/28/14. Restrictions apply.
Visit Pennzoil.com/s to learn more.

THANK YOU FOR YOUR BUSINESS !!

---

Receipt

Port of Seattle - Sea-Tac Int. Airport
Service Exit 03
Visa

Enter:  04-04-14 05:06:00 PM
Exit:   04-04-14 11:21:27 PM
Amount:          $ 04.00
Paid by Voucher:   $0.00
Paid by Credit:    $04.00
SeaTacTax         23.00
WA.St.Tax 9.5% incl.

18.36-

802556

---

National

BA OBOH1313
DENISE BUSH ARPY                 06 APR 2014 06:19 PM
DENISE BUSH ARPY                 04 APR 2014 12:40 PM

ARTHUR SCHEUERMAN
Vehicle # DE781F02

Class Driven        PCAR           Class Charged ICAR
Intended CTRG44U                   Saif-Serv Ins    DI
Miles Driven    226
Miles Driven    226
Miles In

DOLLAR COMPANY
CONV CCN
T & N                              Price    Amount
VLT CLUB REIMBURSEMENT                      0.00*
SPORTS VENUE TAX & FEE    36.60    77.00*
CONCESSION RECOUP FEE                       0.00*
ENERGY RECOVERY FEE                         3.46*
BUS FACILITY CHG                            6.18
VEH RENTAL TAX & ARROUND %                  6.53*
                                            6.10*
                                            8.29*
                                           10.35

Total Charges                     USD 118.77

Deposit    Visa 3478

Amount Due                        USD 118.77

* Taxable Item.
Subject to AUDIT
Your Enterprise Plus Member is processing
Your Club Club total credits will be

We have enjoyed giving your
customers. We'd appreciate...
...Service Card's and miles's

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

**Purpose:** Recurrent MIA      F/A EXPENSES

### Employee Information

| Name | FERNMARIE BRADY | Department | INFLIGHT |
|------|-----------------|------------|----------|
| | | Position | FLIGHT ATTENDANT |
| Employee ID 8201 | | Manager | ANDREA GRANESE |

### Period
From 2/14/14
To 2/17/14

Per Mile Reimbursement    $0.560

GL#      | 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 |      | 7584-40-0794-40 |

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|------|-------|-------------|-------|--------------------|-----------------|---|---|---------|-------|
| 2/14/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/15/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/16/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/17/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/17/2014 | 0.00 | SEA Airport Parking | | 84.00 | | | | 0.00 | $ 84.00 |
| 2/17/2014 | 38.00 | RT Airport/home | | | | | | 21.28 | $ 21.28 |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | | | $ - | $ 84.00 | $ 160.00 | $ - | $ - | $ 21.28 | |

Subtotal $ 265.28

Advances: From:     Description:     Advances Amount $ -

TOTAL $ 265.28
due employee

Comments:

Signature Employee: Fernmarie Brady
Date: 3/14/2014

Approved Supervisor:
Date: 4/22/14

Miscellaneous GL Detail

*MIA Recurrent*

*Brady SEA Parking*

# ReceiPt

5885/43/3816 V1.
SOUTHLAND PRINTING

Port of Seattle, Sea-Tac Int. Airport
Express Exit 03
American Express

Entry:    02/14/14 11:27:00 PM

Exit:     02/17/14 09:45:38 PM
Amount:            $ 84.00
Paid by Voucher:   $0.00
Paid by Credit:    $84.00
SeaTacTax          $3.00
Wa.St.TAX 9.5% incl.

129157

# Amerijet Employee Expense Statement
## BILL TO ZERO-G
**Purpose:** SJC #350    F/A EXPENSES

### Employee Information

| | | | |
|---|---|---|---|
| Name | FERNMARIE BRADY | Department | INFLIGHT |
| | | Position | FLIGHT ATTENDANT |
| Employee ID | B201 | Manager | ANDREA GRANESE |

Per Mile Reimbursement    $0.560

**Period**
From 2/1/14
To 2/3/14

GL#    | 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 | | | 7584-40-0794-40 |

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2014 | 0.00 | Alaska Airlines RT | | 215.99 | | | | 0.00 | $ 215.99 |
| 2/1/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/2/2014 | 0.00 | PerDiem | | | 40.00 | | | 0.00 | $ 40.00 |
| 2/3/2014 | 0.00 | Rental Car SJC | | 205.91 | | | | 0.00 | $ 205.91 |
| 2/3/2014 | 0.00 | SEA Airport Parking | | 80.00 | | | | 0.00 | $ 80.00 |
| 2/3/2014 | 38.00 | RT Airport/home | | | | | | 21.28 | $ 21.28 |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | | | $ - | $ 501.90 | $ 80.00 | $ | $ - | $ 21.28 | |
| | | | | | | | | Subtotal | $ 603.18 |

Advances:    From:    Description:    Advances Amount $ -

TOTAL $ 603.18
due: employee

Comments:

| | | | |
|---|---|---|---|
| Signature Employee: | Fernmarie Brady | Approved Supervisor: | |
| Date: | 3/14/2014 | Date: | 4/22/14 |

Miscellaneous GL Detail

## RECEIPT

Rental Agreement Number: 150226366
Vehicle Number: 64883302

### YOUR INFORMATION

BRADY, FERNMARIE
AVIS DISC     COSTCO TRAVEL
PAYMENT METHOD:    AMEX XX3006

### YOUR RENTAL

Picked up      SJC
Date/Time      FEB 01, 2014806 01AM
Returned:      SJC
Date/Time      FEB 03 2014808 35AM
Veh Group:     Intermediate
Veh Charged:    Subcompact
Vehicle:       CHEVROLET CRUZE
Odometer Out:   70
Odometer In:    137
Fuel Reading:

### YOUR VEHICLE CHARGES

| | |
|---|---:|
| 1 HR@ - 14 26 | 14.26 |
| 2 DYR 19.00 | 38.00 |
| **YOUR TIME AND MILEAGE:** | **52.26** |

### YOUR TAXABLE FEES

| | |
|---|---:|
| **11.11% FEE | 16.96 |
| FUEL SERVICE | 13.99 |
| XMR | 14.97 |
| VEH LIC RECOUP   1.19/DY | 3.57 |

YOUR SUBTOTAL
| | |
|---|---:|
| TAXABLE SUBTOT | 101.75 |
| TAX 8.750% | 8.90 |

YOUR NON TAXABLE ITEMS
| | |
|---|---:|
| 2.6% TAF | 1.36 |
| LOSS DAMAGE WAIVER | 27.00 |
| PAI/PEP/ALI CHG | 44.40 |
| CUST FAC CHARGE    7.50/DY | 22.50 |

| | |
|---|---:|
| TOTAL CHARGES | 205.91 |
| NET CHARGES | 205.91 |
| YOUR TOTAL DUE: | 0.00 |

PAID ON AMEX XX3006
**CONCESSION RECOVERY FEE
2.6% TOURISM ASSMNT FEE

XMR 1@   6.99/DY EA=    14.97*T

### THANK YOU FOR RENTING WITH AVIS

Toll Pass inquiries,
visit www.e-tolls.com
or call HTA at 1-866-642-2000
Other inquiries or e-receipt visit
www.avis.com

or call 408-993-2224

---

Trip ID: 1484-701?

PRINTEMAIL

# Your Flight

## Your Flight Details

*Alaska*

Alaska Airlines
300
Operated by
Alaska Airlines

### Departure Flight

🕐 2h 2m
* Non-Stop
* Economy
Sat. Feb 1, 2014 6:00am Seattle.
8:02am San Jose, CA (SJC)
Your Seats:
**Flight Information**
Boeing 737
699 Miles

*Alaska*

Alaska Airlines
227
Operated by
Alaska Airlines

### Return Flight

🕐 2h 0m
* Non-Stop
* Economy
Mon, Feb 3, 2014 10:10am San J
12:10pm Seattle, WA (SEA)
Your Seats:
**Flight Information**
Boeing 737
699 Miles
Additional airline baggage fees ma

### Ticket & Traveler Infor
RECORD LOCATORS
Pending
TRAVELER
Passenger 1: FERNMARIE

Ticket Number:
0777375673084
Requests:
* Meal - Standard
Loyalty Program:
*

CONTACT INFORMAT
Main Contact:
* FERNMARIE BRADY
* xxxxx34090
* f********e@gmail.com
Flight Alerts Contact:
* xxxx.34090

---

Brady SJC #350

### Cost & Billing Information
Cost Information

1 Adults 173.96s

Taxes & Airline/American Express Imposed Fees 42.03

Total 215.99s

### Credit Card Information
* Cardholder:On File
* Card Type: American Express
* Card Number: XXXX-XXXX-XXXX-3006
Billing Information
* Your billing information for the selected card accou

| Va. St Tax 9.5% Incl. | Paid by Credit: | Paid by Voucher: | Amount: | Exit: | Entry: | Port of Seattle, Sea-Tac Int. Airport | Express Exit 03 | American Express Exit 03 | 冗 中 ○ 中 i P t |
|---|---|---|---|---|---|---|---|---|---|
| SeatRecTax | | | | | | | | | |
| | $3.00 | $80.00 | $0.00 | 02/03/14 12:49:31 PM | 02/01/14 04:59:00 AM | | | | |

ST9020

Parking Ber

# Amerijet Employee Expense Statement

## BILL TO ZERO-G

**Purpose:** SJC #355      F/A EXPENSES

### Employee Information

| | | | | | Period |
|---|---|---|---|---|---|
| Name | CAMILLE ENNELLA | Department | INFLIGHT | | From 3-28-14 |
| | | Position | FLIGHT ATTENDANT | | To 3-30-14 |
| Employee ID | 2220 | Manager | ANDREA GRANESE | | |

Per Mile Reimbursement    $0.560

GL#

| 7109-40-0794-40 | 7584-40-0794-40 | 6592-10-0794-40 | | | 7584-40-0794-40 |
|---|---|---|---|---|---|

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 3/28/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/29/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/30/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $ 40.00 |
| 3/30/2014 | 0.00 | SJC Rental Car | | 112.83 | | | | 0.00 | $ 112.83 |
| 3/30/2014 | 0.00 | FLL Parking | | 45.00 | | | | 0.00 | $ 45.00 |
| 3/30/2014 | 50.00 | RT Airport/home | | | | | | 28.00 | $ 28.00 |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | 0.00 | | | | | | | 0.00 | $ - |
| | | | $ - | $ 157.83 | $ 120.00 | $ - | $ - | $ 28.00 | |

| | | |
|---|---|---|
| | Subtotal | $ 305.83 |
| Advances: From:     Description: | Advances Amount | $ - |
| | TOTAL | $ 305.83 |
| | | due: employee |

Comments:

Signature
Employee: *Camille Ennella*

Date: 4-18-14

Approved
Supervisor: *Andrea Granese*

Date: 4/22/14

Miscellaneous GL Detail

FLU parking

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200

EXIT   H113

PRO NO.   5914
ET: 032814 07:31
EX: 033014 17:28
AMOUNT:   $ 45.00
TAX INCLUDED
CASH
ENTRY 9
RATE
RC9                $45
VAL   $ 0.00

THANK YOU
FOR YOUR VISIT
Camille Ennella
SJC FL355

---

Camille Ennella SJC FL355

# Hertz

#01 MR   RR   113725382
RES  G1582987289

## CAMILLE ENNELLA                              CC

**INITIAL CHARGES**

| | | | |
|---|---|---|---|
| RENT RT $ 41.32 /DAY | @ 2 / DAYS | $ | 82.64 |
| PROMOTIONAL COUPON | 172196 1 | $ | 10.00 |
| SUBTOTAL 1 | | $ | 72.64 |
| DISCOUNT - 10% | | $ | 7.26 |
| SUBTOTAL LESS DISCOUNT | | T $ | 65.38 |

**CHARGES ADDED DURING RENTAL**

LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PREM RD SVC  DECLINED
FUEL & SERVICE  $ .549 PER MILE $  9.89 PER GAL  F $    14.82
* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 8.91 |
| CA TOURISM ASSESSMENT | 2.60% | $ | 1.70 |
| TRANSPORTATION FEE | | $ | 15.00 |
| TAX 1   8.750% ON TAXABLE TTL OF $ | 89.11 | $ | 6.50 |
| TAX 2   3.500% ON TAXABLE TTL OF $ | 14.82 | $ | .52 |
| **TOTAL AMOUNT DUE** | | $ | **112.83** |

CHARGED ON  AMX           XXXXXXXXXXX3814

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:  01196  / 9308123      14 SIRIMPALA5P3.6N
LICENSE:  CA 7DCA521
FUEL:      NOT FULL    8/8 OUT   0/8 IN
MILEAGE IN:      3196       TR-X MILES:
MILEAGE OUT:     3171       MILES ALLOWED:
MILES DRIVEN:      27       MILES CHARGED:
CDP:    00014  - AAA AUTO CLUB SOUTH

RENTED:     SAN JOSE INTL AP
RENTAL:     03/28/14  14:50
RETURN:     03/30/14  06:54
RETURNED:   SAN JOSE INTL AP
COMPLETED BY:   5135/CASJO11

PLAN IN:    CNVD          RATE CLASS:   F
PLAN OUT:   CNVD

Corporate Travel Consultants II, LLC

dba Global Crew Logistics
2699 Collins Avenue
Miami Beach, Florida 33140

Phone: (305)576-3200
Toll Free: (800)842-8763
Fax: (305)576-0054

CTC Reservation #: 1071656-1558136
Status: CLOSED
Agent: EUGENIA DELGADO

Passenger: STEPHEN STEINER III

Itinerary Summary: BOSTON(BOS) - NEWARK,NJ(EWR) - BOSTON(BOS)

LEG 1 _____
Air:
City 1: BOS - BOSTON
City 2: EWR - NEWARK,NJ
CRS Locator: AAPXAS
PTA #:
Price: USD366.90
Ticketing Instructions: E-Ticket
Air itinerary:

| Airline | Flight # | Origin | Destination | Departure | Arrival | OperatedBy | AL Locator | Seat # | Class |
|---|---|---|---|---|---|---|---|---|---|
| JETBLUE AIRWAYS CORP (B6) | 2779 | BOS | EWR | 5/02/2014 8:50 PM | 5/02/2014 10:12 PM | | FWQPTL | 08D | ECONOMY - M |

Endorsement: NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE
Notes: LAST DAY TO PURCHASE 24APR/2359 TKT:2797447212351

_____

LEG 2 _____
Air:
City 1: EWR - NEWARK,NJ
City 2: BOS - BOSTON
CRS Locator: AAPXAS
PTA #:
Price: USD366.90(roundtrip price)
Ticketing Instructions: E-Ticket
Air itinerary:

| Airline | Flight # | Origin | Destination | Departure | Arrival | OperatedBy | AL Locator | Seat # | Class |
|---|---|---|---|---|---|---|---|---|---|
| JETBLUE AIRWAYS CORP (B6) | 2380 | EWR | BOS | 5/04/2014 11:29 AM | 5/04/2014 12:31 PM | | FWQPTL | 04D | ECONOMY - R |

Endorsement: NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE
Notes:

# Lauth Consulting, Inc.

# Invoice

159 Pinewood Ct.
Jupiter, FL 33458

**PLEASE NOTE NEW MAILING ADDRESS**

| Date | Invoice # |
|------|-----------|
| 4/23/2014 | 1014 |

Bill To

Amerijet International
Andrea Granese
6145 NW 18th Street
Building 716A
Miami, FL 33126

| Terms | Due Date |
|-------|----------|
| Due on receipt | 4/23/2014 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| FAA Roster Fee N | Current FAA Roster April 2014 | 10 | 10.00 | 100.00 |

Thank you for choosing Lauth Consulting, Inc.

| | |
|---|---|
| Total | $100.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $100.00 |

Corporate Travel Consultants II, LLC

dba Global Crew Logistics
2699 Collins Avenue
Miami Beach, Florida 33140

Phone: (305)576-3200
Toll Free: (800)842-8763
Fax: (305)576-0054

CTC Reservation #: 1071854-1558379
Status: CLOSED
Agent: SILVIA BILBAO

Passenger: MR TIMOTHY BAILEY

Itinerary Summary: WASHINGTON -DCA(DCA) - NEWARK,NJ(EWR) - WASHINGTON -DCA(DCA)

LEG 1

Air:
City 1: DCA - WASHINGTON -DCA
City 2: EWR - NEWARK,NJ
CRS Locator: IZIYBQ
PTA #:
Price: USD546.00(roundtrip price)
Ticketing Instructions: E-Ticket
Air itinerary:

| Airline | Flight # | Origin | Destination | Departure | Arrival | OperatedBy | AL Locator | Seat # | Class |
|---------|----------|--------|-------------|-----------|---------|------------|-----------|--------|-------|
| UNITED AIRLINES, INC.(UA) | 4299 | DCA | EWR | 5/02/2014 6.01 PM | 5/02/2014 7.29 PM | /EXPRESSJET AIRLINES DBA UNITED EXPRESS | MDG3K9 | 22A | UNITED ECONOMY - E |

Endorsement: NONREFUNDABLE / CHANGE FEE MAY APPLY
Notes: UA 0167447519187

LEG 2

Air:
City 1: EWR - NEWARK,NJ
City 2: DCA - WASHINGTON -DCA
CRS Locator: IZIYBQ
PTA #:
Price: USD546.00(roundtrip price)
Ticketing Instructions: E-Ticket
Air itinerary:

| Airline | Flight # | Origin | Destination | Departure | Arrival | OperatedBy | AL Locator | Seat # | Class |
|---------|----------|--------|-------------|-----------|---------|------------|-----------|--------|-------|
| UNITED AIRLINES, INC.(UA) | 3896 | EWR | DCA | 5/03/2014 9:56 PM | 5/03/2014 11:10 PM | /REPUBLIC AIRLINES DBA UNITED EXPRESS | MDG3K9 | 24B | UNITED ECONOMY - E |

Endorsement: NONREFUNDABLE / CHANGE FEE MAY APPLY
Notes:



**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Zero G | Date | 5/31/2014 |
| Address | 8000 Towers Crescent Drive  Suite 1000 | Order No. | |
| City | Vienna          State VA          ZIP 22182 | Rep | |
| Attn: | Terese Brewster | FOB | |

| Qty | Description | Unit Price | | TOTAL |
|---|---|---|---|---|
| 1 | JARSI  AJ418    PO# 134244 | $ 4,576.00 | $ | 4,576.00 |
| | | | | |
| | | | | |
| 1 | Hussam Sadek Expense Account 4/30/14 - 5/4/14 | $ 1,139.56 | $ | 1,139.56 |
| 1 | Rich Carpenter Management Hours and Expenses | $    350.92 | $ | 350.92 |
| | | | | |
| | | | | |
| 1 | Amerijet Representative | $    644.44 | $ | 644.44 |
| 8 | PBH (Tires, Wheels and Brakes) | $    104.24 | $ | 833.92 |
| 1 | Crew Scheduling  (See attached) | $ 5,627.19 | $ | 5,627.19 |
| 1 | Crew Scheduling  (Additional Ticket charge from April) | $    760.50 | $ | 760.50 |
| | Per Management Agreement Amerijet Services dated 11/16/06, sec. (E), 2 (n) of article 11-8.5% service charge for operation of N794AJ | | $ | 1,184.27 |
| 1 | Inflight Payroll | $ 3,323.80 | $ | 3,323.80 |
| 1 | Inflight Expenses | $ 1,254.46 | $ | 1,254.46 |
| | | SubTotal | $ | 19,695.06 |
| | | Shipping | | |

| Payment | Select One... | Tax Rate(s) | | |
|---|---|---|---|---|
| | | | | |
| Comments Invoice Number | | TOTAL | $ | 19,695.06 |
| Name | | | | |
| CC # | | Email to: krader@spaceadventures.com | | |
| Expires | | | | |



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

**JARSI**

MAY 5, 2014

INVOICE #AJ418
PAGE 1 OF 2

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRRAFT #N794AJ**          **PO#134244**
**ATTN: MR. CLAPPER**

**WORK PERIOD:**      APRIL 30, TO MAY 4, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT. PERFORMED THE
FOLLOWING SERVICES ON AIRCRAFT #N794AJ:

**DATE OF WORK:**      APRIL 30, 2014
1. TRAVELED FROM FLL TO HOU BY DELTA AIRLINES.
2. ARRIVED AT HOU, AND TRAVELED TO EFD BY RENTAL CAR.
3. ARRIVED AT AIRCRAFT, C/W SECURITY INSPECTION.
4. REMOVED AIRCRAFT FROM SHORT TERM STORAGE.
5. C/W INSPECTION OF FLYAWAY KIT.
6. C/W ENGINE RUN AND SYSTEM OPS CHECK.
7. C/W SERVICE CHECK.

**DATE OF WORK:**      MAY 1, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W TRANSIT CHECK.
3. PREPPED AND DEPARTED WITH AIRCRAFT FROM EFD TO EWR.
4. ARRIVED AT EWR, C/W POST FLIGHT INSPECTION.
5. SERVICED ENGINE OILS.
6. PREPPED AND SECURED AIRCRAFT.

**DATE OF WORK:**      MAY 2, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. CHECKED CAPTAIN'S GLIDE SLOPE INDICATOR.
3. REPLACED L/H OVER WING FUEL TANK CAP.
4. OFFLOADED FLYAWAY KIT, TOOLS AND ZERO-G ITEMS.
5. CLEANED AND TREATED R1 DOOE SEAL.
6. STARTED SERVICE CHECK.
7. PREPPED AND SECURED AIRCRAFT FOR NEXT DAY FLIGHT.

**DATE OF EORK:**      MAY 3, 2014
1. TO AIRCRAFT, C/W SECURITY INSPECTION.
2. C/W SERVICE CHECK.
3. C/W TRANSIT CHECK.
4. PREPPED AND DEPARTED AIRCRAFT ON PARABOLIC FLIGHT.

ZERO-G

AMERIJET INTERNATIONAL, INC.

    5.  RECEIVED AIRCRAFT FROM PARABOLIC FLIGHT.
    6.  C/W POST FLIGHT INSPECTION.
    7.  C/W TRANSIT CHECK.
    8.  PERPPED AND DEPARTED AIRCRAFT ON 2ND PARABOLIC FLIGHT.
    9.  RECEIVED AIRCRAFT FROM PARABOLIC FLIGHT.
    10. C/W POST FLIGHT INSPECTION.
    11. LOADED FLYAWAY KIT, TOOLS AND ZERO-G ITEMS ONTO AIRCRAFT.
    12. C/W TRANSIT CHECK.
    13. PREPPED AND DEPARTED WITH AIRCRAFT FROM EWR TO BQK.
    14. ARRIVED AT BQK, C/W POST FLIGHT INSPECTION.
    15. SECURED AIRCRAFT.

**DATE OF WORK:**    MAY 4, 2014
    1.  TRAVELED FROM BQK TO JAX BY TAXI.
    2.  DEPARTED JAX BY SOUTH WEST AIRLINES FO FLL.
    3.  ARRIVED AT FLL.

**MAN HOURS WORKED ACCOUNTED FOR AS FOLLOWS:**

| | | | |
|---|---|---|---|
| APRIL 30, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| MAY 1, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| MAY 2, 2014 | MAN HOURS WORKED: | = | 24:00 HRS. |
| MAY 3, 2014 | MAN HOURS WORKED: | = | 28:00 HRS. |
| MAY 4, 2014 | MAN HOURS WORKED: | = | 16:00 HRS. |
| **TOTAL MAN HOURS WORKED:** | | = | 116:00 HRS. |
| 116:00 HRS.    @ $36.00 PER HR. | | = | $4,176.00 |
| **PER DIEM @ $40.00 PER DAY EACH:** | | = | $ 400.00 |
| **AMOUNT DUE THIS INVOICE:** | | = | $4,576.00 |

ZERO-G

**$4,576.00**

AMERIJET INTERNATIONAL, INC.
2800 S ANDREWS AVE
FT. LAUDERDALE    FL 33316

P U R C H A S E   O R D E R

P/O NO:      134244
P/O DATE : 05/05/14
BUYER :    TBR

VENDOR:

SHIP TO:

JARSI (DBA)
AMJ AVIATION CORP
1170 LEE WAGENER BLVD STE #109
FT LAUDERDALE FL  33315

MIA - MIAMI AIRLINE DIVISION
AMERIJET INTERNATIONAL, INC.
6145 NW 18TH STREET BLDG 716B
MIAMI FL  33126

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|---|---|---|---|
| THEIR SERVICE | | COD | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | 7305-10-0794-20 | EA | ASAP | 4576.000 | 4,576.00 |
| | R & M - 794AJ | | | | |
| | INVOICE AJ418 ZERO-G MAINT | | | | |
| | APRIL 30, TO MAY 4, 2014 | | | | |

CK# 21001

ZERO-G

PURCHASE ORDER TOTAL                           4,576.00

**AMERIJET INTERNATIONAL, INC.**
**AMERIJET STORES PETTY CASH**
2800 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316

21001

63-4/630 FL
634

DATE 5/5/14

PAY TO THE ORDER OF   J ARSI

$ 4,576.00

FOUR-THOUSAND-FIVE-HUNDRED-SEVENTY-SIX $\frac{00}{100}$ DOLLARS

**Bank of America**

ACH R/T 063100277

FOR   134244

Edlyanallilian

⑈021001⑈ ⑆063000047⑆ 0055619014685⑈



# EMPLOYEE EXPENSE REPORT

CARGO *IS* OUR BUSINESS

FROM: 4/30/2014

TO: 5/4/2014

THE COMPANY REIMBURSES EMPLOYEES FOR
REASONABLE AND NECESSARY EXPENSES INCURRED
ON THE COMPANY'S BEHALF'S WHILE ENGAGED ON
AUTHORIZED COMPANY BUSINESS, SUBJECT TO IRS
RULES AND REGULATIONS.

THE FOLLOWING DOCUMENTS NEED TO BE ATTACH TO THIS FORM: 1-RECEIPTS, BILL'S FOR HOTEL
2-PASSENGER COUPONS
3-RECEIPS OF TRANSPORTATION
4-BILLS FOR CHARGES TO THE
COMPANY

| DATE | DESCRIPTION OF WORK ASSIGNMENT<br>Travel To FLL, HOU, EFD, EWR, BQK, FLL | Transportation | Lodging | Meals | Miscellaneous Detail | Miscellaneous Amount | Total | |
|------|------|------|------|------|------|------|------|------|
| | | | | | | | | |
| 4/19 4/26 | per diem 5 days | | | $290.00 | | | $250.00 | 7305-10-0794-20 |
| 4/30 5/4 | Car rental in HOU | $97.97 | | | | | $97.97 | 7305-10-0794-20 |
| 5/1/2014 | Gas in HOU | | | | $12.00 | | $12.00 | 7305-10-0794-20 |
| 5/3 5/4 | Hotel in BQK for Sam, Dean and Jordan | | $362.97 | | | | $362.97 | 7305-10-0794-20 |
| 5/4/2014 | Southwest ticket JAX/FLL for Sam and Jordan | $400.00 | | | | | $400.00 | 7305-10-0794-20 |
| 5/4/2014 | Parking in FLL | | | | $37.50 | | $37.50 | 7305-10-0794-20 |
| 5/6/2014 | From page 2 | | | | $29.12 | | $29.12 | 7305-10-0794-20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | ZERO-G | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTAL EXPENCE FOR PERIOD | | | | | | $1,139.56 | |
| | LESS ADVANCES RECEIVED (DETAIL ON REVERSE) | | | | Petty cash | | 0.00 | |
| | REIMBURSEMENT REQUESTED (IF ADVANCE EXCEEDS EXPENCE AMOUNT DUE AMERIJET) | | | | | | $1,139.56 | |

NAME: Hussam Sadek
EMPLOYEE

SIGNED: _____          DATE:_____ 5/5/2014
EMPLOYEE

APPROVED BY:_____          DATE:_____ 5/5/2014
IMMEDIATE SUP:

## ALLOWANCE FOR USE OF PERSONAL AUTO

| DATE | DESCRIPTION (includes miles to and from home) | MILES | DATE | DESCRIPTION (includes miles to and from home) | MILES |
|------|------|------|------|------|------|
| 4/19/2014 | To FLL airport | 26 | | | |
| 4/26/2014 | From FLL airport | 26 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL MILEAGE | | 52 |
| | | | AT CURRENT APPROVE RATE OF .565 CTS A MILE | | 0.56 |
| | | | TOTAL ALLOWANCE | | $29.12 |
| | | | | | |
| | | | | | |

## DETAIL OF RENTED AUTO USAGE

| DATE | DETAIL RE, COMPACT ECT | MAKE & MODEL | DAYS | MILES | CHARGES |
|------|------|------|------|------|------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ZERO=G

## ADVANCES RECEIVED

| DATE | RECIVED FROM | DESCRIPTION | CK # | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

Fairfield Inn & Suites by Marriott
Brunswick

107 Gateway Center Circle
Brunswick Ga 31525
912.264.2080



FAIRFIELD
INN & SUITES®
Marriott.

D. Markis

Room: 307

Room Type: DBDB

Number of Guests: 1

Rate: $109.00          Clerk:

| Arrive: 03May14 | Time: 10:53PM | Depart: 04May14 | Time: | Folio Number: 74838 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 03May14 | Room Charge | | 109.00 | |
| 03May14 | Occupancy Tax | | 5.45 | |
| 03May14 | State Tax | | 6.54 | |
| 04May14 | Visa | | | 120.99 |

Card #: VIXXXXXXXXXXXXX3152/XXXX
Amount: 120.99 Auth: 00173D Signature on File
This card was electronically swiped on 03May14

Balance:          0.00

**Rewards Account # XXXXX7231.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us We Really Appreciate Your Business!!

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

ZERO-G

Fairfield Inn & Suites by Marriott
Brunswick

107 Gateway Center Circle
Brunswick Ga 31525
912.264.2060



B-Markis    JoRDAN

Room: 309

Room Type: DBDB

Number of Guests: 1

Rate: $109.00          Clerk:

| Arrive: 03May14 | Time: 10:54PM | Depart: 04May14 | Time: | Folio Number: 74839 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03May14 | Room Charge | 109.00 | |
| 03May14 | Occupancy Tax | 5.45 | |
| 03May14 | State Tax | 6.54 | |
| 04May14 | Visa | | 120.99 |

Card #: VIXXXXXXXXXXXX3152/XXXX
Amount: 120.99 Auth: 02159D Signature on File
This card was electronically swiped on 03May14

Balance:          0.00

**Rewards Account # XXXXX9257.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us We Really Appreciate Your Business!!

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

ZERO-G

**Fairfield Inn & Suites by Marriott**
**Brunswick**

107 Gateway Center Circle
Brunswick Ga 31525
912.264.2060



B-Markis  HUSSAN SAOGK

Room: 310

Room Type: DBDB

Number of Guests: 1

Rate: $109.00          Clerk:

| Arrive: 03May14 | Time: 10:54PM | Depart: 04May14 | Time: | Folio Number: 74840 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03May14 | Room Charge | 109.00 | |
| 03May14 | Occupancy Tax | 5.45 | |
| 03May14 | State Tax | 6.54 | |
| 04May14 | Visa | | 120.99 |
| | Card #: VIXXXXXXXXXXXX3152/XXXX | | |
| | Amount: 120.99 Auth: 03396D Signature on File | | |
| | This card was electronically swiped on 03May14 | | |
| | Balance: | 0.00 | |

**Rewards Account # XXXXX5293.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us We Really Appreciate Your Business!!

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



Type here to search   Entire Mailbox ☑ 🔍          📶  📋 Options  🌐  Sign out

| Mail |
| --- |
| Calendar |
| Contacts |
| Deleted Items (1) |
| Drafts |
| Inbox |
| Junk E-Mail [1] |
| Sent Items |

Click to view all folders ▌

Manage Folders...

📨 Reply  📨 Reply All  📨 Forward  📋 ✕  🗑 Junk  Close          ⬆ ⬇ ✕

## Flight reservation (MT78RL) | 04MAY14 | JAX-FLL | Sadek/Hussam, Jordan/Anderson

Southwest Airlines [SouthwestAirlines@luv.southwest.com]

Sent: Sunday, May 04, 2014 8:43 AM
To: Hussam Sadek

You're all set for your trip!



### SOUTHWEST                                              My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

☒ AIR Itinerary

### AIR Confirmation: MT78RL                     Confirmation Date: 05/4/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
| --- | --- | --- | --- | --- |
| SADEK/HUSSAM | 396247655 | 5262412443399 | May 4, 2015 | 1758 |
| JORDAN/ANDERSON | 20070014893 | 5262412443400 | May 4, 2015 | 1758 |

Rapid Rewards points earned are only estimates. Visit your dailylocalhost. Southwest.com or Rapid Reward(s) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
| --- | --- | --- |
| Sun May 4 | 835 | Depart JACKSONVILLE, FL (JAX) on Southwest Airlines at 2:05 PM |
| | | Arrive in FT. LAUDERDALE, FL (FLL) at 3:20 PM |
| | | Travel Time 1 hrs 15 mins |
| | | Anytime |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your check-in time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 400.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262412443399: NONTRANSFERABLE.
5262412443400: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

JAX WN FLL 175.81YL 175.81 END ZPJAX XFJAX4.5 AY2.50$JAX2.50

 Learn About Our Boarding Process →

 Get EarlyBird Check-In® Details →


SAVE UP TO 30%
AND EARN 2,400 POINTS.
Alamo

### NEED A HOTEL?
Best Rate Guarantee
Flexibility to Pay Later
Earn up to
750 Rapid Rewards Points
Book a Hotel

### NEED A CAR?
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car

### CLICK 'N SAVE
Join over 17 million email subscribers saving big on travel each week.

Sign Up

## Cost and Payment Summary

☑ AIR - M778RL

| | | | |
|---|---|---|---|
| Base Fare | $ 351.62 | **Payment Information** | |
| Excise Taxes | $ 26.38 | Payment Type: Discover XXXXXXXXXXX7127 | |
| Segment Fee | $ 8.00 | Date: May 4, 2014 | |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $400.00 | |
| September 11th Security Fee | $ 5.00 | | |
| **Total Air Cost** | **$ 400.00** | | |



---

✈
**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now →

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com. **Learn More →**



---

### Useful Tools

Check In Online
Early Bird Check-in
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

---

### Legal Policies & Helpful Information

Privacy Policy          Customer Service Commitment          Contact Us
Notice of Incorporated Terms          FAQs

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

ZERO-G

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200

RECEIPT      168

PRO NO.   6307
ENTRY TIME: 043014
              04:17
EXIT TIME: 050414
              22:02
AMOUNT:   $ 37.50
TAX INCLUDED
MC
XXXXXXXXXXXX0416
        XXX/XX 101
AUTH. CODE 066202
ENTRY 27
RATE
RCY
VAL $ 0.00

   THANK YOU
FOR YOUR VISIT

ZERO-G

GULF FRW.EXXON
14380 GULF FWY
HOUSTON TX,77034

EXXON EXPRESS PAY

GULF FREEWY F, 4405347
14380 GULF FWY
HOUSTON , TX

05/01/28th 11:44:44 AM 20683092

DISCOVER XXX7127   82521
SHOER/HUSTAN Y MR
INVOICE PINDA56
AUTH #P1338

PUMP# 5
Regular                1.AFBG
PRICE/GAL              3.459

FUEL TOTAL            $ 12.88

                 -----------
Subtotal = $ 12.88
        Tax = $ 8.03
                 -----------
        Total = $ 12.88

CREDIT               $ 12.88
Credit
FCXB5

THANK YOU FOR YOUR BUSINESS !!



**RENTAL AGREEMENT NUMBER:** 186321682

We are proud to feature a 100% smoke-free fleet!

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | HUSSAM SADEK |
| Wizard Number: | **TAM |
| Avis Worldwide Discount: | AVIS CDM LEVEL 3 |
| Customer Status: | AVIS FIRST |
| Method of Payment: | CASH |
| Frequent Traveler Number: | WN/00000390247655 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 64299620 |
| Vehicle Group Rented: | Intermediate |
| Vehicle Group Charged: | Compact |
| Vehicle Description: | RED CHEVROLET CRUZE |
| License Plate Number: | LAN348555 |
| Odometer Out: | 23435 |
| Odometer In: | 23519 |
| Total Driven: | 84 |
| Fuel Gauge Reading: | Full |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | APR 30,2014@10:00AM |
| Pickup Location: | 7114 AIRPORT BOULEVARD WILLIAM P. HOBBY AIRPORT HOUSTON,TX,77061,US 713-641-9300 |
| Return Date/Time: | MAY 01,2014@10:00AM |
| Return Location: | 122 A WEST BAY AREA BOULEVARD BAY AREA SQUARE SHOPPING CTR WEBSTER,TX,77598,US 281-488-4890 |

Additional fees may apply if charges are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 1 DAY / MAX DAY)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: | UNLIMITED | Your Discount: | |
| Hourly: | 60.75 | 1 DY @ 81.00 = | 81.00 |
| Daily: | 81.00 | Less 10.00% Discount = | (-)8.10 |
| Xtra Day: | 81.00 | | |
| Weekly: | 405.00 | | |
| Monthly: | 2430.00 | Time and Mileage: | 72.90 |

## Your Optional Products/Services

| | |
|---|---|
| Optional Services Total: | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 8.62 |
| FTP SRS 1.00/DY | 1.00 |
| VEH LICENSE RECOUP 2.00/DY | 2.00 |
| ENERGY RECOVERY FEE 0.77/DY | .77 |
| **Sub-total-Charges:** | 85.19 |
| TAX 15.000% | 12.78 |

## Your Non-Taxable Products/Services

ZERO-G

| | |
|---|---|
| **Your Total Charges paid:** | 97.97 |
| Prepay:Cash | (-)31.95 |
| Prepay:Voucher | (-)97.97 |

| | |
|---|---|
| **Net Charges:** | USD .00 |
| **Your Total Due:** | 0.00 |

Thank you for renting with Avis.
If you have any questions regarding eToll, please contact our eToll provider, HTA at 1-866-285-6050 or visit their web site at www.htallc.com.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.

Your vehicle was rented to you by ALICIA.          Your vehicle was checked in by MARK.

## EMPLOYEE EXPENSE REPORT



CARGO IS OUR BUSINESS

FROM: 5/9/2014

TO: 5/16/2014

THE COMPANY REIMBURSES EMPLOYEES FOR
REASONABLE AND NECESSARY EXPENSES INCURRED
ON THE COMPANY'S BEHALF'S WHILE ENGAGED ON
AUTHORIZED COMPANY BUSINESS, SUBJECT TO IRS
RULES AND REGULATIONS.

THE FOLLOWING DOCUMENTS NEED TO BE ATTACH TO THIS FORM: 1-RECEIPTS, BILL'S FOR HOTEL
2-PASSENGER COUPONS
3-RECEIPS OF TRANSPORTATION
4-BILLS FOR CHARGES TO THE
COMPANY

| DATE | DESCRIPTION OF WORK ASSIGNMENT<br>Travel To MIA, BQK, MIA Engine removal | Transportation | Lodging | Meals | Miscellaneous Detail | Miscellaneous Amount | Total | |
|------|------|------|------|------|------|------|------|------|
| 5/9 5/16 | per diem 8 days | | | $400.00 | | | $400.00 | 7305-10-0794-20 |
| 5/8 5/16 | Car rental | $284.28 | | | | | $284.28 | 7305-10-0794-20 |
| 5/8/2014 | Gas | | | | $60.45 | | $60.45 | 7305-10-0794-20 |
| 5/12/2014 | Lunch for engine change crew | | | $90.00 | | | $90.00 | 7305-10-0794-20 |
| 5/9 5/16 | Hotel in BQK for Sam | | $613.83 | | | | $613.83 | 7305-10-0794-20 |
| 5/9 5/16 | Hotel in BQK for Jordan | | $613.83 | | | | $613.83 | 7305-10-0794-20 |
| 5/16/2014 | Gas | | | | $51.88 | | $51.88 | 7305-10-0794-20 |
| 5/17/2014 | Gas | | | | $18.81 | | $18.81 | 7305-10-0794-20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | ZERO-G | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL EXPENCE FOR PERIOD | | | | | | | $2,133.08 | |
| LESS ADVANCES RECEIVED (DETAIL ON REVERSE) | | | | | Petty cash | | 0.00 | |
| REIMBURSEMENT REQUESTED (IF ADVANCE EXCEEDS EXPENCE AMOUNT DUE AMERIJET) | | | | | | | $2,133.08 | |

NAME: Hussam Sadek
EMPLOYEE

SIGNED: _____     DATE:_____  5/19/2014
EMPLOYEE

APPROVED BY:_____     DATE:_____  5/19/2014
IMMEDIATE SUP:



Hussarn/Mr Sadek

4601 North Fairfax Drive

Suite 1200

Arlington VA 22203

Room: 329

Room Type: EXKS

Number of Guests: 1

Rate: $139.00          Clerk: CSL

Arrive: 09May14      Time: 02:48PM      Depart: 16May14      Time: 07:46AM      Folio Number: 75034

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 09May14 | Room Charge | 139.00 | |
| 09May14 | Occupancy Tax | 6.95 | |
| 09May14 | State Tax | 8.34 | |
| 10May14 | Room Charge | 139.00 | |
| 10May14 | Occupancy Tax | 6.95 | |
| 10May14 | State Tax | 8.34 | |
| 11May14 | Room Charge | 119.00 | |
| 11May14 | Occupancy Tax | 5.95 | |
| 11May14 | State Tax | 7.14 | |
| 12May14 | Room Charge | 139.00 | |
| 12May14 | Occupancy Tax | 6.95 | |
| 12May14 | State Tax | 8.34 | |
| 13May14 | Room Charge | 139.00 | |
| 13May14 | Occupancy Tax | 6.95 | |
| 13May14 | State Tax | 8.34 | |
| 14May14 | Room Charge | 139.00 | |
| 14May14 | Occupancy Tax | 6.95 | |
| 14May14 | State Tax | 8.34 | |
| 15May14 | Room Charge | 139.00 | |
| 15May14 | Occupancy Tax | 6.95 | |
| 15May14 | State Tax | 8.34 | |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 60.00 |
| 16May14 | Occupancy Tax | | 3.00 |
| 16May14 | State Tax | | 3.60 |
| 16May14 | Room Charge Rebate | | 40.00 |
| 16May14 | Occupancy Tax | | 2.00 |

ZERO-G

Fairfield Inn & Suites by Marriott
Brunswick

107 Gateway Center Circle
Brunswick Ga 31525
912 264.2060



FAIRFIELD
INN & SUITES®
Marriott.

| | | | | |
|---|---|---|---|---|
| Hussam/Mr Sadek | | | Room: 329 | |
| 4601 North Fairfax Drive | | | Room Type: EXKS | |
| Suite 1200 | | | Number of Guests: 1 | |
| Arlington VA 22203 | | | Rate: $139.00 | Clerk: CSL |
| | | | | |
| Arrive: 09May14 | Time: 02:48PM | Depart: 16May14 | Time: 07:46AM | Folio Number: 75034 |
| Date | Description | | Charges | Credits |
| 16May14 | State Tax | | | 2.40 |
| 16May14 | Visa | | | 613.83 |
| | Card #: VIXXXXXXXXXXXX3152/XXXX | | | |
| | Amount: 613.83 Auth: 05066D Signature on File | | | |
| | This card was electronically swiped on 09May14 | | | |
| | | Balance: | 0.00 | |

**Rewards Account # XXXXX9257.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us We Really Appreciate Your Business!!

As requested, a final copy of your bill will be emailed to you at: HSADEK@AMERIJET.COM. See "Internet Privacy Statement" on Marriott.com.

ZERO-G

Fairfield Inn & Suites by Marriott
Brunswick

107 Gateway Center Circle
Brunswick Ga 31525
912.264.2060



A. Jordan

Room: 328

Room Type: DBDB

Number of Guests: 1

Rate: $79.00          Clerk:

| Arrive: 09May14 | Time: 03:05PM | Depart: 16May14 | Time: | Folio Number: 75033 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 09May14 | Room Charge | | 79.00 | |
| 09May14 | Occupancy Tax | | 3.95 | |
| 09May14 | State Tax | | 4.74 | |
| 10May14 | Room Charge | | 79.00 | |
| 10May14 | Occupancy Tax | | 3.95 | |
| 10May14 | State Tax | | 4.74 | |
| 11May14 | Room Charge | | 79.00 | |
| 11May14 | Occupancy Tax | | 3.95 | |
| 11May14 | State Tax | | 4.74 | |
| 12May14 | Room Charge | | 79.00 | |
| 12May14 | Occupancy Tax | | 3.95 | |
| 12May14 | State Tax | | 4.74 | |
| 13May14 | Room Charge | | 79.00 | |
| 13May14 | Occupancy Tax | | 3.95 | |
| 13May14 | State Tax | | 4.74 | |
| 14May14 | Room Charge | | 79.00 | |
| 14May14 | Occupancy Tax | | 3.95 | |
| 14May14 | State Tax | | 4.74 | |
| 15May14 | Room Charge | | 79.00 | |
| 15May14 | Occupancy Tax | | 3.95 | |
| 15May14 | State Tax | | 4.74 | |
| 16May14 | Visa | | | 613.83 |

ZERO-G

*Card #: VIXXXXXXXXXXXX3152/XXXX*
*Amount: 613.83 Auth: 05027D Signature on File*

*This card was electronically swiped on 09May14*

Balance:          0.00

**Rewards Account # XXXXX5534.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us We Really Appreciate Your Business!!

As requested, a final copy of your bill will be emailed to you at: AMJJORDAN@AOL.COM. See "Internet Privacy Statement" on Marriott.com.

ZERO-G

Spartan Food Mart
9497 108th Ave
Vero Beach, FL.
STN 00210190

05/16 14    21:11:00

E-DISCOVER
XXXXX XXXXXX7127
Invoice     3086158
Auth#       01633R

Pump# 3
14.0256 & $ 3.699/G
Sale/Self    $ 51.88

Total        $ 51.88

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
PLEASE COME AGAIN

E-COME
22044128
FRIEND_V EXPRESS 77

DATE 25/25/14   18:54
PUMP # 04
PRODUCT: REG1
GALLONS        15.523
SETTLE/        8  3.699
FUEL SALE    $ 52.46
XXXXXXXXXXXXXX7127
St-# 22044128
DISCOVER
Inv# 3864718
Auth# 22954R

learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
HAVE A NICE DAY

CREDIT CARD
ORDER

5769
Domino's Pizza
(712) 267-0822

5/12/2016        11:53 AM
Order 131641    Server 0666

Carry-Out
Time

(305) 510-4774

Visa
CREDIT CARD #  XXXXXXXXXXXX315V
REFERENCE
APPROVAL COD:       05171F

Amount           $85.46

Tip              4.54

Total            90.00

# Hertz

#01 PN **RR 147016472**
RES G1993909493
**HUSSAM SADEK** CC

### INITIAL CHARGES
RENT RT $ 175.00  / WEEK  @ 1   / WEEKS          $    175.00
RENT RT $  35.00  / DAY   @ 2   / DAYS           $     70.00
**SUBTOTAL**                                     T$   245.00

### CHARGES ADDED DURING RENTAL
LOW            DECLINED
LIS            DECLINED
PAI PLC        DECLINED
PREM RO SVC    DECLINED
* ADDITIONAL CHARGES

### SERVICE CHARGES/TAXES
VEHICLE LICENSING COST RECOVERY      1.48%  T$      3.43
FLA SURCHG                                  T$     18.27
ENERGY SURCHARGE                            T$      1.49
TAX       6.000% ON TAXABLE TTL OF $  268.19  $    16.09
**TOTAL AMOUNT DUE**                          $    284.28
CHARGED ON  VISA             XXXXXXXXXXXXX3152

Gold Plus Rewards Points Earned This Rental:   270

### FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01398 / 8269854       13 N/L IMPALA 5P3N
LICENSE: TN J4189R
FUEL:    FULL         8/8 OUT   8/8 IN
MILEAGE IN:    34535      TR-X MILES:
MILEAGE OUT:   33615      MILES ALLOWED:
MILES DRIVEN:    920      MILES CHARGED:
COP: 1392782   - HERTZ MEMBER PROGRAM

RENTED:      CORAL SPRINGS HLE
RENTAL:      05/08/14 16:06
RETURN:      05/17/14 13:20
RETURNED  CORAL SPRINGS HLE
COMPLETED BY:  2095/FLCRE01

PLAN IN:    CNVW      RATE CLASS:  P
PLAN OUT:   CNVD

---

*** REPRINT *** REPRINT *** REPRINT ***
SAMPLE RD CHEVRON
11491 W. SAMPLE RD
CORAL SPRINGS
SAMPLE RD CHEVRON, 00202984
11491 W. SAMPLE RD
CORAL SPRINGS, FL

05/17/2014 01:03:04 PM 560708745

XXXXXXXXXXXXX7127 DISCOVER
INVOICE E/B465544
AUTH 01771R

PUMP#  2
UNLEAD REG                           5.017G
PRICE/GAL                            3.749

FUEL TOTAL                        $  18.81

                                 --------
                    Subtotal = $  18.81
                         Tax = $   0.00
*** REPRINT *** REPRINT *** REPRINT ***
                                 --------
                       Total = $  18.81


CREDIT                            $  18.81
*** REPRINT *** REPRINT *** REPRINT ***
Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

ZERO-G

THANK YOU

TATEMENT OF CHARGES - NOT VALID FOR RENTAL

*** REPRINT *** REPRINT *** REPRINT *

## Amerijet Airline Division Employee Expense Report

For Time Period Beginning: 05/02/14 _____ Ending: 05/03/14 _____

The Company reimburses employees for reasonable and necessary expenses incurred on the company's behalf while engaged on authorized company business, subject to IRS rules and regulations. Be sure to attach Receipts and/or Bills (copies only, retain originals for your records). Use this form for **all reimbursable expenses including AmEx. Submit to Crew Scheduling for approval.**

| Date | Base / Flight # | Contract- Scheduled Service- Charter | Description of Expense (hotel, ground travel, airline ticket) | Amount | General Ledger # (To be completed by company) |
|------|---------|------------|-------------------------------|--------|------------------|
| 05/02/14 | | Contract | Lunch | $14.56 | 7175-10-0000-40 |
| 05/03/14 | | Scheduled | Breakfast Pancakes only | $15.00 | 7175-10-0000-40 |
| 05/03/14 | | Scheduled | Dinner | $13.92 | 7175-10-0000-40 |
| 05/03/14 | | Scheduled | Dinner | $5.13 | 7175-10-0000-40 |
| 05/03/14 | | Scheduled | Hotel + Meal | $272.31 | 7110-10-0000-40 |
| 05/03/14 | | Scheduled | Airport Parking | $30.00 | 7585-10-0000-40 |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |
| | | Scheduled | | | |

Total Expense for Period: $350.92

Less Credits/Advances: _____

Total Reimbursement: $350.92

| Department: | 47 | Print Name: Richard Carpenter | Emp #: 2191 |
|---|---|---|---|
| | | Signature: | Date: 05/07/14 |
| | | Supervisor Approval: | Date: |

Additional Notes: Hotel + Meals for EWR Zero G management

```
            HMSHOST
           URBAN MKT
    FT LAUDERDALE INTL AIRPORT

303511 Samantha
------------------------------
7149                     GST 2
        MAY02'14  7:12PM
------------------------------
       TO GO

  1 WTR ARTC SOL M       2.59
  1 SAND TURK GOUDA      8.69
  1 TEA HOT M            2.59
  XXXXXXXXXXXX2065
  VISA                  14.56

  SUBTOTAL             13.87
  TAX                   0.69
  AMOUNT PAID      14.56
--303511 Closed MAY02 07:13PM---

  THANK YOU FOR YOUR BUSINESS!

  TELL US ABOUT YOUR EXPERIENCE

       MIKEL WALKER
       954-774-1228
   MIKEL.WALKER@HMSHOST.COM
```

```
         & & & 401 & & &
   ********Aviation Grill *******
   32 DWI
   --------------------------------
   TBL 10/1      1548      GST 3
        03MAY'14  8:51AM
   --------------------------------
    1 ALL AMERICAN       20.00
    1 PANCAKES           15.00
    1 WESTERN OMELET     16.00
    1 COLD CEREAL         9.00
      Sub-Total:         60.00
         Tax              4.20
   9:13 TOTAL DUE: $64.20
   PLEASE COMPLETE FOR ROOM CHARGES

   GRATUITY_____

   TOTAL_____

   ROOM NUMBER_____

   PRINT LAST NAME_____

   SIGNATURE_____
```

Smashburger
Store # 1108
Newark Liberty Int'l
Airport Terminal C
973 622 1166

# RICH

| Host: Keyenah RICH | 05/03/2014 5:53 PM 10151 |
|---|---|

Order Type: ON TRAY

| Av Club Grilled Chicken | 6.99 |
|---|---|
| With Sweet Potato Fries | 2.29 |
| Geyser Water | 3.99 |

| Subtotal | 13.27 |
|---|---|
| Tax | 0.65 |

## ON TRAY Total     13.92

| Visa #XXXXXXXXXXXX2065 | $ 13.92 |
|---|---|
| Auth:424845 | |

Tell us what you think &
receive free smashfries plus
a chance to instantly win an
iPod or $1,000. Visit us online at
www.smashburgersurvey.com
Valid for 30 days  CODE:_____

--- Check Closed ---

Auntie Anne's
NJ #140
Newark Int'l Airport - Terminal C
The Port Athority of NY & NJ
Newark, NJ 07114
973.624.1111

105 Katherine

| Check: 285 | Guests: 1 |
|---|---|
| 05/03/2014 06:06PM | |

| 1 | Large Waffle cone | $4.79 |
|---|---|---|
| | Cash | $20.00 |

| Subtotal | $4.79 |
|---|---|
| Tax | $0.34 |
| Payment | $5.13 |
| Change Due | $14.87 |

----------- Check Closed -----------
05/03/2014 06:07:03PM

TELL US HOW WE'RE DOING!
auntieannes.com/comment_form.aspx

FT. LAUD-HLWD
INT'L AIRPORT
954-359-0200
EXIT LANE   K130-

PRO NO.  3419
ENTRY TIME: 050214
                  18:31
EXIT TIME: 050314
                 23:29
AMOUNT:  $ 30.00
TAX INCLUDED
VI
XXXXXXXXXXXX2066
            XXXXX 101
AUTH. CODE 915923
ENTRY 9
RATE
RC8
VAL $ 0.00

THANK YOU
FOR YOUR VISIT

NEWARK AIRPORT MARRIOTT



861  CARPENTER/RICHARD/S          Date     05/03/14  12:00    17123
                                                             ACCT#
KGAN                                       05/02/14  22:43

16

| Room Clerk | Address | | Payment | | | MRW#: XXXXX5089 |
|---|---|---|---|---|---|---|
| DATE | | REFERENCE | CHARGES | | CREDITS | BALANCE DUE |

| 05/02 | AVIATION | 1429 861 | 54.01 | |
|---|---|---|---|---|
| 05/02 | ROOM | 861, 1 | 189.00 | |
| 05/02 | STATE TX | 861, 1 | 13.23 | |
| 05/02 | TOURISM | 861, 1 | 2.84 | |
| 05/02 | CITY OCC | 861, 1 | 11.34 | |
| 05/02 | ST OCCUP | 861, 1 | 1.89 | |
| 05/03 | MC CARD | | | $272.31 |

TO BE SETTLED TO:     MASTERCARD      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

To secure your next stay, go to marriott.com



INTERNATIONAL, INC.
LAND, SEA, AIR - WE GET IT THERE !

May 20, 2014

**HONEYWELL**
Customer Support Manager, Wheels, Brakes, Engines & Systems
**Via Fax: 574-231-2780**

**Re: May 1-15, 2014 – Amerijet Cycles**

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **$7,786.68**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn: Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, FL 33316
> -or-
> Email: apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

# HONEYWELL WHEELS AND BRAKES
## May 1-15, 2014

### R & M - WHEELS AND BRAKES (HONEYWELL)

| AIRCRAFT | CYCLES | $ RATE | TOTAL: |
|---|---|---|---|
| N199AJ | 3 | 76.34 | $229.02 |
| N395AJ | 22 | 76.34 | $1,679.48 |
| N495AJ | 21 | 76.34 | $1,603.14 |
| N598AJ | 35 | 76.34 | $2,671.90 |
| N794AJ | 4 | 76.34 | $305.36 |
| N905AJ | 17 | 76.34 | $1,297.78 |
| TOTAL: | 102 | | $7,786.68 |

| | GRAND TOTAL: | $7,786.68 |
|---|---|---|



LAND, SEA, AIR - *WE GET IT THERE!*

May 20, 2014

Mr. Yasunori Tsuyuhara
Exec. VP Sales/Mrktg/Finance
**BRIDGESTONE**
**Via Fax:  336-548-7436**

**Re:  May 1-15, 2014 – Amerijet Cycles**

Dear Mr. Tsuyuhara:

Attached is the breakdown of the Amerijet cycles, which details the landings for the referenced time period. The total amount due is **$2,845.80**. Please forward your invoice to the following address:

> Amerijet International, Inc.
> Attn:  Angela Perez, Manager
> Accounts Payable
> 2800 S. Andrews Avenue
> Ft. Lauderdale, FL  33316
> -or-
> Email:  apinvoice@amerijet.com

Best regards,

*Julio Berard*

Julio Berard
Sr. Director of Maintenance

Attachment

## BRIDGESTONE TIRES
### *May 1-15, 2014*

### R & M - TIRES (BRIDGESTONE)

| | AIRCRAFT | CYCLES | $ RATE | TOTAL |
|---|---|---|---|---|
| | N199AJ | 3 | 27.90 | $83.70 |
| | N395AJ | 22 | 27.90 | $613.80 |
| | N495AJ | 21 | 27.90 | $585.90 |
| | N598AJ | 35 | 27.90 | $976.50 |
| | N794AJ | 4 | 27.90 | $111.60 |
| | N905AJ | 17 | 27.90 | $474.30 |
| **TOTAL:** | | **102** | | **$2,845.80** |
| | | | **GRAND TOTAL:** | **$2,845.80** |

## May 2014 — Revised May

| | Comments | NRS Flight Paid | Per Diem | Ticket | Misc | |
|---|---|---|---|---|---|---|
| Description | May 1st to54th ED/ DBT/ NF | | | | | |
| Hours | 20.8hrs X 3 | 62.4 | | | | |
| Per Diem | $166.60 X 3 | | 499.80 | | | |
| Ticket - Hector | MIA to IAH - May 1st | | | 200.00 | | |
| Tickes - Douglas | FLL to IAH - May 1st | | | 137.00 | | |
| Ticket - Erich | FLL to IAH - May 1st | | | 202.00 | | |
| 2G change - FLT CXL but tkt was bought already | | | | | | |
| Ticket - Hector | Jacksonville to MIA - May 4th | | | 231.00 | | |
| Ticket - Douglas | Jacksonville to FLL May 4th | | | 200.00 | | |
| Ticket - Erich | Jacksonville to FLL - May 4th | | | 200.60 | | |
| 2G change - FLT CXL but tkt was bought already | | | | | | |
| Ticket - Erich | NJ to FLL - May 4th | | | 324.00 | | |
| Ticket - Hector | NJ to MIA - May 4th | | | 324.00 | | |
| Ticket - Douglas | NJ to FLL - May 4th | | | 324.00 | | |
| Ticket fee | 9 X 35 | | | 315.00 | | |
| Description | | | | | | Training |
| EXPENSE | Douglas Thompson .. No Exp | | | | | |
| EXPENSE | Eric Domitrovitz | | | | 2,331.39 | |
| EXPENSE | Hector Fuentes | | | | 150.00 | |
| TOTAL | | 62.4 | 499.8 | 2,646.0 | 2,481.4 | 0.0 |

| May-2014 | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| EXTRA HRS OVER 195 HRS | 0.00 | NORMAL COST (Zero g is billed for 65 x 3 = 195 hrs per month) excluding training. |
| | 499.80 2,646.00 2,481.39 0.00 | EXTRA CREW COST PER DIEM TICKET Expense TRAINING (hours / dollars) |
| TOTAL | $5,627.19 | |

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

# Electronic Invoice

## Prepared For:
## FUENTES/HECTOR

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0984447 |
| INVOICE ISSUE DATE | 23 Apr 2014 |
| RECORD LOCATOR | VHGBZQ |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, May 01

**Flight: AMERICAN AIRLINES 2339**

| From | MIAMI INTERNTNL, FL | Departs | 10:50am |
|---|---|---|---|
| To | HOUSTON GEO BUSH, TX | Arrives | 12:45pm |
| | | Arrival Terminal | A |
| Duration | 02hr(s) :55min(s) | Class | Economy |
| Type | BOEING 737-800 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | FUENTES/HECTOR | Seat(s) - 23C | |

## DATE: Wed, Jul 30

Others

RETENTION
SEGMENT

## DATE: Sat, Sep 20

Others

RETENTION
SEGMENT ******

# Ticket Information

| Ticket Number | AA 7447278696 | Passenger | FUENTES HECTOR | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 290.00 |

| | |
|---|---|
| Total base fare amount | USD 259.53 |
| Total Taxes | USD 30.47 |
| Net Credit Card Billing | * USD 290.00 |

global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

# Electronic Invoice

## Prepared For:
## THOMPSON/DOUGLAS

| | |
|---|---|
| SALES PERSON | VT |
| INVOICE NUMBER | 0984502 |
| INVOICE ISSUE DATE | 23 Apr 2014 |
| RECORD LOCATOR | EHNDMD |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

## DATE: Thu, May 01

### Flight: SOUTHWEST AIRLINES 906

| From | FT LAUDERDALE, FL | Departs | 10:25am |
|---|---|---|---|
| To | TAMPA, FL | Arrives | 11:30am |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :05min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Thu, May 01

### Flight: SOUTHWEST AIRLINES 760

| From | TAMPA, FL | Departs | 12:15pm |
|---|---|---|---|
| To | HOUSTON HOBBY, TX | Arrives | 1:35pm |
| Duration | 02hr(s) :20min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, Jul 30

Others

RETENTION
SEGMENT

## DATE: Sat, Sep 20

Others

RETENTION
SEGMENT ******

# Ticket Information

**Ticket Number**     WN 2409883521     **Passenger**

| | | | |
|---|---|---|---|
| Billed to: | AX XXXXXXXXXXX3012 | USD | * 137.00 |

| | |
|---|---|
| Total base fare amount | USD 137.00 |
| Total Taxes | USD 0.00 |
| Net Credit Card Billing | * USD 137.00 |
| | |
| Total Amount Due | USD 0.00 |

TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
U9-2022
L-137.00ÂWN
IR-FQ 137.00 WN
N-137.00
U-3587
OR DONALD PHONE
DS-
U5-EHNDMD-MB9RSD

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

 **global crew logistics**

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

3

# Electronic Invoice

## Prepared For:
## DOMITROVITS/ERICH

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0984456 |
| INVOICE ISSUE DATE | 23 Apr 2014 |
| RECORD LOCATOR | XLNYWD |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

## DATE: Thu, May 01

### Flight: SOUTHWEST AIRLINES 906

| | | | |
|---|---|---|---|
| From | FT LAUDERDALE, FL | Departs | 10:25am |
| To | TAMPA, FL | Arrives | 11:30am |
| Departure Terminal | 1 | | |
| Duration | 01hr(s) :05min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Thu, May 01

### Flight: SOUTHWEST AIRLINES 760

| | | | |
|---|---|---|---|
| From | TAMPA, FL | Departs | 12:15pm |
| To | HOUSTON HOBBY, TX | Arrives | 1:35pm |
| Duration | 02hr(s) :20min(s) | Class | Economy |
| Type | BOEING 737-700 JET | Meal | |
| Stop(s) | Non Stop | | |

## DATE: Wed, Jul 30

Others

RETENTION
SEGMENT

## DATE: Sat, Sep 20

Others

RETENTION
SEGMENT ******

## Ticket Information

| Ticket Number | WN 2409881981 | Passenger | | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 302.00 |

| | | |
|---|---|---|
| Total base fare amount | USD 260.47 |
| Total Taxes | USD 41.53 |
| Net Credit Card Billing | * USD 302.00 |
| | |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.
*

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.
*

PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY
*

VALID GOVERNMENT ISSUED ID OR PASSPORT IS REQUIRED
*

VALID PASSPORTS REQUIRED FOR ALL INTERNATIONAL TRAVEL
*

VISAS MAY BE REQUIRED FOR SOME INTERNATIONAL
DESTINATIONS.
*

BAGGAGE RULES AND APPLICABLE FEES VARY BY AIRLINE.
TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 302.00 HLA7PNRO HLA7PNRO-23APR-F5
OR-DONALD FONE
L-302.00ÅLF
U6-3587
N-302.00
U5-XLNYWD-M58R5J
D5-

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

 **global**
**crew logistics**

**CORPORATE TRAVEL CONSULTANTS II**
**Phone: 1-800-842-8763**
crew@ctc2.com

## Electronic Invoice

### Prepared For:
**FUENTES/HECTOR**

Ref:  7520-10-0000-40

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0997040 |
| INVOICE ISSUE DATE | 03 May 2014 |
| RECORD LOCATOR | UHHEMA |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

### DATE: Sun, May 04

**Flight: AMERICAN AIRLINES 3484 Operated by: ENVOY AIR AS AMERICAN EAGLE**

| From | JACKSONVILLE FL, FL | Departs | 3:40pm |
|---|---|---|---|
| To | MIAMI INTERNTNL, FL | Arrives | 4:55pm |
| Duration | 01hr(s) :15min(s) | Class | Economy |
| Type | ERJ-145 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | FUENTES/HECTOR | Seal(s) - 15B | AA - XXXXX L8 |

### DATE: Sat, Aug 02

**Others**

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | AA 7449751117 | Passenger | FUENTES HECTOR | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 230.00 |

| | | |
|---|---|---|
| Total base fare amount | | USD 203.72 |
| Total Taxes | | USD 26.28 |
| Net Credit Card Billing | | * USD 230.00 |
| Total Amount Due | | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.