5/6

FL7 CXC
BUT WE STILL HAD
TO PAY FOR TICKETS

**DATE: Mon, May 04**
**Flight: SOUTHWEST AIRLINES 835**
From JACKSONVILLE FL,
FL
Departs 2:05pm
To FT LAUDERDALE,
FL
Arrives 3:20pm
Arrival Terminal 1
Duration 01hr(s) :15min(s) Class Economy
Type Meal
Stop(s) Non Stop

## Ticket Information

much

**Ticket Number** WN 2412420268 **Passenger** MARKIS DEAN
**Billed to:** AX XXXXXXXXXXX3012 USD * 200.00
**Ticket Number** WN 2412420269 **Passenger** THOMPSON DOUGLAS
**Billed to:** AX XXXXXXXXXXX3012 USD * 200.00
**Ticket Number** WN 2412420270 **Passenger** DOMITROVITS ERICH
**Billed to:** AX XXXXXXXXXXX3012 USD * 200.00

**Total base fare amount** USD 527.43
**Total Taxes** USD 72.57
**Net Credit Card Billing** * USD 600.00
----------
**Total Amount Due** USD 0.00
ALLOW MINIMUM

**DATE: Sun, May 04**
Flight: UNITED AIRLINES 1170
From NEWARK, NJ Departs 8:59am
To FT LAUDERDALE, FL Arrives 12:04pm
Departure Terminal C Arrival Terminal 1
Duration. ^^^r(s) :05min(s) Class United Economy
Type BOEING 737-800 JET
Meal Food and Beverage
for Purchase
Stop(s) Non Stop
Seat(s) Details DOMITROVITS/ERICH Seat(s) - 37D
**DATE: Sat, Aug 02**
**Others**
RETENTION
SEGMENT

## Ticket Information
**Ticket Number** UA 7448389927 **Passenger** DOMITROVITS ERICH 
**Billed to:** AX XXXXXXXXXXX3012 USD * 324.00
**Total base fare amount** USD 291.16
**Total Taxes** USD 32.84
**Net Credit Card Billing** * USD 324.00
----------
**Total Amount Due** USD 0.00

  **CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

## Electronic Invoice

### Prepared For:
**FUENTES/HECTOR**                          Ref:    0000-00-0000-00

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0989483 |
| INVOICE ISSUE DATE | 28 Apr 2014 |
| RECORD LOCATOR | IZETKO |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

### DATE: Sun, May 04

**Flight: AMERICAN AIRLINES 1383**

| | | | | |
|---|---|---|---|---|
| From | NEWARK, NJ | Departs | 5:29pm | |
| To | MIAMI INTERNTNL, FL | Arrives | 8:45pm | |
| Departure Terminal | A | | | |
| Duration | 03hr(s) :16min(s) | Class | Economy | |
| Type | BOEING 757 JET | Meal | Food for Purchase | |
| Stop(s) | Non Stop | | | |

### DATE: Sat, Aug 02

**Others**

RETENTION
SEGMENT

## Ticket Information

| **Ticket Number** | AA 7448190155 | **Passenger** | **FUENTES HECTOR** | | |
|---|---|---|---|---|---|
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 324.00 |

| | |
|---|---|
| **Total base fare amount** | USD 291.16 |
| **Total Taxes** | USD 32.84 |
| **Net Credit Card Billing** | * USD 324.00 |
| **Total Amount Due** | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.
*

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.
*

PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY
*

9

 global
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
**Phone: 1-800-842-8763**
**crew@ctc2.com**

# Electronic Invoice

## Prepared For:
## THOMPSON/DOUGLAS

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0990636 |
| INVOICE ISSUE DATE | 28 Apr 2014 |
| RECORD LOCATOR | CHDOOI |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2500 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

## DATE: Sun, May 04

**Flight: UNITED AIRLINES 1170**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 8:59am |
| To | FT LAUDERDALE, FL | Arrives | 12:04pm |
| Departure Terminal | C | Arrival Terminal | 1 |
| Duration | 03hr(s) :05min(s) | Class | United Economy |
| Type | BOEING 737-800 JET | Meal | Food and Beverage for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | THOMPSON/DOUGLAS | Seat(s) - 26E | |

## DATE: Sat, Aug 02

**Others**

RETENTION
SEGMENT

## DATE: Sat, Sep 20

**Others**

# Ticket Information

| **Ticket Number** | UA 7448369942 | **Passenger** | THOMPSON DOUGLAS | | |
|---|---|---|---|---|---|
| | | **Billed to:** | AX XXXXXXXXXXX3012 | USD | * 324.00 |

| | |
|---|---|
| **Total base fare amount** | USD 291.16 |
| **Total Taxes** | USD 32.84 |
| **Net Credit Card Billing** | * USD 324.00 |
| **Total Amount Due** | USD 0.00 |

TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 324.00 VAA00AHN-28APR-X1
OR-DONALD FONE
L-324.00ALF

# Amerijet International Inc

## Detailed Expense Report

**01-May-14 to 09-May-14**

| Crew Name | Date | Flight | Port | Event Type | Amount Claimed |
|---|---|---|---|---|---|
| Domitrovits, Erich | | | | | |
| | 5/1/2014 | TVL/210 | ELLINGTON | Crew Transportation (Grc | $37.20 |
| | 5/2/2014 | RES | NEW JERSEY | Crew Hotel | $1,560.93 |
| | 5/3/2014 | 211/212 | Brunswick | Crew Hotel | $362.97 |
| | 5/3/2014 | 211/212 | NEW JERSEY | Crew Transportation (Grc | $6.75 |
| | 5/3/2014 | 211/212 | NEW JERSEY | Crew Transportation (Grc | $178.54 |
| | 5/4/.2014 | | Brunswick , GA | Crew Transportation (Grc | $185.00 |
| | Crew Sub Total: | | | | $2,331.39 |
| Fuentes, Hector | | | | | |
| | 5/1/2014 | TVL/210 | ELLINGTON | Crew Transportation Grot | $110.00 |
| | 5/1/2014 | TVL/210 | MIAMI | Crew Transportation Grot | $20.00 |
| | 5/4/2014 | TVL MIA | MIAMI | Crew Transportation Grot | $20.00 |
| | Crew Sub Total: | | | | $150.00 |

```
[illegible address]
[illegible]
05/11/14  19:01:15
[illegible]
```

Sale

XXXXXXXXXX4228

*** PIN USED ***     $6.75

Join Our Loyalty
Program and Save

17178s23c9

912-223-2498
Brunswick, GA 31525

TAXI CAB

1ST

JAX, Savh, & BWK
Airports
FLETC (Admits Permit)
St. Simons
Sea Island
Jekyll Island
And beyond...

#183

37.20

6/

GUESTFOLIO

MARRIOTT

| 841 DOMITROVITS/ERICH | | 05/03/14 18:38 | 15066 |
| | | | ACCT# |
| KGTN | | 29  05/01/14 21:34 | |
| 52 | | PASSPORT: | |
| | | MC)XXXXXXXXXXX7442 | |
| | | | MRW#: XXXXX4986 |

| 05/11 ROOM | 841. 1 | 189.00 | |
| 05/01 CITY OCC | 841. 1 | 29.30 | |
| 05/01 VALETPRK | VALET | 36.80 | |
| 05/02 ROOM | 841. 1 | 189.00 | |
| 05/02 CITY OCC | 841. 1 | 29.30 | |
| 05/02 VALETPRK | VALET | 36.80 | |
| 05/03 PART DAY | PART | 50.00 | |
| 05/03 STATE TX | PART | 9.50 | |
| 05/03 TOURISM | PART | .75 | |
| 05/03 CITY OCC | PART | 3.00 | |
| 05/03 ST OCCUP | PART | .50 | |
| 05/03 GUARD-MC | | 567.95 | |
| SETTLED TO: | MASTERCARD | XXXXXXXXXXXX7442 | |

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM.

$1560.93

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

MARRIOTT

| 705 THOMPSON/DOUGLAS | | 05/03/14 10:36 | ISDEE |
|---|---|---|---|
| KGTN | 29 | 05/01/14 21:36 | ALCT# |
| 62 | | PASSPORT: | |
| | | MCXXXXXXXXXXXXX7442 | |
| | | | MRW#: XXXXX5448 |

| Date | Description | | Amount |
|---|---|---|---|
| 05/01 | ROOM | 705 | 189.00 |
| 05/01 | CITY OCC | 705 | 28.30 |
| 05/01 | TELECOMM | PREMRSIA | 4.00 |
| 05/01 | WEB TAX | PREMRSIA | .26 |
| 05/02 | ROOM | 705 | 189.00 |
| 05/02 | CITY OCC | 705 | 26.30 |
| 05/02 | PART DAY | PART | 50.00 |
| 05/03 | STATE TX | PART | 3.30 |
| 05/03 | TOURISM | PART | .75 |
| 05/03 | CITY OCC | PART | 3.00 |
| 05/03 | ST OCCUP | PART | .50 |
| 05/03 | CCARD-MC | | 466.63 |
| | SETTLED TO: | MASTERCARD | XXXXXXXXXXX7442 |

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

GUEST FOLIO 

MARRIOTT

```
    701 FUENTES/HECTOR                    05/03/14 18:35    16017
         Name                             05/01/14 21:36    ACCT #
    KGTN                            29
    62                                 PASSPORT:
                                       MCXXXXXXXXXXXX7442
                                                            MRW#: XXXXX7231
```

```
C5/03  ROOM            701  :  159.00
C5/03  CITY  OCC       701  :   29.59
C5/04  ROOM            701  :  159.50
C5/03  CITY  OCC       701  :   29.59
C5/03  PART DAY        PART      50.00
C5/03  STATE  TX       PART       3.50
C5/03  TOURISM         PART        .75
C5/03  CITY  OCC       PART       3.00
C5/03  ST OCCUP        PART        .50
C5/03  CCARD-MC                            496.35
       SETTLED TO:     MASTERCARD          XXXXXXXXXXXX7442
                                                             .00
```

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
HECFD536HOTMAIL.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

113

Fairfield Inn & Suites by Marriott
Brunswick

182 Gateway Center Drive
Brunswick, GA 31525
912.264.3366

FAIRFIELD
INN & SUITES
Marriott

D Marks

Room: 300
Room Type: DBDB
Number of Guests: 1
Rate: $109.00    Clerk:

| Arrive: 03May14 | Time: 10:50PM | Depart: 04May14 | Time: | Folio Number: 7481* |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 03May14 | Room Charge | | 109.00 | |
| 03May14 | Occupancy Tax | | 5.43 | |
| 03May14 | State Tax | | 6.54 | |
| 04May14 | Master Card | | | 120.96 |
| | Card # MC/O XXXXXX XXXX74*/XXXXX | | | |
| | Amount: 12...98  Auth.: 003448  Signature on File | | | |
| | This card was electronically swiped on 03May14 | | | |
| | | Balance: | 0.00 | |

As a Rewards Member, you could have earned points toward your free night in vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Thank You For Staying With Us We Really Appreciate Your Business!!

Want your final hotel bill by email? Just ask the Front Desk. See "Internet Privacy Statement" on Marriott.com.

120.99
× 3
362.97



Fairfield Inn & Suites by Marriott
Brentwood

100 Gateway Centre Drive
Brentwood, TN 21378
1-1-261-2301

FAIRFIELD
INN & SUITES
Marriott

D. Minds.

Room: 502
Room Type: 1-4 Rm
Number of Guests: 1
Rate: $109.00        Clerk:

| Arrive: 03May14 | Time: 10:51PM | Depart: 04May14 | Time: | Folio Number: 74830 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 03May14 | Room Charge | | 109.00 | |
| 03May14 | Occupancy Tax | | 8.45 | |
| 03May14 | State Tax | | 6.54 | |
| 04May14 | Master Card | | | 120.99 |
| | Card #: MCXXXXXXXXXXXXXX/442/XXXX | | | |
| | Amount: 120.99  Auth: 2: 3448  Signature on File | | | |
| | This card was electronically swiped on 03May14 | | | |
| | | Balance: | 0.00 | |

Rewards Account # XXXXX4586. Your Rewards points for this current on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Thank You For Staying With Us. We Really Appreciate Your Business!

Got all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on the first point.



Fairfield Inn & Suites by Marriott
Brunswick

1177 Gateway Center Circle
Brunswick Ga 31525
912 264 2040

T. Marks

Room: 328

Room Type: DWDR

Number of Guests: 1

Rate: $109.00      Clerc:

| Arrive: 03May14 | Time: 10 52PM | Depart: 04May14 | Time: | Folio Number: T4837 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 03May14 | Room Charge | | 109.00 | |
| 03May14 | Occupancy Tax | | 7.45 | |
| 03May14 | State Tax | | 6.54 | |
| 04May14 | Master Card | | | 120.99 |
| | Card #: MCXXXXXXXXXXXXXX4726XXXX | | | |
| | Amount: 120.99 Auth: 003798 Signature on File | | | |
| | This card was electronically swiped on 03 May14 | | | |
| | | Balance: | 0.00 | |

Rewards Account # XXXXXXXXXX Your Rewards points will be credited to your account. Once your Rewards Account Statement or your other correspondence is posted it will be...

Thank You For Staying With Us We Really Appreciate Your Business !!

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

**National Car Rental.**

NATIONAL CAR RENTAL SYSTEM, INC.
6929 N LAKEWOOD AVE, STE 100
TULSA, OK 74117
CUSTOMER SERVICE (800) 468-3334

RA # 927721443

01-MAR-2014 09:30 PM

Phone (888) 826-6890

Renter Name  BRIDE DONIGHOVITZ
Bill Ref#  5002254229
2401 NW 84 WAY
SUNRISE
FL 33322

Rental Location
2C ORANGE, INC. 778
35 NEWARK AIRPORT BLDG 25
NEWARK          NJ   07114-1

SIGNATURE TIGHT CASH
Contract ID

Return Location
2C ORANGE, INC. 778
03-MAR-2014 09:00 AM

| Vehicle *                  |           | Charges | No | Unit    | Price/Unit | Amount |
|----------------------------|-----------|---------|----|---------|------------|--------|
| Model                      | PRESMC    |         |    |         |            |        |
| Class Driven               | FCAR      |         |    |         |            |        |
| Class Charge               | FCAR      |         |    |         |            |        |
| Licensed                   | VEHCOY    |         |    |         |            |        |
| State/Province NEW JERSEY  |           |         |    |         |            |        |
| M/End Driven   29          |           |         |    |         |            |        |
| M/Beg Out      289         |           |         |    |         |            |        |
| M/End In       695         |           |         |    |         |            |        |

| Charges                              | No | Unit   | Price/Unit | Amount   |
|--------------------------------------|----|--------|------------|----------|
| TIME & DISTANCE                      |    |        |            |          |
| UNLIMITED MILES/Da - TIME & DISC     | 2  | Days   | 77.00      | 154.00 * |
| DISCOUNG - ZIMS & DISC 17.00%        |    | M/Day  |            | 0.00     |
| TRANSPORTATION FACILITY CHARGE       | 2  | Days   | 154.00     | -27.30 * |
| AIRPORT ACCESS FEE 18 PCT            |    |        |            | 4.00     |
| DOMESTIC SECURITY FEE 9.00/DAY       | 2  | Days   | 139.90     | 15.71 *  |
| VEHICLE LICENSE RECOV FEE .90/DAY    | 2  | Days   | 147.41     | 30.00 *  |
| SALES TAX 47.000 %                   |    |        | 131.90     | 1.00     |
| VEHICLE RENTAL TAX #5.000 %          |    |        |            | 10.33 *  |
|                                      |    |        |            | 6.60     |

Rate Info

Message
* Taxable Items
Subject to Audit

| Total Charges |          |              |            |       | USD  278.54 |
|---------------|----------|--------------|------------|-------|-------------|
| Payments      |          |              |            |       |             |
| Master Card   |          | 7442         |            |       |             |
| Master Card   | AUTH#    | 022630 03-MAR-2014 | 7442 |       |             |
| ACH+          | 235638   | 03-MAR-2014  | 09.27      |       | -278.54     |

Amount Due                                                          USD 0.00

HF



①

T... ... ... ... W
17-477-6000

TERM : 892
INT-Ext 7244
5/1/2014
11:48:44 PM
Card
**************7600
EXP ****
MER N 629861
AUTH 441959

FARE: $ 110.20

TOTAL: $ 110.80

AFF: $ 110.80

X _____
CARD, APPROVED

**$110**

IMPORTANT:
Retain a copy
for your records

②

SUPER **YELLOW Cab** Receipt
(305) 888-7777
Date _12.62_
Emp _5 4. 14_ Time _____
Odo _Min_____
Date _____
To _Clew_____ _fare___ _20.00_+__
_Mole_ Amount _____
Driver __Compliant of Compliance, DOT, VD 5555 PT 18.35 (9/17/15)_

**—** **$20**

③

**Yellow Cab 444-4444**
**Metro Taxi 888-8888**
Date _5/1/14_ Taxicab # _1278_
Customer _Heenu Fuentz_
From _Cue Room_
To _Mia_
Amount _20_ Driver _____
CB 15-1-1 PECD12 PSCD47
**MIAMI'S #1 FAMILY ATTRACTION**
**JUNGLE ISLAND** **10% OFF**
jungleisland.com ADMISSION

**$20**

## Apr 2014 ----- Additional ticket charge

5.19.2014

| | Comments | HRS Flight Paid | Per Diem | HOTEL | Ticket |
|---|---|---|---|---|---|
| Description | Apr 19th to 26th  Ed /DBT/ HF | | | | |
| Ticket | Hector Fuentes | | | | 725.50 |
| Ticket fee | $35.00 | | | | 35.00 |
| Description | | | | | |
| TOTAL | | 0.0 | 0.0 | 0.0 | 760.5 |

| Apr-2014 Additonal cost to other bill | EXTRA CREW COST BILL ZERO G | COMMENTS |
|---|---|---|
| | 760.50 | EXTRA CREW COST TICKET *** Additional charge |
| TOTAL | $760.50 | |

**NOTE**

** April has 2 Bills  .... Regular bill and this bill with extra ticket cost

 **global**
crew logistics

**CORPORATE TRAVEL CONSULTANTS II**
Phone: 1-800-842-8763
crew@ctc2.com

## Electronic Invoice

### Prepared For:
**FUENTES/HECTOR**                                      Ref: **7520-10-0000-40**

| | |
|---|---|
| SALES PERSON | WS |
| INVOICE NUMBER | 0973678 |
| INVOICE ISSUE DATE | 14 Apr 2014 |
| RECORD LOCATOR | VUTFAB |
| CUSTOMER NUMBER | 100131 |

Client Address

AMERIJET
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33316

Notes
PLEASE REVIEW YOUR ITINERARY FOR ACCURACY

### DATE: Sat, Apr 19

**Flight: AMERICAN AIRLINES 1641**

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 5:05pm |
| To | HOUSTON GEO BUSH, TX | Arrives | 7:00pm |
| | | Arrival Terminal | A |
| Duration | 02hr(s) :55min(s) | Class | Economy |
| Type | BOEING 737-800 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Notes | SEATING RESTRICTED AIRPORT CHECK IN ONLY. | | |

### DATE: Sat, Apr 26

**Flight: AMERICAN AIRLINES 1604**

| | | | |
|---|---|---|---|
| From | HOUSTON GEO BUSH, TX | Departs | 9:55am |
| To | MIAMI INTERNTNL, FL | Arrives | 1:20pm |
| Departure Terminal | A | | |
| Duration | 02hr(s) :25min(s) | Class | Economy |
| Type | BOEING 737-800 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | FUENTES/HECTOR | Seat(s) - 28C | |

### DATE: Fri, Jul 25

Others

RETENTION
SEGMENT

## Ticket Information

| Ticket Number | AA 7397275442 | Passenger | FUENTES HECTOR | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX3012 | USD | * 725.50 |

| | | |
|---|---|---|
| Total base fare amount | USD 655.81 |
| Total Taxes | USD 69.69 |
| Net Credit Card Billing | * USD 725.50 |
| | --------- |
| Total Amount Due | USD 0.00 |

ALLOW MINIMUM 60-90 MINUTES FOR DOMESTIC CHECK-IN
AND 2-3 HOURS FOR INTERNATIONAL TRAVEL.
PLEASE RECONFIRM YOUR FLIGHTS WITH THE AIRLINE
DIRECTLY AS SCHEDULES ARE SUBJECT TO CHANGE.
*

ALL TICKETS MUST BE CANCELLED PRIOR TO ORIGINAL
SCHEDULED FLIGHT DATE AND TIME TO RETAIN ANY VALUE
FOR POTENTIAL FUTURE USE TOWARDS ANOTHER ITINERARY.
*

PLEASE REVIEW FARE RULES/RESTRICTIONS MAY APPLY
*

VALID GOVERNMENT ISSUED ID OR PASSPORT IS REQUIRED
*

VALID PASSPORTS REQUIRED FOR ALL INTERNATIONAL TRAVEL
*

VISAS MAY BE REQUIRED FOR SOME INTERNATIONAL
DESTINATIONS.
*

BAGGAGE RULES AND APPLICABLE FEES VARY BY AIRLINE.
TIM BROWNING
CONTRACTS REQUIRE YOUR EMPLOYEE TO HAVE A COMPANY ID
IRP-FQ 725.50 MA00ERD1 VA07ERD1-14APR-X1
OR-DONALD PH
L-725.50ALF
U6-6370
N-725.50

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel
arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

|  |  | P.E. | P.E. |  |
| Last Name | First Name | 4/27/2014 | 5/4/2014 | Total |
| --- | --- | --- | --- | --- |
| Bailey | Timothy |  | 375.00 | 375.00 |
| Brady | Fernmarie |  |  | - |
| Ennella | Camille |  |  | - |
| Granese | Andrea | 1,153.85 | 1,153.85 | 2,307.70 |
| Knohl | James |  |  | - |
| Scheuermann | Authur |  |  | - |
| Sierpinski | Paul |  |  | - |
| Steiner | Stephen |  | 375.00 | 375.00 |
| Ward | Robert |  |  | - |
| Whitesides | Loretta |  |  | - |
|  |  |  |  | - |
| TAXES - Social Security - ER |  | 71.54 | 118.04 | 189.58 |
| TAXES - Medicare - ER |  | 16.73 | 27.61 | 44.34 |
| TAXES - FL SUI - ER |  |  | 32.18 | 32.18 |
|  |  | 1,242.12 | 2,081.68 | 3,323.80 |

DEPARTMENT IN
750020
Acmsrance Cont(140)

**ANALYSIS DEPT. 750080**

State Analysis:    STATE TAX    STATE WAGES    BY STATE FIT

Total    $70.28

Federal Taxable Analysis and Employer Unemployment Liability    TAXABLE    PCT    TAX

FUTA
Social Security-EE
Social Security-ER
Medicare-EE
Medicare-ER
Medicare Surtax-EE

750024
ADMIN ZERO G    40.00    1,155.68

**ANALYSIS DEPT. 750022**

State Analysis:    STATE TAX    STATE WAGES    BY STATE FIT
FL
BUI    119.85
Total    119.85

State Taxable Analysis and Employer Unemployment Liability    TAXABLE    PCT    TAX
FL BUI
Total

Federal Taxable Analysis and Employer Unemployment Liability    TAXABLE    PCT    TAX
Federal    1,153.85    119.85
FUTA
Social Security EE    1,153.85    6.20    71.54
Social Security ER    1,153.85    6.20    71.54
Medicare EE    1,153.85    1.45    16.73
Medicare ER    1,153.85    1.45    16.73
Medicare Surtax-EE    .90

750023

NO. PAYS:    21    NET CASH:

NO. PAYS:    1    NET CASH:    945.73

1,153.85 of CO    119.85 FIT    STATE
71.64 SS    SUI/DI
16.73 MED    LOCAL    945.73  PAYS

Deduction Analysis
V    CHECK
Total    945.73

# EMPLOYEE TIME SHEET

*BILL TO ZERO-G*

**WEEK ENDING:**           04/27/2014
**EMPLOYEE:**             ANDREA GRANESE
**DEPARTMENT:**         7S0022

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|---|---|---|---|---|
| 04/21/2014 | MONDAY | 8 | | |
| 04/22/2014 | TUESDAY | 8 | | |
| 04/23/2014 | WEDNESDAY | 8 | | |
| 04/24/2014 | THURSDAY | 8 | | |
| 04/25/2014 | FRIDAY | 8 | | |
| 04/26/2014 | SATURDAY | | | |
| 04/27/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

**APP BY:**
**SIGNATURE**       Robert L Mencel

**DATE:**       04/27/2014

ANALYSIS DEPT. 790021

| | STATE TAX | STATE WAGES | BY STATE FIT | | | NO. PAYS | 2 NET CASH | $31.60 | | |
|---|---|---|---|---|---|---|---|---|---|---|

State Analysis:

STATE TAX ___ STATE WAGES ___ BY STATE FIT 41.00 41.00

FL ___ 41.00
Total 41.00

Federal Taxable Analysis and Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Fed | 750.00 | | 41.00 |
| FUTA | 750.00 | .60 | 4.50 |
| FICA | 780.00 | 6.20 | 46.50 |
| Social Security-ER | 750.00 | 6.20 | 46.50 |
| Social Security-ER | 750.00 | 6.20 | 46.50 |
| Medicare-ER | 750.00 | 1.45 | 10.87 |
| Medicare-ER | 750.00 | 1.45 | 10.88 |
| Medicare Surtax-ER | | .90 | |

State Taxable Analysis and Employer Unemployment Liability

FL SUI

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| FL | 750.00 | | |
| Total | 750.00 | 4.2900 | 32.18 |
| | | | 32.18 |

Deduction Analysis
CHECK $31.60
Total $31.60

---

ANALYSIS DEPT. 790022

ADMIN ZERO G  40.00

| | | | | | | 1,183.85 | | | | 1,183.85 |

| NO. PAYS | 1 NET CASH | $45.72 | | |

| | | FIT 119.65 | | |
| | | 71.64 | 86 | |
| | | 18.74 | MED | |

Deduction Analysis
V CHECK $45.72
Total $45.72

---

State Analysis:

| | STATE TAX | STATE WAGES | BY STATE FIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Federal Taxable Analysis and Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Fed | 1,183.85 | | 119.65 |
| FUTA | | .60 | |
| FICA | | | |
| Social Security-ER | 1,183.85 | 6.20 | 71.84 |
| Social Security-ER | 1,183.85 | 6.20 | 71.84 |
| Medicare-ER | 1,183.85 | 1.45 | 18.74 |
| Medicare-ER | 1,183.85 | 1.45 | 18.75 |
| Medicare Surtax-ER | | .90 | |

---

790094

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

ADP Payroll Summary

AMERIJET INTL.
Company Code: HNG

Service Center: 036

Batch: 0932-038
Pay Date: 05/08/2014

Period Ending: 06/04/2014

Week 19
Page 2

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

| | |
|---|---|
| WEEK ENDING: | 05/04/2014 |
| EMPLOYEE: | TIMOTHY BAILEY |
| DEPARTMENT: | 750021 |

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|---|---|---|---|---|
| 04/28/2014 | MONDAY | | | |
| 04/29/2014 | TUESDAY | | | |
| 04/30/2014 | WEDNESDAY | | | |
| 05/01/2014 | THURSDAY | | | |
| 05/02/2014 | FRIDAY | | | |
| 05/03/2014 | SATURDAY | 2 | ZG #357 & #358 | EWR |
| 05/04/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 2 | | |
| AT A RATE OF | $500/$750*IP $50.00 $250/$375 | $ $ $ 375.00 | | |
| AMOUNT DUE | | $ 375.00 | | |

APP BY:

ANDREA GRANESE/DIRECTOR IN-FLIGHT

DATE:     05/04/2014

**\*IP = Approved Incentive Pay for weekday flights/duty day.**
**Part time employees @ 100% override.**

# FLIGHT ATTENDANT TIME SHEET

**BILL TO ZERO-G**

WEEK ENDING:    05/04/2014
EMPLOYEE:    STEPHEN STEINER
DEPARTMENT:    750021

| DATE | DAY | FLIGHT WORKED | DESCRIPTION | Remarks |
|---|---|---|---|---|
| 04/28/2014 | MONDAY | | | |
| 04/29/2014 | TUESDAY | | | |
| 04/30/2014 | WEDNESDAY | | | |
| 05/01/2014 | THURSDAY | | | |
| 05/02/2014 | FRIDAY | | | |
| 05/03/2014 | SATURDAY | 2 | ZG #357 & #358 | EWR |
| 05/04/2014 | SUNDAY | | | |
| TOTAL FLIGHTS WORKED | *IP Flight(s) Check ride Flight(s) Training Pay | 2 | | |
| AT A RATE OF | $500/S750*IP $50.00 $250/$375 | $ $ $ 375.00 | | |
| AMOUNT DUE | | S 375.00 | | |

APP BY:

ANDREA GRANESE/DIRECTOR IN-FLIGHT

DATE:    05/04/2014

**\*IP = Approved Incentive Pay for weekday flights/duty day.
Part time employees @ 100% override.**

# EMPLOYEE TIME SHEET

*BILL TO ZERO-G*

WEEK ENDING:       05/04/2014
EMPLOYEE:         ANDREA GRANESE
DEPARTMENT:      750022

| DATE | DAY | Hours WORKED | DESCRIPTION | |
|------|-----|--------------|-------------|---|
| 04/28/2014 | MONDAY | 8 | | |
| 04/29/2014 | TUESDAY | 8 | | |
| 04/30/2014 | WEDNESDAY | 8 | | |
| 05/01/2014 | THURSDAY | 8 | | |
| 05/02/2014 | FRIDAY | 8 | | |
| 05/03/2014 | SATURDAY | | | |
| 05/04/2014 | SUNDAY | | | |
| TOTAL HOURS WORKED | 40 | | | |
| AT A RATE OF | Salary | | | |
| AMOUNT DUE | $1,153.85 | | | |

APP BY:
SIGNATURE       Robert L Mencel

DATE:       05/04/2014

## In-flight Department

| Date | FLT | Detail of service | Amount | Total |
|------|-----|-------------------|--------|-------|
| 5/7/14 | DOT | Lauth Consulting Invoice #1016 MAY D & A Program | | $ 100.00 |
| 5/8/14 | AUS | Steiner exp report w/recpts | | $ 520.15 |
| 5/8/14 | EWR 357/8 | Steiner exp report w/recpts | | $ 191.90 |
| 5/8/14 | SJC/EWR | Bailey exp report w/recpt SJC & EWR | | $ 442.41 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $ 1,254.46 |
| | | | | |

# Lauth Consulting, Inc.

# Invoice

159 Pinewood Ct.
Jupiter, FL 33458

**PLEASE NOTE NEW MAILING ADDRESS**

| Date | Invoice # |
|------|-----------|
| 5/7/2014 | 1016 |

Bill To

Amerijet International
Andrea Granese
6145 NW 18th Street
Building 716A
Miami, FL 33126

| | Terms | Due Date |
|---|-------|----------|
| | Due on receipt | 5/7/2014 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| FAA Roster Fee N | Current FAA Roster May 2014<br><br>Past due invoice:<br>#1014, in the amount of $100.00, SENT 4/23/2014<br><br>TOTAL DUE UPON RECEIPT: $200.00 | 10 | 10.00 | 100.00 |

Thank you for choosing Lauth Consulting, Inc.

| | |
|---|---|
| **Total** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $100.00 |

# AmeriJet Employee Expense Statement

**BILL TO ZERO-G**

**Purpose:** _____

**T/A EXPENSES**

## Employee Information

Name: Stephen Steiner

Employee ID: 9099

Department: _____

Position: _____

Manager: _____

Per Mile Reimbursement: $0.555

**Period**

From 3/7/2014
To 3/9/2014

| Date | Miles | | Description | Hotel | Transport (air/car) | Meal (per diem) | | | Mileage | TOTAL |
|------|-------|--|-------------|-------|---------------------|------------------|--|--|---------|-------|
| | | | | 7105-40-0794-40 | 7564-40-0794-40 | 6592-10-0794-40 | | | 7564-60-0794-40 | |
| | | | | | INFLIGHT FLIGHT ATTENDANT ANDREA GRANESE | | | | | |
| 3/7/2014 | 0.00 | Taxi BOS | | | 53.70 | | | | 0.00 | $ 53.70 |
| 3/7/2014 | 0.00 | Per Diem | | | | 40.00 | | | 0.00 | 40.00 |
| 3/8/2014 | 0.00 | Per Diem | | | | 40.00 | | | 0.00 | 40.00 |
| 3/8/2014 | 0.00 | Hotel | | 240.35 | | | | | 0.00 | 240.35 |
| 3/9/2014 | 0.00 | Taxi AUS | | | 22.50 | | | | 0.00 | 22.50 |
| 3/9/2014 | 0.00 | Taxi AUS | | | 52.80 | | | | 0.00 | 52.80 |
| 3/9/2014 | 0.00 | Taxi BOS | | | 30.80 | | | | 0.00 | 30.80 |
| 3/9/2014 | 0.00 | Per Diem | | | | 40.00 | | | 0.00 | 40.00 |
| | 0.00 | | | | | | | | 0.00 | |
| | | | | $ 240.35 | $ 159.80 | $ 120.00 | - | $ - | - | |

**Advances** | From _____ | Description _____ | | | | Subtotal | $ 520.15

**Comments:** Give hotel room to Tarass Brewster, had to book another one due to last minute change in schedule. | | Advance Amount | $ -

| | | TOTAL | $ 520.15

_due: employee_

Signature Employee: _[signature]_

Date: 05/07/2014

Approved Supervisor: _[signature]_

Date: 5/8/14

Miscellaneous $? Detail



--(816)846--
9066 CAB INC
Cab # 8277
MACK#      9237
  CUSTOMER COPY
03/09/14 TR2797:
START  END  MIL?
23:55 00:07  4.1
Fare: $   19.50
Extra: $   0.00
Toll: $   7.50
Srchl $   0.00
Tip:  $   3.50
TOTAL: $   30.50

➔ $30.80

Type:      VISA
Card:      0526
AUTH:      051246

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.COM

$ copy $
10-10 Taxi
Austin
Cab #304
(512)444-1010
Round Rock, TN
03-09/14 18:01

DIST....  8.20
FARE...$  10.00
TIP....$   4.50
EXTRAS.$   0.00

TOTAL...$  22.50

VISA xxxx0526
MID 445100500957

Auth 050153

Sign Here:

..............

$22.50

$ copy $
10-10 Taxi
Austin
Cat #304
(512) 444-1010
Round Rock, TN
03-05-14  23:56

DIST.... 28.4
FARE...$  44.00
.IP....$   8.00
EXTRAS.$   0.00

TOTAL...$  52.00

➔ $52.80

Visa xxx0526
MID 445100500957

Auth 004798

Sign Here:

..............

Amount $ 53.70 ___ Cab No ____

**CAB COMPANY**

**Cab Fare**   From  Cranbury

To  Bridgwat..

Date  03-07-14
RECEIVED PAYMENT

$ 53.70



COURTYARD'
*Marriott*

Courtyard by Marriott
Austin Round Rock

1700 Hoppe Trail
Round Rock, Tx 78681
T 512 255 1651

S. Steiner

Room: 102

Room Type: DBDB

Number of Guests: 1

Rate: $209.00          Clerk:

| Arrive: 08Mar14 | Time: 11:17PM | Depart: 09Mar14 | Time: | Folio Number: 56031 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08Mar14 | Room Charge | 209.00 | |
| 08Mar14 | Room Tax | 12.54 | |
| 08Mar14 | City Tax | 18.81 | |
| 09Mar14 | Visa | | 240.35 |

Card #: VXXXXXXXXXXXXX5260000X
Amount: 240.35 Auth: 061216 Signature on File
This card was electronically swiped on 08Mar14

Balance:          0.00

Rewards Account # XXXXX#563. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

# AmeriJet Employee Expense Statement

## BILL TO ZERO-G

**Purpose:** FIA EXPENSES

### Employee Information

Name: Stephen Steiner

Employee ID: 9099

**Department**

Position: INFLIGHT / FLIGHT ATTENDANT

Manager: ANDREA GRANESSE

**Period**

From: 5/2/2014

To: 5/4/2014

Per Miles Reimbursement: $0.550

| Date | Miles | Description | Hotel | Transport(air/car) | Meals(per diem) | | | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | 7209-40-0794-40 | 7984-40-0794-40 | 6592-10-0794-40 | | | 7984-40-0794-40 | |
| 5/2/2014 | 0.00 | Taxi BOS | | 32.00 | | | | 0.00 | 32.00 |
| 5/2/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | 40.00 |
| 5/3/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | 40.00 |
| 5/4/2014 | 0.00 | Taxi BOS | | 39.90 | | | | 0.00 | 39.90 |
| 5/4/2014 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | 40.00 |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | 0.00 | | | | | | | 0.00 | - |
| | | | $ - | $ 71.90 | $ 180.00 | $ - | $ - | $ - | |
| | | | | | | | Subtotal | $ | 191.90 |
| | | | | | | | Advances Amount | $ | - |
| | | | | | | | TOTAL | $ | 191.90 |

**GL#**

**Advances**

From:

Description:

**Comments**

Signature

Employee /s/ Steph Sti...

Date: 05/07/2014

Approved

Supervisor /s/

Date: 5/8/14

Miscellaneous GL Detail:

due employee

HALA!
CUSTOMER COPY
05/04/14 T# 3281
START  END MILES
12:33 12:52  7.6
FARE: $   27.40
EXTRA: $   7.50
TOLL: $    0.00
SRCH: $    0.00
TIP: $     5.00
TOTAL: $  39.90

TYPE:      VISA
CARD:      0526
AUTH:     012194

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

$ 39.90

617-536-TAXI

--COPY--
ZIGZAG CAB INC
CAB # 0063
HACK:      4509
CUSTOMER COPY
05/12/14 TR12798
START  END MILES
19:33 19:48  5.9
FARE: $   21.80
EXTRA: $   6.25
TOLL: $    0.00
SRCH: $    0.00
TIP: $     4.85
TOTAL: $  32.00

$3200

TYPE:      VISA
CARD:      0526
AUTH:        *

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

# AmeriJet Employee Expense Statement

**Purpose:** Flight Attendant Pay Expenses

## Employee Information

| | | | |
|---|---|---|---|
| Name | Tito Selby | Department | |
| SSN | | Position | Flight Attendant |
| Employee ID | 34242 | Manager | Andrea Geurase |

**Period:** 3/28/2024 — 3/4/2024

**Per Alen Reimbursement?** $0.555

| Date | Miles | Description | Hotel | Transport | Meals | Phone | Misc. | Mileage | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | 7403-40-0794-40 | 7984-40-0794-40 | 6995-10-0794-40 | | 7920-40-0794-40 | 7964-40-0794-40 | |
| 3/28/2024 | 13.00 | Drive to DCA | | | | | | 7.22 | $7.22 |
| 3/28/2024 | 0.00 | Per Diem | | | | | | 0.00 | $0.00 |
| 3/28/2024 | 0.00 | Per Diem | | | | | | 0.00 | $0.00 |
| 3/29/2024 | 0.00 | Parking in San Jose | | | | | | 0.00 | $5.00 |
| 3/29/2024 | 0.00 | Parking at DCA | | | | | | 0.00 | $44.00 |
| 3/29/2024 | 13.00 | Drive home from DCA | | 5.00 | 40.00 | | | 7.22 | $7.22 |
| 3/30/2024 | 13.00 | Drive to DCA | | 44.00 | 40.00 | | | 7.22 | $7.22 |
| 3/4/2024 | 0.00 | Per Diem | 150.95 | | 40.00 | | | 0.00 | $40.00 |
| 3/4/2024 | 0.00 | Per Diem | | | 40.00 | | | 0.00 | $40.00 |
| 3/4/2024 | 0.00 | Marriott Newark | | | | | | 0.00 | $160.95 |
| 3/4/2024 | 0.00 | Parking at DCA | | 44.00 | | | | 0.00 | $44.00 |
| 3/4/2024 | 13.00 | Drive home from DCA | | | | | | 7.22 | $7.22 |

| | Hotel | Transport | Meals | Phone | Misc. | Mileage |
|---|---|---|---|---|---|---|
| Subtotal | $160.95 | $93.00 | $160.00 | $0.00 | $0.00 | $36.85 |

| | |
|---|---|
| Advance: | |
| Subtotal | $442.41 |
| Advance Amount | $0.00 |
| **TOTAL** | **$442.41** |
| due employee | |

**Comments:**

**From:**

| | | | |
|---|---|---|---|
| Signature Employee | | Approved Supervisor | |
| Date | 3/8/2024 | Date | 5/3/24 |

REAGAN
NATIONAL AIRPORT
RECEIPT     X6
ENTRY TIME:
02/28/24     16:18
EXIT TIME:
02/28/24 09:39 AM
PARK.DUR.: HRS:MIN
1:16:51

AMOUNT:     $ 6.80

KIND OF PAYMENT:
VISA
ISSUED NO 2255

**$44.00**

---

City of San Jose

(illegible)

**$5.00**

---

REAGAN
NATIONAL AIRPORT
RECEIPT     X7
ENTRY TIME:
02/23/24
EXIT TIME:
02/23/24 11:25 PM
PARK.DUR.: HRS:MIN
1:06:16

AMOUNT:     $ 6.80

KIND OF PAYMENT:
VISA
ISSUED NO 2254

**$44.00**

**Marriott.**
HOTELS & RESORTS

**Newark Liberty International Airport Marriott**
Newark Liberty International Airport,1 Hotel Road
Newark, NJ 07114 USA
1-973-623-0006

## Summary of Charges

| Guest Information: | BAILEY/TIM<br>4601 FAIRFAX DR S<br>ARLINGTON, VA 22203<br>USA | Dates of Stay:<br>Room Number:<br>Guest Number:<br>Rewards Number:<br>Group Number: | 05/02/2014 - 05/03/2014<br>965<br>10121<br>******619<br>14689 |
|---|---|---|---|

| Date: | Description: | Reference: | Charges: | Credits: |
|---|---|---|---|---|
| 05/02/2014 | TELECOMM | FREEHSIA | | |
| 05/02/2014 | ROOM GP | 965, 1 | 139.00 | |
| 05/02/2014 | STATE TX | 965, 1 | 9.73 | |
| 05/02/2014 | TOURISM | 965, 1 | 2.09 | |
| 05/02/2014 | CITY OCC | 965, 1 | 8.34 | |
| 05/02/2014 | ST OCCUP | 965, 1 | 1.39 | |
| 05/03/2014 | CCARD-VS | ROOM C/O | | 160.55 |
| **Total Balance:** | | | | 0.00 USD |

## Important Information

### Authenticity of Hotel Bills
Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy
Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Rewards Points
After a stay, it may take up to seven days for Marriott Rewards points to be credited to your account.

AMERIJET INTERNATIONAL
2800 S. Andrews Avenue
Fort Lauderdale, FL 33316

**Invoice No.** ZEROGMAY14
Liquidation



# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | **Zero G** | Date | 5/31/2014 |
| Address | **8000 Towers Crescent Drive   Suite 1000** | Order No. | |
| City | **Vienna**  **State VA**  **ZIP 22182** | Rep | |
| Attn: | **Terese Brewster** | FOB | |

| Qty | Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|
| 1 | JARSI  AJ419  PO# 134253 | $ | 984.00 | $ | 984.00 |
| 1 | JARSI  AJ420  PO# 134267 | $ | 2,360.00 | $ | 2,360.00 |
| | | | | | |
| 1 | Hussam Sadek Expense Account 5/9/14 - 5/16/14 | $ | 2,133.08 | $ | 2,133.08 |
| | | | | | |
| 1 | Stambaugh Aviation PO# 134257 (Engines Removal) | $ | 24,000.00 | $ | 24,000.00 |
| 1 | BTX Global Logistics (Engines shipment from Georgia to Miami) | $ | 2,050.00 | $ | 2,050.00 |
| | | | | | |
| 1 | Amerijet Representative | $ | 4,188.86 | $ | 4,188.86 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | SubTotal | | $ | 35,715.94 |
| | | Shipping | | | |

| Payment | Select One… | Tax Rate(s) | |
|---|---|---|---|
| | | **TOTAL** | $ 35,715.94 |

Comments Invoice Number
Name
CC #
Expires

Email to: krader@spaceadventures.com



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

MAY 12, 2014

**INVOICE #AJ419**

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRCRAFT #N794AJ:**                    **PO#134253**
**ATTN:** MR. CLAPPER

**WORK PERIOD:**        MAY 9, TO 11, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT.
  1. TRAVELED FROM FLL TO BQK BY OWN VEHICLE TO WORK ON AIRCRAFT AT BQK.
  2. ARRIVED AT BQK AND WAS NOTIFIED THAT NO ACCESS OR WORK WOULD BE DONE ON
     AIRCRAFT UNTIL MANDAY MAY 12, 2014.

| | | |
|---|---|---|
| **MAN HOURS BILLED FOR THIS PERIOD:** | = | **24:00 HRS.** |
| 24:00 HRS.        @ $36.00 PER HR. | = | $864.00 |
| **PER DEIM  $40.00 PER DAY:** | = | $120.00 |
| **AMOUNT DUE THIS INVOICE:** | = | **$984.00** |

$984.00

AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE



# JARSI

MAY 12, 2014

INVOICE #AJ419

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRCRAFT #N794AJ:**                    PO#134253
**ATTN:  MR. CLAPPER**

**WORK PERIOD:**         MAY 9, TO 11, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL, INC. MAINTENANCE DEPARTMENT.
  1.  TRAVELED FROM FLL TO BQK BY OWN VEHICLE TO WORK ON AIRCRAFT AT BQK.
  2.  ARRIVED AT BQK AND WAS NOTIFIED THAT NO ACCESS OR WORK WOULD BE DONE ON
       AIRCRAFT UNTIL MANDAY MAY 12, 2014.

| | | |
|---|---|---|
| **MAN HOURS BILLED FOR THIS PERIOD:** | = | **24:00 HRS.** |
| 24:00 HRS.        @ $36.00 PER HR. | = | $864.00 |
| **PER DEIM  $40.00 PER DAY:** | = | $120.00 |
| **AMOUNT DUE THIS INVOICE:** | = | $984.00 |

$984.00

# ZERO-G

AIRCRAFT MAINTENANCE AND SERVICE CONTRACTOR, PARTS AND A.O.G. SERVICE

AMERIJET INTERNATIONAL, INC.
2800 S ANDREWS AVE
FT. LAUDERDALE    FL 33316

```
        P U R C H A S E   O R D E R                P/O NO:       134253
                                                   P/O DATE : 05/12/14
                                                   BUYER  :    TBR
VENDOR:                                  SHIP TO:
        JARSI (DBA)                              MIA - MIAMI AIRLINE DIVISION
        AMJ AVIATION CORP                        AMERIJET INTERNATIONAL, INC.
        1170 LEE WAGENER BLVD STE #109           6145 NW 18TH STREET BLDG 716B
        FT LAUDERDALE FL  33315                  MIAMI FL  33126

     SHIP VIA         FREIGHT        TERMS                INSTRUCTIONS
  --------------- --------------- --------------- ----------------------------
  THEIR SERVICE                      COD

   QUANTITY         DESCRIPTION            U/M SHIP DATE UNIT PRICE  EXT. PRICE
  ---------- ------------------------------ --- -------- ---------- ------------

        1    7305-10-0794-20               EA  ASAP        984.000      984.00
             R & M - 794AJ
             N794AJ ZERO-G MAINT
             05/09 TO 05/11/14 INV# AJ419
```

C/C # 21017

**ZERO-G**

```
        PURCHASE ORDER TOTAL                                          984.00
```

**AMERIJET INTERNATIONAL, INC.**
**AMERIJET STORES PETTY CASH**
2800 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316

21017

63-4/630 FL
534

DATE 5/12/14

PAY TO THE ORDER OF _JARSI_

$ 984.00

NINE-HUNDRED-EIGHTY-FOUR 00/100 _____ DOLLARS

Bank of America

ACH R/T 063100277

FOR _134253_

Eddyana Wilson

⑈021017⑈ ⑊063000047⑊ 005561901465⑈



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

# JARSI

MAY 19, 2014                                                                    **INVOICE #AJ420**

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRCRAFT #N794AJ:**                          **PO#134267**
**ATTN:** MR. CLAPPER

**WORK PERIOD:**          MAY 12, TO 16, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL AIRLINES MAINTENANCE MANAGEMENT. ACCOMPLISHED THE FOLLOWING WORK:

1. ASSISTED AND MONITOR THE REMOVAL OF #1, #2, AND #3 ENGINES FROM AIRCRAFT #N794AJ.
2. OBSERVED AND MONITOR THE REMOVAL OF FULL OEC KIT ITEMS FROM #1, #2, AND #3 ENGINES.
3. RECORDED ALL SERIAL NUMBERS AND PART NUMBERS FROM QEC ITEMS REMOVED FROM ENGINES.
4. MONITOR THE TRANSFER OF ENGINES TO AMERIJET SHIPPING STANDS FOR TRANSPORT TO MIAMI.
5. REMOVED SOME OF AMERIJET PROPERTY FROM AIRCRAFT #N794AJ FOR SHIPPING TO MIAMI.
6. PREPPED ALL ITEMS TO BE RETURNED TO MIAMI FOR SHIPPING BY TRUCK.

**ALL MAN HOURS ACCOUNTED FOR AS FOLLOWS:**

| | | | |
|---|---|---|---|
| MAY 12, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 13, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 14, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 15, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 16, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| **TOTAL MAN HOURS WORKED:** | | **=** | **60:00 HRS.** |
| 60:00 HRS. | @ $36.00 PER HR. | = | $2,160.00 |
| **PER DEIM @ $40.00 PER DAY:** | | **=** | $ 200.00 |
| **AMOUNT DUE THIS INVOICE:** | | **=** | **$2,360.00** |

**$2,360.00**



AIRCRAFT MAINTENANCE
AND SERVICE CONTRACTOR
PARTS AND A.O.G. SERVICE

# JARSI

MAY 19, 2014

INVOICE #AJ420

AMERIJET INTERNATIONAL, INC.
2800 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FLORIDA 33316

**AIRCRAFT #N794AJ:**              PO#134267
**ATTN:** MR. CLAPPER

**WORK PERIOD:**        MAY 12, TO 16, 2014

AS REQUESTED BY AMERIJET INTERNATIONAL AIRLINES MAINTENANCE MANAGEMENT. ACCOMPLISHED
THE FOLLOWING WORK:

1. ASSISTED AND MONITOR THE REMOVAL OF #1, #2, AND #3 ENGINES FROM AIRCRAFT #N794AJ.
2. OBSERVED AND MONITOR THE REMOVAL OF FULL OEC KIT ITEMS FROM #1, #2, AND #3 ENGINES.
3. RECORDED ALL SERIAL NUMBERS AND PART NUMBERS FROM QEC ITEMS REMOVED FROM ENGINES.
4. MONITOR THE TRANSFER OF ENGINES TO AMERIJET SHIPPING STANDS FOR TRANSPORT TO MIAMI.
5. REMOVED SOME OF AMERIJET PROPERTY FROM AIRCRAFT #N794AJ FOR SHIPPING TO MIAMI.
6. PREPPED ALL ITEMS TO BE RETURNED TO MIAMI FOR SHIPPING BY TRUCK.

**ALL MAN HOURS ACCOUNTED FOR AS FOLLOWS:**

| | | | |
|---|---|---|---|
| MAY 12, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 13, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 14, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 15, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| MAY 16, 2014 | MAN HOURS WORKED: | = | 12:00 HRS. |
| **TOTAL MAN HOURS WORKED:** | | = | **60:00 HRS.** |
| 60:00 HRS. | @ $36.00 PER HR. | = | $2,160.00 |
| PER DEIM @ $40.00 PER DAY: | | = | $ 200.00 |
| AMOUNT DUE THIS INVOICE: | | = | $2,360.00 |

$2,360.00

AMERIJET INTERNATIONAL, INC.
2800 S ANDREWS AVE
FT. LAUDERDALE   FL 33316

P U R C H A S E   O R D E R

P/O NO:      134267
P/O DATE : 05/19/14
BUYER :    TBR

VENDOR:

JARSI (DBA)
AMJ AVIATION CORP
1170 LEE WAGENER BLVD STE #109
FT LAUDERDALE FL  33315

SHIP TO:

MIA - MIAMI AIRLINE DIVISION
AMERIJET INTERNATIONAL, INC.
6145 NW 18TH STREET BLDG 716B
MIAMI FL  33126

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
| --- | --- | --- | --- |
| THEIR SERVICE | | COD | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- | --- | --- |
| 1 | 7305-10-0794-20<br>R & M - 794AJ<br>N794AJ ZERO-G MAINT 5/12 TO<br>5/16/14 INVOICE AJ420 | EA | ASAP | 2360.000 | 2,360.00 |

CK # 21038

PURCHASE ORDER TOTAL                               2,360.00

**AMERIJET INTERNATIONAL, INC.**
**AMERIJET STORES PETTY CASH**
2800 S. ANDREWS AVE.
FT. LAUDERDALE, FL 33316.

21038

63-4/630 Fl.
934

DATE 5/19/14

PAY
TO THE
ORDER OF JARST

$ 2,360.00

TWO-THOUSAND-THREE-HUNDRED SIXTY 00/100 — DOLLARS

**Bank of America**

ACH R/T 063100277

FOR 134267

Edlyana Wilm

MP

⑈021038⑈ ⑆063000047⑆ 0055619011465⑈

```
                                        AMERIJET INTERNATIONAL, INC.
                                        2800 S ANDREWS AVE
                                        FT. LAUDERDALE    FL 33316


        P U R C H A S E   O R D E R             P/O NO:      134257
                                                P/O DATE : 05/13/14
                                                BUYER :     TBR
VENDOR:                                SHIP TO:
        STAMBAUGH AVIATION (DBA)               MIA - MIAMI AIRLINE DIVISION
        AVIATION SALES MAINTENANCE INC         AMERIJET INTERNATIONAL, INC.
        1000 JETPORT ROAD                      6145 NW 18TH STREET BLDG 716B
        BRUNSWICK GA  31525                    MIAMI FL  33126
```

| SHIP VIA | FREIGHT | TERMS | INSTRUCTIONS |
|----------|---------|-------|--------------|
| THEIR SERVICE | | NET 30 | |

| QUANTITY | DESCRIPTION | U/M | SHIP DATE | UNIT PRICE | EXT. PRICE |
|----------|-------------|-----|-----------|------------|------------|
| 1 | 7305-10-0794-20<br>R & M - 794AJ<br>N794AJ INVOICE SA2184 REMOV 3<br>ENGINES & QEC ACCESSORIES &<br>SHIP ENGINES (TBO-15A S/N<br>717148,654971,686268REMOVE<br>COWLINGS, TAIL PIPE,DOME. QEC | EA | ASAP | 24000.000 | 24,000.00 |

```
              PURCHASE ORDER TOTAL                      24,000.00
```

S T A M B A U G H   A V I A T I O N

1000 Jetport Road, Brunswick, GA 31525

**To:** AMERIJET INTERNATIONAL, INC.

Invoice # **SA2184**
Date: **05/12/14**

| Work Order # | Aircarft | Program | Payment Terms | Invoice Period |
|---|---|---|---|---|
| SRO1676 | N794AD | Engine Removal | Upon Receipt | Delivery |

| Item | Description Of Services | Amount | Rate | Total |
|---|---|---|---|---|
| **1** | **Fixed Priced Labor Charges:** | | | |
| | Remove 3 engines and remove QEC accessories and ship engines (TBO-15A s/n: 717148, 65497 1, and 686268) | $6,000.00 | 100% | $6,000.00 |
| | Remove Cowlings, Tail Pipe, Dome, QEC and Elect. Harness as required to leave engine in paw Bare configuration | $18,000.00 | 100% | $18,000.00 |
| **2** | **Materials Charges:** | | | |
| | Consumables of $1.00 or less @ 3% of labor Costs | | 3% | $0.00 |
| | Materials Over Threshold | | | $0.00 |
| | Oxygen Service | | | $0.00 |
| | Nitrogen Service | | | $0.00 |
| | Shipping Charges | | | $0.00 |
| **3** | **Vendor Services:** | | | |
| | NDT Charges | | | $0.00 |
| | Borescope Charges | | | $0.00 |
| | Machining Charges | | | $0.00 |
| | Engineering Charges | | | $0.00 |

| Wire Transfer Data: | | Cost Summary | |
|---|---|---|---|
| SUNTRUST BANK | **Account Number:** 1000157195693 | Labor Charges | $24,000.00 |
| 510 Gloucester Street | **ABA:** 61000104 | Materials | $0.00 |
| Brunswick , Georgia 31521 | **SWIFT Code:** SNTRUS3A | Consumables | $0.00 |
| **912-265-0260** | **Name:** Aviation Sales & Maintenance, Inc. DBA | Shipping | $0.00 |
| | Stambaugh Aviation | Vendor Services | $0.00 |
| | | Administrative Charges | $0.00 |
| | | Payment/Credits | |

All Unpaid Invoices are subject to a 2% per month Service Charge for each 30 day period unpaid

FAA Certified Repair Station EB1R107K / EASA Certified Repair Station EASA.145.4893

| | | Total | $24,000.00 |



AKA: Bacarella Transportation Services Inc.

| Invoice Number | Invoice Date | Account Number | Amount Due |
|---|---|---|---|
| 93400002876 | 5/20/2014 | 340470 | $2,050.00 |

To ensure proper credit, please return this portion with your payment made payable to BTX Global Logistics. All Charges In USD.

## Remittance Advice

**Your payment is due by: 6/4/2014**

Amerijet International, Inc.
2800 South Andrews Ave

Fort Lauderdale, FL 33316 US

**Please Send Payment to:**

BTX GLOBAL LOGISTICS
P.O. BOX 853
SHELTON, CT 06484 US

---

### 340470 - Amerijet International, Inc.

### Invoice Number: 93400002876

| **Billing Address:** | **Physical Address:** | **Invoice Questions?** | |
|---|---|---|---|
| Amerijet International, Inc. | Amerijet International, Inc. | **Contact Customer Service:** | |
| 2800 South Andrews Ave | 6145 NW 18th Street | TollFree: | (877) 289-2471 |
| | Bldg 716b | Local: | (203) 925-5905 |
| Fort Lauderdale, FL 33316 US | Miami, FL 33126 US | Fax: | (203) 925-5933 |
| | | Internet: | www.btxair.com |

### Important Service Message:

MyBTX customers may print invoices once logged in. Enter the tracking number ans simply click on the PDF invoice. If you are not registered as a MyBTX user simply following this link https://www.btxair.com/mybtx/cust_info.asp. Enter your account number and postal code and complete the registration process.

### Shipment Detail (Original)

| Tracking ID: | MIA20001806 | | Ship Type: | Ground Service | Service: | Full Truckload |
|---|---|---|---|---|---|---|
| POD Date: | | POD Time: | | POD Signee: | | |

| Ship Date: | 5/16/2014 | Shipped From: | | BTX Services | Charge |
|---|---|---|---|---|---|
| Pieces: | 3 | STAMBAUGH AVIATION | | Transportation Charges | $2,050.00 |
| Rated Weight: | 12000 | 1000 JETPORT ROAD | | Fuel Surcharge | $0.00 |
| Insured Value: | | BRUNSWICK, GA 31525 US | | | |
| PO Number | | SAM SADEK | | | |
| SO Number | | Shipped To: | | | |
| Invoice # | | AMERIJET INTERNATIONAL, INC. | | | |
| Reference 1 | | 6145 18TH STREET, BLDG 716, TOWER B | | | |
| Reference 2 | | Miami, FL 33126 US | | | |
| Reference 3 | | | | | |

Actual Weight: 12000lbs Dim Weight: 8444 lbs
Piece Information: AIRCRAFT ENGINES  3 @ 120 x 65 x 70

| | INVOICE TOTAL | $2,050.00 |
|---|---|---|



| Invoice Number | Account Number | Invoice Date | Invoice Total | Page |
|---|---|---|---|---|
| 93400002876 | 340470 | 5/20/2014 | 2,050.00 | 2 of 2 |

AKA: Bacarella Transportation Services Inc.

## Adjustment Request Form

### Fax Completed Form To (203) 925-5933

Please Note: This Fax Form Cannot Be Used To Request Invoice Adjustments Due To Service Failures. To Request Adjustments For Service Failure, Please Contact Customer Service At :

### (877) 289-2471

Your Name: _____     Date: _____

Business Phone: _____     Business Fax: _____

Email Address: _____

Please Enter The Tracking ID And An Explanation Of Each Adjustment Request. Please Include Recipient's Or Third Party's Account Number, If Applicable.

Tracking ID:          Explanation: